Name: Zachary Chesser
Reg. No: 76715-083
U.S. PENITENTIARY MAX
P.O. BOX 8500
FLORENCE, CO 81226-8500

Legal Mail

Clerk of the Court
U.S. Courthouse Room A-105
901 19th St
Denver, CO 80294-3589



Administrative Remedy
P.O. Box 8500
Florence, CO 81226-8500

FEB 0 8 2016

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.