## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01939-NYW

ZACHARY A. CHESSER,

    Plaintiff,

v.

DIRECTOR, BUREAU OF PRISONS,

    Defendant.

## NOTICE OF DEPOSITION OF PLAINTIFF ZACHARY CHESSER

Pursuant to the Court's order dated December 21, 2017 (Doc. 171), please take notice that undersigned counsel for the Federal Bureau of Prisons will take the deposition of Plaintiff Zachary Chesser at the United States Penitentiary – High Security, 5880 State Highway 67 South, Florence, CO 81226, on **January 16, 2018, beginning at 8:30 a.m.** The deposition shall be taken upon oral examination before a certified court reporter and officer authorized to administer oaths in the State of Colorado, and shall continue from day to day until completed.

DATED December 22, 2017.

                ROBERT C. TROYER
                United States Attorney

                s/ *Susan Prose*
                Susan Prose
                Assistant United States Attorney
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                Fax: (303) 454-0404
                E-mail: susan.prose@usdoj.gov

                Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on December 22, 2017, I directed that the foregoing document be placed in the United States mail addressed to the following non-CM/ECF participant:

Zachary A. Chesser
Reg. No. 76715-083
USP Florence – High
U.S. Penitentiary
P.O. Box 7500
Florence, CO  81226

I further certify that I sent the foregoing document to the following by email:

Javernick & Stenstrom, LLC
jsreporters@qwest.office.net


                                  s/ *Susan Prose*
                                  Susan Prose
                                  United States Attorney's Office