# Exhibit 1
# January 16, 2018, Chesser deposition
# (excerpts)

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

1

1   IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO
2
    Civil Action No. 15-CV-01939-NYW
3   _____

4   DEPOSITION OF ZACHARY CHESSER
    January 16, 2018
5   _____

6   ZACHARY A. CHESSER,

7   Plaintiff,

8   v.

9   DIRECTOR, BUREAU OF PRISONS,

10  Defendant.

    _____
11
                  A P P E A R A N C E S
12
    For the Plaintiff:        ZACHARY A. CHESSER, Pro Se
13                            Reg. No. 76715-083
                              USP Florence - High
14                            U.S. Penitentiary
                              P.O. Box 7500
15                            Florence, Colorado  81226

16  For the Defendant:        SUSAN PROSE, ESQ.
                              U.S. Attorney's Office
17                            1801 California Street
                              Suite 1600
18                            Denver, Colorado  80202

19  Also Present:             J. Wiencek, Esq.
                              B. Shelton
20

21

22

23

24

25

1      A      -- yeah, for them it wouldn't really be a

2  thing I would send them.

3      Q      I see what you're saying.

4              Mr. Chesser, may I ask you some just very

5  basic questions that are -- I'm extremely curious about?

6              Now, you -- you just took an oath here, and --

7  and I wonder -- I wonder what that oath means to you.

8              Let me ask it this way:  In your view, is the

9  United States government a legitimate government?

10     A      I mean, depends on how you define

11  "legitimate."  Is it a just and righteously ruling

12  government?  I don't think so.

13     Q      Okay.

14     A      Would I rather there be a different government

15  in the United States than the current government?  Yes.

16  Is it an actual government that has authority and stuff

17  like -- yeah, it's a real government.  I don't --

18     Q      Do you --

19     A      I wouldn't be in prison, if it wasn't a real

20  government.

21     Q      Here we -- here we are, right?

22     A      Yeah.  So . . .

23     Q      Do you feel yourself at this point bound to

24  obey its rules?

25     A      Not particularly.  I view that as a cost-

1    benefit-analysis-type thing mostly.  Or depending on --

2    you know, sometimes my religion would obligate me.  Like,

3    now I wouldn't lie now because of my religion.  So if

4    that's what you're trying to get at with the oath, no, I

5    wouldn't --

6         Q    Well, I mean, you can see why I might

7    wonder --

8         A    Right.

9         Q    -- I think, right, Mr. Chesser?

10        A    Yes.  The -- the oath, honestly, it doesn't

11   mean much to me.  But not lying in general means a lot to

12   me.  I don't like to lie, and so that would violate my

13   religion.

14             Yeah, does the penalty -- no.  The penalty of

15   perjury -- I have too long of a sentence for the

16   government to even care about prosecuting me for that.

17   And the -- the -- the actual oath means nothing.  But,

18   no, I don't intend to tell any lie.  Why?  Because then

19   I'd be violating my religion right now if I was to lie.

20   So that means something to me.

21        Q    Is it a general precept of Islam as you see in

22   the commandments of Judeo/Christianity, right, that there

23   is a prohibition on lying in all circumstances?

24        A    Yeah, there's only three situations in Islam

25   where you're allowed to lie.  So one is in war.  So, for

53

1      Q    Is that part of the 44 Ways document?

2      A    So this is -- you know what?  I'll actually

3  mention this.  This is something -- I remember what this

4  is.  Okay.  So -- I'll go back and answer this.

5      Q    What -- what are you answering now,

6  Mr. Chesser?

7      A    Yeah, this -- this is mine.  The original

8  pages.

9      Q    547 to --

10     A    Yeah, 547 to 614, that's all me.  That's the

11  44 Ways thing.

12     Q    Okay.

13     A    And then this is part of the -- what this is

14  at the end --

15     Q    That's page 713?

16     A    713 to --

17     Q    728?

18     A    Seventeen.

19     Q    Oh, okay.

20     A    So this is cuz -- I was just writing this to,

21  like, put my ideas down on paper --

22     Q    Okay.

23     A    -- and didn't actually intend on giving this

24  to anybody.  So what this is, is this was me trying to

25  figure out Islamic conclusions as I was doing this,

```
 1   and --
 2          Q     As you were doing -- excuse me --
 3          A     Yeah.
 4          Q     -- the Jihad --
 5          A     Right.
 6          Q     -- exegesis, right?
 7          A     Yeah.
 8          Q     Okay.
 9          A     And then trying -- because I had questions
10   that I wanted to ask and see from Islamic scholars, you
11   know, are these understandings correct.  So these are
12   kind of like summarized understandings of the other --
13   the first document, the 44 -- whatever it says --
14   Explanation of the 44 Ways.
15          Q     Okay.  And that's pages 713 to 7 -- probably
16   718, I suppose.
17                And then what's at 7 --
18          A     Yeah.
19          Q     Yeah.  What's at 719 through 728?
20          A     So that would just be --
21          Q     Oh.
22          A     -- kind of an addendum, I guess.
23          Q     To the 44 Ways document?
24          A     Yeah.  And this was just me thinking of
25   stuff --
```

```
 1        Q    Okay.

 2        A    -- that would work in prison.  And --

 3        Q    Okay.

 4        A    Yeah.  So --

 5        Q    All right.

 6        A    -- you know, I never -- I think -- why you

 7   think it's not complete?  Because it's not complete.  I

 8   never finished it; never showed it to anybody; never

 9   intended to show it to anybody.

10             Intended to ask these questions or ask

11   about -- they're not phrased as questions.  But I was

12   trying to write stuff down in a way that I could get it

13   sent through an e-mail and ask questions about it.

14   That's kind of my idea with that.

15             And then, you know --

16        Q    Did you want to have it published at some

17   point, Mr. Chesser?

18        A    I don't know.  I write a ton of stuff and then

19   throw it in the trash.  So I don't -- this was something

20   that happened to be sitting on my bed or something like

21   this when they put me in the SHU.

22        Q    All right.

23        A    So --

24        Q    So they found it, right?

25        A    Yeah.  So I don't know what my intention was
```

1    A    Uh-huh.

2    Q    -- and see how it goes.  How about what --

3  first of all, is -- is Anwar Awlaki, is he one of your

4  sheiks?  Is he a scholar whom you admire?

5    A    Yeah, I mean, he's a scholar that I admire.

6  He's dead.  So, I mean, it's not somebody I ask questions

7  of, but --

8    Q    You have in the past, though, right?

9    A    I did send him, like, some e-mails.  I

10  asked -- see, I didn't ask him about Jihad, I don't

11  think.  I think my e-mails to him -- see, the FBI

12  sometimes just says, Oh, he e-mailed Al-Awlaki.  I think

13  I asked him about graffiti and -- because I used to do

14  graffiti art.

15    Q    Okay.

16    A    And then I think I asked him about protest --

17  peaceful protest, something -- you know, just -- because

18  there was, like, a protest, I think, against the --

19  the 2009 bombings in Gaza.

20    Q    Uh-huh.

21    A    I think I was asking him, Are these

22  permissible in Islam?  What's the ruling on these?

23    Q    What did he -- how did he respond to your

24  e-mails?

25    A    I think that's the only one he responded to,

1          A     It can happen.

2          Q     And -- and -- and would you advocate for that?

3          A     Depend on the situation.  So, I mean, it's --

4    nothing in Jihad is, like, just a blanket this is always

5    permissible?  No.

6                The -- so, for example, women and children who

7    aren't combatants, you can't kill them in Jihad except

8    in, you know, sort of, like, exigent circumstances, at

9    least intentionally.  And even unintentionally it has

10   regulations.

11               So let's say that a country isn't actively at

12   war with Muslims.  Then, no, you can't just go and attack

13   them in general if they're at peace with the -- the

14   Muslims.

15         Q     Am I correct --

16         A     There's all kinds of regulations.  I mean, it

17   would take a long time to list them all, but -- yeah, so

18   it just depends on the situation.

19         Q     Am I correct in assuming, Mr. Chesser, that

20   you believe that the United States currently is actively

21   at war with Muslims?

22         A     Yeah, the U.S. is at war with Muslims.

23         Q     Okay.  You've written that before, I believe.

24         A     Yeah.  I think Trump would agree too.

25         Q     Well, I can't -- I can't comment on that.  But

1    I -- I appreciate you being very honest with me on that

2    point.

3         A    Uh-huh.

4         Q    So -- so given that and looking at your

5    statement here about the -- the Muslim in the

6    wheelchair --

7         A    Uh-huh.

8         Q    -- given that state of war, is it -- is it, in

9    your view, acceptable for someone in a wheelchair to blow

10   himself up in a group of American people?

11        A    It just depends.  I mean, like I said, it --

12   it depends on what the people that are actually in the

13   war, the leadership of the war, think is wise and stuff

14   like this.

15             So am I going to go and tell somebody that

16   this is what you should do?  No.  I'm not going to tell

17   anybody that I meet that this is particularly something

18   they should do.  But at the same time, I'm not going to

19   criticize them if they do it.  I guess, that's my

20   position on it.

21        Q    Who would make the decision?

22        A    That would be people that are in the various

23   groups that are overseas.

24        Q    Al-Qaeda, for example?

25        A    Yeah, them.  Taliban.

1      Q     Al-Shabaab?

2      A     Al-Shabaab is part of Al-Qaeda, so --

3      Q     Okay.

4      A     -- it's not --

5      Q     Fair enough.

6      A     As far as I view it, it's the same thing.

7      Q     Okay.

8      A     The -- it wasn't when I was out.  It was a

9  separate organization.  They joined them in like 2013 --

10      Q     I remember.

11      A     -- or something like that.

12            Yeah.  So, you know, whoever is involved in

13  the war that's actually being fought on the grounds,

14  whatever groups those are, their leaders would be the

15  ones who decide, okay, this is beneficial to us, you

16  know, and we'll ultimately save more lives, for

17  example -- that's kind of the analysis that you use,

18  like, if it's -- the stuff that you see that's, like,

19  called terrorism, it's more, you know, the -- the groups

20  that are -- I don't really know about ISIS.  I -- I don't

21  understand ISIS so I can't speak on them.

22      Q     You object to them, too, I think, ISIS.

23      A     Yeah, I don't like a lot of stuff that they

24  do.

25      Q     Okay.

1          MS. PROSE:  That's all right.  We can do it

2     later.

3          THE WITNESS:  Oh, okay.

4          MS. PROSE:  You want to just -- why don't we

5     just put it here, Mr. Chesser.

