# Attachment 1
# Declaration of David Jones

# CTU Profile and Assessment of Chesser
# (filed subject to a Level 1 restriction)

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW