**Attachment 3**
**Declaration of David Jones**

**Public Information Inmate Data**

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

```
FLMCJ          *        PUBLIC INFORMATION        *     02-20-2018
PAGE 001       *           INMATE DATA            *     11:00:43
                        AS OF 02-20-2018

REGNO..: 76715-083 NAME: CHESSER, ZACHARY ADAM

                     RESP OF: FLP
                     PHONE..: 719-784-9454    FAX: 719-784-5157
                                              RACE/SEX...: WHITE / MALE
                                              AGE:  28
PROJ REL MT: GOOD CONDUCT TIME RELEASE        PAR ELIG DT: N/A
PROJ REL DT: 06-16-2032                       PAR HEAR DT:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
FLMCJ           *        PUBLIC INFORMATION        *      02-20-2018
PAGE 002        *           INMATE DATA            *      11:00:43
                         AS OF 02-20-2018
```

REGNO..: 76715-083 NAME: CHESSER, ZACHARY ADAM

```
                RESP OF: FLP
                PHONE..: 719-784-9454    FAX: 719-784-5157
HOME DETENTION ELIGIBILITY DATE: 12-16-2031
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-16-2032 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: 1:10CR00395-001
JUDGE...........................: O'GRADY
DATE SENTENCED/PROBATION IMPOSED: 02-24-2011
DATE COMMITTED..................: 05-02-2011
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $300.00        $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00
```

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 121
OFF/CHG: 18:875 COMMUNICATING THREATS CT.1

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   60 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: C/S ALL
 DATE OF OFFENSE................: 07-21-2010
```

G0002      MORE PAGES TO FOLLOW . . .

```
 FLMCJ           *          PUBLIC INFORMATION          *       02-20-2018
 PAGE 003        *             INMATE DATA              *       11:00:43
                            AS OF 02-20-2018
```

REGNO..: 76715-083 NAME: CHESSER, ZACHARY ADAM

```
                     RESP OF: FLP
                     PHONE..: 719-784-9454   FAX: 719-784-5157
```
------------------------CURRENT OBLIGATION NO: 020 -------------------------
OFFENSE CODE....:  580
OFF/CHG: 18:373 SOLICITING OTHERS TO THREATEN VIOLENCE CT.2

```
  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:  120 MONTHS
  TERM OF SUPERVISION............:    3 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: C/S ALL
  DATE OF OFFENSE................: 07-21-2010
```

------------------------CURRENT OBLIGATION NO: 030 -------------------------
OFFENSE CODE....:  890
OFF/CHG: 18:2339 PROVIDE MATERIAL SUPPORT TO TERRORISTS CT.3

```
  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:  120 MONTHS
  TERM OF SUPERVISION............:    3 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: C/S ALL
  DATE OF OFFENSE................: 07-10-2010
```

------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-17-2013 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-13-2011 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020, 010 030

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
FLMCJ          *          PUBLIC INFORMATION          *     02-20-2018
PAGE 004 OF 004 *            INMATE DATA              *     11:00:43
                        AS OF 02-20-2018


REGNO..: 76715-083 NAME: CHESSER, ZACHARY ADAM

                     RESP OF: FLP
                     PHONE..: 719-784-9454   FAX: 719-784-5157
DATE COMPUTATION BEGAN..........: 02-24-2011
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:  300 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   25 YEARS
AGGREGATED TERM OF SUPERVISION..:    3 YEARS
EARLIEST DATE OF OFFENSE........: 07-10-2010

JAIL CREDIT.....................:  FROM DATE    THRU DATE
                                   07-21-2010   02-23-2011

TOTAL PRIOR CREDIT TIME.........: 218
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1129
TOTAL GCT EARNED................: 324
STATUTORY RELEASE DATE PROJECTED: 06-16-2032
EXPIRATION FULL TERM DATE.......: 07-20-2035
TIME SERVED.....................:    7 YEARS      7 MONTHS      3 DAYS
PERCENTAGE OF FULL TERM SERVED..: 30.3

PROJECTED SATISFACTION DATE.....: 06-16-2032
PROJECTED SATISFACTION METHOD...: GCT REL




S0055     NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```