# Attachment 5
# Declaration of David Jones

# Report on Chesser by
# Senate Committee on Homeland Security
# and Governmental Affairs

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW



# Zachary Chesser:
# A Case Study in Online Islamist Radicalization and Its Meaning for the Threat of Homegrown Terrorism



A Report by: Majority and
Minority Staff
Senate Committee on Homeland Security and Governmental Affairs
February 2012



BOP002548

## Table of Contents

Introduction: Homegrown Islamist Radicalization in the Internet Age ....................................................... 1

Zachary Adam Chesser: A Timeline .......................................................................................................... 5

The Rapid Radicalization ........................................................................................................................... 7

    The al-Aulaqi Adherent .......................................................................................................................... 9

    The Propagandist ................................................................................................................................... 12

    The Strategist ......................................................................................................................................... 16

The Mobilization ...................................................................................................................................... 19

The Aftermath .......................................................................................................................................... 20

Findings and Recommendations .............................................................................................................. 21

Appendix A: START Diagram of Chesser's Terrorist Affiliations ......................................................... 25

Appendix B: Chesser's Correspondence with Committee Staff .............................................................. 27

BOP002549

# Glossary of Terms

**Hizb ut-Tahrir:** A political Islamist organization, with chapters throughout the world, that seeks the re-establishment of the global Islamist state – or caliphate – by political and social means.

**Homegrown terrorism** : Terrorist activities or plots perpetrated within the United States or abroad by American citizens, legal permanent residents, or visitors radicalized largely within the United States.[1]

**Jihad:** Arabic word commonly translated as "struggle;" used in the Qur'an to mean either a struggle on the battlefield or an inner spiritual struggle. Violent Islamist extremists believe the entire Muslim world is under siege internally and externally. Therefore, a Jihad is justified against anyone who disagrees with their beliefs.

**Kafir:** Arabic term used in Islamic doctrine and often translated as "non-believer," "disbeliever," or "infidel."

**Khilafa:** Arabic word for "caliphate," which refers to an Islamic empire governed by a caliph, who wields temporal and spiritual authority. A number of Islamist extremist groups including al-Qaeda and al-Shabaab have called for the restoration of the caliphate by uniting Muslim nations, either through political action or through force.

**Masaajid:** Arabic word for "mosques," places of worship for followers of Islam.

**Mobilization:** The transition from radicalization to active support of and participation in violent action.

**Mujahedeen:** Arabic word that is often translated as "strugglers" or "people doing Jihad." Violent Islamists usually define it as individuals engaged in violent actions in defense of Islam.

**Murtadd:** Arabic word that is often translated as "apostate" and used to describe a Muslim who has abandoned his or her faith.

**Violent Islamist Extremism:** The ideology whose core goal is the establishment of a global state – or caliphate – by violent means in which the most radical interpretation of Shari'ah (Islamic religious law) will be enforced by the government. People who oppose the violent establishment of such a state, whether Muslim or non-Muslim, are considered legitimate targets.

**Radicalization:** The process of acquiring and holding extremist beliefs.[2]

---

[1] Jerome P. Bjelopera, Congressional Research Service, *Memo to the U.S. Senate Committee on Homeland Security and Governmental Affairs on Homegrown Jihadist Plots* (November 2, 2011).

[2] Jerome P. Bjelopera, Mark A. Randol, Congressional Research Service, *American Jihadist Terrorism: Combating a Complex Threat* (November 15, 2011).

i

BOP002550

**al-Shabaab:** U.S. Government-designated foreign terrorist organization based in Somalia with close ties to al-Qaeda.

BOP002551

# Introduction: Homegrown Islamist Radicalization in the Internet Age

Introduction: Homegrown Islamist Radicalization in the Internet Age

Aside from the intelligence and law enforcement officials who work daily to keep the United States homeland safe from terrorism, the vast majority of Americans have likely never heard of Zachery Chesser, a young American now serving a 25-year sentence on several terrorism-related charges. Yet, Chesser is significant because he is part of a trend which, if not addressed, threatens the security of our homeland. That is why his story is being described in this report. First, some background:

In recent years, the United States has experienced an increase in the number of terrorist plots and attacks within the homeland, including by U.S. citizens. [1] Between September 11, 2001 and February 2012, there were more than 53 cases of homegrown Islamist extremists planning and/or carrying out acts of terrorism against the United States.[2] In the past 12 months alone, there have been 11 homegrown cases including:

