Al-Aulaqi☐s web site also provided additional reinforcement of his extremist views. He met his future wife, Proscovia Nzabanita, the 25-year old daughter of a Ugandan diplomat, through a series of comments that they posted on al-Aula qi☐s blog.[38] Nzabanita held similar and arguably even more extreme violent Islamist beliefs than her future husband. In a letter to Committee staff, Chesser explained the transition from online communications with his future wife to a real-world marriage: "I did meet my wife on al-Aw laki☐s site. I used to send out emails on Islam to all of my contacts, and she had previously emailed me about a protest I was working to organize, so she was on my list. Later she asked me to show her best frien d☐s husband around DC....This guy☐s wife decided to try and set us up, so that eventually led to us getting married....The transition from online to real-world came only a couple weeks before we were married."[39]

---

[38] Zachary Chesser, Comment on post entitled, *44 Ways of Supporting Jihad* (January 10, 2009). In response to Chesser☐s post about his inability to find a wife that would be supportive of his Islamist views, Nzabanita responded, "I do know of some sister who would love to make hijrah and perform their other obligation but have no mahram to go with them and would love to marry feesabilillah so they may be able to leave completely." There were a series of responses between Chesser and Nzabanita in the preceding weeks.

[39] Zachary Chesser, Letter to U.S. Senate Homeland Security and Governmental Affairs Committee (October 4, 2011).

BOP002562

## *The Propagandist*

*"There are four basic mediums through which one can transmit information effectively: video, audio, still-images, and writing. In addition to this there are two fields through which one can spread this information: the real world and the virtual world. Every single method needs to be used and used well."*
– Zachary Chesser, How To Propagate & Call To Jihad, February 18, 2010

By December 2009, Chesser had committed to using his computer and communication skills to advance the violent Islamist cause online. When asked by Committee staff how he transitioned from a consumer to a prolific producer of Islamist media, Chesser explained: "I have above average artistic, computer graphics, video editing, writing, and programming skills. These, combined with a flair for propaganda, motivational work, recruiting, networking, and marketing led to my quick rise on the Internet."[40]

Chesser used his "above average" skills in a range of online locations, including YouTube, Twitter, Facebook, and other web sites to connect with influential Islamist extremist leaders and contribute to the efforts of global terrorist movements.

### *Online Forums*

Traditionally, al-Qaeda releases its messages through a series of vetted online forums. A vetted online forum is a discussion board that can only be accessed by individuals who have been approved by an administrator of the site. A significant number of homegrown Islamist terrorists have, at some time during their radicalization process, been members of and contributors to the discussion boards on a number of terrorist forums. Chesser was a member of at least six different online forums, which represent varying levels of Islamist extremism.

Chesser posted obsessively on each of these forums. His posts were usually videos released by terrorist organizations. He also suggested readers desensitize law enforcement to threats by leaving suspicious but harmless bags throughout the country.[41] He valued the feedback he received from other posters. He noted, "Make sure you comment often, even if it is only a short and semi-useless comment. This will help keep topics of importance on people's minds….Forums are also one of the most effective places to market videos and articles. All you have to do is post it, and it will get between 40 and 100 views pretty easily."[42]

---

[40] Zachary Chesser, Letter to U.S. Senate Homeland Security and Governmental Affairs Committee (September 6, 2011).

[41] Zachary Chesser, Al Faloja, *Desensitizing Federal Agents - Fake Attacks* (June 15, 2010).

[42] Zachary Chesser, *How to Propagate & Call to Jihad* (February 12, 2010).

