**Attachment 6
Declaration of David Jones**

**Chesser, *Raising Al-Qaaida***

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

# RAISING AL-QAA'IDA

## A LOOK INTO THE LONG TERM OBLIGATIONS OF THE GLOBAL JIHAAD MOVEMENT

### ABUU TALXAH AL-AMRIKII



**001**

# INTRODUCTION

*Bismillah ir-Raxmaan ir-Raxiim, alxamdulillahi Rabb il-Caalamiin, wa salaatu wa salaamu calaa Rasuulillah. Wa ash-haadu an laa ilaaha ill Allah; wa ash-haadu anna Muxammadan cabduhu wa rasuuluh,*

*Ammaa bacdu,*

*Alxamdulillah*, when one looks at the global scene today, they find that the promise of the current situation is unlike any that has existed in the last one hundred years. The allure of *jihaad* has become so enamoring that even disbelieving parents of disbelieving children are worried about their offspring going off to die for the sake of Allah, *subxaanahu wa tacalaa*. Rather than fret over how to keep their children away from the worst of things (drugs, alcohol, tobacco, fornication, etc.), the parents of today are fretting over how to keep their children away from the best of things (martyrdom and jihaad in Allah's Cause).

As the global *jihaad* progresses we need to prepare for the long term and do our best to ensure the longevity of this movement in the hearts of the people. We need to be prepared for the realization of a number of small nation-states devoted to the global *jihaad* movement over the next decade (we ask Allah to make it so). This requires a normalization of the notion of dying for the sake of Allah and a return to its (*jihaad's*) treatment as a regular act of worship along the lines of *salaah*, *zakaah*, and being kind to one's parents.

We cannot rely on an assumption that the truth will necessarily be palatable to the people no matter how it is presented to them, because this was not even the case when it was delivered by the best of creation, *salaa Allahu calaihi wa salam*. We must present the *dacwah* to *jihaad* and *tawxiid* with wisdom as Allah commanded Muusaa, *calaihis-salaam*, before us.

This requires an expansion of the *dacwah*, and a broadening of the message. It requires a new way of thinking that empowers *all* Muslims regardless of their demographic to participate in the *jihaad* in Allah's Path.

**002**

BOP005447

*Jihaad* must return to its former status as a mainstream notion. Currently *jihaad* has a feeling of *strangeness* in the hearts of the Muslims in general, and this is not a good thing. The long term success of the global *jihaad* movement is dependent upon the removal of this strangeness, and an instilment of familiarity in the hearts of the people.

The Prophet, *salaa Allahu calaihi wa salam*, told us the *strangers* (al-ghurabaa) are a blessed people, but the implication of this *xadiith* was not for us to instill strangeness in the regular acts of worship. Rather, we should seek to create an entire nation of *ghurabaa* as was the case in the time of the Saxaabah, *radiya Allahu canhum*. We must seek to remove the status of the *ghurabaa* being a group among the Muslims, and shift it to being a group known as the 'Muslims' among the entirety of humanity.

**003**

BOP005448

# TARGETING THE 'MUSTACHE ONLY' GENERATION

There is a massive demographic among the Muslims which insists upon the growing of the mustache to the exclusion of the growing of the beard (Allah knows best why they do this; it is not even attractive to the *kuffaar*). This demographic begins with the middle-aged and continues up through the generations. It is a demographic which has abandoned *jihaad* in Allah's Cause, and it is not particularly beneficial to target them in trying to recruit *mujaahidiin*.

However, this group has a plurality among men in this *Ummah*, so it cannot be outright ignored. Due to the fact that this group is currently abandoning *jihaad*, efforts should be made to at least convince them that *jihaad* is a beneficial thing.

This group typically responds best when things are presented to them in a "matter of fact" way, because they are most convinced by that which seems normal. Fiery speeches which rile the emotions of the youth do little with this demographic. What is more convincing to them is if a *shaikh* (or the occasional engineer) calmly mentions that, "(Insert *madhab*/scholar name) says that jihaad becomes an individual obligation when the disbelievers attack the land of the Muslims. This even applies when the Muslims in an area are very bad, and the *kuffaar* who are attacking might be seemingly very nice. Therefore, we should love the *mujaahidiin* wherever they are and we should not speak ill of them."

