# Attachment 7
# Declaration of David Jones

# Inmate History Quarters

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

```
   FLMCJ   531.01 *                  INMATE HISTORY                    *      02-08-2018
  PAGE 001           *                    QUARTERS                     *      11:12:36

   REG NO..: 76715-083 NAME....: CHESSER, ZACHARY ADAM
   CATEGORY: QTR         FUNCTION: PRT          FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
 FLP    B07-208L   HOUSE B/RANGE 07/BED 208L      11-09-2017 1025 CURRENT
 FLP    B07-208L   HOUSE B/RANGE 07/BED 208L      08-17-2017 1457 11-09-2017 0650
 FLP    R01-001L   HOUSE R/RANGE 01/BED 001L      08-17-2017 1259 08-17-2017 1457
 FLM    J01-110L   HOUSE J/RANGE 01/BED 110L      01-24-2017 1539 08-17-2017 1209
 FLM    J01-110L   HOUSE J/RANGE 01/BED 110L      01-17-2017 1445 01-24-2017 0957
 FLM    F05-103L   HOUSE F/RANGE 05/BED 103L      10-25-2016 1008 01-17-2017 1445
 FLM    F05-104L   HOUSE F/RANGE 05/BED 104L      07-06-2016 1849 10-25-2016 1008
 FLM    F01-104L   HOUSE F/RANGE 01/BED 104L      07-02-2016 0815 07-06-2016 1849
 FLM    F01-105L   HOUSE F/RANGE 01/BED 105L      07-02-2016 0815 07-02-2016 0815
 FLM    F01-104L   HOUSE F/RANGE 01/BED 104L      07-02-2016 0815 07-02-2016 0815
 FLM    F01-105L   HOUSE F/RANGE 01/BED 105L      07-02-2016 0814 07-02-2016 0815
 FLM    F01-104L   HOUSE F/RANGE 01/BED 104L      07-02-2016 0814 07-02-2016 0814
 FLM    F01-105L   HOUSE F/RANGE 01/BED 105L      07-02-2016 0814 07-02-2016 0814
 FLM    F01-104L   HOUSE F/RANGE 01/BED 104L      04-11-2016 0844 07-02-2016 0814
 FLM    F01-110L   HOUSE F/RANGE 01/BED 110L      01-05-2016 1015 04-11-2016 0844
 FLM    F01-111L   HOUSE F/RANGE 01/BED 111L      11-12-2015 0825 01-05-2016 1015
 FLM    F01-111L   HOUSE F/RANGE 01/BED 111L      09-02-2015 0958 11-12-2015 0630
 FLM    F01-101L   HOUSE F/RANGE 01/BED 101L      06-25-2015 0909 09-02-2015 0958
 FLM    F01-102L   HOUSE F/RANGE 01/BED 102L      03-05-2015 0930 06-25-2015 0909
 FLM    F01-104L   HOUSE F/RANGE 01/BED 104L      12-03-2014 1138 03-05-2015 0930
 FLM    F01-105L   HOUSE F/RANGE 01/BED 105L      08-13-2014 0952 12-03-2014 1138
 FLM    F01-106L   HOUSE F/RANGE 01/BED 106L      06-23-2014 1439 08-13-2014 0952
 FLM    Z03-202LAD HOUSE Z/RANGE 03/BED 202L AD   06-12-2014 1625 06-23-2014 1439
 OKL    Z03-724LDS HOUSE Z/RANGE 03/BED 724L DS   06-02-2014 1851 06-12-2014 0800
 OKL    R01-001L   HOUSE R/RANGE 01/BED 001L      06-02-2014 1750 06-02-2014 1851
 MAR    I02-010LAD HOUSE I/RANGE 02/BED 010L AD   05-19-2014 0941 06-02-2014 0730
 MAR    I02-013LAD HOUSE I/RANGE 02/BED 013L AD   04-28-2014 0814 05-19-2014 0941
 MAR    I02-012LAD HOUSE I/RANGE 02/BED 012L AD   04-08-2014 0824 04-28-2014 0814
 MAR    I02-011LAD HOUSE I/RANGE 02/BED 011L AD   03-18-2014 0843 04-08-2014 0824
 MAR    I02-012LAD HOUSE I/RANGE 02/BED 012L AD   02-26-2014 0925 03-18-2014 0843
