# Attachment 8
# Declaration of David Jones

# Email re: Open Source Jihad Revisited
# (filed subject to a Level 1 restriction)

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW