# Attachment 9
# Declaration of David Jones

# Email re: Answers
# (filed subject to a Level 1 restriction)

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW