**Attachment 13
Declaration of David Jones**

**Chesser's "Explanation of the 44 Ways of Supporting Jihad with Special Additions for Prisoners"
(filed subject to a Level 1 restriction)**

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW