# Attachment 15
# Declaration of David Jones

# Chesser's "Islamic Conclusions of Sharh ut-Turuq"
# (filed subject to a Level 1 restriction)

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW