# Attachment 18
# Declaration of David Jones

# December 4, 2013, Request to Staff from Chesser

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

From: ^!"CHESSER, ^!ZACHARY ADAM" <76715083@inmatemessage.com>
To:
Date: 12/4/2013 9:08 AM
Subject: ***Request to Staff*** CHESSER, ZACHARY, Reg# 76715083, MAR-I-A

To: Rivas/Captain
Inmate Work Assignment: n/a

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
f527376f-645e-4d98-a099-dd0e022556ba
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


This guy ▇ will not be safe if he comes out in this unit, and he will not be safe if he is sent to Terre Haute for other reasons. However, if you all will drop the attempt to send ▇ to ADX or SMU, then I believe I could probably work something out with regard to this unit, although I have no control over Terre Haute's issue. Terre Haute's Muslim population is a different crowd than the one here anyway. I am a witness that most if not all of what has thus far been told to ▇ about the reasons for his facing ADX are not true, and it all seems to be the product of gossip anyway, so it is wrong to make him face an investigation like this to begin with. Those guys Gruber and Massey were stirring up rumors with the non-Muslims, and that led to a lot of speculation about ▇ which was unfounded.

FOI Exempt

BOP000124

Chesser v. BOP,
15-cv-01939-NYW