**Attachment 20**
**Declaration of David Jones**

**12/5/2013 Incident Report # 25233351,**
**with attachments (with redactions)**

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

BP-A0288
AUG 11

**INCIDENT REPORT** CDFRM

$2S2\ 33S1$

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

## Part I - Incident Report

| 1. Institution: | | | | |
|---|---|---|---|---|
| 2. Inmate's Name<br>CHESSER, Zachary | 3. Register Number<br>76715-083 | 4. Date of Incident<br>12-05-2013 | | 5. Time<br>10:00 a.m. |
| 6. Place of Incident<br>I UNIT | 7. Assignment<br>UNASSIGNED | 8. Unit<br>I | | |
| 9. Incident<br>POSSESSION OF ANYTHING UNAUTHORIZED | | 10. Prohibited Act Code(s)<br>331 | | |

11. Description Of Incident (Date:12-5-13   Time:09:15 AM   Staff became aware of incident)

On December 4, 2013, at approximately 2:45 p.m., while officers were inventorying the property of inmate Chesser, Zachary #76715-083, they discovered several pages of an encoding. These encoding papers revealed to be an instruction for a cypher key. Specifically, inmate Chesser wrote this code in an effort to communicate with other individuals via code. The instruction states; "There are two parts of this method: the message and the key. You scramble/unscramble the message based on the key.

| 12. Typed Name/Signature of Reporting Employee<br>H. RIVAS, I.R.S. | 13.Date And Time<br>12-05-2013<br>10:05 A.M. | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature)<br>M. Delora | 15. Date Incident<br>Report Delivered<br>12/5/13 | 16. Time Incident<br>Report Delivered<br>12 $^{36}$pm |

## Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident

I do not think there is policy against ~~that~~ possessing code

| 18. A. It is the finding of the committee that you:<br>✓ Committed the Prohibited Act as charged.<br>___ Did not Commit a Prohibited Act.<br>___ Committed Prohibited Act Code(s) ___ | B. | The Committee is referring the Charge(s) to the DHO for further Hearing. |
|---|---|---|
| | C. | The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days. |

19. Committee Decision is Based on Specific Evidence as Follows:

Based on the Report as written

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

15 days Loss Commissary / 15 days Jru/IMS

21. Date And Time Of Action  12/6/13  10 °AM (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

| Burroca / Bux | J. Churman Jum | |
|---|---|---|
| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |

**BOP000312**

INSTRUCTIONS: All items outside heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

| Part III - Investigation | 22. Date And Time Investigation Began |
|---|---|
| | 12/05/2013 at 12:56 pm |

23. Inmate Advised Of Right To Remain Silent: You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process.  Your silence alone may not be used to support a finding that you have committed a prohibited act.

The Inmate Was Advised Of The Above Right By    M. DeLoia/Lieutenant        At (Date/time) 12/05/13
                                                                                              12:56 pm

24. **Inmate statement and attitude:**
Inmate was advised of his rights and stated he understood those rights. Inmate Chesser had no statement
Inmate Chesser displayed a non-confrontational attitude during the investigation process.  A copy of the
incident report was provided to the inmate.

25. **Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.:**
Attached copies of documents retrieved from inmate Chesser's property.

26. **Investigator's comments and conclusions:**
This investigator finds based on the contents of section 11 of this report and included documentation,
inmate Chesser has been appropriately charged for a violation of code 331.

27. **Action taken:**
Refer to UDC.

Date and Time Investigation Completed      12/05/13 at 1:00 pm

Printed Name/Signature Of Investigator     M. DeLoia                    Title   Lieutenant

WD                                        Prescribed by P5270           Replaces BP-S288.052 Of MAY 94

BOP000313

BOP000314

BOP000315



BOP000316

Chesser v. BOP,
15-cv-01939-NYW

BOP000317

BOP000322

BOP000323

BOP000324

BOP 000325

BOP000326



BOP000327