# Attachment 21
# Declaration of David Jones

# October 15, 2012, Memorandum re: Administrative Maximum Facility (ADX) General Population Referral Procedures

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW



U.S. Department of Justice

Federal Bureau of Prisons

Washington, D.C. 20534

OCT 15 2012

MEMORANDUM FOR CHIEF EXECUTIVE OFFICERS

FROM: Blake R. Davis, Assistant Director
Correctional Programs Division

SUBJECT: Administrative Maximum Facility (ADX) General
Population Referral Procedures

This memorandum supersedes guidance on this topic issued by D. Scott Dodrill, Assistant Director, Correctional Programs Division (CPD), on June 9, 2010. Please review the entire memorandum carefully.

The Designation and Sentence Computation Center (DSCC) has the responsibility for processing referrals to the general population at the United States Penitentiary, Administrative Maximum, Florence, Colorado. Placement of inmates in the ADX-GP is at the discretion of the Assistant Director, CPD, Central Office. (The Executive Panel retains decision-making authority for placement of inmates in the ADX Control Unit.)

A Hearing Administrator will be designated by the National Discipline Hearing Administrator (DHA) to conduct due process hearings for inmates who are referred for placement to the ADX-GP.

Inmates designated to the ADX-GP will have a two-level administrative remedy process.

Guidelines for implementing these designation procedures are attached.

Any questions regarding information outlined in this memorandum or the attachment should be directed to me or Jose A. Santana, Chief, DSCC.

## ADX GENERAL POPULATION CRITERIA GUIDELINES

An inmate referred to the ADX General Population (ADX-GP) will originally meet one or both of the following criteria:

- The inmate's placement in other correctional facilities creates a risk to institutional security and good order or poses a risk to the safety of staff, inmates, others, or to public safety.

- As a result of the inmate's status, either before or after incarceration, the inmate may not be safely housed in the general population of another institution.

As a guideline, the following factors have been found sufficient to warrant consideration for such placement:

- The inmate is subject to restrictive conditions of confinement as a result of a Special Administrative Measure, pursuant to 28 C.F.R. §§ 501.2 or 501.3; or based on documented reliable information from a government agency that the inmate was convicted of, charged with, associated with, or in any way linked to terrorist activities and, as a result, presents national security management concerns which cannot adequately be met in an open population institution.

- The inmate is subject to restrictive conditions of confinement after being convicted of any offense, and the sentencing judge imposes restrictions on contacts by the convicted person pursuant to 18 U.S.C. § 3582(d), or similar statute.

- The inmate engaged in any conduct that is prohibited by any federal law or state law in the facility where the inmate is housed.

- The inmate has committed two 100 or 200 level prohibited acts within the last 60 months.

- After being validated as a member of a Disruptive Group, the inmate committed any 100 level prohibited act.

- The inmate has been identified as participating in, organizing, or facilitating any group misconduct that adversely affected the

-1-

orderly operation of a correctional facility (including lock-down of an entire facility or any unit therein).

- The inmate engaged in any behavior outlined above, while confined in a correctional facility other than an open population setting, and as a result of the severity of the behavior, it is determined the inmate would be unable to function in a less restrictive correctional environment without being a threat to others or to the secure and orderly operation of a less secure correctional facility.

- The inmate has notoriety to the extent that the inmate's well-being would be jeopardized in a less secure setting.

- The inmate has access to resources within a correctional environment or in the community to the extent that housing the inmate in a less secure setting poses a heightened probability of an escape.

## ADX GENERAL POPULATION REFERRAL PROCEDURES

Medical Designations

- *Office of Medical Designations and Transportation (OMDT)* - Inmates classified as Care Level 4 (medical or mental health), must first be reviewed (on record) by OMDT to determine an appropriate designation based on the health care needs of the inmate (Medical Referral Center, institution, or community hospital).

- Inmates classified as Care Level 3 (medical or mental health), will be referred to Health Services and/or Psychology Department, FCC Florence, to determine if the ADX can meet the health care needs of the inmate.

- Any inmate with medical or mental health concerns which cannot be addressed while in the ADX will be referred to the Administrator, Intelligence and Counter Terrorism Branch (ICTB), for further review of security concerns regarding designation.

Referral for Currently Designated Inmates

- *Institution Staff* - Staff will initiate the referral process in accordance with the procedures outlined in Program Statement

-2-

Attachment A, Page 3

5100.08, *Inmate Security Designation and Custody Classification*, and submit the packet to the Warden for review.

- *Warden* – If the Warden concurs with the referral, the referral packet is signed and forwarded to the Regional Director in the region where the inmate is located.

- *Regional Director* – If the Regional Director concurs with the referral, the referral packet is signed and submitted to the Chief, DSCC.

