# Attachment 23
# Declaration of David Jones

# ADX General Population Placement Decision for Chesser

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

| ADX GENERAL POPULATION PLACEMENT DECISION | | |
|---|---|---|
| Name | Register Number | Institution |
| Zachary CHESSER | 76715-083 | USP Marion |

You warrant placement at the ADX in General Population.

You have the right to appeal this decision within thirty days of receipt, through the Administrative Remedy Program, using a Regional Administrative Remedy Appeal (BP-10) form. Your appeal should be sent to the Grand Prairie Complex, U. S. Armed Forces Reserve Complex, 346 Marine Forces Drive, Grand Prairie, Texas 75051.

You have the right to appeal the BP-10 response within thirty days from the date on the BP-10 response using the Central Office Administrative Remedy Appeal (BP-11) form. Your appeal should be sent to Office of General Counsel, HOLC Building, 320 First Street, N.W., Washington, D.C. 20534.

_____   4-30-14
Frank Strada, Assistant Director      Date
Correctional Programs Division

_____   5/7/14
Inmate Signature Acknowledging Receipt of Decision   Date

_____   5/7/14
Staff Signature Acknowledging Delivery to Inmate   Date

cc: Inmate Central File
    Regional Director
    Regional DHA/DHO
    ADX Warden
    ADX CMC
    Warden
    CMC
    Unit Team
    Captain

1

BOP000202

Chesser v. BOP,
15-cv-01939-NYW