# Exhibit 3
# Chesser Discovery Responses
# (excerpts)

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 15-cv-1939-NYW

ZACHARY A. CHESSER,
    Plaintiff,

v.

DIRECTOR, FEDERAL BUREAU OF PRISONS,
    Defendant.

## PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

Pursuant to Fed. R. Civ. P. 33 and 34, the

Plaintiff hereby responds to Defendant's First

Set of Interrogatories and Requests for

Production of Documents to Plaintiff

## DEFINITIONS

"Document" or "documents" — I object to

1

be valid or to qualify as group prayer is too to three Muslim participants, but a deliberate limitation of congregation size would be forbidden in my religion. The exact minimum depends on the type of prayer. Moreover, for certain prayers (e.g., Salāt al-Jumu'ah) there are different opinions on the minimum, up to a minimum of forty people. Thus, merely placing me with, e.g., two other Muslims might not alleviate this burden if they believe a larger number is required. If all of the Muslims I am with believe teen

18

I do not consider the "Nation of Islam" to be a Muslim group). However, I do not consider someone a non-Muslim just because they disagree with me and the overwhelming majority of people who identify as Muslim would qualify as Muslim in my view. Other than religions such as the Moorish Science Temple of America and the Nation of Islam, which the BOP itself treats as separate religions from Islam, I have only met two self-identified Muslims whom I have not considered Muslim at some point

during my incarceration, and one of them repented from the issue which caused me to consider him non-Muslim and he agreed with me when I clarified it to him.

D. Proximity

Physical contact is required for all group prayer. It is not valid to pray with someone with physical separations such as walls or cages unless there is no way to avoid the separation. In this case, the imam and ma'mūms must still be within aural or visual

still be burdened

F.   Types of Group Prayer

I believe I should engage in eight types of group prayer, as described below. They are: (1) As-Salawāt Al-Maktūbah (the Five Daily Prayers), (2) Ṣalāt Al-Jumu'ah (the Friday Prayer), (3) Ṣalāt Al-'Īdayn (the 'Īd Prayer), (4) Ṣalāt Al-Kusūf (the Eclipse Prayer), (5) Ṣalāt Al-Istisqā (the Rain Prayer), (6) Tarawīh, (7) Ṣalāt Al-Janāzah (the Funeral Prayer), and (8) general group prayer.

1.   As-Salawāt Al-Maktūbah

As-Salawāt Al-Maktūbah occur five times

23

each day during time windows called Fajr (dawn), Zhuhr (also spelled Dhuhr) (midday), 'Asr (late afternoon), Maghrib (sunset), and 'Ishā (night). #19 Ex 1A is a list of times for these windows' beginnings which is roughly typical of a given year in Florence, Colorado. Generally, each prayer's window for performance lasts until the next prayer's beginning, but Fajr ends at sunrise, it is obligatory to pray 'Asr before the sun turns yellow, and it ends when the sun touches the horizon, and 'Ishā ends half-way between Maghrib and Fajr.

24

Each of these prayers can be done in under five minutes, but ideally Fajr and Zhuhr last around 30 minutes, 'Asr around 15 minutes, and 'Ishā is around 10 minutes. However, the tolerances of the congregation impact the ideal time, as the imām is not supposed to make the prayer difficult for people.

I believe the minimum for this type of prayer to be valid is two people.

I believe the calculated time for 'Ishā in #19 Ex. 1A is slightly later than the actual time which is when the red

25

glow in the night sky disappears.

2. Ṣalāt Al-Jumu'ah

I believe Ṣalāt Al-Jumu'ah can occur from about one hour before Zhuhr until 'Aṣr, but many Muslims believe it must occur during Zhuhr only. It replaces the Zhuhr prayer. It occurs on every Friday. It requires at least 3 Muslims, but some Muslims believe in larger minimums up to 40 Muslims. It has to have a sermon before it which must be long enough to properly be called a sermon (using Arabic connotations, not English ones). 15 to 45 minutes

26

is about what is ideal for sermon length. The prayer itself can be done in about 3 minutes, but should ideally be up to about 25 minutes.

3. Ṣalāt Al-'Īdayn

Ṣalāt Al-'Īdayn occurs between sunrise and Zhuhr (closer to sunrise) on Islam's two holidays called 'Īd Al-Fiṭr and 'Īd Al-Adiḥā. The above description of Ṣalāt Al-Jomu'ah applies otherwise, except that the sermon is after the prayer.

