# Exhibit 4
# Chesser Letter to Peter Bergen
# (filed subject to a Level 1 restriction)

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW