# Exhibit 5
# Statement of Responsibility, *United States v. Chesser*, No. 1:10-cv-00395-LO

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

## Statement of Responsibility

Between November of 2009 and July 2010, I, Zachary Adam Chesser, participated in illegal and immoral activities as set out in the Statement of Facts. I accept full responsibility for my actions, and I have nobody to blame but myself for my conduct. During this time period, I tried to join a designated terrorist organization in Somalia; I made threats against the creators of South Park and others, and I encouraged people to leave empty bags as hoaxes in public places to tie up law enforcement agencies. I also supported jihadi ideology through articles, videos, lectures, discussions, and other forms of media. I take responsibility for all of this activity. I regret it, and I am deeply sorry to all of those whom I have affected, including the victims of the threats, the American people, the Muslim community, law enforcement, and my family, especially my wife and son.

I became a Muslim in 2008 and immediately set out to be the best Muslim I could be. I had very little exposure to religious knowledge growing up, so when I learned anything about Islam, I immediately adopted it and tried to practice completely. I did not do a lot of critical thinking about what I learned. I just felt like I had to do everything to the fullest extent, whether it was how I dressed, who I spoke to, or how I prayed. After about three months of being a practicing Muslim, I was given a copy of lectures by the preacher Anwar Al-Awlaki. They had an element of radicalism to them which served as a gateway for me to other more extreme beliefs. When I first heard the lectures, I did not question Al-Awlaki's theological arguments. In hindsight, I realize that my willingness to accept Al-Awlaki's teachings uncritically was totally wrong and that being a devout Muslim does not mean accepting everything that Al-Awlaki or any other radical preacher says is true.

The jihadi ideology I was drawn into was contrary to everything I had grown up thinking and believing – I have always been a pacificist. From the age of fourteen, I became a committed a vegetarian and a proponent of peace and human rights. For a while, I was both a practicing Muslim and a vegetarian. Somehow, I was able to reconcile the two beliefs by convincing myself that if I went to fight jihad, I would be saving more lives even if it meant that others died. I understand now how preposterous that sounds, and I completely reject the idea that killing can be justified in the name of Islam or any religion.

Two days after I was stopped from getting on the plane in New York, Al-Shabaab set off a bomb in Kampala, Uganda. My wife's sister lived in the neighborhood where the bombing occurred, and we could not get in touch with her for several days after the bombing. My wife was beside herself, and the reality that the group I thought I wanted to join was responsible for this act of terror had a very personal impact on me. I decided that I would try to reverse at least some of the harm I had already caused, so I went to the FBI with what was, in retrospect, an unrealistic proposal for cooperation. I did not know exactly what I was doing, and my rejection of jihadi ideology was still progressing, but even after my arrest, I was determined to cooperate because I knew it was the right thing to do.

I know I face a long time in prison. I hope to devote some of my time in prison to learning more about Islam so that I can be an effective voice against extremism when I am finally

released. I know that I have to live with the actions that brought me before the Court for the rest of my life, and I am doing and will continue to do everything in my power to make up for the harm I have caused. That is the only way I will be able to live with myself. I also hope to obtain a college degree in prison. I want to emerge from prison as a productive citizen who will do his best for society and his family. My only two goals are to right my wrongs as much as I can and to provide the best life I can for my wife and my son. I fully intend to be the best father I can be given my circumstances. When I became involved in the jihadi community, I attracted a lot of attention. Now my dream is to help my family without drawing any further attention to myself.

I am deeply sorry for the harm and pain I have caused. I am ashamed and bewildered that I was capable of doing it. The period between the winter of 2008 and July of 2010 feels to me like a missing puzzle piece in my life. I know that I will spend many years trying to understand why I followed the path that has led me here. I only hope that through my actions now and in the future I can make up for what I have done.

_____   12/10/10
Zachary Adam Chesser             Date