# Exhibit 6
# Chesser "Autobiography" (excerpt)

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

# Prisoner of Faith:
## A Short Autobiography
### by Abū Talhah Al-Amrīkī

بسم الله الرحمن الرحيم

## Introduction

I was asked by Freedetainees.org to write an article covering my story from my own perspective to help combat some of the notions put forth by the government and the media. I thought this was a fine idea, al-hamdu Lillāh; and given all of the help this site has provided me and my family, I felt compelled to see what I could do.

In shā-Allāh, what follows is a very summarized account of my life covering my background, my embrace of Islam and what followed, the events leading to my arrest, my arrest and conviction for supporting Al-Shabaab in Somalia and threatening the show "South Park," how the American government took my son Talhah from my wife and banned him from hearing about Islam, and, finally, some of my struggles in prison, including being sent to America's

1

catastrophic year for it in Afghanistan if that puts things in perspective.

It was not much of a shock, but when I tried to fly out of New York that July, I was on the No-Fly List. Thus, I had to return home.

## Uganda Bombing and Plan to Trick the FBI and Arrest

Shortly after arriving home, news broke that Al-Shabaab had blown up two sites where people were watching the World Cup. My wife's sister was in one of the neighborhoods where it occurred and she was an avid soccer fan, so the family got quite worried. It took more than a day to track her down, so things were a bit emotional, and I knew the FBI was hearing our discussions on the matter. I decided to pretend I had changed, so I stopped all of my postings, kept away from masājid (mosques) and promoted my new image.

I met with my contact and we decided to try and get the FBI to let me leave in exchange for some information we considered harmless.

30