# Attachment 1
# Declaration of David Christensen

# Inmate History Quarters for Chesser

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

```
 FLMCJ   531.01  *              INMATE HISTORY                *    02-08-2018
 PAGE 001         *                 QUARTERS                  *    11:12:36

   REG NO..: 76715-083  NAME....: CHESSER, ZACHARY ADAM
   CATEGORY: QTR        FUNCTION: PRT         FORMAT:

 FCL   ASSIGNMENT  DESCRIPTION                  START DATE/TIME  STOP  DATE/TIME
 FLP   B07-208L    HOUSE B/RANGE 07/BED 208L    11-09-2017 1025  CURRENT
 FLP   B07-208L    HOUSE B/RANGE 07/BED 208L    08-17-2017 1457  11-09-2017 0650
 FLP   R01-001L    HOUSE R/RANGE 01/BED 001L    08-17-2017 1259  08-17-2017 1457
 FLM   J01-110L    HOUSE J/RANGE 01/BED 110L    01-24-2017 1539  08-17-2017 1209
 FLM   J01-110L    HOUSE J/RANGE 01/BED 110L    01-17-2017 1445  01-24-2017 0957
 FLM   F05-103L    HOUSE F/RANGE 05/BED 103L    10-25-2016 1008  01-17-2017 1445
 FLM   F05-104L    HOUSE F/RANGE 05/BED 104L    07-06-2016 1849  10-25-2016 1008
 FLM   F01-104L    HOUSE F/RANGE 01/BED 104L    07-02-2016 0815  07-06-2016 1849
 FLM   F01-105L    HOUSE F/RANGE 01/BED 105L    07-02-2016 0815  07-02-2016 0815
 FLM   F01-104L    HOUSE F/RANGE 01/BED 104L    07-02-2016 0815  07-02-2016 0815
 FLM   F01-105L    HOUSE F/RANGE 01/BED 105L    07-02-2016 0814  07-02-2016 0815
 FLM   F01-104L    HOUSE F/RANGE 01/BED 104L    07-02-2016 0814  07-02-2016 0814
 FLM   F01-105L    HOUSE F/RANGE 01/BED 105L    07-02-2016 0814  07-02-2016 0814
 FLM   F01-104L    HOUSE F/RANGE 01/BED 104L    04-11-2016 0844  07-02-2016 0814
 FLM   F01-110L    HOUSE F/RANGE 01/BED 110L    01-05-2016 1015  04-11-2016 0844
 FLM   F01-111L    HOUSE F/RANGE 01/BED 111L    11-12-2015 0825  01-05-2016 1015
 FLM   F01-111L    HOUSE F/RANGE 01/BED 111L    09-02-2015 0958  11-12-2015 0630
 FLM   F01-101L    HOUSE F/RANGE 01/BED 101L    06-25-2015 0909  09-02-2015 0958
 FLM   F01-102L    HOUSE F/RANGE 01/BED 102L    03-05-2015 0930  06-25-2015 0909
 FLM   F01-104L    HOUSE F/RANGE 01/BED 104L    12-03-2014 1138  03-05-2015 0930
 FLM   F01-105L    HOUSE F/RANGE 01/BED 105L    08-13-2014 0952  12-03-2014 1138
 FLM   F01-106L    HOUSE F/RANGE 01/BED 106L    06-23-2014 1439  08-13-2014 0952
 FLM   Z03-202LAD  HOUSE Z/RANGE 03/BED 202L AD 06-12-2014 1625  06-23-2014 1439
 OKL   Z03-724LDS  HOUSE Z/RANGE 03/BED 724L DS 06-02-2014 1851  06-12-2014 0800
 OKL   R01-001L    HOUSE R/RANGE 01/BED 001L    06-02-2014 1750  06-02-2014 1851
 MAR   I02-010LAD  HOUSE I/RANGE 02/BED 010L AD 05-19-2014 0941  06-02-2014 0730
 MAR   I02-013LAD  HOUSE I/RANGE 02/BED 013L AD 04-28-2014 0814  05-19-2014 0941
 MAR   I02-012LAD  HOUSE I/RANGE 02/BED 012L AD 04-08-2014 0824  04-28-2014 0814
 MAR   I02-011LAD  HOUSE I/RANGE 02/BED 011L AD 03-18-2014 0843  04-08-2014 0824
 MAR   I02-012LAD  HOUSE I/RANGE 02/BED 012L AD 02-26-2014 0925  03-18-2014 0843