6          THE WITNESS:  All right.

7          MS. PROSE:  And then we can put it back

8     together on a break.

9          Q     (By Ms. Prose)  Mr. Chesser, Exhibit 2 is

10    Docket 443 in your criminal case in EDVA.  It's the

11    Statement of Responsibility.  If you'd like to read

12    through that quickly.  Thank you.

13          A     (Reviewed documents.)

14          Okay.  Some of this isn't true, definitely.

15          Q     Okay.

16          A     So --

17          Q     All right.  Why don't -- do you want to -- do

18    you want to finish reading it, or would you like to start

19    talking about it right now?

20          A     Are the questions, like, covering the whole

21    thing or just the beginning?

22          Q     I -- I have a couple of general questions, and

23    then I'm happy to hear you if you want to talk about any

24    other statements that you -- you wish to --

25          A     Okay.

1    that image.  And then --

2         Q    What image were you going for --

3         A    And also if you take responsibility, you get a

4    point off.

5              Huh?

6         Q    You get a point off.

7         A    Yeah.

8         Q    What image were you going for, Mr. Chesser?

9         A    Contrition, I guess.  That's the word for it.

10        Q    Well, it's a pretty telling word.  So I

11   understand what you're saying.

12        A    Uh-huh.

13        Q    Did you not really feel contrition, though?

14        A    No.  I don't feel contrition for it, and I

15   didn't feel contrition for it.

16        Q    I see.

17        A    And -- yeah.  The opinions expressed in here

18   aren't true.  Some of this stuff that I said I did I

19   didn't do, or the characterizations.  Like, I really

20   didn't threaten anybody.  There's no linguistic threat.

21   There's no intent to threat, you know, for example, in

22   anything I did.

23             You know, it wasn't something -- I didn't

24   think it was going to be perceived as a threat as --

25        Q    And --

1      Q     Okay.

2      A     But in the particular statute that I'm charged

3   with, no, I didn't know they did any of those things.

4   And as far as I know today, they hadn't done any of those

5   things until after my alleged offense conduct.

6      Q     Okay.  One of --

7      A     So -- yes.

8      Q     Excuse me, Mr. Chesser.

9            One of the things you say in here --

10     A     Uh-huh.

11     Q     -- it's in the paragraph that begins, The

12  Jihadi ideology I was drawn into.

13     A     Right.

14     Q     At the end there you -- you say -- you say

15  this -- and I -- I wonder if you continue to feel this

16  way.  You said, quote, I completely reject the idea that

17  killing can be justified in the name of Islam or any

18  other religion.

19     A     No, I don't believe that.

20     Q     You don't believe that?

21     A     No.  That's --

22     Q     Okay.

23     A     Yeah.

24     Q     So, I guess, we've talked about some

25  circumstances under which you believe killing could be

1          A      There's the death penalty for adultery,

2    apostasy.   These are all things only the government does.

3    This isn't, like, something that you do even -- not just

4    in prison, but you need an Islamic government before you

5    do them.   It's not permissible to do them without that.

6          Q      Are --

7          A      But -- huh?  Go ahead.

8          Q      Are there -- are there any other -- I

9    understand that factually you disagree with some things

10   in here.  Are there any other statements, though, like

11   the one that we just talked about, about your ideas,

12   about your beliefs, in this Statement of Responsibility

13   that you also don't believe?

14         A      Probably everything.  I don't know.  Let's

15   see.  I'm Jihadi, so, I mean, me saying, Oh, I'm not

16   Jihadi, that's not true.

17              I don't disagree with Al-Awlaki in a general

18   sense.

19         Q      Where are you, Chesser?

20         A      Second paragraph.

21         Q      Okay.

22         A      That's kind of the gist of the paragraph.

23         Q      Right, that you are distancing yourself from

24   Anwar Al-Awlaki.

25         A      Yeah.

```
 1         Q     And you don't agree with that, correct?
 2         A     Yeah.  I mean, there's -- I probably don't
 3   agree with anybody on every issue in the whole world, but
 4   the -- because there's, you know, probably
 5   a-hundred-thousand-plus issues in Islam, so probably
 6   don't agree with everybody on everything, but I would say
 7   generally I would agree with him.
 8         Q     I see.
 9         A     I was a pacifist.  That's true.
10         Q     When you were a little guy?
11         A     Until I was 18 --
12         Q     Okay.
13         A     -- probably.
14         Q     Okay.
15         A     I don't support vegetarianism anymore.
16         Q     I don't either.
17         A     Yeah.  So -- but . . .
18         Q     Just to put that on the record.
19         A     Yeah.
20         Q     Okay.
21         A     I do think that my wife's sister did almost
22   get killed in the bombing.  That's my understanding of
23   events.  So that's true or might be true.
24         Q     Did you oppose the bombing, Mr. Chesser?
25         A     Probably not.  I don't --
```

1     Q    Okay.

2     A    -- think so.  I was using it to trick the FBI,

3 so I don't know how much I thought about it in terms of

4 other aspects.  But, yeah, I was trying to -- because I

5 knew they were recording me in my house and stuff like

6 this, so -- yeah.

7         Anyway, I'm not going to go beyond that

8 statement.

9     Q    All right.  Taking the Fifth Amendment as to

10 anything else about that, then, I guess?

11     A    Yeah, I would be.

12     Q    All right.

13     A    I don't agree that cooperating is the right

14 thing to do.

15     Q    All right.

16     A    That's the fourth paragraph, last sentence.

17     Q    I see.

18         What about that statement being an effective

19 voice against extremism?

20     A    Well, I think that -- I don't disagree with

21 that, but I think -- I mean something else by that word

22 than --

23     Q    What do you mean by it, Mr. Chesser?

24     A    -- what the government would mean.

25         Well, I don't like a lot of the stuff that

1    This is one of the weird things where they tied me to

2    Samir Khan with this puzzle piece statement, because I

3    think that's, like, the name of his website or something,

4    like, Puzzle Pieces or something.

5         Q    Oh.  That's interesting.

6         A    Sorry.  The title -- I don't -- I just know

7    that they, like -- some analyst thought that that had to

8    do with him or something.

9         Q    Okay.

10        A    But that's just a random figure of speech.

11             Let's see.  I don't have any intention to make

12   up for anything.  That's the last sentence of the thing.

13        Q    Okay.

14        A    So that's that.

15        Q    Thank you for being honest with me about that.

16   I appreciate it.

17        A    Yeah, no problem.

18        Q    Mr. Chesser, since you've been in prison

19   you -- you wrote a -- you wrote an autobiography.

20   Prisoner of Faith.

21        A    I have probably written -- oh, yeah.  That was

22   to the freedetainees.org site.

23        Q    You know, Mr. Chesser, I'm not sure about

24   that.  It was my understanding that you were working with

25   a reporter at the time named Peter Bergen.  Is it two

1        A      Okay.  I'm pretty sure.

2        Q      And then the e-mails that follow, Mr. Chesser,

3    at 1064, what -- what are the rest of the documents?

4        A      Okay.  So this --

5        Q      Can you generally identify those for me?

6        A      Yeah.  So the document at 1064 to 1065 called

7    Eid and Gitmo North, this is an e-mail I sent, which the

8    Counterterrorism Unit rejected.

9        Q      Okay.

10       A      I'm not sure that's why I produced that.  I

11   think I produced it because has to do with Eid.

12       Q      I see.

13       A      Just to say, Hey, I've been doing this as, you

14   know, corroborative issues, because I think you asked me

15   for anything that I might use to support my --

16       Q      I did.

17       A      -- beliefs or something.

18       Q      I did.

19       A      I think this is the purpose of that.

20       Q      All right.

21       A      Might also be because it's ridiculous that it

22   was rejected, because it's basically describing candy and

23   stuff like that.

24       Q      Okay.  I didn't know that one was rejected.

25              And then it looks like you're speaking

```
 1    about -- to Peter Bergen on pages 1066 -- oh, I see.

 2          Is 1066 through --

 3      A    Yeah, the -- the Peter Bergen 1066 to 1144 --

 4    let me just flip through it and make sure it doesn't

 5    have, like, something in the middle that's not supposed

 6    to be there.

 7      Q    Please.

 8      A    And, yeah, that's the document.

 9      Q    And then some more e-mails follow that --

10      A    Right.

11      Q    -- is that right?

12          All right.  So, Mr. Chesser, let's, then,

13    separate out your Prisoner of Faith document and your

14    documents to Mr. Bergen --

15      A    Okay.

16      Q    -- and exclude the rest, if that's okay.

17      A    No problem.

18          There's that.

19          (Exhibit Numbers 3 and 4 were marked for

20    identification.)

21          (Mr. Wiencek entered the room.)

22          (A discussion was held off the record.)

23      Q    (By Ms. Prose)  All right.  Mr. Chesser, let's

24    go back on the record.  I'm going to give you Exhibit --

25    what our court reporter has marked as Exhibit 3.  The
```

1    it, but --

2            Q     Okay.

3            A     He has a lot of books.  I don't know the --

4    well, yeah, that's, I think, the title or some- --

5    something along -- it has to do with the U.S., like, in

6    Jihad.

7            Q     I see.

8            A     So, yeah.

9            Q     I see.  So just to be clear, both of these

10   documents, Exhibits 3 and 4, this is your writing,

11   Mr. Chesser?

12           A     Yes, those are both my writing.

13           Q     Okay.  Thank you for clarifying that.

14           A     Uh-huh.

15           Q     Let's take a look at Exhibit 4, the material

16   you wrote for Ms. -- Mr. Bergen.

17           A     Uh-huh.

18           Q     Is -- is this the extent of what you wrote for

19   Mr. Bergen, or were there other things out there, too,

20   that are not encompassed here in Exhibit 4?

21           A     I think I sent him, like, two letters or three

22   letters that -- other than, I think, I tried to get him

23   as an expert in this case, but --

24           Q     He declined, I guess.

25           A     He didn't respond.

1    dealt with the organization a lot.  Like, for example,

2    when they burned the pilot, so he was very against that

3    and also against it because they basically let this

4    prisoner in Jordan be executed because of it.  And so he

5    has lots of little issues that he's dealt with them over

6    time and --

7         Q    Okay.

8         A    -- so that's -- yeah.  He has more knowledge

9    of them than I do.

10        Q    So to be clear on one point you raise, there

11   are some people who call themselves Muslim who really

12   probably aren't Muslim; is that right?