- the arrest of two men who planned to attack a military processing center in Seattle in June 2011;[3]
- a plot to a ttack a restaurant frequented by military personnel near Fort Hood, Texas in July 2011;[4] and
- a plan to attack the U.S. Capitol and Pentagon in September 2011.[5]

A RAND Corporation study published in August 2011 reviewed homegrown terrorism cases in the United States from September 2001 to December 2010 and found that the median age of a homegrown terrorist recruit is 27. [6] These individuals are often very familiar with

---

[1] Peter Bergen and Bruce Hoffman, Bipartisan Policy Center, *Assessing the Terrorist Threat* (September 10, 2010).
[2] Jerome P. Bjelopera, Congressional Research Service, *Memo to the U.S. Senate Committee on Homeland Security and Governmental Affairs on Homegrown Jihadist Plots* (November 2, 2011).
[3] Department of Justice, Office of Public Affairs, "Two Men Charged in Plot to Attack Seattle Military Processing Center" http://www.justice.gov/opa/pr/2011/June/11-nsd-832.html, (June 23, 2011).
[4] U.S. Attorney's office, Western District of Texas, "Naser Jason Abdo Charged Federally in Bomb Plot" http://www.fbi.gov/sanantonio/press-releases/2011/naser-jason-abdo-charged-federally-in-bomb-plot (July, 29 2011).
[5] Department of Justice, Office of Public Affairs, "Ashland Man Charged With Plotting Attack On Pentagon And U.S. Capitol And Attempting To Provide Material Support To Foreign Terrorist Organization" http://www.justice.gov/usao/ma/news/2011/September/PressReleaseSept-28-11.html (September 28, 2011).
[6] Brian Michael Jenkins, *Stray Dogs and Virtual Armies: Radicalization and Recruitment to Jihadist Terrorism in the United States since 9/11* (August 31, 2011).

1

computers and the Internet, and a growing number have elected to broadcast their activities through online social networking websites.[7]

The U.S. Senate Homeland Security and Governmental Affairs Committee ("the Committee") has investigated the terrorist threat to the homeland posed by homegrown violent Islamist extremists for several years. To date, the Committee has held 13 hearings and released two reports on the threat of homegrown terrorism. [8]  In May 2008, Chairman Joseph Lieberman (ID-Connecticut) and Ranking Member Susan Collins (R-Maine) released a bipartisan staff report reviewing the use of the Internet for radicalization entitled *Violent Islamist Extremism, the Internet and the Homegrown Terrorist Threat,* and in February 2011 produced an investigative report concerning the terrorist attack at Fort Hood, Texas, entitled *A Ticking Time Bomb: Counterterrorism Lessons from the U.S. Government's Failure to Prevent the Fort Hood Attack.*

As noted in the Committee□s reports, in the past, the ideology of violent Islamist extremism was limited to select web forums and pre-approved web videos. Since the issuance of its staff report in 2008, which predicted increased terrorist use of the Internet, the Committee has seen a marked shift in online recruitment and radicalization. Previously, extremist web sites were primarily restricted from the general public. As a result, a potential recruit had to search out and befriend members of radical forums in order to be accepted and subsequently gain access to the full functionality of the sites. Today, however, with the popularization of social networking sites, individuals who are becoming radicalized have the ability to find like-minded individuals more easily. In addition, these social networking sites allow for a level of interaction and information sharing that was not feasible even a few years ago. Incendiary materials – including videos and lectures – are increasingly found not only on obscure web sites but also on some of the most widely accessed sites in the world – including Twitter, Facebook, and YouTube. The result has been a pronounced increase in the volume of extremist material online, and a corresponding increase in the number of individuals who are viewing this material.

Online videos have played an important role in enticing potential terrorist recruits. In one example, the Somali terrorist organization al-Shabaab released a rap video in March 2009 entitled *Blow by Blow* about the history of the mujahedeen. The video characterized their fight as a struggle between the West and Islam. [9] Abdirahman Mukhtar, a youth counselor at the Brian Coyle Center in Minneapolis where many of the Somali-Americans who have been recruited by al-Shabaab gathered, noted in testimony before the Committee that young men watched violent videos in the Center□s computer lab:

> Youth are very tech savvy these days and the Internet is where young people of a wide range of interests come together. Young people are inclined to participate in Internet activities. Hollywood and contemporary American pop culture glorify violence. So when al-Shabaab□s video of an execution surfaced, people began

---

[7] For examples of recent cases involving individuals who broadcast their activities through social media, *see* Jose Pimentel, Emerson Begolly, and Tarek Mehanna.