Chesser v. BOP, 15-cv-01939-NYW

BOP002563

### *YouTube*

Chesser eventually branched out to social media sites to create and promote his violent Islamist extremist message. He created and controlled at least three YouTube channels including *LearnTeachFightDie*, *AQWAHProductions*, and *AlQuranWaAlAhadeeth*.[43] By late 2009, h e



had begun producing his own propaganda videos .[44] He also regularly reposted lectures of al-Aulaqi and took a particular interest in news and videos from al-Shabaab. He wrote in an online post, "Perhaps the most effective platform available for conveying the message of Islam is YouTube….The more members any group has the easier it is for them to absorb people who are less open-minded."[45]

Chesser often boasted that his YouTube channels were some of the most influential on the site. He stated, "In 2010 both my YouTube page and several others have seen more traffic than in all of 2009. In my case 2010 is 80% of my views so far…. The growth of my page and some others I pay attention to is looking to hit a rate that would produce more than 1,000,000 views per year. There are currently no jihadi YouTube pages with even that many total views."[46]

Chesser☐s YouTube postings received national media attention on April 15, 2010, when he posted a video with an al-Aulaqi lecture which called for the assassination of anyone who has "defamed Mohammad." At the end of the video, Chesser included the addresses of the Comedy Central office and the creators of the adult cartoon, South Park. Referencing the 2004 murder of director Theo Van Gogh by an Islamist extremist he noted, "We have to warn Matt Stone and Trey Parker [South Park creators] that what they are doing is stupid and will probably wind up like Theo Van Gogh for airing this show."[47]

### *Twitter*

Chesser also operated at least two Twitter accounts: *MujahidBlog* and *AbuTalhah*. He used Twitter accounts primarily to promote his YouTube channels and blog posts. He also tweeted his upcoming writings and links to media stories that

Coming soon: Counter Counter Terrorism #7b Communication: Meeting In Person 11:04 AM Apr 21st v web
- Reply
- Retweet

The kuffar are starting to really pick up on the South Park story in sha'a Allah this can be the USA's version of the Rushdie affair in UK 10:06 AM Apr 20th via web
- Reply
- Retweet

---

[43] YouTube Channel information is derived from source documents and court records including *U.S. v. Zachary Chesser* (October 20, 2010).

[44] *U.S. v. Zachary Chesser* (October 20, 2010).

[45] Zachary Chesser, *How to Propagate & Call to Jihad* (February 6, 2010).

[46] Zachary Chesser, Reply to *Quoted in Metro Article about Jihad Jane, Etc.* http://jarretbrachman.net/?p=580 (March 19, 2010).

[47] *U.S. v. Zachary Chesser* (October 20, 2010).

Chesser v. BOP, 15-cv-01939-NYW

BOP002564

featured him. In April 2010, he noted on his web site, *themujahiblog.com*:

> Twitter is an incredibly easy way to get information out. Imagine a jihadi forum that e-mails you every time a new video is released. You do not even have to actually use Twitter. You just link a web site to your account and it releases the media for you. This would go miles and miles toward influencing the youth who do not know about the jihadi forums or who are not recruited into the forums, but are aware of them…. For a while we should create groups and pages that update a thousand or so people at once, but eventually messages should say, „Follow us on Twitter here: xxxx.‟[48]

## *Facebook*

Chesser actively maintained a Facebook profile and used the site to re-post terrorist content. Chesser, under the name Abu Talhah Al-Amrikee, used his Facebook status updates to vent about shows he saw on cable news.  Regarding a Muslim guest on The Sean Hannity Show, he wrote, "May Allah kill the murtad [  *sic*] with a death more painful than all the deaths he caused by serving the agents of genocide." Another user responded to his comment in less than 15 minutes and praised his words.[49]

Chesser‟s  status updates encouraged others to communicate with him through Facebook or email about joining the cause. "Anyone in the DC area who wants to get involved I am trying to get things going so send me a message either on here or at *abutalhahalamrikee@yahoo.com*."[50]



He also actively posted on others‟ pages. When Ramy Zamzam[51] was arrested in Pakistan along with four other Washington-area individuals for trying to join the Taliban, Chesser posted on the "Free Washington Five" site that, "I knew Ramy Zamzam a little bit. Maa   shaa Allah he was a very good brother."[52]

## *Web sites*

Chesser moderated the radical web site "Revolution Muslim" which was regularly updated with violent Islamist videos and content. A number of its moderators and followers have since been arrested for various terrorist offenses in the United States and the United Kingdom

---

[48] Zachary Chesser, Post on *themujahidblog.com* (April 2010).