Another thing which is convincing to them is when they see *dunyaa* benefit to *jihaad*. For example, in Somalia the support for the *mujaahidiin* is increasing dramatically among those in the diaspora as people call back home and realize that their relatives are living in peace and prosperity under the *mujaahidiin*.

While this group is not likely to risk their lives and wealth to join *jihaad* in Allah's Cause (unless things change dramatically), they can be persuaded to be mildly supportive or at least indifferent to it. It is also important to target this group, because it is the most susceptible to apostasy and rebellion against the *Shari'ah* of Allah.

**004**

The group which, in my opinion, has done the best job so far of incorporating this demographic into its audience is *Al-Qaa'ida* in the Arabian Peninsula, *walxamdulillah*. Most of their videos are aimed at informing their audience rather than riling their emotions. This is not to say that they avoid the emotional side, but it has not been the focus of their media campaign so far.

It is important to target a number of demographics, so one should not think that this is the only aim a production should have. The most important group to target is the group which is most beneficial to the *jihaad*, and that is young men. However, it is much easier for one to come to terms with leaving for *jihaad* when one's parents are supportive, or at least not reprehensive regarding the matter.

**005**

# THE FORGOTTEN FIFTY PERCENT

It is very sad to see the lack of material which is directly targeting the sisters of our *Ummah* from the *mujaahidiin* and their supporters. To my knowledge there has been no full length film released by the *mujaahidiin* which has a primary target audience of our sisters. The encouraging words of a mother, a sister, or a wife are far more powerful than the encouragement one receives from their brothers. Do we forget the stories of *Khansa* and her sons, *Asmaa* and *'Abdullah bin az-Zubair*, and *Umm Ibrahiim* and her son?

**Abuu Jaafar al-Luban narrates:**

It is mentioned that one of the righteous women in Basra was Umm Ibrahim al Hashimiyyah. The enemy attacked one of the Muslim towns so people were encouraged to join jihad. Abdul Wahid bin Zayd al Basri delivered a speech encouraging jihad and among the audience was Umm Ibrahim. Among the things Abdul Wahid talked about was *al Hoor* (the women of Paradise). Umm Ibrahim stood up and said to Abdul Wahid: "*You know my son Ibrahim and you know that the nobility of al Basra wish to have him marry one of their daughters and I have not agreed to one of them yet. But I like this girl you described and I would be happy to marry her to my son. Can you please describe her again?*"

Abdul Wahid then narrated a poem in the description of the *Hoor*. Umm Ibrahim said: "*I want my son to marry this girl and I would pay you 10,000 dinars as her dowry and you take him with you in this army. He might die as a Shaheed and intercede for me on the Day of Judgment.*" Abdul Wahid said: "*If you do so, that is great success for you and your son.*" She then called her son from the audience. He stood up and said: "*Yes my mother!*" She said: "*Are you pleased to marry this girl with the condition of giving your soul to Allah?*" He said: "*Yes! I am very pleased!*" She said: "*O Allah you are my witness that I have married my son to this girl from Paradise with the condition he spends his soul in your sake*" Then she went and brought back with her 10,000 dinars and gave it to Abdul Wahid and said: "*This is her dowry. Take it and use it to provide for the mujahideen*" She then purchased for her son a good horse and she armed him. When the army started its march Ibrahim came out with the reciters of Quran surrounding him and reciting:

Chesser v. BOP,
15-cv-01939-NYW

BOP005451

"**Indeed, Allah has purchased from the believers their lives and their properties [in exchange] for that they will have Paradise.**"

When Umm Ibrahim was greeting her son she told him: "*Be careful and don't allow any shortcomings from yourself to be seen by Allah*" She them embraced him and kissed him and said: "*May Allah never bring us together except on the Day of Judgment!*"

Abdul Wahid said: "When we reached the enemy's territory and people were called to fight. Ibrahim was in the front and he killed many of the enemy but then they overwhelmed him and killed him. On our way back I told my soldiers not to tell Umm Ibrahim that her son was killed until I tell her. When we entered al Basra she met me and said: "*Did Allah accept my gift so I can celebrate or was it rejected so I should cry?*" I said: "Allah did accept your gift and your son died as a Shaheed" She then prostrated to thank Allah and said: "*Thank you Allah for accepting my gift*" The following day she came to me in the mosque and said: "*Rejoice!*" I said: "What good news do you have?" She said: "*I saw my son Ibrahim last night in a dream. He was in a beautiful garden dressed in green clothes, sitting on a throne made of pearl and he had a crown on his head. He told me: "Rejoice my mother! I got married to my bride!*"

We must seriously target our sisters in the da'wah and this can be done in a number of ways. We should find avenues for them to participate in such as financing and other things. Also, mention should be made of the organizational functions that they serve among the *mujaahidiin*. A lot of sisters are very involved in the support of the *mujaahidiin*, but their efforts go unmentioned, so other sisters do not have anything to look forward to from what they know.