 MAR    I02-011LAD HOUSE I/RANGE 02/BED 011L AD   02-06-2014 1214 02-26-2014 0925
 MAR    I02-012LAD HOUSE I/RANGE 02/BED 012L AD   01-17-2014 1226 02-06-2014 1214
 MAR    I02-013LAD HOUSE I/RANGE 02/BED 013L AD   01-07-2014 1054 01-17-2014 1226
 MAR    I02-012LAD HOUSE I/RANGE 02/BED 012L AD   12-23-2013 1158 01-07-2014 1054
 MAR    I02-014LAD HOUSE I/RANGE 02/BED 014L AD   12-04-2013 1442 12-23-2013 1158
 MAR    I01-016L   HOUSE I/RANGE 01/BED 016L      11-19-2013 1508 12-04-2013 1442
 MAR    I01-016L   HOUSE I/RANGE 01/BED 016L      09-18-2013 1447 11-19-2013 0730
 MAR    I02-014LAD HOUSE I/RANGE 02/BED 014L AD   08-14-2013 2140 09-18-2013 1447
 MAR    I01-006L   HOUSE I/RANGE 01/BED 006L      02-12-2013 1513 08-14-2013 2140
 MAR    I01-001L   HOUSE I/RANGE 01/BED 001L      06-13-2012 0931 02-12-2013 1513
 MAR    I03-011L   HOUSE I/RANGE 03/BED 011L      05-31-2012 0910 06-13-2012 0931




      G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLMCJ  531.01 *                INMATE HISTORY                  *     02-08-2018
PAGE 002 OF 002 *                   QUARTERS                      *     11:12:36

 REG NO..: 76715-083 NAME....: CHESSER, ZACHARY ADAM
 CATEGORY: QTR         FUNCTION: PRT           FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
MAR    I03-004L    HOUSE I/RANGE 03/BED 004L      05-22-2012 1235 05-31-2012 0910
MAR    I03-007L    HOUSE I/RANGE 03/BED 007L      05-21-2012 0910 05-22-2012 1235
MAR    I02-010LAD  HOUSE I/RANGE 02/BED 010L AD   05-17-2012 1510 05-21-2012 0910
MAR    I02-011LAD  HOUSE I/RANGE 02/BED 011L AD   05-02-2012 1414 05-17-2012 1510
MAR    I03-012L    HOUSE I/RANGE 03/BED 012L      04-10-2012 1446 05-02-2012 1414
MAR    I03-002L    HOUSE I/RANGE 03/BED 002L      04-09-2012 1423 04-10-2012 1446
MAR    I03-011L    HOUSE I/RANGE 03/BED 011L      03-15-2012 1638 04-09-2012 1423
MAR    I02-014LAD  HOUSE I/RANGE 02/BED 014L AD   02-27-2012 1331 03-15-2012 1638
MAR    I03-011L    HOUSE I/RANGE 03/BED 011L      01-20-2012 0845 02-27-2012 1331
MAR    I03-002L    HOUSE I/RANGE 03/BED 002L      01-09-2012 1455 01-20-2012 0845
MAR    I02-015LDS  HOUSE I/RANGE 02/BED 015L DS   11-30-2011 0939 01-09-2012 1455
MAR    I03-002L    HOUSE I/RANGE 03/BED 002L      10-20-2011 2027 11-30-2011 0939
MAR    I03-005L    HOUSE I/RANGE 03/BED 005L      08-19-2011 2108 10-20-2011 2027
MAR    I04-016L    HOUSE I/RANGE 04/BED 016L      05-05-2011 0614 08-19-2011 2108
MAR    I03-017L    HOUSE I/RANGE 03/BED 017L      05-04-2011 0629 05-05-2011 0614
MAR    I03-016L    HOUSE I/RANGE 03/BED 016L      05-02-2011 1730 05-04-2011 0629
MAR    I04-005L    HOUSE I/RANGE 04/BED 005L      05-02-2011 1344 05-02-2011 1730
OKL    Z02-715UAD  HOUSE Z/RANGE 02/BED 715U AD   04-18-2011 2057 05-02-2011 0925
OKL    R01-001L    HOUSE R/RANGE 01/BED 001L      04-18-2011 1725 04-18-2011 2057



   G0000        TRANSACTION SUCCESSFULLY COMPLETED
```