- *Initial Assessment* – DSCC staff will conduct an initial assessment of the referral packet and the inmate's need for placement at ADX-GP:

    o *Inmates not appropriate for ADX-GP*: If the case is not appropriate for ADX-GP placement, the Chief, DSCC, will forward the packet to the Assistant Director, CPD, who will notify the referring warden via memorandum through the DSCC; or

    o *Inmates appropriate for ADX-GP*: If it is determined the inmate warrants consideration for placement in the ADX-GP, the Chief, DSCC, will forward the packet to the National Discipline Hearing Administrator (DHA). The National DHA will assign a Hearing Administrator to conduct a hearing on the appropriateness of the inmate's placement at the ADX.

- The Chief, DSCC, will also simultaneously forward the packet to the Administrator, Psychology Services, Central Office, for review. The Administrator will conduct a review of the psychological assessment of the inmate and report findings to the Chief, DSCC.

Referral for Initial Designations after Sentencing

- Inmates identified by the DSCC who warrant consideration for initial designation to the ADX will be referred to the Counter Terrorism Unit (CTU).

- CTU staff will initiate the referral process in accordance with the procedures outlined in Program Statement 5100.08, *Inmate Security Designation and Custody Classification*, and submit the packet to the Administrator, ICTB.

-3-

- *ICTB Administrator* – The Administrator will identify an appropriate high security institution for designation with consideration for ADX placement. The identification of this designation will be made in consultation with affected regional office staff and DSCC staff. The designation will be identified in Sentry by the DSCC. The Administrator will forward the ADX referral packet to the Warden of the designated institution for review.

- *Warden* – If the Warden concurs with the ADX-GP referral, the referral packet is signed and forwarded to the Regional Director in the region where the inmate is located.

- *Regional Director* – If the Regional Director concurs with the referral, the referral packet is signed and submitted to the Chief, DSCC.

- *Initial Assessment* – DSCC staff will conduct an initial assessment of the referral packet and the inmate's need for placement at ADX-GP:

    o *Inmates not appropriate for ADX-GP:* If the case is not appropriate for ADX-GP placement, the Chief, DSCC, will forward the packet to the Assistant Director, CPD, who will notify the referring warden via memorandum through the DSCC; or

    o *Inmates appropriate for ADX GP:* If it is determined the inmate warrants consideration for placement in the ADX-GP, the Chief, DSCC, will forward the packet to the National DHA. The National DHA will assign a Hearing Administrator to conduct a hearing on the appropriateness of the inmate's placement at the ADX.

- The Chief, DSCC, will also simultaneously forward the packet to the Administrator, Psychology Services, Central Office, for review. The Administrator will conduct a review of the psychological assessment of the inmate and report findings to the Chief, DSCC.

Witness Security Program Cases – Referral for Current Protective Custody Unit Inmates

- *Warden* – The Warden will initiate the referral process in accordance with the procedures outlined in Program Statement 5100.08, Inmate Security Designation and Custody

-4-

Classification, and submit the packet to the Administrator, Correctional Programs Branch (CPB), Central Office, for review.

- *CPB Administrator* – If the Administrator concurs with the referral and determines the inmate warrants consideration for placement in the ADX-GP, the Administrator will forward the packet to the National DHA. The National DHA will assign a Hearing Administrator to conduct a hearing on the appropriateness of the inmate's placement at the ADX.

- The CPB Administrator will also simultaneously forward the packet to the Administrator, Psychology Services, Central Office, for review. The Administrator, Psychology Services, will conduct a review of the psychological assessment of the inmate and report findings to the Administrator, CPB.

As a note, only those staff with a specific need to know should be involved in the referral and due process of Witness Security Program cases which are referred for ADX-GP designation.

Witness Security Program Cases – Initial Designations after Sentencing

- *Inmate Monitoring Section (IMS) Staff* – IMS staff will identify an institution pending completion of the ADX referral process. IMS staff will initiate the referral process in accordance with the procedures outlined in Program Statement 5100.08, Inmate Security Designation and Custody Classification, and submit the packet to the Warden for review.

- *Warden* – If the Warden concurs with the referral and determines the inmate warrants consideration for placement in the ADX-GP, the Warden will forward the packet to the Administrator, CPB, for review.

- *CPB Administrator* – If the Administrator concurs with the referral and determines the inmate warrants consideration for placement in the ADX-GP, the Administrator will forward the packet to the National DHA. The National DHA will assign a Hearing Administrator to conduct a hearing on the appropriateness of the inmate's placement at the ADX.

- The Administrator will also simultaneously forward the packet to the Administrator, Psychology Services, Central Office, for review. The Administrator, Psychology Services, will conduct

-5-

Attachment A, Page 6

a review of the psychological assessment of the inmate and report findings to the Administrator, CPB.

As a note, only those staff with a specific need to know should be involved in the referral and due process of Witness Security Program cases which are referred for ADX-GP designation.

Hearing

- *Hearing Administrator* – The Hearing Administrator will have correctional experience, including institution work with inmates, institutional experience in observing and evaluating inmate adjustment and disruptive behavior, and knowledge of the options available in the Bureau of Prisons (BOP) for dealing with such conduct. The Hearing Administrator will be familiar with BOP policies and operations, including the criteria for placement of inmates in different institutions with emphasis on the ADX.