4. Ṣalāt Al-Kusūf

Ṣalāt Al-Kusūf occurs during solar and lunar

27

eclipses and lasts the duration of the eclipse — which makes it Islam's longest prayer. It requires at least two or three others to be considered a group prayer and I am not sure which number is correct.

5. Ṣalāt Al-Istisqā

This prayer occurs when an area is in need of rain and the description of Ṣalāt Al-Jumu'ah above would apply except with the information on timing.

6. Tarawih

Tarawih occurs after the 'Ishā prayer

28

and requires at least two Muslims. It only occurs during the Islamic month of Ramadān. It can last as little as five minutes, but it is best for it to last much longer. Usually, Muslims read 1/30 of the Qur-ān (~20 pages) each night during tarawih, which lasts about one to two hours. The Qur-ān is recited melodiously.

    7.   Salāt Al-Janāzah

When a Muslim in my community dies, or a Muslim dies somewhere else but nobody prays over them, or a Muslim who

was a major benefit to Islam dies anywhere,

I believe I should engage in a group

prayer for them as part of their funeral

rights at any time except while the

sun is partially covered by the horizon

(at either sunrise or sunset) and when it appears

to be still at its apex. This is always

less than five minutes. The minimum for group prayer here is 2.

8.  General Group Prayer

I also believe I should engage in

at least some group prayer without a special

occasion from the above. It can be totally

random or have a reason, such as giving

30

someone else a congregation when they can't find one.

## III. Classes

### A  General Description

I believe I should participate in Islamic classes both as a teacher and as a student, depending on my circumstances. I believe the teacher-student relationship is an essential element of this belief, so self-study and distribution of informative materials is not sufficient.

I believe those classes should cover the following subjects:

31

- 1. The Qur-ān
  - a. Its explanation (Tafsir)
  - b. The principles of Tafsir (Usūl At-Tafsir / 'Ulūm Al-Qur-ān)
  - c. The rules of reciting it (Tajwīd)
  - d. The different methods of recitation (Al-Qirā-āt)

- 2. The Hadīth (reports on the life of the Prophet Muhammad (peace be upon him))
  - a. Their explanation
  - b. The principles of authenticating them (Usūl Al-Hadīth / Mustalah Al-Hadīth)

- 3. Fiqh (Islamic jurisprudence)
  - a. The general body of fiqh
  - b. The principles of fiqh (Usūl Al-Fiqh)

- 4. Al-Farā-id (Inheritance law)

- 5. Sīrah and Islamic History (Sīrah is the Prophet Muhammad's (peace be upon him) biography)

- 6. 'Aqīdah (creed)

- 7. Arabic

32

a. Nahw (grammar)
b. Tasrif (morphology)
c. Balaghah (eloquence)
d. Shi'r (poetry)

I believe that due to the lack of access Muslims in the BOP have to Islamic scholars, I am obligated to study until I become a scholar in these subjects and that I should spend about 10 to 14 hours per day studying in classes until I achieve this.

I also believe that I should teach Muslims what I know when they do not have the ability to learn these subjects from people with more knowledge than

33

me, and that even when they do, it is good for me to teach them what I can anyway as long as it does not interfere with my other obligations. The closer I am to being a scholar and the higher my relative level of Islamic knowledge is within a community, the more I believe I should teach, up to about 10 hours per day. My experience is that I have always been in environments in the BOP where I believed I should teach other Muslims. I believe that right now I have a greater obligation

34

to study

B.  Number of Inmates

1.  Teaching

I believe I should teach as many Muslims as I can.

2.  Studying

I believe I should have however many teachers it takes to allow me to study all of the above subjects to the point of becoming a scholar in them on a full-time basis.  This depends on the Knowledge and ability of the teachers I have access to.

35

The minimum number is entirely situational, but I'd estimate the lowest plausible minimum would be three, if all were Islamic scholars.

C. Specific Inmates

1. Teaching

Any Muslim is compatible with my need to teach.

2. ~~Studying~~

With respect to learning, I believe I must learn from Islamic scholars. A person close to this level could meaningfully fill in for an actual scholar at

36

my current level in most subjects, but I still need access to a scholar to adequately study. Any person with more knowledge than me in a particular subject could partially address the burden to my religious exercise, but there is a major difference in the level of relief from someone who is fairly close to my level of learning and a scholar or person close to that level — this is the result of both specific Islamic obligations and my experience with the different types of people.