 MAR   I02-011LAD  HOUSE I/RANGE 02/BED 011L AD 02-06-2014 1214  02-26-2014 0925
 MAR   I02-012LAD  HOUSE I/RANGE 02/BED 012L AD 01-17-2014 1226  02-06-2014 1214
 MAR   I02-013LAD  HOUSE I/RANGE 02/BED 013L AD 01-07-2014 1054  01-17-2014 1226
 MAR   I02-012LAD  HOUSE I/RANGE 02/BED 012L AD 12-23-2013 1158  01-07-2014 1054
 MAR   I02-014LAD  HOUSE I/RANGE 02/BED 014L AD 12-04-2013 1442  12-23-2013 1158
 MAR   I01-016L    HOUSE I/RANGE 01/BED 016L    11-19-2013 1508  12-04-2013 1442
 MAR   I01-016L    HOUSE I/RANGE 01/BED 016L    09-18-2013 1447  11-19-2013 0730
 MAR   I02-014LAD  HOUSE I/RANGE 02/BED 014L AD 08-14-2013 2140  09-18-2013 1447
 MAR   I01-006L    HOUSE I/RANGE 01/BED 006L    02-12-2013 1513  08-14-2013 2140
 MAR   I01-001L    HOUSE I/RANGE 01/BED 001L    06-13-2012 0931  02-12-2013 1513
 MAR   I03-011L    HOUSE I/RANGE 03/BED 011L    05-31-2012 0910  06-13-2012 0931




    G0002        MORE PAGES TO FOLLOW . . .
```

```
   FLMCJ  531.01 *             INMATE HISTORY             *    02-08-2018
   PAGE 002 OF 002 *              QUARTERS                *     11:12:36

     REG NO..: 76715-083  NAME....: CHESSER, ZACHARY ADAM
     CATEGORY: QTR        FUNCTION: PRT        FORMAT:

 FCL   ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
 MAR   I03-004L   HOUSE I/RANGE 03/BED 004L   05-22-2012 1235 05-31-2012 0910
 MAR   I03-007L   HOUSE I/RANGE 03/BED 007L   05-21-2012 0910 05-22-2012 1235
 MAR   I02-010LAD HOUSE I/RANGE 02/BED 010L AD 05-17-2012 1510 05-21-2012 0910
 MAR   I02-011LAD HOUSE I/RANGE 02/BED 011L AD 05-02-2012 1414 05-17-2012 1510
 MAR   I03-012L   HOUSE I/RANGE 03/BED 012L   04-10-2012 1446 05-02-2012 1414
 MAR   I03-002L   HOUSE I/RANGE 03/BED 002L   04-09-2012 1423 04-10-2012 1446
 MAR   I03-011L   HOUSE I/RANGE 03/BED 011L   03-15-2012 1638 04-09-2012 1423
 MAR   I02-014LAD HOUSE I/RANGE 02/BED 014L AD 02-27-2012 1331 03-15-2012 1638
 MAR   I03-011L   HOUSE I/RANGE 03/BED 011L   01-20-2012 0845 02-27-2012 1331
 MAR   I03-002L   HOUSE I/RANGE 03/BED 002L   01-09-2012 1455 01-20-2012 0845
 MAR   I02-015LDS HOUSE I/RANGE 02/BED 015L DS 11-30-2011 0939 01-09-2012 1455
 MAR   I03-002L   HOUSE I/RANGE 03/BED 002L   10-20-2011 2027 11-30-2011 0939
 MAR   I03-005L   HOUSE I/RANGE 03/BED 005L   08-19-2011 2108 10-20-2011 2027
 MAR   I04-016L   HOUSE I/RANGE 04/BED 016L   05-05-2011 0614 08-19-2011 2108
 MAR   I03-017L   HOUSE I/RANGE 03/BED 017L   05-04-2011 0629 05-05-2011 0614
 MAR   I03-016L   HOUSE I/RANGE 03/BED 016L   05-02-2011 1730 05-04-2011 0629
 MAR   I04-005L   HOUSE I/RANGE 04/BED 005L   05-02-2011 1344 05-02-2011 1730
 OKL   Z02-715UAD HOUSE Z/RANGE 02/BED 715U AD 04-18-2011 2057 05-02-2011 0925
 OKL   R01-001L   HOUSE R/RANGE 01/BED 001L   04-18-2011 1725 04-18-2011 2057




 G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

Chesser v. BOP,
15-cv-01939-NYW
BOP005488

Chesser v. BOP,
15-cv-01939-NYW
BOP005488