13        A    Yeah, that's true.

14        Q    Yeah.  And -- and among them are certain, I

15   guess, subsects of the Shia Muslim, or are any Shia

16   Muslims Muslim in your view?

17        A    So I don't -- I don't just make -- it's called

18   takfeer.  That's when you consider somebody that claims

19   to be Muslim to be non-Muslim.

20        Q    Yes.

21        A    I don't think takfeer of, like, the general

22   lay people of the Twelver Shia, which is really the main

23   group of Shia.  They don't really -- I mean, there's not

24   much Shia in the BOP to begin with.

25             But the ones that are called Alawites or

1    Nusayris, that's like Bashar Al-Assad, and they only

2    exist in Syria for the most part.

3         Q    I know them.

4         A    Yeah.  No -- no Sunni considers them to be

5    Muslim.  They're considered to be, regardless of whether

6    they're lay people or not, completely outside of Islam.

7         Q    As a Jihadi would it be okay to kill them

8    under the proper circumstances?

9         A    Well, I mean, yeah, if -- if they -- they just

10   take the same ruling as any other non-Muslim.

11        Q    Okay.

12        A    So then you have the Zaidis, and I don't

13   understand the situation with the Zaidis, because

14   normally the Zaidis are considered like Sunnis; but

15   people say that they change their beliefs and they're

16   more like the Iranian type now.  And so I don't know what

17   the issue is in Yemen.  But they're -- they -- they only

18   exist in Yemen.

19        Q    Right.

20        A    It's a very tiny -- it's -- it might even be

21   smaller than the Alawite sect.  Like, I've never met one.

22   I've never met an Alawite.  Never seen one to my

23   knowledge.

24        Q    I have.

25        A    Yeah?

1          Q      Yeah.

2                 Okay.   Thank you for explaining all that.

3          A      Uh-huh.

4          Q      I want to ask you about the e-mail you tried

5     to send and -- called For Immunity, Not Qualified.

6          A      Okay.

7          Q      I bet you anticipated I might want to ask you

8     about that.

9          A      Yeah, this is satire.

10         Q      All right.   Let's talk about that.

11         A      So, yeah.

12                THE REPORTER:   Can we take a quick rest-

13    restroom break?

14                MS. PROSE:   Mr. Chesser --

15                THE WITNESS:   Yeah, that's fine.

16                MS. PROSE:   Do you need to use the restroom?

17                THE WITNESS:   No.

18                (A recess was taken from 11:13 a.m. until

19    11:17 a.m.)

20                (Ms. Shelton is not present.)

21                (Exhibit Number 5 was marked for

22    identification.)

23         Q      (By Ms. Prose)   So, Mr. Chesser, I'm handing

24    you what our court reporter has marked as Exhibit 5, I

25    believe.

1    want this one to go to the public.  So -- so we'll

2    further consider how this one ought to be designated.

3              Let's look at your paean --

4         A    The what?

5         Q    Your paean, P-A-E-O-N (sic).  Your accolade.

6         A    Oh, okay.  P-E- -- all right.

7              What number was it?

8         Q    That was Number 5.

9              This will be Number 6 here.

10             (Exhibit Number 6 was marked for

11   identification.)

12        Q    (By Ms. Prose)  So -- so, Mr. -- actually,

13   it's spelled P-A-E-A-N, not O-N, paean.

14             Exhibit 6 is -- is marked BOP 2625 --

15        A    Uh-huh.

16        Q    -- to 2626.  This is an e-mail at -- that you

17   wrote, Mr. Chesser, is that right, on -- it looks like

18   October 1, 2013, correct?  Or thereabouts.

19        A    Yeah, probably.  I mean, the -- the -- I'll

20   just point out the dates on these e-mails, if they're the

21   same as what I see in my computer, they're the date they

22   got approved.

23        Q    The date they got approved --

24        A    Or rejected or whatever.

25        Q    That makes sense.

```
 1        A    So it wouldn't necessarily be the date I wrote
 2   it.  It could be a month off, some of them.  But --
 3        Q    Did this one go out, Mr. Chesser?
 4        A    Yeah, this one actually went out.
 5        Q    This one went out?
 6        A    Yeah.
 7        Q    Okay.  I just -- I just wanted to clarify
 8   that.
 9             Let's see.  I guess, we'll call this a poem?
10        A    Yeah.  That's what it is.
11        Q    Yeah.  Do you continue to adhere to the ideas
12   you expressed here, Mr. Chesser?
13        A    I mean, it's very sarcastic, so I don't know
14   how you define the ideas, but --
15        Q    Well, let me ask it a slightly different way
16   and maybe it will make more sense.  Is there anything
17   here that you would retract or --
18        A    No.
19        Q    No?  Okay.
20        A    Yeah.  That's a easy one.
21        Q    Okay.
22        A    The -- yeah.
23        Q    Okay.  So here -- again, the word "Kaafir,"
24   K-A-A-F-I-R, same as Ku- -- Kufar?
25        A    Yeah, it's singular.
```

1       Q    Is -- that's the singular?

2       A    I'm using it as an adjective, but . . .

3       Q    Okay.  And -- and you're comparing

4 Mr. Tsarnaev to George Armstrong Custer here it looks?

5       A    Yeah.

6       Q    Okay.

7       A    This is about the -- they put his picture on

8 Rolling Stone and it became a controversy, and so I was

9 making fun of it.

10       Q    How about you, though, do you think he is cool

11 -- do you think Tsarnaev is cool down to the bone?

12       A    This -- this isn't even close to the way I

13 talk.  So I don't -- I can't even picture myself using

14 that word except to -- I'm just using it because Rolling

15 Stone is the one that did it.  So, yeah, the last time I

16 used the word "cool" outside of this e-mail was probably

17 like ten years ago.

18       Q    Okay.

19       A    But, yeah, in terms of those, like, little

20 details, no.  This is just me making fun of Rolling Stone

21 over the controversy and -- because people said they made

22 him look like a pop star and things like this.  So that's

23 the gist of that.

24       Q    Do you admire him?  Mr. Tsarnaev that is.

25       A    Do I admire him?

```
 1          Q     Yeah.
 2          A     I mean, in terms of that, taking bravery and
 3   stuff like this, yeah.  But what his actual situation is
 4   with the Allahsmatada (phonetic) --
 5          Q     With the what?
 6          A     Sorry.  I'm going to --
 7          Q     With the what?
 8          A     Allah.
 9          Q     Oh.
10          A     And then I'll let you -- I'll spell that
11   later, the other part.
12          That's -- it just means like glory to him in
13   the most high.
14          Q     Do you think he's a hero?
15          A     I mean, all these terms -- I don't know if I
16   describe anybody with these terms, you know, that's
17   living.  So this is something -- like, in Islam you don't
18   purify somebody before Allah.  Like, you don't say that
19   this person is this or this person is that in a certain
20   sense.
21          So in terms of doing that, no, that's not
22   my -- that's not my intention here and that's not
23   something I do normally, but is -- you know, the point of
24   this was to poke fun at Rolling Stone really.
25          But the --
```

1       Q   But, yet, you'd agree with me, I think, the

2   overall tone for Mr. Tsarnaev is quite positive.  The

3   view that emerges here is a positive --

4       A   Yeah, it's a positive view.  That's -- that's

5   fair.

6       Q   Okay.

7       A   It's part of the point, you know, but the --

8       Q   Are you --

9       A   See, I'll put it -- I'll put it like this to

10   clarify it a little bit.  So, yeah, I'm Jihadi, so I'm

11   trying to take it and use it exactly how the people in

12   the media say, Oh, you're making this guy look like this

13   and look like a rock star or this or that, and so I'm

14   doing -- yeah, I'm going to go take it and make him look

15   like a rock star just to emphasize sort of the

16   controversy against them or whatever.  That was what was

17   going through my head.

18       Q   Do -- do you continue to adhere to the view

19   that -- that he should be thanked for the Boston Marathon

20   bombing?

21       A   If his intentions are sincere in these things,

22   yeah, I think that was a legitimate act --

23       Q   Okay.

24       A   -- so . . .

25       Q   Thank you for explaining that.

1          MS. PROSE:  Let's go off the record.

2          (A recess was taken from 11:38 a.m. until

3    11:39 a.m.)

4          Q    (By Ms. Prose)  I want to ask you a couple

5    more questions about Jihad.  Okay?  So was -- was the

6    marathon bombing, was that an act of Jihad?

7          A    Yeah, that would be Jihad.

8          Q    Is that the kind of Jihad that -- that you

9    believe in, Mr. Chesser?

10         A    It's among it, yeah.

11         Q    Is it mandated by Islam?

12         A    Okay.  Jihad in general is mandated by Islam.

13   Is that particular act mandated?  No, it's not mandated.

14   It's just how the person chose to do it.

15         Q    I see.

16         A    Yeah, but Jihad in general is mandated in

17   certain situations which apply to it, so . . .

18         Q    Okay.  Okay.  Thanks.  Thanks for explaining

19   that for me.

20         Mr. Chesser, do you wish you had accomplished

21   something like the marathon bombing?

22         A    No, not really.  I mean, the -- I have my own

23   way of doing things and that's not it.

24         Q    Yeah.

25         A    Yeah, I guess.  The --

 1          A      So every --

 2          Q      I understand.

 3          A      -- e-mail that you guys are probably going to

 4   present, I have my own copy that's not subject to

 5   protective orders, so . . .

 6          Q      I -- I understand.

 7          A      Yeah.  Yeah, I know what this is.

 8          Q      Yeah.  Well, I think you can probably see why

 9   this one may have been rejected, Mr. Chesser.  So it --

10   you -- this -- you did write this e-mail, correct, sir?

11          A      Yeah.

12          Q      Just for the record.

13          A      I wrote it.

14          Q      Now, let me ask you this.  Do you -- do you

15   continue to adhere today to the -- to the ideas that you

16   express to Ms. Andrews here?

17          A      Yeah, I think that's totally -- I think that's

18   correct.  I think even a lot of non-Muslims would agree

19   with that.  This -- I'm just saying that it doesn't

20   matter what you kill somebody with, you know, that's --

21   killing is killing, you know, whether it happens with a

22   pipe bomb or with an airplane's bomb.

23               You know, the -- so, yeah, I do think it's

24   hypocrisy that there's, like, some sort of moral

25   distinction between, you know, China flying over the U.S.

1    and dropping a bomb on the U.S. and, you know, what

2    happened in Boston, for example.  I don't see why that --

3    one would never be, like, questioned morally by a lot of

4    people and the other one is.