[8] For a complete listing of the Committee□s hearings and reports, *see*: http://www.hsgac.senate.gov/issues/the-homegrown-terrorist-threat.

[9] *Blow by Blow* (March 2009), http:*//www.youtube.com/watch?v=Xwo2Jsq4QkQ* (last visited November 9, 2011).

2

BOP002553

comparing this act to images perpetuated by Hollywood. Young people often refer to outrageous acts of violence as "gangster."[10]

While social networking sites had been used in the recruitment of Somali-Americans in Minneapolis, there still existed a real-life connection and recruitment infrastructure that was used to identify and indoctrinate recruits. The interactive nature of online radicalization and recruitment came into sharp relief in December 2009, when five young men from the Washington, D.C. area left the United States to join the Taliban and were subsequently arrested in Pakistan. According to the Pakistani interrogation report, one of the young men, Ahmed Abdullah Minni, "used to regularly visit the Internet page of YouTube." [11] He used to the [ sic] praise the videos which showed attacks on the US Army and Installations. This became a regular feature and Minni, a registered user of YouTube, regularly praised such attacks. Soon after, Minni was contacted by a person named „Saifulla   h.☐Saifullah reportedly encouraged the five men to travel to Pakistan and join the Taliban."[12]

As the Minni case suggests, the interactive online experience can accelerate the radicalization and mobilization process. Garry Reid, Deputy Assistant Secretary of Defense for Special Operations and Combating Terrorism at the Department of Defense, noted in congressional testimony that Umar Farouk Abdulmutallab, the failed bomber of Northwest Flight 253, became operational in a matter of a few months in large part because of his use of the Internet.[13] In contrast, the 9/11 hijacke   rs☐planning process took more than 2 years. As Reid explained in his testimony:

> What was once a lengthy process of establishing contact, exchanging ideas, arranging meetings, providing training, and developing attack plans can now be condensed into a much shorter timeline, across multiple international boundaries, and beyond the reach of any single law enforcement agency or military task force.[14]

This phenomenon is clearly reflected in the rapid radicalization and mobilization of Zachary Chesser, a U.S. citizen who converted to Islam after graduating from high school in the summer of 2008 and just over 2 years later pleaded guilty to three felonies, including attempting to provide material support to al-Shabaab. Chesse r☐s rapid devolution from an average American kid to a hardened supporter of terrorist organizations is disturbing. His prolific online writings and written correspondence with Committee staff provide a window into his thinking, and in turn, may shed light on the thinking of other like-minded individuals who may follow in his destructive path of radicalization toward violent Islamist extremism.

---

[10] Abdirahman Mukhtar, Statement before the Senate, Committee on Homeland Security and Governmental Affairs, *Violent Islamist Extremism: Al-Shabaab Recruitment in America* (March 11, 2009).

[11] Abbas Majeed Khan Marwat PSP, ASP/UT Sargodha, "Interrogation Report: Profiles of the Foreigners Held" http://a.abcnews.com/images/Blotter/ht_interrogation_report_091211.pdf (December 11, 2009).

[12] Ibid.

[13] Garry Reid, Deputy Assistant Secretary of Defense, Special Operations and Combating Terrorism, Department of Defense, Statement, U.S. Senate, Armed Services Subcommittee on Emerging Threats and Capabilities, *U.S. Government Efforts to Counter Violent Extremism,* http://armed-services.senate.gov/e_witnesslist.cfm?id=4458 (March 10, 2010).

[14] Ibid.

3

BOP002554

This report traces Chesser's progression from an average American childhood, to his becoming an adherent of violent Islamist extremism, then a propagandist, and finally a strategist for that cause. In doing so, this report emphasizes the growing importance of social media in radicalization and recruitment toward violent Islamist extremism.  The information in this report is based on a review of hundreds of pages of Chesser's online writings published prior to his arrest, court documents, and 37 pages of Chesser's written correspondence with Committee staff from August to October 2011.

4

BOP002555

# Zachary Adam Chesser: A Timeline[15]

**December 22, 1989:** Zachary Adam Chesser is born in Charlottesville, Virginia.

**Spring 2008:** Chesser graduates from Oakton High School in Fairfax County, Virginia, where he participated in high school sports, joined a break-dancing team, and spent 4 years studying Japanese.

**Summer 2008** : Chesser converts to Islam while playing on a soccer team organized by a member of Hizb ut-Tahrir, an Islamist political organization.