[49] Abu Talhah Al-Amrikee (Zachary Chesser) Status Update, Facebook (March 3, 2010).

[50] Abu Talhah Al-Amrikee (Zachary Chesser), Revolution Muslim Facebook page Update  (March 3, 2010.

[51] Ramy Zamzam is a member of the so-called Northern Virginia Five which was a group of friends who traveled to Pakistan to join a terrorist organization. They were arrested and sentenced to 10 years by the Pakistani government.

[52] Abu Talhah Al-Amrikee (Zachary Chesser) Facebook post (January 25, 2010).

14

BOP002565

 His web site, *themujahiblog.com*, was publicly available, interactive and permitted users to "like," "share," and "rate" individual posts. At one time, he experimented with creating his own online forum, trying to mirror the dozen or so violent Islamist forums which he frequented. His web site included recommended links and a section recommending certain books which advocated violent Islamist extremism. He used his blog to post al-Qaeda lectures and links to leaked counterterrorism documents such as the Transportation Security Administratio  n s manual entitled *Aviation Security Screening Management Standard Operating Procedures*.[53]

Before it was eventually taken down, *themujahidblog.com* had over 10,000 page views. [54] Chesser noted the importance of sharing blog links throughout the movement,      stating, "If you find a  good blog or web site you should spread it around the Internet. An article on the mujahideen that links back to  *http://revolutionmuslim.com* or another similar site can do a lot to spreading the da wa [inviting others to Islam]. Someone who has not been exposed to knowledge of jihad and the mujahideen very much might click on a link and then see a site devoted entirely to the subject for the first time in their lives."[55]

---

[53] *U.S. v. Zachary Chesser* (October 20, 2010).

[54] The exact number of *themujahidblog.com* views could not be assessed, but a March 4, 2010 cache version of the web site notes 12,179 page views.

[55] Zachary Chesser, *How to Propagate & Call to Jihad* (February 12, 2010).

15

BOP002566

## *The Strategist*

*"Occasionally I write something completely with the intention of playing off of the egos of various counter terrorism analysts. I was somewhat successful in building audiences and influencing them."*
– Zachary Chesser, Interview with Aaron Y. Zelin, June 29, 2010


By March 2010, Chesser considered himself not only an adherent of violent Islamist extremist but also a strategist for the cause. In a series of posts entitled *Counter Counter Terrorism*,[56] Chesser outlined ways the violent Islamist extremist movement could win an ideological struggle – the so-called "war of ideas" – against the West. In doing so, Chesser underscored the importance of propaganda in the fight based on four points:

> (1) Anytime the kuffar (non-believers) have something which is perceived as success it must be hidden, (2) Successes of the mujahideen must be emphasized, (3) Kill the sympathy factor, (4) Emphasize unpopular actions of the kuffar.[57]

Below each point was a series of bullet points to justify the headline such as "we should not publish their media which is negative on our forums and web sites. Even if it is the only source making a certain claim, and we know it is true, then we should not post it" and "videos of kuffar dying should be spread. Death is an extraordinarily powerful image. There is nothing stronger in killing one's sympathy for the enemy than seeing him die enough times that there is no longer a shock factor."[58]

Chesser posted his *Counter Counter Terrorism* series on nearly every online forum he was a member of, in addition to his web site, *themujahidblog.com*.