Additionally, sisters are the most important to inspire in order to ensure the long term success of the movement. They are the ones responsible for producing a new generation of *mujaahidiin*, and if we neglect them in our works, then we should not be surprised when they neglect our children as they raise them, which brings us to our most important section...

**007**

Chesser v. BOP,
15-cv-01939-NYW

BOP005453

# RAISING AL-QAA'IDA

The goal of any recruitment production is to bring people to the ranks of the *mujaahidiin*. However, a movement which depends on recruiting those who have lived a life of *ghafla* only to embrace piety later on is bound to plateau. It is certainly important to move people, through the Will of Allah, out of *ghafla* and to *jihaad*, but it is also important to have a steady reliable group to rely on.

Mistakes in the *da'wah* and actions of the *mujaahidiin* can repel those who are in a state of *ghafla.* We should not assume that Allah is going to allow us to be successful in our targeting of the sleeping Muslims for decades to come. We ask Allah to allow this success to continue. However, we also must take steps that Muslims are being raised with the love of *jihaad* in their hearts. We cannot rely on embarking on fancy media campaigns every time we are attacked. *Jihaad* should be the natural reaction to any group of Muslims when the *kuffaar* try to take their land and change their religion.

The *kuffaar* cannot handle this generation's *jihaad* except with extreme difficulty and negative repercussions on their end of the conflict. However, they have not even begun to imagine what things will be like when this generation's beards turn gray. If we can ensure that the majority of the children of the *jihaadiis* will be raised with a love of *jihaad* in their hearts, then we will have achieved the best possible success on a list of goals in the *da'wah*.

Before going into my suggestions, *in sha'a Allah*, it needs to be mentioned that the grander picture of *jihaad* is what must be presented as we raise our children. Stories of justice and fairness need to be incorporated into lessons. The *fiqh* of *jihaad* must be taught in the *masaajid*, the schools, and the homes. Limitations and exceptions must be taught. We have to instill the love of *jihaad* in the hearts of our children in a complete manner. This will prevent susceptibility to movements of either ultra-liberalism or ones of fascism.

**009**

## A LOOK INTO A SUCCESSFUL PROPAGANDA CAMPAIGN AND DRAWING LESSONS FROM IT

While we might currently be at war with America, this does not stop us from looking into the success they had in building their ideology and learning from it. America has built a culture which is blindly patriotic and rallies behind empty words and loaded terms with a ferocity that is unrivaled in the modern world, *maa sha'a Allah*. It has such a successful propaganda machine that it has been able to wage two wars simultaneously which hold no water when one looks at the reasons behind them.

In the 1990s America killed roughly 1.7 million Muslims in various locations around the world. As a result the *mujaahidiin* attacked them and killed nearly 3,000 of them. Now we see that America has murdered an additional 1.5 million Muslims in order to protect its right to kill 1.7 million Muslims unimpeded. America has done this by raising people which will ostracize anyone who criticizes it. *In sha'a Allah* by looking into how a nation so successfully instilled a false message in the hearts of its people, then we can better exploit this to instill a message which is *true* in the hearts of our own people.

The effect of the American method of indoctrinating its masses is so effective that when you ask someone how many *people* have died in the Iraq war so far, then they will tell you, "Roughly 4,000." They do not associate the attribute of humanity with anyone born outside of their borders. When America funded death squads in San Salvador that killed one in every eight people in that city, America only granted asylum to 2% of those who sought it from that region. Virtually no American knows about this, because even knowing about something like this is "*un-American*." If you point these things out then you are ostracized in whatever gatherings you attend.