- *Hearing Coordination* – The Hearing Administrator will contact the recommending institution to arrange a time and date for the hearing. The hearing may be conducted via video conferencing, teleconference, at the institution of confinement or any other location as determined by the Hearing Administrator.

- *Notice Form* – The Hearing Administrator will prepare the Notice of Hearing on Referral for Transfer to ADX-GP (Notice). Specific evidence which forms the basis for the referral shall be placed in the Notice unless such information would jeopardize the safety and security of the institution or endanger staff or others.

- *Delivery of Notice* – The Notice will be sent to the institution for delivery to the inmate, along with a copy of these procedures. Institution staff shall deliver the Notice to the inmate and will ensure all applicable areas of the form are filled out regarding confirmation of delivery, receipt, and if the inmate chooses to waive his appearance at the hearing. The Notice must be delivered at least 24 hours prior to the hearing. If an inmate is illiterate, staff shall explain the Notice and these procedures to the inmate and document the date and time the inmate receives the Notice.

- *Inmate Appearance* – The inmate will have the opportunity to be present throughout the hearing, except where institution security and good order are jeopardized. If the inmate waives

-6-

Attachment A, Page 7

his right to appear at the hearing, the appropriate section of the Notice must be completed reflecting the waiver. If the inmate is not present at the hearing, the Hearing Administrator will document the reason in the record of the hearing.

- *Inmate Statement/Evidence* – The inmate will have the opportunity to make an oral statement during the hearing and may present documentary evidence to the Hearing Administrator. The evidence must be material and relevant to the issue without posing a threat to staff, inmates, the public, or the orderly operation of the institution.

Hearing Administrator's Recommendation

- *Report* – At the conclusion of the hearing and following a review of all material, the Hearing Administrator shall prepare a written recommendation on whether placement of the inmate at the ADX is warranted. The recommendation will summarize all information and indicate the specific reasons for the recommendation with sufficient detail, unless the information poses a threat to any individual or the orderly operation of an institution.

- *Report Delivery* – The inmate shall receive a copy of the written report prepared by the Hearing Administrator. The inmate shall receive all of the information utilized by the Hearing Administrator in making the recommendation, unless it is determined that release of this information could pose a threat to individual safety or institutional security, in which case limited information may be summarized and withheld. Institution staff shall document in the appropriate section of the report, and all copies, the date and time the inmate receives a copy of the report and the name and signature of the staff member delivering the report. A copy of the report with delivery confirmation must be returned to the Hearing Administrator.

- *Report to the Assistant Director, CPD* – The Hearing Administrator will send a copy of the report with supporting documentation to the National DHA for review before forwarding to the Assistant Director, CPD, or designee. This report will ordinarily be forwarded within 15 working days following the hearing.

-7-

Review and Final Decision

- *Review and Decision* – The Assistant Director, CPD, or designee, shall review the Hearing Administrator's report and supporting documentation. The Assistant Director, CPD, or designee, shall accept or reject the Hearing Administrator's recommendation contained in the report, ordinarily within 30 working days of its receipt, unless, for good cause, there is a reason for delay.

- *Decision Delivery* – The Assistant Director, CPD, will notify the Chief, DSCC, of the final decision. The DSCC will enter a designation in accordance with the decision. If approved for placement, the Chief, DSCC, will forward a copy of the decision to the institution for delivery to the inmate. The date and time the inmate receives the written decision, and the name and signature of the staff member confirming delivery, will be recorded on all copies of the written decision and filed in the inmate central file.

Review and Final Decision for Witness Security Program Cases

- *Review and Decision* – The Assistant Director, CPD, or designee, shall review the Hearing Administrator's report and supporting documentation. The Assistant Director, CPD, or designee shall accept or reject the Hearing Administrator's recommendation contained in the report, ordinarily within 30 working days of its receipt, unless, for good cause, there is a reason for delay.

- *Decision Delivery* – The Assistant Director, CPD, will notify the Administrator, CPB, of the final decision. IMS will enter a designation in accordance with the decision. If approved for placement, IMS staff will forward a copy of the decision to the institution for delivery to the inmate. The date and time the inmate receives the written decision, and the name and signature of the staff member confirming delivery, will be recorded on all copies of the written decision and filed in the inmate central file.

Appeal

- *Administrative Remedy Program* – The inmate will be advised of the opportunity to appeal the decision of the Assistant Director, CPD, through the Administrative Remedy Program, first to the Chief, DSCC, and then to the Office of General Counsel, HOLC Building, 320 First Street, N.W., Washington, D.C. 20534.

Chesser v. BOP,
15-cv-01939-NYW

BOP005432

Appeal for Witness Security Program Cases

- *Administrative Remedy Program* – The inmate will be advised of the opportunity to appeal the decision of the Assistant Director, CPD, through the Administrative Remedy Program, first to the Administrator, CPB, and then to the Office of General Counsel, HOLC Building, 320 First Street, N.W., Washington, D.C. 20534.

Movement

- *Designation* – If an inmate is approved for placement at the ADX, the ADX Warden will place the inmate on a waiting list and will notify the referring Warden when housing is available.