I have no need to specifically

37

learn from other inmates. A solution which involved non-inmate Islamic scholars could easily be as effective as ones involving inmate scholars.

To an extent, the teacher would have to be from a sect of Islam which I do not consider extremely heretical in the particular subjects they are teaching. (E.g. I wouldn't want to study creed from an Ash'ari but I'd study fiqh with them, because I don't believe Ash'aris have a legitimate interpretation of many issues of creed). In general, I'd find any Salafi beneficial

38

on any subject they are a scholar in,
even if they are not Jihadi.

Among BOP inmates, I am aware
of the following as being Islamic scholars
or close to that level: (1) Mostafa
Kemal Mostafa, (2) Mamdouh Salim, (3) Sulayman
Abu Ghayth (phonetic — this refers to the ADX
inmate who has a name or alias along these lines
and was formerly imprisoned in Iran), (4)
Ali Al-Timimi, (5) Ahmed Abu Ali, and
(6) Mohamed Rashed Al-Owhali. The latter
two, as far as I know, are not yet
scholars. I am not sure if Al-Timimi

39

is a scholar, but I know that prior to his arrest he was close to that level, so I believe it is highly likely he is a scholar by now.

For clarification, I am using the rank of "mufti" as the minimum for a "scholar." My understanding is that the first three I listed are muftis. A mufti is someone who can issue a "fatwa," which is essentially a declaration of what Islamic law says regarding a situation based on their own knowledge.

By listing these six individuals, I am

40

of an Islamic scholar who does not have ties to terrorism (I'd point out that I've only ever been held in programs with high concentrations of terrorists).

D.   Proximity

Only the ability to hear the teacher and interact with them to clarify one's understanding or verify one's students' understandings is necessary and it can even be achieved remotely.

IV.   Remembrance and Conversation

A.   General Description

I believe that I should interact

42

with other Muslims on Islamic subjects through the giving and attendance of lectures, encouraging good deeds, discouraging sins, reviewing texts we've memorized, reciting the Qur-an, and discussing Islamic subjects.

B.   Number of Inmates

There is no way to specify a frequency or minimum number of inmates for these activities, but they should occur at least daily   I believe I should engage in as many of these acts as I can with as many people as I can without interfering with other more important aspects of

43

my faith. The general amount will depend on different situations.

C.   Specific Inmates

Any Muslim can fulfill this role.

D.   Proximity

These exercises require only aural proximity.

V. Celebrations

A   General Description

I believe I should celebrate the two 'Id holidays, weddings and childbirth with other Muslims. All of these occasions involve feasting together (and I also believe

44

I should occassionally feast with other Muslims in general). For the 'Īds and weddings, singing is part of celebrating with others. For the 'Īds, games, sports and other entertainment are part of celebrating with others. Also, for the 'Īds, greeting as many Muslims as one can is part of sharing the holiday with others, as is distributing charity.

B.   Number of Inmates

I believe I should engage in these acts with as many Muslims as I can. There is no particular minimum.

C.   Specific Inmates

45

Any Muslims suffice for these exercises.

D. Proximity

These acts generally require physical proximity, but aural proximity can partially reduce the burden.

VI. Promotion of Well-being

A. General Description

I believe I should engage in inter-personal and communal promotion of morale and well-being in a general sense. Some ways of doing this are specifically emphasized in Islam, but there is also a general Islamic command to cooperate in good.

46

deeds and benefit others. I believe I should do those things as much as possible while balancing other aspects of my religious exercise. Some of the specifically legislated deeds in this respect include: smiling at other Muslims, greeting them, shaking their hands, giving them gifts, making them happy, helping them in their daily tasks; organizing charity; visiting the sick; and having good manners with others.

B. Number of Inmates

I believe I should do these things with as many Muslims as possible.

C. Specific Inmates

practices at issue here by ending solitary confinement at ADX or reversing my transfer, expunging my record of the ADX placement, removing my ADX-related "management variable" and "maximum custody" designation, adopting official measures to guarantee that I will never have my ties to terrorism used against me in an ADX referral again, and guaranteeing that if I'm ever returned to ADX for another reason that I will be allowed to engage in the above religious exercises.