5           So I don't see a difference between one and

6    the other.  You know, one is, like, considered acceptable

7    political norms and the other one isn't and both kill

8    people.  So I think there -- you know, there shouldn't --

9    I don't see any difference between the two.

10        Q    Okay.  I just wanted to -- to verify that what

11   you said in this e-mail you -- you continue to agree

12   with --

13        A    Yeah.

14        Q    -- today.

15           Okay.  Well, thank you for verifying that.

16           What did you mean when you said, I can't

17   phrase this as well as I'd like without picking up a new

18   case?

19        A    Well, I didn't know the laws then, so I don't

20   think that's correct, but -- because, you know, I

21   probably could phrase whatever I meant without picking up

22   a new case.  But I just didn't know what incite induction

23   was or anything of these things at the time, so --

24        Q    What would you have liked to have said to her

25   in addition to what you did say?

1    verify this really is --

2         A    Uh-huh.

3         Q    -- your work here, Mr. Chesser.  And I

4    think -- I think we'll -- since the circumstances under

5    which you have it are kind of ambiguous and I'm not

6    entirely clear what the BOP was trying to accomplish,

7    we'll go ahead and mark this document as confidential

8    pursuant to the protective order.  But if it turns out

9    you have it, we can -- we can revisit that.

10        A    Uh-huh.

11             MS. PROSE:  All right.  Let's mark this.  That

12   is Exhibit 8, please.

13             THE WITNESS:  It's on the Internet, I mean --

14             MS. PROSE:  Yes.  That's where I got it.

15             THE WITNESS:  All right.  Yeah.  The . . .

16             (Exhibit Number 8 was marked for

17   identification.)

18        Q    (By Ms. Prose)  And by the way, Mr. -- and by

19   the way, Mr. Chesser, I just -- I just added the numbers

20   at the bottom --

21        A    Yeah, I saw that.

22        Q    -- just for -- just for ease of reference.

23        A    Yeah.  Mine have like exhibit marked all over

24   them anyway, so . . .

25        Q    Oh.  Okay.

1       A      It was used in a case.

2       Q      Did you use them in one of your civil cases?

3       A      I didn't use them.  It was used against me in

4   a child custody case.  That's why I have it.

5       Q      Oh.

6       A      Well, I also have them on my CD's, but it's

7   not on paper.

8       Q      Is -- I want to make sure this is actually the

9   article you wrote.  You know, so many things can pop up

10  on-line.  Does this -- does this appear to be your actual

11  work here?

12      A      It certainly looks like it.

13      Q      Okay.

14      A      I can't vouch for alterations occurring in the

15  last eight years.

16      Q      Okay.

17      A      And I wouldn't even probably know unless I had

18  my document and compared it word for word.  But I assume

19  it's probably all the same.

20      Q      Probably the same.

21      A      Yeah.

22      Q      Yeah.  That's probably a good supposition

23  there.

24             So, now, let me ask you a couple of general

25  questions first.  Did --

1      Q      Thank -- thank you for explaining that.  I --
2 I think that's all the questions I have about -- about
3 that -- about that work right now.
4      A      All right.
5      Q      Unless there's something you want to tell me
6 you would do differently now.
7      A      I can't -- well, I'd have to, like, parse the
8 document to figure out the issues.  You know, this --
9      Q      Would they probably be fairly -- I mean --
10      A      It's not going to affect anything in the case.
11      Q      Okay.
12      A      Like, you know, do I want to -- I'm just
13 saying that because I don't know who's going to read the
14 deposition later on and stuff like this and say, Oh, he
15 stands by everything in this document.  I don't know.
16 But --
17      Q      But generally speaking it --
18      A      Yeah.  As a --
19      Q      -- reflects your views, right?
20      A      -- general issue, yes, it reflects my views.
21      Q      Okay.  Fair enough.  Fair enough.  Let's put
22 this over here.
23             I forgot to ask you something in your -- in
24 your commentary on the 44 Ways, and so I'd like to just
25 go back to that really --

```
 1        Q    Now, what about your attacking him -- I think
 2   you admitted that you initiated the fight.
 3        A    Yeah, I initiated it.
 4        Q    Yeah.
 5        A    No, that's not what I was thinking.  I was
 6   just thinking of solving an issue that happened and I
 7   wanted to go to Terre Haute.
 8        Q    Why did you want to go up there?
 9        A    I was tired of some people that were at
10   Marion.
11        Q    Okay.  Was Mr. ████ one of them?
12        A    Not really.  But, I mean, I didn't like ████
13   He's a delusional racist weirdo, but --
14        Q    Do you actually hate him?
15        A    Yeah, ████ I even hate on a personal level.  I
16   was cellies with him in Oklahoma and had to listen to him
17   use the N word about a thousand times and other stuff
18   like that.  I don't like ████
19        Q    Okay.
20        A    But --
21        Q    But that was not Jihad in your view and not
22   Jihad as you reference here on page 596?
23        A    No, that's not what I was looking at it as.
24   And I was just -- he got done the ban.  See, a lot of the
25   stuff that they have in the BOP -- I saw -- I skimmed it
```

1    It wasn't, like, the high-up staff.  And I wouldn't do it

2    in retrospect.  I wouldn't do this again.  But --

3         Q    Why?  Because it -- because you wound up at

4    ADX after that?

5         A    I didn't wind -- see, this is something that

6    sometimes you guys mix up.  Or the -- "you guys" in the

7    general sense, the Government.

8              I didn't go to ADX after that.  I was let out

9    of the SHU after that.  But -- nah, this wasn't -- didn't

10   need to be solved like that.  That wasn't the -- a wise

11   thing to do.  And I think █████ deserves it in terms of --

12   even if I wasn't Muslim, I'd think █████ deserves that.

13   Some people just need that.  But --

14        Q    He kind of -- he kind of needed hitting, kind

15   of needed beaten up?

16        A    That kind of attitude, I guess, you know,

17   like, might do him some good.  But --

18        Q    So once Mr. █████ was out of the unit, then

19   nobody complained about the call to prayer after that.

20   Is that how it -- is that how it came out?

21        A    I mean, he's the only person I ever even heard

22   of complaining about it.  Because we don't do it at,

23   like, the early morning time and other people loud about

24   it.  He just has this weird racism ideology.  He thinks

25   he's Native American, which makes it stranger, but the --

1    down, so you have to wear handcuffs when you walk --

2        Q    Okay.

3        A    -- to the deposition.

4            But the -- they had us on modified -- they

5    locked us down for like a day or two days.  Then they put

6    us on modified status for a little while, and maybe two

7    or three days ago they started letting us go back

8    outside.

9        Q    Okay.  For example, yesterday did you get to

10   go outside?

11       A    I didn't have outside rec yesterday.

12       Q    I see.

13       A    So tonight, assuming nothing happens, I should

14   be able to go outside tonight.  But yesterday I only had

15   inside rec one way or the other.

16       Q    And so yesterday did you pray one time or two

17   times with your fellow inmates?

18       A    Two times.

19       Q    So it worked out that -- yesterday for a

20   little bit more, an extra prayer?

21       A    Yeah.  They -- usually when it's -- when we

22   can pray during rec, it's at least two, I think.

23       Q    Oh, okay.

24       A    So there -- there will be exceptions when

25   the -- it gets back to being like summertime.  But in the

```
 1   winter, they're closer together.  So I think probably

 2   right now, if we're out during, like, the normal

 3   schedule, assuming they don't do a weird schedule, it's

 4   probably always going to be two.

 5        Q    Okay.  I see.

 6        A    At least two.

 7        Q    I see.

 8        A    Yeah.

 9        Q    Are you -- are you doing the call to prayer,

10   too?

11        A    Yeah.

12        Q    Do you do it before every prayer?

13        A    I don't personally do it, but yeah.

14        Q    You -- do -- does one of the prisoners do it

15   before the call -- before each of the prayers?

16        A    Yep.

17        Q    How about in -- in the morning when you're

18   still locked in your cells when -- I presume there's at

19   least one prayer that happens before you come out for

20   rec, right?

21        A    Uh-huh.

22        Q    Do you -- do you just pray, then, that prayer

23   in your own cell?  Is that how you do it?  Just like you

24   did here today?

25        A    Yeah, I don't have any way to pray with
```

1   somebody during the morning prayer.

2       Q    Do you, though -- before that early morning

3   prayer when you're still in your cell, does someone atone

4   the azone and -- even though you're not in the same area

5   or not?

6       A    I usually -- I mean, I do it, but I do for

7   myself, but I just do it in a voice where you probably

8   can't hear it outside my own cell.

9       Q    Does anybody do it more loudly so that other

10  prisoners can hear?

11      A    No.  We don't do -- I mean, we do that when

12  we're out of our cells maybe, but not usually --

13      Q    Uh-huh.

14      A    -- when we're inside our cells.

15      Q    Okay.  I see.

16          And is that just kind of a respect thing for

17  other inmates?  It's -- you don't -- you don't want to

18  wake them at that hour?

19      A    Probably mostly -- I mean, now they're

20  probably all awake, but the -- because it's like six

21  something that it comes in and the staff wake you up,

22  essentially, at that time.

23      Q    Uh-huh.

24      A    But I don't even know.  You know, it's --

25  yeah, I guess, probably to avoid some problem.  But I

1      A     I mean, it's just -- it's no -- it's no

2    different.  It's a call to prayer.  It's words.  And

3    somebody having a conversation about football is words.

4    You know, a lot of times people yell and stuff like this

5    in some sort of debate about this sports team or that

6    sports team or whatever.  You know, it's not any louder

7    than regular conversations you hear in prison.

8      Q     Okay.  I -- sometimes, I guess, it comes --

9    it -- you happen to be out of your cell at the time for

10   Jumu'ah prayer.

11     A     Uh-huh.

12     Q     And so when that happens, I -- I presume you

13   pray the Jumu'ah prayer with your fellow inmates?

14     A     Yeah.

15     Q     Do -- who -- who leads the prayers, by the

16   way?  You said you don't.

17     A     No.  I do in -- no, I don't do the call to

18   prayer.

19     Q     You don't the call.  Okay.

20     A     Since I've been in BB Unit, in my group I've

21   led all the prayers.

22     Q     Have you?

23     A     Yeah.

24     Q     And how did -- how was that decided?  Can you

25   explain to me that dynamic, how that works out?

1        A     Well, it's usually whoever has memorized the

2   most of the Quran.

3        Q     Okay.

4        A     And my memory is bad.  I'm not going to say

5   that I have a good memory, but I memorized it all.