**Fall 2008:** Chesser begins his undergraduate studies at George Mason University in Virginia, where he studied for one semester before dropping out.

**November 2008:** Chesser's writings appear for the first time on    Anwar al-Aulaqi's blog. Al-Aulaqi was a U.S. citizen and U.S. Government designated terrorist who inspired dozens of homegrown terrorists to commit violent acts.

**January 2009** : Chesser corresponds with Proscovia Nzabanita, the daughter of a Ugandan diplomat, through al-Aulaqi's blog.

**March 2009:** Chesser marries Proscovia Nzabanita.

**November 2009:** Nzabanita gives birth to Chesser's son. Chesser unsuccessfully attempts to travel to Somalia with Nzabanita.

**December 2009:** Chesser creates his own radical web site,        *themujahidblog.com,* which is intended to be "a web site dedicated to those who give their lives for this religion."

**April 2010:** Chesser issues a violent threat through a video on YouTube to Matt Stone and Trey Parker, the creators of the television show "South Park," following the release of a South Park episode in which the Muslim Prophet Muhammad is shown dressed in a bear costume.

**July 10, 2010:** Chesser is questioned at John F. Kennedy Airport in New York City by airport officials after being denied boarding on a flight to Uganda with his infant son.

**July 14, 2010:** Chesser is interviewed by the FBI after trying to travel to Somalia, and informs an agent that he had decided against joining al-Shabaab after the group took responsibility for bombings in Kampala, Uganda that killed 76 people on July 11, 2010.

---

[15] The information contained in this timeline is derived from source documents including court records, Chesser's online writings, and his correspondence with Committee staff. *See also, Internet helped Muslim convert from Northern Virginia Embrace Extremism at Warp Speed* and *An American Jihadist: Zachary Chesser Timeline* Washington Post (November 2, 2010).

**July 21, 2010:**  Chesser is arrested by the FBI on charges of providing material support to al-Shabaab.

**October 20, 2010:**  Chesser pleads guilty to three Federal felony charges: (1) communicating threats to Parker and Stone; (2) soliciting violent Islamist extremists to desensitize law enforcement by placing suspicious-looking but innocent packages in public places; and (3) attempting to provide material support to a designated foreign terrorist organization.

**February 24, 2011:** Chesser is sentenced to serve 25 years in Federal prison. His current date of release is April 30, 2032.

6

BOP002557

## The Rapid Radicalization

*"The period between the winter of 2008 and July of 2010 feels to me like a missing puzzle piece in my life. I know that I will spend many years trying to understand why I followed the path that has led me here."*
– Zachary Chesser, Statement of Responsibility, December 10, 2010

Zachary Adam Chesser is a 22-year-old Virginian. He is the son of a U.S. Government contractor. He participated in his sc hool s Gifted and Talented program, was an avid member of a high school break-dancing team and, for a brief period, was a Buddhist. Nevertheless, from mid-2008 to at least the summer of 2010, Chesser became a homegrown violent Islamist extremist.[16]

Chesser converted to Islam in the summer of 2008, [17] and his beliefs quickly led him to make significant changes in his work and personal life. Within a matter of weeks, he had quit his job at a Blockbuster video store because "he objected to working at a place that rented videos featuring naked women." [18] His parents described an increasingly hostile home environment in which Chesser would institute strict rules to enforce what he believed to be proper Islamic traditions.[19] By August 2008, he had moved out of his mothe    r s house in Virginia because, according to his father, "his Mom s relationship with her live-in partner . . . violated his Islamic beliefs."[20]

In September 2008, he volunteered for a presidential election campaign, but – reflecting the speed of his radicalization – by November 2008, Chesser refused to vote in the election. [21] In addition, in November 2008, his girlfriend ended their relationship because he had become too extreme.[22] By the late fall of 2008, Chesser had become a full-fledged believer in the ideology of violent Islamist extremism and was searching for other like-minded individuals. He gravitated towards the Internet to find them because, as Chesser explained later, "It is simply the most dynamic and convenient form of media there is."[23]

In his correspondence with Committee staff, Chesser wrote about what caused him to become interested in the Islamist movement. "A Muslim who sincerely investigates their religion will find that it is an obligatory [ *sic*] to implement Islamic law, that voting is a doubtful matter,

---

[16] *U.S. v. Zachary Chesser, Defendant's Position with Regard to Sentencing Factors*, (February 18, 2011).

[17] There are conflicting reports as to when and why Chesser converted to Islam. He states in an online post that he converted in the house of a member of Hizb ut-Tahrir, who he met in a football league. Zachary Chesser, *Do Not Be Afraid to Talk About Jihad* (February 6, 2010).