In addition to publishing his own writings online, Chesser regularly attempted to engage in online discussions and strategy debates with counterterrorism experts. Commenting on the

---

[56] There may be additional *Counter Counter Terrorism* postings, but Committee staff were only able to verify the following and the exact posting dates may vary depending on the online sites Chesser posted to:
*Counter Counter Terrorism #1 - Defeating The Plotting Of The Enemies Of Allah* (March 21, 2010).
*Counter Counter Terrorism #2 - Using the Enemy Against Himself* (April 18, 2010).
*Counter Counter Terrorism #3 - The Clear Enemy* (April 18, 2010).
*Counter Counter Terrorism #4 - Misguided Salafis* (April 18, 2010).
*Counter Counter Terrorism #5 - Physical Resistance* (April 18, 2010).
*Counter Counter Terrorism #6 - Recognizing Our Shortfalls: Utilization of Social Media* (April 19, 2010).
*Counter Counter Terrorism #7a - Communications: Telephones* (April 19, 2010).
*Counter Counter Terrorism #7b - Communication: Meeting in Person* (April, 22 2010).
*Counter Counter Terrorism #7c - Communication: The Messneger, [sic] Letters, And Wireless* (April, 26 2010).
*Counter Counter Terrorism #8 - Fomenting Disunity in the Counter Terrorism Movement* (May 11, 2010).
*Counter Counter Terrorism #9 - Transportation* (April 27, 2010).
*Counter Counter Terrorism #10 - Jarret Brachman Caduwullah* (May 11, 2010).
*Counter Counter Terrorism #12 - Actually Leaving for Jihad* (June 12, 2010).
[57] Zachary Chesser, *themujahidblog.com*, *Counter Counter Terrorism #1 - Defeating The Plotting Of The Enemies Of Allah* (March, 21 2010).
[58] Ibid.

16

BOP002567

website of counterterrorism expert Jarret Brachman on a post about convicted homegrown terrorist Colleen LaRose,[59] Chesser explained his views on the long-term strategy of al-Qaeda:

> [B]oth legal and illegal weapons are much easier to obtain here than they are in Europe. For example, I could walk about a mile from the capitol building in DC and buy M16s and grenades off the street. Also, due to the nature of America's infrastructure it is much easier to come by explosives. All one would have to do is go to a construction site or a farm and take them. Eventually Muslims will figure this out. While there may or may not be a period of going for "spectacular" attacks, the typical attack in America will probably look a lot more like Mumbai than 9-11. The trend in attacks both from Al-Qa'ida and others has been to grow more and more practical. The recent video from Adam Gadahn is a testimony to this. The role of AQC [al-Qaeda Central, meaning al-Qaeda 's leadership in the Afghanistan/Pakistan region] is likely to shift into an organization that says, "We congratulate so-and-so on their recent operation," or, "May Allah reward the brother/sister for their intention, but we encourage the Muslims to think things through a bit more before they do anything."[60]

Recognizing that his engagement with counterterrorism experts was boosting his notoriety, Chesser's *Counter Counter Terrorism #8* , entitled *Fomenting Disunity in the Counter Terrorism Movement*, focused on the need to encourage dissent among counterterrorism experts in order to use those disagreements to advance the violent Islamist extremist cause. He wrote:

> Often other CT [counterterrorism] officials express concern over the term "Jihobbyist" which was coined by Brachman. It refers to people who post things on the Internet, but who have not done anything concrete as far as action is concerned…. Many people in the CT field are worried that this term causes people to underestimate the threat of domestic attacks. References to this word in postings when a domestic attack does occur could cause people to blame Jarret Brachman for any shortfalls in attention being payed [ *sic*] to domestic threats….We should use this term in our public postings…. It draws a clear distinction between real mujahideen and people like me, which creates a feeling of inadequacy, and feelings of inadequacy drive people to eliminate that feeling through actions.[61]

With his *Counter Counter Terrorism* series, Chesser reveled in his new-found importance. He allowed a researcher from Brandeis University, Aaron Y. Zelin, to interview him a month before his eventual arrest and responded to questions ranging from the personal to theological. For example, Chesser defended his threats to the South Park creators and justified al-Qaeda's killing of Muslims by stating that "collateral damage will naturally occur in any war, and in some scenarios it will be the majority of the deaths. The current wars the Muslims are fighting are within their own territory, so virtually all collateral damage will be of Muslims."[62]

---

[59] On February 1, 2011 Colleen LaRose, aka "Jihad Jane," pleaded guilty to charges of conspiracy to provide material support to terrorists, conspiracy to kill in a foreign country, making false statements, and attempted identity theft. According to court documents, LaRose intended to obtain military-style training in South Asia and then commit terrorist attacks in Europe.