## HOW DID AMERICA DO THIS?

In the early years of the American republic the government and those who were skilled propagandists called upon the women to raise their children with a love of "the republic." They did this by encouraging various aspects of propaganda to be

**010**

fed to the children at an early age. All of the songs in the early republic were about loving their new country and "the Revolution." The mothers would not be seen except that they were stitching some flag or similar craft of patriotism. Activities and decorations which might normally have nothing to do with patriotism were converted into symbols of loyalty.

*In sha'a Allah* we should have our women do things such as sew flags, make toy swords and guns, and they should tell the children bedtime stories about warriors from our history. We should come up with childish games for our kids to play that carry a theme of *jihaad.* When our children play imaginary games, then they should pretend to be figures such as *Shaikh Usaamah bin Laadin, Bin al-Mubaarak*, and other figures known for their *jihaad.*

All of these things will help to "normalize" *jihaad* in the minds of the next generation. Rather than it being a taboo subject, this will help our children think of "defending themselves" to be at least as rational of a decision as the *kuffaar* currently do. Is there any nation on the face of the Earth that debates within itself as to what the appropriate response to guns being pointed at their women and children should be? The only nation that does this today is the Nation of Muxammad, *salaa Allahu calaihi wa salam.*

America, for example, would simply debate whether or not to wipe their enemy out with nuclear weapons or to simply carpet bomb their towns and cities (*In sha'a Allah we should not let this be the case with us, as either decision should not be taken lightly). 'Abdullah 'Azzam* mentioned in one of his lectures that when Constantinople was conquered, the Christian Synod was debating how many devils could fit on the tip of a pin. They have obviously fixed this problem within their own ranks, but we seem to have been infected by it of late. The only cure to this is a rational understanding of *jihaad* in the minds of the Muslims.

We need to remove the over-analysis of *jihaad* from the problems that plague this *Ummah*. Currently we have one group that worked too hard to extract obscure meanings from places they did not exist, and thus they abandon *jihaad* by saying, "This is not the time for *jihaad*, because of such-and-such." We also have another group that says, "You have to look at the *maslaxah* of the situation."

**011**

BOP005456

This is a group of people would not have the first clue as to how to clean the barrel of a gun, but they find it to be their prerogative to tell the *mujaahidiin* when victory is likely and when defeat is certain. Would we offer a surgeon advice on what to do to our mothers and fathers while he is making split second decisions? Then why would one consider themselves an authority on a subject that is more complicated and more foreign to them?

The only way to remove these two groups is to raise our children with the understanding that *jihaad* is like *salaah*. When the time comes for *jihaad*, then you have to fight. It should be of a second nature to them. When we look into the older books of *fiqh*, then we might only find a brief paragraph refuting the issues that are raised today (ruler, parents, etc.), because *jihaad* was not something which they considered to be confusing. Rather, the older books of *jihaad* go into depth on issues of *ghaniimah*, prisoners, and the prohibitions and obligations that one might encounter on the battlefield.

Today the *'ulamaa* are forced to write hundreds of pages refuting the doubts that the people have regarding the fighting of *jihaad*. We need to remove this burden from our scholars by raising a generation that does not question the permissibility of killing someone who is busy killing their families.

I remember a brother, may Allah preserve him (and if he is reading this, then let him know that I seek his forgiveness for accidentally losing contact with him), and he raised his child in such a way that when you asked him what he wanted to be when he grew up, then he would only say, "A *mujaahid.*" Also, when we were discussing something in a group he randomly interjected with his desire to kill a *kaafir* and then cut off his head (I do not remember the exact context of the statement, but I do remember that it was in the frame of when it would be *xalaal* to kill the one he was talking about such as on the battlefield etc.). His son was only four years old, and this was the *baraa'* that he had for *kufr*.

We need to raise our children with the understanding that there is a time for peace and a time for war. We need to raise them knowing that there is a time for mercy and a time to kill. They cannot have hesitation in either matter, and the

**012**

BOP005457

matters are not complicated. *Islaam* is very clear on the matter, so it should not be hard to make this a foundation of a child's understanding.

The basic points that need to be conveyed are: when the Muslims are attacked, then it is obligatory to fight to defend them, when the enemy prepares for war against the Muslims, then it is obligatory to strike them first, and if the *Amir* orders them to go forth, then they must go forth. Details such as when *jihaad* is *fard 'ain* and *fard kifaayah* should be taught to them at an age which they can understand it. Also, such knowledge should be incorporated into the schools which the Muslims attend.