B. Terrorism Unit

The BOP could create a terrorism unit at ADX or elsewhere which segregates terrorists from non-terrorists in open population. In response to Plaintiff's Int. No. 6, the BOP cited the following concerns: (1) 28 C.F.R. § 551.90's bar on discrimination in housing decisions; (2) an allegation I was dangerous in the Communications Management Unit ("CMU"); (3) segregating terrorists would lead to their ascendancy over other inmates and potentially result in collaboration in harmful events; (4) in the case of Muslim terrorists, we are supposedly dangerous by

53

On the other hand, my communications are linked to numerous actual terrorist cases and attacks, and they were clearly the BOP's main original reason to send me to ADX. This includes four or more ADX inmates: Dzokhar Tsarnaev, Faisal Shahzaad,[3] Raees Qazi, and Shahrayar Qazi. My article "Open Source Jihad" is directly linked to Tsarnaev and the Qazis' cases as well as virtually every terrorist plot in the West since July 2010 when

---

[3] In his case, I am not sure if the alleged link is causal or coincidental, but I have seen the choice of his target linked to my posting of its address in an article shortly before his attempted attack.

it was used by Al-Qaidah in the
Arabian Peninsula ("AQAP") to develop
the first official strategy of using Westerners
to carry out "inspired" or decentralized
attacks without overseas direction. The
strategy was originally named after my
article and the "open source" terminology
is still used to describe the strategy today.

I also invented the idea of
a Jihadist social media strategy and
was the first person (at least the first
in a position of influence) to recognize and
write about the use of Facebook, Twitter,

and Youtube in a strategic way. From January 2010 to June 2010, I had over one million hits across my social media platforms promoting jihad with at least tens of thousands of unique viewers, not counting a spike in non-Jihadist views when the "South Park" incident in my charges occurred.

I have either influenced or been accused by the government of influencing dozens of alleged terrorists with my personal contacts and direct online communications including someone on the FBI's "Most Wanted

due to separatees), the BOP could create more CMUs. It could also apply the CMU program to my other solutions (e.g., creating a terrorism CMU).

D.   Terrorism Prison

The BOP's most-recent attempt to address the housing of terrorists was the 2006 creation of the CMU. The number of BOP terrorists has increased by hundreds since then. It would make sense to, at this point, create a terrorism prison using all or part of an existing facility (e.g., AUSP Thompson

89

when it is ready). The BOP would save money and be better-able to address terrorist-specific concerns while ignoring threats we don't pose (e.g., we don't smuggle drugs or stab one another). Also, the total segregation of terrorists from non-terrorists would address numerous concerns associated with our intermingling with others.

The BOP could apply a broad policy it felt adequately addressed all terrorists, or it could apply multiple programs in one location (which would work well with the

SAMs inmates are treated like violent

prison gangsters. This clearly harms

security and leads to waste, as described

in the next solution.

    E.   Terrorism System

    The current policy regarding terrorists

is inconsistent, because we are plugged

into various extant policies which were

not all designed to address the threats

we pose. The most glaring example is

how, right now, I am pending a transfer

to a CMU. If I'm viewed as a greater

threat, I go to a CMU. If not, I go

they pose a greater threat than terrorists sent to B/B Unit, they go straight to an open population unit. When a CMU terrorist gets sent to ADX for being a bigger threat, their communications restrictions decrease

It would make more sense to streamline this process, possibly by making the following progression: (1) SAMs Unit, (2) terrorism unit, (3) CMU. Or, by even creating a solitary confinement CMU at ADX or elsewhere, which would still at least concentrate a lot of Muslims by default, and reduce the burden

to my religious exercise a bit.

F.   Smaller Groups

The BOP could apply any of those ideas with smaller groups down to where I would have access to just one other Muslim.

G.   Reduced Solitary

The BOP could allow inmates in the above solutions out of their cells for less time, down to the time needed for one prayer.

H.   Restraints

The BOP could shackle and/or handcuff inmates in any of those solutions when

103

housing assignments at ADX. It could do this indirectly by allowing inmates a say in terms of their neighbors. It could allow them to request housing around members of their faiths in general. It could also just house terrorists near one another, like in H Unit.

K. SAMs

I would be willing to go on SAMs-like restrictions in order to make any of these solutions more feasible.

L. Intercoms/Radios/Computers

The BOP could keep all of its policies

105

the same but allow me to use an electronic means of communicating with other inmates at ADX who can address some of my religious concerns (e.g., classes).

M.   Remote Learning

The BOP could allow me to study remotely using a phone or computer. For example, it could allow me to receive recorded lectures and assignments from Islamic scholars or an Islamic university (e.g., Islamic Online University) and facilitate my ability to interact with them and take tests. It need not be instantaneous.