6        Q     Okay.

7        A     And then I got hit with legal work and forgot

8   a lot.  So I don't know.  But anyway, that's basically

9   why they made me.  And then I think they have -- they

10  think I have a nice voice and stuff like this.  So that's

11  kind of why --

12       Q     Okay.

13       A     -- I got put -- I was the one leading the

14  prayer, I guess.

15       Q     So you -- when you are out for prayer -- like

16  today you're not there, obviously.

17       A     Uh-huh.

18       Q     But you -- you pretty much lead the -- lead

19  the prayer?

20       A     Yeah, usually.

21       Q     Okay.

22       A     Or all the time usually.

23       Q     All the time?

24       A     Yeah.

25       Q     Okay.  And has -- and has that been the case

1    And then the rest -- there's a -- there's a guy -- a

2    Latino guy.  I have been down with him, but I don't have

3    any problem with him.  You know, he's in a wheelchair

4    anyway, so it's whatever.  But --

5         Q    Is he a Muslim?

6         A    No, he's not Muslim.

7         Q    Okay.

8         A    So there's right now there's two Muslims down

9    there.

10        Q    Okay.

11        A    There were three.  Ajaj was down there.  Now

12   there's two.

13        Q    Okay.  So -- so the one solution is -- from

14   your perspective is guys on -- in -- on both floors --

15        A    Yeah.

16        Q    -- can pray together.

17             Another is let you out to pray with others

18   at -- at the times of day you're normally locked down.

19        A    Yeah.  Well, okay.  Yeah, so --

20        Q    Like early morning.

21        A    -- like, one -- one solution is just to

22   completely let us go to rec with that group and not have

23   four groups.  You know, have two groups or three groups

24   instead of what they currently have.

25             The -- the other one is during the times of

```
 1    prayer, somehow let us out of our cells and pray with
 2    them or just even pray with each other, because we can't
 3    pray with each other when we're locked down.
 4         Q    Uh-huh.
 5         A    Or when we're out let them out to come pray
 6    with us.
 7         Q    And then put them back in?  Is that -- is that
 8    the proposal?  Come out for the prayer, but go back?
 9         A    That would be something -- I don't see why
10    they wouldn't just be able to just -- like I said, I
11    think we all get along.  But if there's some sort of
12    issue like, Oh, we don't want this much time -- because
13    they can't -- with that particular room that they have
14    right now --
15         Q    Uh-huh.
16         A    -- and -- they can actually lock us inside it.
17    They do it all the time.  They -- they use it -- one of
18    the things they use the room for is, like, if somebody
19    needs to go to a visit --
20         Q    Uh-huh.
21         A    -- or something or a medical issue --
22         Q    Uh-huh.
23         A    -- they just take whoever's on inside rec at
24    the time and they just put them in that room and lock it
25    briefly and then unlock it, because it's easier than
```

1      Q    But you say he's tracking toward a CMU?

2      A    No.  They're just doing a -- I stayed in J

3   Unit an extra month because the CMU referral.

4      Q    Okay.

5      A    So it's the same thing.  He's just waiting for

6   them -- the staff basically say they know they're going

7   to deny him, but they have to wait until the referral is

8   over.

9      Q    Okay.

10     A    I don't know if they'll deny him or not.

11  That's what Castro, the case manager, says.

12     Q    I see.  So you -- are you saying you may argue

13  that they should bring the J -- just bring those J guys

14  sitting over there over to you -- over to BB right now?

15     A    Yeah, something along those --

16     Q    Is that your complaint?

17     A    -- lines.  Maybe even -- there's no

18  particular -- it -- there's lots of ways they could do

19  it.  I mean, they could just put the Step-Down Program in

20  one prison, you know, this prison or that prison.

21     Q    Again, there are -- you propose solutions that

22  would really, truly fundamentally change how the BOP

23  confines inmates right now, right?

24     A    Yeah.  Oh, this wouldn't be like that much of

25  a difference, because, I mean, for example, if they --

```
 1    instead of having BB Unit in USP Florence, put it in K

 2    Unit at ADX or JB Unit in ADX and move some stuff around

 3    maybe.

 4            But I don't think that's like a huge,

 5    fundamental change.  We're not benefiting from being in a

 6    USP particularly over -- or the opposite, moving J Unit

 7    to USP Florence and having it over here so that there's

 8    more, you know, access to the inmates.

 9            Because one of the things they've done

10    recently is they've reduced the amount of time you spend

11    in certain programs --

12        Q    Uh-huh.

13        A    -- or parts of the -- the step-down phase.

14        Q    Uh-huh.

15        A    So it used to be very long.  Like, there was K

16    Unit before J Unit and then DB Unit was, what, 18 months

17    or two years --

18        Q    Uh-huh.

19        A    -- or something like that.

20        Q    Uh-huh.

21        A    So the idea -- that's why you see on the

22    program statement, like, the maximum number of inmates

23    for this phase is -- they can be out on the range with 32

24    inmates.  That's not even close to anything I've ever

25    even seen since I've been in the Step-Down Program.
```

1  those speeches I gave was for the Eid prayer.  It wasn't

2  for the Friday prayer.  That was the first one.

3       Q    One of these Eid prayer -- one of these Eid

4  prayers?  No.  Because Ramadan would have long passed by

5  then.

6       A    Yeah, it was the Dhu Al-Hijjah one.  It was

7  the one -- the tenth day of Dhu Al-Hijjah.

8       Q    Oh, okay.

9       A    It's the eighth of Doublehar (phonetic).

10      Q    Got it.

11      A    So, yeah, that one I was able to -- barely,

12 but was able to get that in.  And then we didn't do the

13 Friday prayer, because you don't do the Friday prayer

14 when you do the eighth prayer.

15      Q    I see.  I see.

16      A    Yeah.

17      Q    So you actually were able to do one of those

18 this year.

19      A    Yeah.

20      Q    And, I guess, if you were out of your cell,

21 you could do them both.

22      A    Well, I was in J Unit so -- for the other one.

23 So I didn't get to do the other one because I was in J

24 Unit and --

25      Q    Than in your current unit?

```
 1        A     -- they would have written me a shot.
 2              Yeah.
 3        Q     It could work out?
 4        A     Yeah.  In my current unit, it would depend on
 5   what the rec schedule winds up being on that particular
 6   day.  If I'm out, yeah, I'd probably do it.
 7        Q     Okay.
 8        A     Yeah.  I think -- I think if -- if I'm out of
 9   my cell, I could do it.
10        Q     Okay.
11        A     Yeah.
12        Q     And I -- I wondered if you prayed the prayer
13   during the eclipse when we had the most recent solar
14   eclipse back in September?
15        A     You have to see it to do the eclipse prayer.
16   So if you don't see it personally, you don't do it.
17   Either way, I was in my cell.  I was locked in my cell.
18        Q     Now, how can the BOP make this happen for you,
19   do you think?
20        A     Open the door.
21        Q     All right.  I see.  So if you're out of your
22   cell, that's good enough -- that's good enough?  If you
23   can look out a window?
24        A     Yeah.  We can actually see out our windows in
25   the -- the unit --
```

1    Q    Okay.

2    A    -- for some reason.  I don't know if -- could

3    you guys see it in Colorado?  Okay.

4    Q    Quite well.

5    A    Yeah?  Then, if we could have seen it, we

6    could have done it.

7         There's actually a very good view in the unit,

8    like, kind of the door that you enter --

9    Q    Uh-huh. uh-huh.

10   A    -- so you can see the sky pretty good from

11   there.

12   Q    Okay.  Were -- I'm sorry.  Did you say you

13   didn't -- were you locked down that day?

14   A    Yeah, I was locked my cell when it would have

15   occurred.

16   Q    Okay.

17   A    I think we might have even been completely

18   locked down.

19   Q    Okay.

20   A    It might have been during a lockdown.

21   Q    But, again, if you had been out, you probably

22   could have done that prayer, then, too?

23   A    Yeah.

24   Q    Tell me about this prayer for rain.  Couldn't

25   you pray that anytime you're out of your cell?  The --

```
 1        A    Yeah, I could pray it.  It's -- it needs a
 2   drought, so, you know --
 3        Q    Could you pray that one by yourself, or is
 4   that a congregate prayer?
 5        A    No.  It's a congregate prayer.
 6        Q    I see.
 7        A    It's supposed to be congregational.
 8        Q    I understand.
 9        A    Yeah.
10        Q    So -- so, again, have you prayed -- have you
11   prayed such a prayer since you've been in BB Unit --
12        A    No, I haven't prayed that one.
13        Q    -- with the other gentlemen?
14        A    That one, one, it requires a drought.  I don't
15   know of any drought.  Maybe there is a drought.
16        Q    Right.
17        A    I just don't --
18        Q    Okay.
19        A    -- know about it.
20        Q    I -- I'm -- I see what you're saying.
21        A    Yeah.
22        Q    The -- the Tarawih or Tarawih, T-A-R-A-W-I-H
23   prayer --
24        A    Yeah.
25        Q    -- that's during Ramadan.
```

```
 1        Q     And, again, to accommodate your beliefs about

 2   this, your position would be the BOP needs to bring you

 3   out of our cell --

 4        A     Yeah.

 5        Q     -- at these times?

 6        A     That might even be easier, because it's at

 7   night and, I mean, it's not like you have to disrupt the

 8   recreation period --

 9        Q     Okay.

10        A     -- because everyone's locked down already.  So

11   they would just lock us in that room and then lock us in

12   our cell.  They could even cuff us, because the -- the --

13   my recollection is the door has a -- it might not, but

14   they could put it in there anyway.  They can put the cuff

15   slot in there --

16        Q     Okay.

17        A     -- and cuff us.  Because they reduce the staff

18   -- the number of staff at night, and so just the way that

19   they solve that usually is they just handcuff you when

20   they transport you rather than transporting you without

21   handcuffs.

22        Q     Okay.  So I understand your proposed solution

23   there.

24              What about these prayers for the dead?

25   Couldn't you pray those, too, when you're out the
```

```
 1  range --

 2       A    Yeah.

 3       Q    -- if someone died?

 4       A    Yeah.  In BB Unit, yeah.  I mean, there's

 5  aspects of it which I'm not putting in this case, which,

 6  no, you couldn't that.  But -- like, you need the body

 7  there.

 8            So this would be for something called -- they

 9  call it Salat Al-Janazah.  Basically, you don't -- when

10  you don't have the person -- the deceased body to pray

11  over and nobody prays over them, you pray without it

12  there and -- but, yeah, you could do that in BB Unit when

13  we're out.

14       Q    Have you done -- have you done so yet?

15       A    No, I'm not aware of anybody that's passed

16  away.  In the ADX there was a situation, but --

17       Q    Someone died?

18       A    Yeah.  Not -- not in ADX, but someone I

19  knew --

20       Q    I see.

21       A    -- in the CMU.

22       Q    I see.

23       A    Yeah.

24       Q    Yeah.  Yeah.

25            Now, these general group prayers to which you
```

1    refer, Mr. Chesser, I believe there's a reference on page

2    30 --

3         A    Uh-huh.

4         Q    -- and you characterize them as they can be

5    totally random.  So have you prayed some of those prayers

6    since you've --

7         A    I have not --

8         Q    -- been in BB?

9         A    -- since I've been there.

10        Q    Could you?

11        A    Oh, yeah, I could.  It's -- yeah, anything --

12   there's no particular restriction on what I do when I'm

13   outside of my cell.  I'd have to find somebody that

14   believes in that, too, so it's not like a widespread

15   belief on this issue.