[18] David Chesser, Letter to the Court (February 11, 2011).

[19] Megan Chesser, Letter to the Court (January 7, 2011).

[20] David Chesser, Letter to the Court (February 11, 2011).

[21] Zachary Chesser, Letter to U.S. Senate Homeland Security and Governmental Affairs Committee (September 6, 2011).

[22] Megan Chesser, Letter to the Court (January 7, 2011).

[23] Zachary Chesser, Letter to U.S. Senate Homeland Security and Governmental Affairs Committee (September 6, 2011).

7

BOP002558

that jihad becomes obligatory in the event that non-Muslims invade Muslim lands. This is what I found, and this is what essentially everyone finds….One who sets out to learn inevitably sees jihad as viable and preferable at some point."[24]

Chesser represents a growing breed of young Americans who have such comfort and facility with social media that they can adeptly use it to facilitate radicalization and recruitment to violent Islamist extremism that is accelerated as compared to traditional avenues of recruitment. Indeed, before his arrest by Federal authorities in July 2010, Chesser was a member of, and prolific contributor to, at least six terrorist online forums; the creator of three YouTube terrorist propaganda channels; the holder of at least two Twitter accounts; the manager of an active Facebook profile; and the creator and author of two stand-alone online blogs advocating violent Islamist extremism.[25]

Though a producer of online material, Chesser was also, like dozens of other young homegrown Islamist extremists, [26] a devoted follower of Anwar al-Aulaqi, the now-deceased American-born radical cleric.[27]

---

[24] Ibid.

[25] Committee staff thanks the numerous outside experts who provided source documents. Chesser's aliases used on these sites included but may not be limited to: Zakariya (Anwar al-Aulaqi blog), Abu Talhah and Al-Malahim (7th Century Generation), Abu Talxah al-Amrikii (Al-Faloja), Abu Talha and Then Take A Notice of War (Islamic Awakening), Abu Talhah Al-Amrikee and Al-Quran Wa Al-Ahadeeth (Islamic Emirate of Afghanistan Forum), Abu Talhah (Ummah Forum) Abu Talhah and ibnu farxaan alkismaayawi (Al-Qimmah), AlQuranWaAlAhadeeth (YouTube), Abu Talha Al-Amriki (Revolution Muslim), MujahidBlog (Twitter) and AbuTalhah (Twitter), Abu Talhah Al-Amrikee (Facebook), LearnTeachFightDie (YouTube), AQWAHProductions (YouTube) and AlQuranWaAlAhadeeth (YouTube).

[26] For a list of individuals who received inspiration from Anwar al-Aulaqi, see U.S. Senate Homeland Security and Governmental Affairs Committee report, *A Ticking Time Bomb: Counterterrorism Lessons from the U.S. Government's Failure to Prevent the Fort Hood Attack* (February 2011).

[27] Chesser uses a number of different spellings for Anwar al-Aulaqi. When quoting directly from Chesser, Committee staff used Chesser's spelling of al-Aulaqi.

8

BOP002559

### *The al-Aulaqi Adherent*

*"My emails to al-Awlaki included the following subjects: Are protests allowed in Islam? Can I put up anti-war graffiti on government property? Some stories I heard about Afghanistan, and an email in 2009 congratulating him if he was killed and saying we will be happier if he was not."*
– Zachary Chesser, Letter to Committee Staff, October 4, 2011

Just three months after converting to Islam, Chesser obtained a copy of several lectures by al-Aulaqi. Chesser soon became a devoted adherent to the radical cleric, frequently visiting al-Aulaqi's web site for guidance. Chesser explained, "I did not question al-Aw laki's theological arguments."[28]

The Committee has examined al-Aula qi's role as a "virtual spiritual sanctioner" in its investigative report on the attack at Fort Hood, Texas. [29] As the report indicates, "virtual spiritual sanctioners" such as al-Aulaqi provide a false sense of religious justification over the Internet for an act of terrorism. Al-Aulaqi was among the most active and influential virtual spiritual sanctioners and his web site attracted thousands of followers – serving as a forum for followers to ask him questions and listen to lectures by a native English-language speaker who presented himself as understanding their problems and offering solutions.[30]

Al-Aulaqi regularly updated his blog with religious discussion, commentary on current events, and book reviews. His blog allowed users to post comments. Those comments covered the spectrum from religious questions concerning marriage to full-fledged support of terrorist organizations overseas. Those commenting became, in a sense, a community. These same individuals would post regularly and interact with each other often.