[60] Zachary Chesser, Reply to *Quoted in Metro Article about Jihad Jane, Etc*, *(http://jarretbrachman.net/?p=580)* (March 19, 2010).

[61] Zachary Chesser, *Counter Counter Terrorism #8 - Fomenting Disunity in the Counter Terrorism Movement*, (May 11, 2010). An excerpt of this post is available at *(http://jarretbrachman.net/?p=764)* (July 22, 2010).

[62] Aaron Y. Zelin, Interview with Abu Talhah al-Amriki (Zachary Chesser) (June 29, 2010).

Three weeks before his arrest in July 2010, Chesser authored a 25-page document entitled *Raising Al-Qaa'ida: A Look Into the Long Term Obligations of the Global Jihaad Movement*. The piece gave suggestions and best practices for engaging Muslims who have not joined the violent Islamist extremist movement. Chesser argued that children and women must be a greater part of the fight. He wrote, "[T]he grander picture of jihad is what must be presented as we raise our children…. The fiqh of jihad must be taught in the masaajid, the schools, and the homes…. We have to instill the love of jihad in the hearts of our children in a complete manner."[63]



Indeed, Chesser placed special emphasis on the role of women: "A lot of sisters are very involved in the support of the mujaahidiin, but their efforts go unmentioned, so other sisters do not have anything to look forward to from what they know. Additionally, sisters are the most important to inspire in order to ensure the long term success of the movement. They are the ones responsible for producing a new generation of mujaahidiin *[sic]*, and if we neglect them in our works, then we should not be surprised when they neglect our children as they raise them."[64]

In a letter to Committee staff reflecting on his role as a strategist, Chesser stated, "I also do not know anybody else who attracted as much interest from the online CT [counterterrorism] crowd except people who were actually fighting. All of these things are inter-related more or less, and they fed each other until I would end up in a position of enormous influence."[65]

---

[63] Zachary Chesser, *Raising al-Qaa'ida: A Look Into the Long Term Obligations of the Global Jihaad Movement* (July 2010).

[64] Ibid.

[65] Zachary Chesser, Letter to U.S. Senate Homeland Security and Governmental Affairs Committee (September 6, 2011).

18

BOP002569

# The Mobilization

*"You took just a shocking leap from a high-school athlete to a highly energized traitor to your country. It's startling."*
– U.S. District Judge Liam O□Grady, February 24, 2011

In the spring of 2009, the Federal Bureau of Investigation (FBI) met with Chesser to discuss his online activities. Chesser has stated to Committee staff that he spoke with the FBI after he learned that they had "been bothering members of the Muslim community about me. I did not want them scaring other people over me." [66] Chesser would be interviewed at least twice more by the FBI but stated in letters to Committee staff that his violent beliefs were solidified by an FBI search of a frie    nd□s residence.[67] He told an FBI Special Agent that he "no longer supported jihad propaganda," however, "he said he would still be willing to die in the name of Islam."[68] Chesser stated that the FBI tried unsuccessfully to place informants and develop a sting operation against him "but they made tons of blunders."[69]

According to Chesse  r□s journal writings, which were obtained by the FBI, Chesser attempted to leave the United States with his wife in order to join al-Shabaab in November 2009 but was unsuccessful because his mother-in-law had hidden his wife□s passport.