By the age of sixteen many children begin wrapping their minds around derivatives, advanced physics, and the basics of chemical biology. By this age they should have an understanding of the various obligations in *jihaad*, where the *ghaniimah* goes, the differences between offensive and defensive *jihaad*, rulings on prisoners and slaves, an overview of the history of *jihaad*, the names of every major battle in the time of the Prophet, *salaa Allahu calaihi wa salam*, and they should be going into the specifics of battles and rulings according to their abilities.

At the age of nine years old I could name virtually every major battle of the American Civil War, which generals participated in them, roughly how many died on each side, and who won each battle. My greatest desire at this age was to be a general in the American army, because I was raised in a culture where these were the most admired people, and speaking about their faults was tantamount to blasphemy.

General Ulysses S. Grant was an alcoholic, but it was a good thing. If your neighbor was an alcoholic, then they were a "bad influence." General Sherman burned an entire state to the ground, but this was a "revolutionary new tactic called 'total war'." When the attacks on 9-11 occurred my friends and I would sing songs about killing and torturing *Shaikh Usaamah bin Laadin*, and even though they were gruesome nobody thought that such a thing was out of place. In fact, a teacher who overheard us even commented positively on it and told us to keep it up.

**013**

BOP005458

Americans are raised thinking that their side is filled with heroes and the other side is filled with villains. The average American does not have the emotional capacity to sit back and ask themselves why the attacks on 9-11 happened. Rather, they think the people that carried them out should be killed and that it does not matter how many innocent people die in the process to achieve this.

Americans have successfully eliminated any hesitation toward killing in the hearts and minds of the vast majority of their people through a comprehensive propaganda program that begins at birth and continues until death. However, due to the nature of the religion of nationalism, they have not also instilled the understanding of not hesitating with mercy when it is appropriate in the hearts and minds of their people.

The propaganda of the American culture is not one that is found simply in documentaries released by a propaganda office located in Washington D.C. Rather, it is a machine that utilizes each and every individual that is raised there as a conduit. There is no need for a conspiracy of a small group of individuals to manipulate the media in America.

The influence of the *yahuud* and other interest groups is a product of American patriotism, and it is not the other way around. America won World War II, Israel was a product of the victims of the non-American side, therefore Israel is a good thing and it must be supported. The only thing that will remove this from the minds of the American people is when the American military takes a clear and definitive stance that Israel is harmful to them. *Alxamdulillah* our brothers in *Al-Qaa'idah* and other *mujaahidiin* groups have begun to change the minds of the American military in this regard.

Videos, articles, books, pamphlets, and all forms of media should be utilized to move the propaganda from a top-down effort to a bottom-up effort. It is this shift which is occurring in the West that has led to the surge in "homegrown" attacks on American soil. You can walk into any *masjid* in America now and find a group willing to talk about *jihaad wal-xamdulillah*.

**014**

The imagination is not powerful enough to imagine the onslaught America will face in twenty years as children begin to be raised with *jihaad* in their hearts if American policy toward the Muslims does not change.

Chesser v. BOP,
15-cv-01939-NYW

BOP005460

# AN OUTLINE OF SUGGESTIONS

1. Mothers must be encouraged to do arts and crafts that in some way show support for *jihaad*. This could mean sewing *jihaadii* outfits that would appeal to a small child, making flags, quilts, tin foil swords, and anything else they can think of or are interested in. Not every mother is going to be interested in these things, but encouraging these things will help even those who are not interested to think of alternatives.

2. Childhood games should be built around love for *Islaam* and *jihaad*. In kaafir societies they always have "bad guys" in their games, but we should avoid this in order to prevent our kids from liking the "bad guys." This is why murderers and drug dealers carry some kind of romantic image in kaafir movies and culture. This has played a large role in the destruction of basic morals and values in American and other societies. Additionally it should be noted that sports and games have always been designed to prepare children for war, so the basic games that one grew up with should be sufficient in terms of their concepts, but we should rename things to make the theme *Islaamic*.

3. The basics of *jihaad* should be taught at the home from an early age. This should include prohibitions and notions of justice, because we cannot have ourselves raising a generation of murderers and oppressors. Rather, the full message of *jihaad* should be emphasized so that our children do not become prone to the various deviant groups that rely on their victims not understanding the foundations of a matter.