16        Q    You'd have to ask Mr. ███████ if he'd like to,

17   for example?

18        A    I don't think he would, but --

19        Q    Yeah.

20        A    So --

21        Q    Well, maybe not.  I don't know, but --

22        A    Yeah.

23        Q    Okay.  So when you --

24        A    It's -- it's an obscure issue.  It's something

25   I studied when I was outside with a scholar that was on

1    know, anybody that's on a high level of Islamic knowledge

2    that I -- no, I wouldn't want to go on SAM's in that

3    situation where I couldn't, you know, study with them or

4    something like this.

5           But, yeah, any -- any Islamic scholar that's

6    in the BOP, I mean, even -- I'd rather be locked in

7    ADX-like conditions around them than the -- be in GP,

8    even though it's not fun and it's -- you know, I don't

9    want that, but it's -- to me that's better than --

10   Q    And how would you study with them?  Would you

11   want to sit with them?  Be in the same room with them?

12   A    That would be ideal.  I mean, there's --

13   there's all kinds of ways.  I mean, even like just poke a

14   hole between my cell and his cell, you know, like a small

15   hole that you can talk through or at rec or -- you know,

16   Abu Hamza in particularly is mostly blind and has no

17   hands and he's old, so I don't know what harm there would

18   be in me being out of the cell with him at the same time.

19   Q    Okay.  What -- now --

20   A    But --

21   Q    -- you mention that the first of these three

22   on your list, Hamza, Salim, Abu Ghaith they can issue

23   fatwas?

24   A    That's my understanding --

25   Q    Okay.

```
 1      A    -- at least -- I mean, if -- I don't -- maybe
 2  they would disagree if you personally asked them --
 3      Q    Okay.
 4      A    -- but --
 5      Q    Would you be seeking fatwas from them?
 6      A    Maybe.  I don't know.  I mean, it just depends
 7  on the -- fatwa just means any religious ruling in
 8  general.  So, like, if I say what's the ruling on -- you
 9  know, I made my ablution like this.  Is that okay?  And
10  the person says yes or no.  That's a fatwa.
11      Q    Okay.
12      A    So sometimes it's like a -- like certain news
13  programs, they use it to mean saying, Okay, you killed
14  somebody or this type of thing.
15      Q    Right.
16      A    That's not what it means to a Muslim.  That's
17  just -- I don't know.  It became a loaded term within
18  political circles or something like this.  I don't know
19  how it happened, but that's not what it means.
20      Q    Uh-huh.
21      A    It just means any religious ruling.
22           So if they couldn't -- you know, if I had
23  something, you know, I can't find it in a book, they
24  can't point me to, like, what somebody else said about
25  it.
```

 1          Because usually if you go to get a fatwa, a

 2   lot of times the person that -- even if the person is

 3   qualified, they'll just point you to what somebody else

 4   already said about this issue, so -- who's, you know, a

 5   bigger scholar than they are and --

 6          Q     Okay.

 7          A     -- things like this.  So I don't know exactly,

 8   but, you know, the -- probably, yeah.  But --

 9          Q     Okay.

10          A     -- assuming that they are willing to give

11   fatwa, yeah, probably I'd ask them.  But I'd ask anybody

12   that's a -- even right now I send e-mails trying to get

13   fatwas on random issues.

14          Q     I see that.

15          A     Yeah.

16          Q     And I've also seen that -- that -- it seems

17   like you -- you, perhaps, would like to get yourself to a

18   position where you also could give fatwas.  Is that -- is

19   that fair?

20          A     Yeah.  I think at the very least in the prison

21   system that's important, because the people that are able

22   to give fatwas don't really do their duty to the

23   prisoners.  And so a lot of prisoners don't have access

24   to somebody that can give them a qualified religious

25   answer to something --

1       A    Actually, two scholars, I think.  I think they

2   did have two people that are considered scholars.  I'm

3   not 100 percent sure about one of them.

4       Q    And who are those folks?

5       A    Ahmed Gabriel and a guy named -- I don't know

6   what his legal name is.  Might be the same.  ███████

7   ████████ (phonetic).

8       Q    Okay.  Now, Mr. Gabriel, is he still in prison

9   or is he out?

10      A    No, he's out of prison.  I think they both

11  might be out of prison.

12      Q    Okay.  All right.  And so you would like to

13  have gone there to study with him?

14      A    Yeah, I --

15      Q    To Terre Haute, that is.

16      A    I would rather -- yeah.  I -- you know, either

17  one of them, any scholar.  I mean --

18      Q    Okay.

19      A    -- even -- even if people could facilitate it

20  through Skype or the Internet or something, you know,

21  obviously I wouldn't -- they wouldn't give me access to

22  the physical computer if it was on the Internet, but,

23  like, listening -- like, my wife's university, it's

24  on-line university --

25      Q    This is in Uganda?

1     A   The university is based in Qatar, I think, but

2  the teachers are all over the world and the students are

3  all over the world.  So it's -- it's on-line.  They just,

4  you know, log in, go in the class, listen to the class,

5  take the test, and stuff like -- this all from their home

6  or wherever.

7     Q   Okay.

8     A   You know, even just dialing a phone to -- I

9  don't care if the person -- I mean, I care, but not like

10  to the point that it's -- I'm going to fight the case

11  over this little detail or something like that.  But

12  even, like, just a phone call or something like this to,

13  you know, scholar such-and-such wherever in the world --

14     Q   What about --

15     A   -- is having a lesson at a time and just

16  calling and may be even -- you know, you don't even let

17  me speak to him and just letting me listen to the lesson

18  or something like that.

19     Q   What about a BOP imam?

20     A   It -- yeah, if they're -- if they're

21  qualified.  I mean, the ones I've seen haven't been

22  Islamic scholars or remotely qualified since I've been in

23  the BOP.  So, I mean, it would depend on who the person

24  is.

25     Q   Let's assume that the BOP is successful in

1    behind the Imam Messer.

2         Q     Would you pray behind Imam Ammar?

3         A     No, I wouldn't.  I don't -- his stuff is stuff

4    that would negate Islam.  I'm not going to pray behind

5    somebody that has that level of an issue.  So that level

6    of an issue, no, I can't pray behind that person.

7         Q     Okay.

8         A     Because the condition for the imam is not to

9    be Muslim, and his beliefs are way beyond anything

10   acceptable within the definition of Islam.  It's not just

11   is this heretical or not heretical.  You know, it's like

12   this is something that what you're saying implies you

13   don't believe in what is in Quran or in the Sunnah, which

14   is the other source of Islamic beliefs.

15        Q     Okay.  Okay.  If the -- if the BOP got an imam

16   like that, who you viewed like Imam Ammar, would you

17   encourage the other inmates not to interact with him or

18   pray with him?

19        A     Yeah.  Yeah.

20        Q     Would you?

21        A     If somebody as bad as Amonette, yeah.  The --

22   like the guy we had in the CMU was like that.

23        Q     He would --

24        A     He was a weird, weird Islamic sect that's

25   like -- I didn't actually personally get this.  I'm

 1        A     Uh-huh.

 2        Q     -- I apologize.  I -- I want to touch on a few

 3   more things.

 4        A     That's fine.

 5        Q     I'm sorry to interrupt you.

 6              I want to touch briefly on your point about --

 7   your belief about remembrance and conversations --

 8        A     Uh-huh.

 9        Q     -- in which you list some things that you

10   want, lectures with other Muslims.  And then there's a

11   series of -- of items that would appear to me you can do

12   right now.  For example, encouraging good deeds.  Can't

13   you encourage that right now?

14        A     In a general sense, yeah.  Maybe not as much

15   as I'd like.

16        Q     If you were out of your cell more, I suppose,

17   you could do more, right?

18        A     Yeah, in that particular -- yeah.  This is

19   something that it's kind of a constant.  It's not

20   something that, you know, it -- you do satisfactorily if

21   you only have three hours of interaction with other

22   Muslims in a day, you know, especially when really it's

23   only like an hour and a half when you consider all the

24   stuff you have to do when you're at recreation.  But --

25        Q     So you can do these things right now.  And

1    we'll just list them:  Encouraging good deeds,

2    discouraging sin --

3        A    Uh-huh.

4        Q    -- reviewing memorized text, discussing

5    Islamic subjects.  You can do them; you just want to do

6    them more?

7        A    Right.

8        Q    Is that fair?

9        A    Well, see, so at a certain point some of them

10   become impossible to do, because there's other things

11   that are more important and there's not enough time.

12            So, like, a class.  I don't have time to

13   review what the other people are memorizing with them.

14   So when I do the class, you know, I don't have the 20

15   minutes or half hour that I would need to review either

16   what I'm memorizing with them -- maybe even more than

17   that -- and also do the class with them and do the prayer

18   with them, because it's too short of time to do all these

19   things.