Chesser began posting online in the fall of 2008. From the beginning, his posts focused primarily on al-Shabaab. He initially was supportive of Chechen terrorists but concluded that their perpetration of the Beslan Massacre violated Islamic law. As Chesser later wrote to Committee staff:

> Somalia popped up on al-Awlaki's web site, and it had all the same pros of Chechnya, but none of its cons. Also, I was already interested in Somalia and was planning to make it the focus of my major in International Relations. It also looked very easy to enter….I rejected essentially all other locations, because they did not have boats or planes going into areas controlled by mujahidin. Al-Shabaab had both. If they did not have them, then perhaps I would have tried somewhere else. Later I became fairly involved with al-Shabaab so this really cemented the matter once that happened.[31]

---

[28] *U.S. v. Zachary Chesser*, Statement of Responsibility (December 10, 2010).
[29] U.S. Senate Homeland Security and Governmental Affairs Committee, *A Ticking Time Bomb: Counterterrorism Lessons from the U.S. Government's Failure to Prevent the Fort Hood Attack* (February 2011).
[30] Ibid.
[31] Zachary Chesser, Letter to U.S. Senate Homeland Security and Governmental Affairs Committee (September 6, 2011).

9

   BOP002560

In a later letter to Committee staff, Chesser reflected, "I looked at numerous sources to determine how things were to be applied generally and I concluded that al-Shabaab fit the mould [ *sic*]. Al-Awlaki simply put al-Shabaab on the radar for me."[32]

### Salutations to al-Shabab of Somalia

December 21, 2008 - 142924 by Anwar alAwlaki
Filed under Imam Anwar's Blog

184 Comments

We are following your recent news and it fills our hearts with immense joy. We would like to congratulate you for your victories and achievements.

Al-Shabab not only have succeeded in expanding the areas that fall under their rule but they have succeeded in implementing the sharia and giving us a living example of how we as Muslims should proceed to change our situation. The ballot has failed us but the bullet has not.

Chesser freely posted his increasingly radical beliefs online, although at one point in December 2008, he became worried that his online activities might alert the authorities. Chesser sought advice from the al-Aulaqi web site community:

> My sole desire in my heart is to join al-Shabaab in establishing the Khilafa. It is so engraved upon my heart that I began lamenting the time it is going to take to raise the money or means and then travel to Somalia. I don⊡t know how to get there, so that is an issue. Another one is based on things I look up and post on the Internet. I am worried that I will be arrested when I try to leave the country. Does anyone know how to help me?[33]

A day later, he alerted his fellow al-Aulaqi followers that he was organizing a protest against the Egyptian government. He asked those interested to email him at his George Mason University account. The concluding sentence of his post reflects the progression of his radicalization at this point, "The protest is going to be all Muslim. Do not invite the kafir [non-believer] friends that you should not have."[34]

A week after that post, he asked al-Aulaqi and the online community, "If someone is an apostate, and they are so openly, can I just kill them right then and there or are there conditions?"[35] According to court records, he subsequently had a series of email communications with al-Aulaqi in which he expressed his desire to join al-Shabaab. [36] Chesser disputes this account, saying he only asked general questions of al-Aulaqi. In a letter to Committee staff, Chesser stated that al-Aulaqi responded to a question regarding whether protests are allowed in Islam, stating: "If I [Chesser] thought it was beneficial, I should do it, and if not, I should not." [37] Despite this discrepancy, it is clear that Chesser reached out to al-Aulaqi at least for spiritual guidance related to violent Islamist extremism, if not for practical or operational guidance.

---

[32] Zachary Chesser, Letter to U.S. Senate Homeland Security and Governmental Affairs Committee (October 4, 2011).

[33] Zachary Chesser, Anwar al-Aulaqi web site, comment on post entitled *Lies of the Telegraph* (December 28, 2008).

[34] Zachary Chesser, Anwar al-Aulaqi web site, comment on post entitled *The Meaning of Gaza* (December 29, 2008).

[35] Zachary Chesser, Anwar al-Aulaqi web site, comment on post entitled *A New Year: Reality and Aspirations* (January 9, 2009).

[36] *U.S. v. Zachary Chesser*, Affidavit in support of Criminal Complaint (July 21, 2010).

[37] Zachary Chesser, Letter to U.S. Senate Homeland Security and Governmental Affairs Committee (October 4, 2011).

BOP002561