On June 24, 2010, the FBI executed a search warrant of Chesser    □s residence. Later that day, Chesser and his wife suspected their apartment had been searched by law enforcement. They destroyed items by "pouring water and bleach on them."[70] On July 9, 2010, Chesser and his wife stayed in a hotel in Maryland with their infant son in preparation for his attempted trip to Somalia. The following day, Nzabanita dropped Chesser and their son off at John F. Kennedy International Airport in New York City. According to court documents, Chesser stated he believed that, if he traveled with his son, then he would not come under as much suspicion.

When he was prevented from boarding the aircraft, he called an FBI Special Agent and reiterated that he no longer supported violent Islamist extremism. The FBI arrested Chesser on July 21, 2010 for attempting to provide material support to al-Shabaab. His wife was subsequently charged with making false statements to law enforcement regarding Chesser    □s travels; she pleaded guilty and was deported back to her home country of Uganda.

---

[66] Ibid.
[67] Ibid.
[68] *U.S. v. Zachary Chesser*, Affidavit in support of Criminal Complaint (July 21, 2010).
[69] Zachary Chesser, Letter to U.S. Senate Homeland Security and Governmental Affairs Committee (September 6, 2011). For the purposes of this report, Committee staff did not attempt to verify with the FBI the circumstances of its use of undercover operations against Chesser.
[70] *U.S. v. Nzabanita*, Statement of Facts (November 8, 2010).

Chesser v. BOP, 15-cv-01939-NYW                                                    BOP002570

# The Aftermath

*"As for deciding to leave the United States then, had I known America loved me so much that it would take legal action to keep me here for the next twenty years, I might have agreed to stay."*
– Zachary Chesser, Letter to Committee Staff, September 6, 2011

In the end, Chesser pleaded guilty to the charges against him and received a sentence of 25 years in a Federal prison. In court documents, he claimed that he regretted the decisions in his life, stating, "I want to emerge from prison as a productive citizen who will do his best for society and his family….When I became involved in the jihadi community, I attracted a lot of attention. Now my dream is to help my family without drawing any further attention to myself."[71]

In a letter to Committee staff, he promoted the idea of better understanding between violent Islamists and the government. He advocated for an online discussion board between counterterrorism policymakers and Islamist followers where debate and common ground could be found. He wrote, "every subscriber to jihad is not some boogeyman threatening national security. Treating things like this will result in failures, senseless deaths, and other chaos."[72] When asked if he thought such a forum was destined to fail because Islamists would not trust the source, he stated, "If the forum was not just some CT [counterterrorism] experiment and it was an honest attempt at dialogue, then it would be almost certain to achieve things. If it is not truly honest, then it would almost certainly fail."[73]

He also noted that he did not find a real-world audience for his violent beliefs. In discussing his attempt to receive religious approval of his actions from local imams, Chesser said, "I actually did ask local leaders but I disagreed with their responses."[74]

In a letter to the Committee, Chesser stated that there was a brief moment during the course of his radicalization in which he was nearly steered from the path that led to his incarceration. But ultimately, the influence of online sources of violent Islamist extremism proved stronger.  As Chesser wrote simply and without further explanation, "One person briefly pulled me away, but this was supplemented by online material."[75]

---

[71] *U.S. v. Zachary Chesser*, Statement of Responsibility (December 10, 2010).

[72] Zachary Chesser, Letter to U.S. Senate Homeland Security and Governmental Affairs Committee (September 6, 2011).

[73] Zachary Chesser, Letter to U.S. Senate Homeland Security and Governmental Affairs Committee (October 4, 2011).

[74] Ibid.

[75] Zachary Chesser, Letter to U.S. Senate Homeland Security and Governmental Affairs Committee (September 6, 2011).

20

BOP002571

# Findings and Recommendations

*"I will explain what you can say with no fear of anything except a[n] annoying knock on the door from two people who cannot actually do anything to you."*
– Zachary Chesser, *Be Not Afraid to Talk about Jihad*, February 6, 2010

**Finding: Violent Islamist extremists use the Internet to recruit, radicalize, and mobilize individuals – including Americans. Chesser is likely a harbinger, not an outlier, for violent Islamist extremism online, not just in the United States, but globally.**

The threat of violent Islamist extremism has become increasingly decentralized, and its messaging has followed that same trajectory. In this sense, Chesser ⓢ story is a model for how the violent Islamist extremist movement may be sustained into the future.