4. *Jihaad* should not be taught as a taboo subject, but it should be taught in a manner that is similar to how *Salaah, Zakaah*, and other obligations are taught. *Jihaad* used to be as regular as prayer, and that is what we need to return to.

5. Currently we are in an era of difficulty where a lot of exceptions to prohibitions exist. If this is still the case when our children have already learned the foundations, then we should go into these matters. If this is not the case, then we should cover things in a traditional order. However, foundations should always be taught before the exceptions.

**016**

6. When you start asking your kid, "What do you want to be when you grow up?" They usually force you to make some suggestions, as they have more important matters on their minds such as figuring out how tall they can stack their blocks. When this happens then you should suggest, "Do you want to be a *mujaahid*?" They might say, "No." Just keep saying things which are remind them of *Islaam* such as a *shaikh*, a scholar, or the *khalifah*. It is just important to make them view the *mujaahid* in a virtuous light, and simply suggesting it to them will accomplish this.

7. Media productions which target young children, older children, and young adults should be made. Cartoonish graphics and exaggerated sentences work with small children. Older male children like martial arts, quizzes, and explosions. Older female children like girls their age and just a bit older than them, and whatever they see they will imitate. They also typically like things to be overly "girlish" at this age. Young adult men like to learn about more specific things, but they do not like extreme details. They want to know maybe three or four facts about everything that goes "bang" or "boom," and they want to know about strategies and fitness. They also become more interested in politics and history at this age. Some may prefer science films which can easily be done to encourage a love for *jihaad*. Young adult women tend to be much more like adult women in their interests, but they also strive very hard to imitate older sisters. Emotional stories of martyrs tend to appeal more to sisters than brothers, and when a sister tells a story about her husband or brother, this demographic becomes enthralled with the production. Sisters love other sisters who have sacrificed either directly in *jihaad*, or by sending sons and husbands for *jihaad*.

8. Many children whom I grew up with began hunting with bows and arrows in kindergarten. They also owned BB guns and other similar things. We should teach these things at this age. Also, a little bit later we should teach our children how to shoot things like hunting rifles *in sha'a Allah*. This will directly help the *jihaad* through preparedness, and it will also help it through normalizing the notion and reinforcing it. Paintball should be

**017**

encouraged as a leisure activity for young adults and even older brothers.
Laser tag is a good game for younger children.

**018**

BOP005463

# MATURING AND DIVERSIFYING JIHAADII MEDIA

One of the things the media outlets of the *mujaahidiin* really need to consider is the longevity of their methods. Our media has to demonstrate a platform and the benefits of victory and resistance. Additionally, if we do not begin to target audiences outside of the ones currently targeted, then the current momentum will die with this generation. *In sha'a Allah* in this section I will try to identify some overused tactics and untargeted audiences.

## UNTARGETED AUDIENCES:

**IQ Sub-100 –** One of the least targeted groups in *jihaad* propaganda is the one which has a degree of difficulty in understanding elaborate sentence structures and complicated political concepts. This is the case in both the videos which target the Muslims and the videos which target the *kuffaar*. We should use language that is used on news programs and in sports publications when we target this group.

Simply because someone is below average in their analytical understanding does not mean that they should be ignored. One of the most disgusting habits of the *kuffaar* is to put people down based on their intelligence. This should only happen in the case where someone is speaking without knowledge in matters which they need knowledge beforehand.

Also, this group is highly distrustful of complicated arguments. The more intelligent somebody is, the more they are susceptible to propaganda efforts. The less intelligent somebody is, the more they will dismiss something as an attempt to trick them. Therefore, we should present our arguments in simple terms that cannot be perceived as efforts in deception by a skeptical audience. This applies in the case of both the *kuffaar* and the Muslims.

Furthermore, this group needs to have the steps to leave for *jihaad* outlined to them in simple terms. In fact, every group needs this, but there are more exceptions to this rule from other demographics. This group is highly useful,

**019**

BOP005464

because individuals within it will rarely have done anything to attract attention from the *kuffaar* and the *murtadiin*. We should also avoid being arrogant and condescending, because this is not the trait of the Muslim.

**Sinful Muslims** – While it might not be ideal to have an army full of sinful Muslims, we should not ignore them in our target audiences. Virtually every single *muhaajir* from the West was at one point in time either a *faasiq* or a *kaafir*, so we cannot think highly of ourselves.