20       Q    Okay.

21       A    So, yeah, if I give up the classes, I could do

22   more of this.  If I, you know, gave up the prayer -- I

23   mean, I can't give up the prayer anyway, but -- because

24   I'd -- one way or the other I have to pray by myself at

25   the very least.

```
 1        Q    Well, that helps me understand your position

 2   on that.

 3             Now, you -- your final category of

 4   accommodations is what you call promotion of well-being.

 5        A    Uh-huh.

 6        Q    Smiling at -- at other Muslims, greeting other

 7   Muslims, shaking hands with them.  You can do these

 8   things now, too, right?

 9        A    Yeah, not much as I want to.

10        Q    It comes down to time again?

11        A    Not as much as --

12        Q    Right?

13        A    Yeah, yeah.  So, you know, a lot of these

14   things -- I can't visit the sick really.  That's kind of

15   difficult.  I mean, the only person -- one, the person

16   has to be sick.

17             But, like, let's say the person that's sick

18   is, you know, downstairs or something like this, it might

19   be difficult to visit them.  You know, it's really better

20   to, you know, get close to them and not make them up out

21   of their bed and things like this.  You don't want to do

22   anything that's extra burdensome for the -- the person

23   who's sick when you're visiting them and things like

24   this.

25        Q    Okay.  Now, I also want to be clear on this.
```

```
 1        A    He's the counselor.  And then Coulson, the

 2   case manager, and Sanchez, the unit manager.

 3        Q    And this was in F Unit when you first arrived

 4   at ADX back in June 2014?

 5        A    No.  This is actually about a year after I

 6   arrived, I think.  Some -- I don't know if it was exactly

 7   a year.  I think there was a letter you guys produced to

 8   me that was one of my letters where it's kind of --

 9   probably my first letter after I was told this.

10        Q    Where you lay -- lay that out?

11        A    Yeah.

12        Q    Okay.

13        A    What the -- so whatever that date is, that's

14   around then.  But --

15        Q    Okay.  Did you -- first of all, what is JDS?

16        A    So my understanding is that it's like a prison

17   organization, like pseudo Jihadi prison organization that

18   started in California's prisons and --

19        Q    And -- and Inmate ████ is affiliated with it,

20   yes?

21        A    So he -- that's who, you know, the Government

22   accuses of being the founder and the leader and whatnot

23   of the group.

24        Q    Do you think that's true?

25        A    I'm not going to -- I'm going to object to
```

```
 1   it.  The one by Almonte, too.

 2        Q    Yeah.  Okay.

 3        A    So that one's in there.  I knew about these

 4   things.  I knew that the staff already knew about it.  I

 5   didn't think they were going to release him into the

 6   unit.  That -- they never do that.

 7             Like, in this prison, if somebody went out and

 8   attacked, you know, the Nortenos, they're not going to

 9   release them back into the -- the prison out here because

10   the Nortenos are a big group out there.

11        Q    Okay.

12        A    Same thing in the CMU.  The Muslims are

13   50-something percent unit.  You don't release the guy

14   that attacked the Muslims back into the same unit.  It's

15   completely not normal prison procedures.  So I didn't

16   think they were going to release him back into the unit

17   at all.

18        Q    But they did.

19        A    Yeah, they did do it.  But --

20        Q    Now, he was a Muslim, too, wasn't he?

21        A    He was for a little while.  He became Muslim

22   and then left Islam maybe like nine months later or

23   something like that.

24        Q    Did that make the other Muslims inmates mad?

25        A    Some.  Me.  I didn't like him.
```

1    her so I can get her signature.

2         Q    I see.

3         A    So maybe, but probably not.

4         Q    Now, during our conversation today,

5    Mr. Chesser, you -- you described yourself.  You said,

6    you know, I'm a Jihadi.

7         A    Uh-huh.

8         Q    You were very forthright about that.  Is -- is

9    Ms. Proscovia Jihadi, too?

10        A    So I'll object to that on, one, you know, how

11   does she characterize her beliefs?  I don't know.

12        Q    Okay.

13        A    Two, on -- would be husband-and-wife

14   privilege.

15        Q    Okay.

16        A    There --

17        Q    All right.

18        A    -- the same snitching objections under RFRA

19   and safety and other things.

20        Q    Okay.  All right.  I understand you're not

21   answering the question.

22        A    Uh-huh.

23        Q    We'll -- we'll reserve our right to draw any

24   adverse inference from that refusal to answer, if

25   appropriate.

1        A     Proud?  No.  It doesn't bother me.

2        Q     It doesn't?

3        A     So if that's what you're getting at.  No.  I

4  don't want to sit here -- I mean, when I was younger and

5  I saw, like, my name and stuff or something, Oh, I

6  influenced this or that, yeah, I was -- it was exciting

7  or something like this.

8        Q     Uh-huh.

9        A     But now it's just I don't care that much.

10  Okay.  I did this or did that.  It had this effect or

11  that effect.  It's not, you know . . .

12        Q     But as you say, it doesn't bother you either.

13        A     No, it doesn't bother me.  I don't disagree

14  with it, if that's what --

15        Q     With -- you don't disagree with the --

16        A     -- where you're going with that.

17        Q     Right.  Okay.  Well, fair enough.

18        A     Uh-huh.

19        Q     Fair enough.

20              I believe at some point I also read that

21  you -- you feel that in some ways you influenced

22  Al-Awlaki.  Is that -- is that fair?  Did he pick up on

23  Open Source Jihad, too?

24        A     Oh, yeah.  That was -- yeah, he was like -- it

25  was him and -- see, I never talked to Samir Khan, but

```
 1    Samir Khan is the one that did the Inspire, at least
 2    that's what the Government says.  I don't --
 3         Q    Uh-huh.
 4         A    -- have any personal knowledge of this.  I was
 5    in prison.
 6              But, yeah, my understanding is that Al-Awlaki
 7    was big behind this sort of campaign and so was Khan.
 8         Q    Uh-huh.
 9         A    And that -- yeah, they basically took that
10    idea and were the ones that were most responsible for
11    promoting it.
12         Q    Uh-huh.  I see.
13              And I assume that, too, doesn't bother you?
14         A    Nope.
15         Q    Okay.  All right.  In some of your writing you
16    reference the fact that you influenced a person on the
17    FBI's Most Wanted list.  You know what I'm talking about?
18         A    Yeah, that's Le Bon Hedge, I think Mohammed.
19         Q    Le Bon Mohammed?
20         A    Yeah.
21         Q    Who -- who is that fellow?
22         A    A guy I knew in Virginia.
23         Q    Okay.
24         A    And --
25         Q    Did you know him from your mosque and Falls
```

```
 1    or do that and unite them on some sort of idea and that
 2    that eventually leads to a more sort of robust movement,
 3    I guess.
 4         Q    Okay.  Now, you say you didn't want to incite
 5    violence about with the posts about -- about the South
 6    Park creators.  Weren't you concerned, though, that some
 7    nut would get ahold of them and do something terrible?
 8         A    Well, see, I didn't -- I wasn't trying to
 9    incite violence.
10         Q    No?
11         A    The -- I didn't care if it occurred.  It
12    wouldn't have bothered me if it occurred, but --
13         Q    So if they had died --
14         A    -- it wasn't --
15         Q    -- that would have been all right with you?
16         A    Hmm?  Yeah, I wouldn't mind it.  It -- it
17    wouldn't bother me.  And --
18         Q    Okay.
19         A    -- the -- but it just wasn't what I was
20    setting out to achieve.  I didn't -- I don't think --
21    even now probably it don't have any ability to actually
22    cause something like that to happen.  Even though I was
23    running these sites, my personal credibility wasn't on,
24    like, a level where I could get people to do that.
25              I wasn't somebody -- that's, like, the type of
```

1    A    So in general, yes, I believe it's something

2  that warrants the death penalty.  In terms of a specific

3  situation, there's all kinds of different things that can

4  change the ruling.

5    Q    Okay.  Now, what -- what about -- what about

6  someone who's just a non-believer, someone like me?  Do I

7  deserve to be killed?

8            (Mr. Wiencek entered the room.)

9            THE WITNESS:  See, there's -- so the way that

10  Muslims view Jihad in a sense, if it's -- if we're

11  talking about something that's Jihad, because it's not in

12  terms of does this person deserve it or not deserve,

13  unless they've personally killed somebody or done

14  something like this, but --

15    Q    (By Ms. Prose)  Let's say I haven't.

16    A    -- it's -- it's -- yeah.  The -- the situation

17  is just is it permissible or not?  So that's the

18  question.

19    Q    All right.

20    A    It's not whether or not is it -- you know,

21  does this person deserve it or not deserve it.  It's

22  whether or not you can -- it's permissible in the -- the

23  first place.

24    Q    So is it -- is it permissible?

25    A    Allah knows this.  I don't -- I'm not going

1    to -- this is the subject of fatwas.  So this is

2    something that -- you know, this is where you go to a

3    person that gives a fatwa and looks at everything, all

4    the different situations, all the different issues, and

5    that person issues a fatwa.  Whether or not --

6         Q    I see.

7         A    You know, I can't issue fatwas, so I'm not

8    even close to that level.

9         Q    Okay.  So it might be permissible to kill me.

10   You just can't say for sure one way or the other.  Fair?

11        A    Yeah.

12        Q    Okay.  All right.

13        A    So --

14        Q    I appreciate your candor.

15             Have you ever circumvented the communications

16   monitoring at the ADX?  You make quite a big deal out of

17   this, you know, in your discovery responses.

18        A    Yeah.  So it depends on what you consider

19   that.  I've sent messages to other units --

20        Q    Uh-huh.

21        A    -- if that counts as that, but I'm not sure

22   that --

23        Q    Did you ever get a message into H Unit?

24        A    I doubt it.

25        Q    Uh-huh.

1    Q    Okay.

2    A    -- in the prayer.

3         So, for example, even though I'm okay with it,

4    there's currently, I think, nobody in the unit that holds

5    the same opinion as me on this issue, so --

6    Q    You're okay doing group prayer without

7    touching?  Is that what you're he saying?

8    A    I think it's acceptable.

9    Q    Okay.

10   A    It's not like out of necessity.  Like, if

11   there's no other way to avoid it, then, yeah, you can do

12   it.  And it's not good, but it's better than nothing.

13        The same thing -- you know, all this stuff is,

14   though, talking about, like, obligations.  So the -- the

15   issue of the amount of reward, no, it would violate my

16   beliefs to do this.

17        It's just that it's the best I can do in that

18   situation.  So there might be less reward.  I don't agree

19   with that one, the -- the thing that says, you get the

20   same reward if you have the intention, because that's not

21   the normal situation in Islam.

22        So when you intend to do something good in

23   Islam and you don't do it, then you only get one reward

24   for it.  There's a hadith from the prophet, peace be upon

25   him, on this issue.

1   among the terrorists in H Unit encountered as

2   deradicalizing over time.

3        A    Uh-huh.

4        Q    Do you think -- have you deradicalized, do you

5   think, Mr. Chesser?