The deaths of Osama bin Laden and Anwar al-Aulaqi – eliminating key leaders in al-Qaeda and al-Qaeda in the Arabian Peninsula (AQAP) respectively – will likely accelerate the trend in  terrorist operations since 9/11 in which the threat has become more decentralized.  In other words, terrorist operations have increasingly been carried out by individuals or cells in Europe, the United States, and elsewhere, with little or no direction from senior al-Qaeda leadership.[76]

Likewise, while messages produced by al-Qaeda ⓢ media production arm, as-Sabab (not to be confused with the Somali terrorist group al-Shabaab), remain significant, the deaths of bin Laden and particularly the notorious propagandist al-Aulaqi mean that terrorist content self-generated by individuals throughout the world will almost certainly play an increasing role in sustaining violent Islamist extremism.

Indeed, violent Islamist extremists are no longer limited to password-protected online forums. The terrorist message is also found on myriad mainstream sites, leading to the concern that individuals who are disaffected or otherwise potentially open to violent Islamist extremism could stumble upon the terrorist narrative or find it easily – and get drawn more quickly into radicalization to violent Islamist extremism.

Along with Chesser, another noteworthy example of this decentralization of propaganda is the now-deceased terrorist, Samir Khan, who prior to joining AQAP, took a similar path as Chesser. He created his own website and YouTube videos and spread the violent Islamist narrative online wherever he could find an audience. Khan went on to become the creator and editor of *Inspire*, an English-language magazine intended to radicalize individuals in the West and facilitate their communication regarding terrorist acts. In one issue, *Inspire* gave step-by-step directions on how to best kill Americans. It also included ideological justification for terrorism.

---

[76] Peter Bergen and Bruce Hoffman, Bipartisan Policy Center, *Assessing the Terrorist Threat* (September 10, 2010).

The magazine did so in an easy-   to-read and accessible way.  Khan used computer skills he sharpened while in North Carolina to become a key propaganda asset for AQAP.

Both Chesser and Khan show that the bar for producing sophisticated terrorist content has been lowered such that essentially anyone with basic computer skills can help keep the ideological fire lit through their own actions without prior approval from al-Qaeda or other terrorist organizations.

**Recommendation:** The United States currently has a haphazard approach to dealing with global Internet radicalization and propaganda. Some in the Intelligence Community have argued that there is intelligence value in leaving the online ideological battlefield uncontested, while others believe we must confront the ideology online head-on. [77] Efforts by the State Departmen t s new Center for Strategic Counterterrorism Communications to develop messaging and materials for countering online radicalization are encouraging but nascent. The U.S. Government needs a comprehensive Internet strategy to address online radicalization that integrates activities across the State Department, the Defense Department, the Department of Homeland Security, the

---

[77] Washington Post, *Dismantling of Saudi-CIA Web Site Illustrates Need for Clearer Cyberwar policies*, *(http://www.washingtonpost.com/wp-dyn/content/article/2010/03/18/AR2010031805464.html?nav=hcmodule),* (March 19, 2010).

BOP002573

Federal Bureau of Investigation, and other agencies into a single, coherent approach – while vigilantly respecting the First Amendment rights of all Americans.