Discussing *jihaad* to those who abandon it can be done in a similar manner to the way we discuss *salaah* with those who have abandoned *salaah*. This will help to normalize *jihaad* by turning it into a familiar topic.

Furthermore, if we target sinful Muslims in our *dacwah*, then we will be doing great things toward the spiritual revitalization of this *ummah*.

*Shaikh Anwar al-Awlaki's* lectures have helped this group tremendously. Many of his lectures avoid the more in depth discussions of *fiqh* that newly repentant Muslims do not understand. He also has lectures which cover *jihaad* with somewhat more depth, and eventually the ones who listened to the "*imaan* booster" types of lectures tend to pick up on the lectures that teach and inform on the basics of *jihaad*.

One way to target this group, and any group for that matter, is to do lectures and videos which cover issues that are not directly related to *jihaad*. The scholars and *ducaat* with the *mujaahidiin* should be encouraged to release their other lectures which cover all aspects of *Islaam* from *tawxiid* to purification. It is extremely important to attach the Muslims to the scholars and callers of the *mujaahidiin*, and this cannot be accomplished through lectures and books on *jihaad* alone.

**Madhabist Muslims** – I do not like this term, because it is too general and it might contain some connotations which are not appropriate, but there is a difference between those Muslims who look first to one set of scholars and those Muslims who look first to the scholars of their *Madhab*.

**020**

BOP005465

The current *Salafii* movement could largely be labeled a revival of the *Hanbalii madhab*. Most *Salafiis* are somewhat detached from the concept of a *madhab*, but that is something which comes from the *muqalidiin* interpreting *taqliid* in a manner which none of the '*ulamaa* support. The current movement focuses primarily on *Hanbalii* scholars such as *Axmad, Ibn Taimiyyah, Ibn al-Qayyim, Ibn Kathir, Ibn 'Abdul-Wahab*, and a slew of scholars from the last century, *raxiimahumullah*.

*In sha'a Allah* if from time to time a scholar identifies himself by his *madhab*, but then explains how to properly follow a *madhab*, then this could go a long way toward reviving *ijtihad* and critical thought in the other three *madhaahib*. Also, if the *shuyuukh* would cover *jihaad* according to either all four *madhabs*, or according to just one *madhab*, then this would help a large number of Muslims in accepting the obligation of *jihaad*. Also, it could help to revive the other three *madhaahib* as well.

Currently only about 5% of the *Ummah* is represented by the *Salafii Hanbaliis*, which leaves 95% who are detached from the movement. We should not expect results right away in targeting this group, but we have to look to the long term sustainability of our current momentum rather than simply just looking to short term gains.

The *Taliban* and other movements in the Af-Pak region tend to do this, but their works are not widely read by *Xanafiis* in other parts of the world. I am not aware of any works whatsoever that have targeted either the followers of the *Malikii madhab* or those following the *Shafi'ii madhab*. If we would not neglect these groups in lectures calling them to *salaah* and kindness toward one's parents and neighbors, then why would we neglect them in our calls to *jihaad*?

Most people do not go too into depth on various issues, so when they have this *shaikh* calling them to defeatism and that *shaikh* calling them to *jihaad*, then they want to hear what their *madhab* has said on the issue. We should couple such lectures with points on how to properly follow a *madhab*, and what *taqliid* actually means *in sha'a Allah*.

**021**

BOP005466

Also, we should address difference of opinion within each of the *madhaahib*, because a lot of people do not realize that the scholars of the *madhabs* during roughly their first one thousand years of existence sought the correct opinion rather than just the opinion of their *madhab*. We should portray the *mujaahidiin* as the ones with the correct understanding of the *madhaahib*, because there is really no justification for abandoning *jihaad* under any opinion from respected scholars of any *madhab*.

We should not compromise the truth, but methods of bringing the masses of the Muslims to the truth need to be explored. Very often we limit propaganda strategies and techniques to political arguments. However, there is no reason not to use them in our religious *dacwah*.

The *mujaahidiin* in North Africa likely have *shuyuukh* who have studied *Malikii fiqh*. The mujaahidiin in East Africa and Oceania likely have *shuyuukh* who have studied *Shafi'ii fiqh*. These *shuyuukh* should be tapped to cover *Malikii* and *Shafi'ii* books, and such things should be spread in the same way as other works. Also, we should try to spread *Xanafii* works from the *mujahidiin* in the Af-Pak region in a better manner.