6        A    I -- not in any way the Government -- I don't

7   know if you'd use that word.  I pretty much have the same

8   beliefs I did.

9        Q    Same -- same beliefs?  Is that what you said,

10  Mr. Chesser?

11       A    Yeah, I mean, maybe new ones, but not much

12  different.

13       Q    Okay.  Okay.  I've got one more quick thing.

14  And, again, I apologize for just --

15       A    Uh-huh.

16       Q    I just want to confirm something.  Sorry about

17  this.

18            (Exhibit Number 12 was marked for

19  identification.)

20            THE WITNESS:  This is actually what they

21  refused to copy, so . . .

22       Q    (By Ms. Prose)  What -- I just --

23       A    Yeah.

24       Q    I wanted to ask you what -- I'm --

25       A    Uh-huh.

372

1      I, ZACHARY CHESSER, do hereby certify that I

2  have read the above and foregoing deposition and that the

3  above and foregoing transcript and accompanying Amendment

4  sheet(s), if any, constitute a true and complete record

5  of my testimony.

6

7  Amendment sheet(s) attached [ 4 ]

8  No changes, therefore no Amendment sheet(s) attached [  ]

9

10                                    _____
                                      ZACHARY CHESSER

11

12

13      Subscribed and sworn to before me this

14  _16_ day of _February_____, 2018.

15      My commission expires_ 11 - 15 - 2021 _.

16

17  ┌─────────────────────────┐
    │   MARTHA A WEISE         │
    │   Notary Public          │
    │   State of Colorado      │
    │   Notary ID # 20094035311│
18  │ My Commission Expires 11-15-2021 │   _____
    └─────────────────────────┘            Notary Public

19

20

21

22

23

24

25

# AMENDMENT TO DEPOSITION

## CASE NO. 1:15-cv-1939-NYW

The deponent, Zachary A. Chesser , wishes to make the following changes in the testimony as originally given:

| PAGE | LINE | SHOULD READ | REASON |
|------|------|-------------|--------|
| 349 | 13 | The Zhaahiri's, that's their | accuracy |
| 349 | 15 | influential. So the Zhoahiri's, they were in | accuracy |
| 349 | 20 | the Hanbali school is Al-Mughni | accuracy |
| 349 | 22 | It's called Al-Mughni | accuracy |
| 350 | 7 | without ever reading it. Al-Mughni is kind of like the | accuracy |
| 350 | 8 | main book. And in Al-Mughni it talks about it. He rejects | accuracy |
| 350 | 19 | prisoners. Jabal Al-Din Zarabozo. I don't know if he's | accuracy |
| 350 | 20 | Hanbali or not. He's Salafi. And 'Abd Al-Fattah Abu Ghuddah | accuracy |
| 353 | 8 | It's Rivas, Newmann, Burgess, Cardona, Captain | Spelling |

Subscribed and sworn to before me
this 16 day of February , 2011

Signature of Deponent

My commission expires:

MARTHA A WEISE
Notary Public
State of Colorado
Notary ID # 20094035311
My Commission Expires 11-15-2021

Notary Public

## Javernick & Stenstrom, LLC
3131 South Vaughn Way, Suite 224, Aurora, Colorado 80014
(720) 449-0329 * Fax (720) 449-0334

## AMENDMENT TO DEPOSITION

### CASE NO. 1:15-cv-1939-NYW

The deponent, _Zachary A. Chesser_, wishes to make the following changes in the testimony as originally given:

| PAGE | LINE | SHOULD READ | REASON |
|------|------|-------------|--------|
| 223 | 14 | when you do the Eid prayer | accuracy |
| 242 | 16 | time -- I wanted to go there before I went to a CMU. the/ | accuracy |
| 243 | 5 | Ahmad Jibril. ... | accuracy |
| 243 | 6 | what his legal name is. Might be the same. Ibrahim | clarity |
| 243 | 8 | Okay. Now, Mr. Jibril, is he still in prison | accuracy |
| 245 | 19 | a mosque. It was a -- Tablighi was the sect. Deoband --- | accuracy |
| 245 | 20 | they're Deobandi Tablighis | accuracy |
| 245 | 22 | So Tablighi means -- I disagree with the name | accuracy |
| 246 | 8 | Because the condition for the imam is to | clarity |
| 265 | 6 | your Motion to Dismiss Doc. 67-11. The -- | clarity |
| 271 | 21 | Neumann, the case manager that -- I think | spelling accuracy |
| 271 | 24 | Guy named Neumann? | spelling accuracy |
| 285 | 24 | details. Nothing I said had to do with, like bombs | accuracy |
| 293 | 18 | Yeah, that's Liban Hajji ~~crossed~~ I think Mohamed. | spelling accuracy |
| 293 | 19 | Liban Mohamed? | spelling |
| 294 | 6 | How did you influence Liban Mohamed? | spelling |
| 301 | 6 | 2010. It had Fran Townsend. I don't remember who else | accuracy |
| 346 | 13 | Yeah, the Hanbali school, the Zhaahiri school | accuracy |
| 348 | 7 | That's his opinion. Ibn 'Aqiil was one of the top. | accuracy |
| 349 | 11 | student. He said that. Ibn Khuzaymah from the | accuracy |

(I don't know what "Imam Messer" is supposed to be)

Subscribed and sworn to before me
this _10_ day of _February_, 20_18_.

_____
Signature of Deponent

My commission expires:

MARTHA A WEISE
Notary Public
State of Colorado
Notary ID # 20094035311
My Commission Expires 11-15-2021

_____
Notary Public

**Javernick & Stenstrom, LLC**
3131 South Vaughn Way, Suite 224, Aurora, Colorado 80014
(720) 449-0329 * Fax (720) 449-0334

## AMENDMENT TO DEPOSITION

### CASE NO. 1:15-cv-1939-NYW

The deponent, Zachary A. Chesser , wishes to make the following changes in the testimony as originally given:

| PAGE | LINE | SHOULD READ | REASON |
|------|------|-------------|--------|
| 120 | 7 | have the qualifications for the Caliphate. They have-- | accuracy |
| 121 | 21 | I don't make takfeer... | accuracy |
| 125 | 1 | Not -- it's a pun on qualified immunity. | accuracy |
| 133 | 3 | of the e-mail, which, I guess, is Apryl Cruit | spelling accuracy |
| 139 | 4 | with Allah subhaanahu wa ta'aala -- | accuracy |
| 146 | 22 | a new one. But I just didn't know what incitement doctrine | accuracy spelling |
| 152 | 19 | had three really important writings, Raising Al-Qaa'ida | accuracy |
| 157 | 13 | Okay. Ibn Kathiir isn't Hanbali; he's Shaafi'i. | accuracy |
| 157 | 18-19 | (SAME AS ABOVE) | accuracy |
| 177 | 25 | they didn't let us do that. We would have been written, shot. | clarity |
| 187 | 4 | the Adhan... | accuracy |
| 195 | 25 | using Turner which is about generalability | accuracy |
| 214 | 4 | and Al-Asraa -- | accuracy |
| 214 | 7 | Oh, that group -- Al-Asraa, the German-- | accuracy |
| 214 | 18 | Disavowal. | accuracy |
| 214 | 22 | called Al-Qaadisiyyah -- | accuracy |
| 215 | 4 | dates; it's probably like 7-- or 12 or 13 after Hijrah | accuracy |
| 216 | 11 | Al-Qaadisiyyah one.... | accuracy |
| 221 | 24 | called the Salah Al-'Idayn | clarity |
| 223 | 9 | It's the Eid Al-Adha prayer. | accuracy |

Subscribed and sworn to before me this 16 day of February , 2018.

Signature of Deponent

My commission expires:

MARTHA A WEISE
Notary Public
State of Colorado
Notary ID # 20094035311
My Commission Expires 11-15-2021

Notary Public

**Javernick & Stenstrom, LLC**
3131 South Vaughn Way, Suite 224, Aurora, Colorado 80014
(720) 449-0329 * Fax (720) 449-0334

# AMENDMENT TO DEPOSITION

## CASE NO. 1:15-cv-1939-NYW

The deponent, _Zachary A. Chesser_, wishes to make the following changes in the testimony as originally given:

| PAGE | LINE | SHOULD READ | REASON |
|---|---|---|---|
| 9 | 21-22 | --he's doing it to oppose very clearly legislated Islamic adultery / | clarity |
| 10 | 1 | clearly legislated... | clarity |
| 30 | 17 | a misconception -- | "pluralism" makes no sense, so I think it was "misconception" |
| 40 | 6 | So is she. | accuracy |
| 64 | 7 | might have sent him like two more e-mails... | accuracy |
| 67 | 22 | that's like, how you do it in HTML or... | clarity (I think I said, "HTTP" but it should be HTML) |
| 77 | 6 | that's called "Abu Talhah" that they use. | accuracy |
| 78 | 20 | tutorial for the -- I didn't write that, like, HTML code. | accuracy |
| 83 | 2 | The --the hoax-bag thing, that wasn't even | accuracy |
| 83 | 9 | Jarret Brachman, Evan Kholman, Leah something | spelling accuracy |
| 83 | 10 | Aaron Weinsten, J.M. Burger, Josh Rogan... | spelling accuracy (I think it's "Weisenburd" and "Rogen," but I'm not sure |
| 86 | 17 | I don't want to get into like, some weird | clarity |
| 86 | 20 | --battle. | accuracy (It's wrong and this is close to what I meant, at least) |
| 92 | 8 | pleading anywhere. So I never admitted... | accuracy |
| 93 | 2 | Zakariyya Al-Jassaari A-L dash | spelling accuracy |
| 109 | 10 | against them. And then, like, Hizb At-Tahrir... | spelling accuracy |
| 110 | 2 | --- the Saudi Salafi-type ideology. | accuracy |
| 111 | 24 | Allah is the sole legislator. | accuracy |
| 112 | 25 | Part of it was -- I know that a friend had his/her over raided | accuracy (while the guy's name was "Ahmad" it was a different Ahmad, so I would have said "a friend") |
| 113 | 6 | whole bunch... | accuracy |

Subscribed and sworn to before me this _10_ day of _February_, 20_18_.

_____
Signature of Deponent

My commission expires:

MARTHA A WEISE
Notary Public
State of Colorado
Notary ID # 20094035311
My Commission Expires 11-15-2021

_____
Notary Public

**Javernick & Stenstrom, LLC**
3131 South Vaughn Way, Suite 224, Aurora, Colorado 80014
(720) 449-0329 * Fax (720) 449-0334