**Finding: Law enforcement alone is ill-suited to counter radicalization of individuals such as Chesser and others who will likely follow.  The U.S. Government should develop a "whole of society" approach to counter radicalization domestically, with a particular emphasis against online propaganda.**

From mid-2008 until his arrest in July 2010, Chesser continued on the path of radicalization to mobilization to action nearly unimpeded. Chesser ￼s propaganda was protected by the First Amendment. Provided he did not take any criminal steps, the FBI could only attempt what it calls a "disruption" by meeting with Chesser to inform him that the FBI had become aware of his activities and that he would be arrested if he engaged in any criminal conduct. However, the sizable number of homegrown terrorism cases in recent years makes it impractical for the FBI to monitor all individuals who may be going through the radicalization process and conduct repeated "disruptions" as needed. Moreover, even if the FBI had the necessary resources to do so, heavy reliance on "disruptions" not only threatens to chill free speech but also does little to ameliorate the problem of radicalization itself.

In sum, the U.S. Government lacked options beyond federal law enforcement "disruptions" for dealing with Chesser once he was radicalized, and Chesser ￼s radicalization – combined with the trend of radicalization of U.S. citizens and permanent residents resulting in terrorist activity since 2009 – shows the need for an effective domestic counter radicalization strategy.

The U.S. Government needs to develop options within Constitutional and statutory constraints for situations in which federal law enforcement such as the FBI comes in contact with an individual who is radicalizing.  It is not law enforceme nt￼s or the Intelligence Community ￼s role to seek to change an indi vidual￼s beliefs protected by the First Amendment, as opposed to focusing on criminal conduct.  An indi     vidual￼s family, friends, and local community and religious leaders are best suited to dissuading the individual from criminal activity as well as rolling-back the radicalization.  The U.S. Government needs to resolve the extent to which federal law enforcement can share information concerning radicalized individuals with family, friends, and local community and religious leaders.

In addition, the U.S. Government needs to ensure a "whole of society" approach to working with Muslim-American communities to prevent radicalization.  Through such engagement, the U.S. Government would facilitate local community and religious leaders and parents in identifying and countering radicalization in their communities.  For example, the U.S. Government could provide trend data concerning investigations in a community as well as educational material concerning violent Islamist extremism and effective ways to counter it.  In addition, federal, State, and local social service agencies can seek to coordinate actions within their respective mandates that may assist this overall strategy; for example, the Department of

23

Health and Human Services☐Office of Refugee Resettlement can assist immigrant communities who are experiencing challenges in assimilating into American society.

Various components of the U.S. Government are attempting to prevent radicalization generally, but we are concerned not only that these efforts are insufficient but also that the strategic architecture guiding these efforts is inadequate.

- In August 2011, the Administration released a document describing its counter radicalization approach, entitled *Empowering Local Partners to Prevent Violent Extremism in the United States*. This was the first such document issued, but it was not a real strategy. It lacked specificity such as actions, goals, timelines, resources, and metrics for measuring success. Moreover, it was silent on naming an overall department or agency to be the operational lead for this evolving security challenge – ensuring coordination and accountability will remain elusive. In addition, the document aimed at an undefined "violent extremism" rather than the greatest terrorist threat to our national security – violent Islamist extremism.

- In December 2011, the Administration released its *Strategic Implementation Plan*. This plan was an important step forward in that it contained specific tasks and listed lead and supporting agencies for those tasks. However, the plan lacked a timeline and metrics and did not address the potential need for dedicated funding. Moreover, the plan contained only passing references to agencies aside from DHS, FBI, the Department of Justice, and the National Counterterrorism Center.

The Executive Branch☐s December 2011 *Strategic Implementation Plan* states that a counter radicalization strategy specifically focused on the Internet will be developed but does not provide a date; the Executive Branch should expedite the development of this strategy so that the United States is best-positioned to deal with individuals who follow in Chesser☐s footsteps.

**Recommendation:** The U.S. Government should develop a comprehensive "whole of society" approach to countering violent Islamist radicalization, beyond the documents that the Executive Branch has already released, including but not limited to how to facilitate community intervention by family, friends, and community and religious leaders supported by federal, state, and local government resources. In addition, the U.S. Government should strengthen its ability to assist Muslim American communities seeking to address and counter radicalization online.

Chesser v. BOP, 15-cv-01939-NYW

BOP002575