If we do not do this, then we will simply be waiting on 95% of the Ummah to wake themselves up, and that is not a good strategy. The very least we can do is establish a *xujjah* against them to protect ourselves on the Day of Judgment, *in sha'a Allah,* but we should hope that they will be revitalized and reattach themselves to the fundamentals of the religion through our efforts.

**Other Groups –** Undoubtedly there are other groups, but these are the ones I have identified. Perhaps my solutions are incorrect or insufficient, but *in sha'a Allah* it will help the reader to think about how to target these groups, and perhaps they will come up with something better.

## MATURING THE MOVEMENT

Currently our objectives are somewhat vague. We rely on others investigating the positions and duties of an *Islaamic* state on their own. *In sha'a Allah* we should

BOP005467

discuss the functions which must be provided, how they are paid for, and other duties of the *Islaamic* state. We should also discuss the implications of a *khalifah* and how the *bai'ah* should be given in different situations.

There have been many works in the past on the Islaamic state, such as *Ibn Taimiyyah's* <u>Asiyasah ush-Sharciyah</u>, but very few works seem to be coming from the *mujaahidiin* today in this regard. I am unaware of any. Other groups such as *Hizb ut-Tahrir* have done extensive work on the subject and this is their source of credibility with their audience.

The credibility of the *mujaahidiin* currently rests on their *jihaad* and on their uncompromising nature when it comes to the truth. However, it is necessary to expand the areas in which the *mujaahidiin* have credibility with their audiences.

This is also important in convincing the *kuffaar* to surrender and not to attack. Demonstrating a viable platform would dispel the "liberating medieval society-x" motivation that the *kuffaar* carry into their wars with the Muslims. If areas such as female education and other things are addressed, then the *kuffaar* will have no excuse for making false accusations against the *mujaahidiin*.

Additionally this would help us when a transition is made from resistance movements that govern various areas to governments that help resistances in various areas. *Alxamdulillah*, the *Taliban* seems to have learned dramatic lessons from this war, and they have taken extraordinary efforts in combating the media campaign against them. It is clear that they have a structured media policy, and their current campaign would benefit dramatically from having resources to point to saying, "This is what you will have when we are in power."

There is no harm in letting the movement develop unofficial policies on economics, education, leadership, power structure, transportation, science, technology, taxes, health, and other key areas that the *Islaamic* state will have to address. Such works will encourage the movers and shakers of society to reevaluate the *jihaad* and the *mujaahidiin*. Additionally, it will provide the intellectual resources required for combating systems of *kufr* and *dhulm*. We

**023**

BOP005468

must remember the difference between oppressive monarchs and righteous *khulafah* and identify strategies to preserve the latter and avoid the former.

**024**

BOP005469

# CONCLUSION

These are just a few suggestions regarding how to preserve our current momentum and ensure that it increases. If we maintain a reactionary system of propagating this message, then it will expose us to catastrophic errors.

Without going into specifics, I think that anyone who is at all familiar with *jihaad* movements can identify regions that lead successful short term campaigns, but failed to address the long term. Such movements have either failed or suffered setbacks, and we should do our best to avoid these things.

I would advise those in responsible for the production of *Islaamic* and *jihaadii* media to look to the recent videos from our brothers in Yemen and in the Land of the Two Migrations. In my opinion these videos provide the greatest variety and innovation, *maa sha'a Allah.* Also, the *Islamic Emirate of Afghanistan* has had amazing success in targeting the *kaafir* audience, so we should learn from their works *in sha'a Allah.*

Lastly, there are undoubtedly errors in this piece, and it is only an advice. Please criticize it as this is an area where debate is not only productive, but it is necessary for improvement. Media campaigns are matters of trial and error.

Periodically we should look back on our own works and inform our brothers and sisters what has worked and what has not. We should also encourage each other constructively. This is both a science and an art, and while the artistic aspect might be intrinsic, the scientific one is an area which we can improve, analyze, and theorize.

Any falsehood is from myself and shaitaan, and any goodness is from Allah. May His peace and blessings be upon the Final Messenger.

**025**

BOP005470