# Attachment 2
# Declaration of David Christensen

# FLM 5321.07(1)(B), General Population and Step-Down Unit Operations (September 1, 2015)

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW



**U. S. Department of Justice**
Federal Bureau of Prisons
United States Penitentiary
Administrative Maximum Facility
Florence, Colorado   81226

INSTITUTION SUPPLEMENT

OPI:      Unit Management
NUMBER:   FLM 5321.07(1)B
DATE:     September 1, 2015

# General Population and Step-Down Unit Operations

*Approved:*   /s/
              J. Oliver, Warden
              Administrative Maximum Security Institution

1. **PURPOSE AND SCOPE:**   To establish operational guidelines for the units which are designated as the general population and step-down units.

2. **DIRECTIVES AFFECTED:**

    A.   **Directives Rescinded:**   Institution Supplement FLM 5321.07(1)A, General Population and Step-Down Unit Operations, dated July 20, 2015.

    B.   **STANDARDS REFERENCED:**   None.

3. **SUMMARY OF CHANGES:**   To add Pre-Intermediate Unit procedures and Privilege Incentive Program (PIP).

4. **GENERAL PROCEDURES:**

    A.   **GENERAL POPULATION UNITS (D, E, F, and G)**

        1.   Inmates housed in these units require hand restraints, behind the back, and two-officer escorts when being removed from their cells.   Any time an inmate is handcuffed in the front, a martin chain must be used in addition to the handcuffs.

---

FLM 5321.07(1)B            General Population and              Page 1
                           Step Down Unit Operations

2. These units have indoor and outdoor, single occupancy recreation areas. All out-of-cell recreation will occur within the unit, in one of the single occupancy recreation areas. Inmates will ordinarily be afforded a minimum of ten hours out-of-cell exercise per week. An inmate will be returned to his cell upon his request. Anyone returning to his cell for any reason voluntarily terminates the remainder of his recreation period for that day. Recreation periods missed due to visits (legal or social), medical call-outs, and religious services will not be rescheduled. The Unit Recreation Log will be completed by the unit officers to document acceptance or refusal of recreation, type of recreation, and amount of time the inmate receives recreation. The Unit Recreation Log will be provided to, and maintained by the Captain.

3. Inmates will consume their meals within their cells.

4. Shower stalls are located within each cell. Inmates are authorized to shower between the hours of 6:00 a.m. and 10:00 p.m.

5. Unit orderlies for ranges and recreation areas will be assigned by the Unit Manager. Barbering facilities are available in each unit. Social and attorney calls will be conducted as established in the Institution Supplement on Telephone Regulations. Each unit contains an electronic law library, which inmates may sign-up to utilize. The majority of programming, including Drug Abuse, Education, Recreation, Religious Services, Re-Entry, and unit/facility information, are available via closed circuit television/radio, which is located in each cell.

6. **OUTSIDE, OUT-OF-CELL RECREATION SUSPENSION/RESTRICTION**

    a. When an inmate violates institution rules and regulations during his out-of-cell recreation, his outside, out-of-cell recreation on a large recreation yard may be temporarily suspended. Examples of violations include, but are not limited to, sexual acts or gestures, suicidal attempts or gestures, assaulting or resisting staff during escort to or from the recreation area, destruction of the recreation area, smearing or throwing human waste, etc.

    b. Staff will initiate disciplinary action and notify the Operations Lieutenant of any violation(s) immediately.

    c.    The Operations Lieutenant will initiate a memorandum requesting the inmate's outside, out-of-cell recreation on the large recreation yard be immediately suspended. The memorandum will also request that the inmate's outside, out-of-cell recreation be immediately restricted to the outside, single occupancy recreation areas around the housing unit's control center. The memo will be forwarded through the Captain and ADX Associate Warden with oversight of Correctional Services, to the Warden for approval, with a copy to the Unit Manager.

    d.    If approved, the inmate's initial suspension/restriction will be for three months. The Warden may impose an increased suspension/restriction for repeated, frequent violations.

    e.    Upon initial entry into the Intermediate step of the Program, the Warden may limit or restrict group recreation of the inmate for two weeks. Inmates transitioning into that step will ordinarily be allowed an out-of-cell recreation for one and a half hours a day. Unit Staff will provide a written notice of the transition procedures concerning each inmate.

**B.    PRE-INTERMEDIATE UNIT (K/A-Unit):**

1. Ordinarily, the placement of an inmate into this unit is only appropriate if the Step-Down Screening Committee determines that the inmate has demonstrated he can safely function in a less-restrictive unit without posing a risk to institutional security and good order; posing a risk to the safety and security of staff, inmates or others, including himself; and/or posing a risk to public safety, but has not demonstrated he can function in the Intermediate Unit of the Program without posing a risk to institutional security and good order; posing a risk to the safety and security of staff, inmates or others, including himself; and/or posing a risk to public safety.

2. The escort requirements for inmates housed in this unit are the same as those in the General Population Units. Inmates will be assigned to a group. Each group will have 2 inmates.

3. This unit has an outdoor recreation area. Inmates will ordinarily be afforded a minimum of ten hours out-of-cell exercise per week. Out-of-cell recreation will include the use of the outdoor recreation area and unit range.

4. Inmates will consume their meals within their cells.

---

5. Showers are located on the ranges. Inmates will be escorted to showers. The escort requirements are the same as those in the General Population Units.

6. All other programming activities, orderly assignments, telephone usage, basic law library usage, and barbering facilities are the same as those in the General Population Units.

7. The Unit Recreation Log will be completed by the unit officers to document acceptance or refusal of recreation, type of recreation, and amount of time the inmate receives recreation. The Unit Recreation Log will be provided to, and maintained by the Captain.

8. The unit team will review each inmate placed in this unit at least every 90 days, to determined eligibility for consideration for placement in the Program. The guidance concerning the Program, eligibility factors and review procedure set forth in section 5, below, are applicable to inmates housed in this unit and these reviews.

C. **STEP-DOWN PROGRAM UNITS**

1. **Intermediate Unit (J/A-Unit):**

    a. Ordinarily, this is the second step of the Step-Down Program (Program) prior to transfer to an appropriate facility.

    b. The escort requirements for inmates housed in this unit are the same as those in the General Population Units. Inmates will be assigned to 1 of 4 groups. Each group will have a maximum of 8 inmates.

    b. This unit has an outdoor recreation area. Inmates will ordinarily be afforded a minimum of 20½ hours out-of-cell exercise per week. Out-of-cell recreation will include the use of the outdoor recreation area and unit range. Each group of inmates will be allowed on the range for 1½ hours each day. All other aspects of recreation are the same as those in the General Population Units.

    c. Inmates will consume their meals within their cells.

    d. Showers are located on the ranges. Inmates may shower at any time they are on the range.

    e. All other programming activities, orderly assignments, telephone usage, basic law library usage, and barbering facilities are the same as those in the General Population Units.

    f.    The Unit Recreation Log will be completed by the unit officers to document acceptance or refusal of recreation, type of recreation, and amount of time the inmate receives recreation. The Unit Recreation Log will be provided to, and maintained by the Captain

2. **Transitional Unit (B/B Unit Phase I):**

    a.    This unit is physically located in B/B Unit at the United States Penitentiary (USP), High Security, Florence, Colorado.

    b.    Ordinarily, this is the third step of the Program prior to transfer to an appropriate facility.

    c.    Inmates will be assigned to 1 of 2 groups. Each group will have a maximum of 12 inmates.

    d.    Inmates will recreate with their assigned group. The inmates' out-of-cell recreation will include recreation in the unit and in the outdoor group recreation area. Recreation periods missed due to visits (legal or social), medical call-outs, and religious services will not be rescheduled. Ordinarily, inmates will receive 30½ hours of recreation per week.

    d.    Inmates will consume their meals on the range with their assigned group.

    e.    Inmates will be unrestrained when out of their cells. The use of restraints is not required during the escort of inmates to various programming areas.

    f.    Showers are located on the ranges. Inmates may shower at any time they are on the range.

    g.    All other programming activities, orderly assignments, telephone usage, electronic law library usage, and barbering facilities will be the same as those in the General Population Units.

    h.    Inmates will be escorted to commissary once a week.

3. **Pre-Transfer Unit (B/B Unit Phase II):**

    a.    This unit is physically located in B/B Unit at the United States Penitentiary (USP), High Security, Florence, Colorado.

---

b.  Ordinarily, this is the final step of the Step-Down Program prior to transfer to an appropriate facility.

c.  Inmates will be assigned to 1 of 2 groups.  Each group will have a maximum of 28 inmates.

d.  Upon arrival in this step of the Program, an inmate will initially be single celled for three months.  The inmate will then be reviewed by the unit team for placement in a double occupancy cell.  If approved by the Associate Warden, the inmate will be placed in a double occupancy cell with another inmate.  If not approved, the inmate will be provided written notice of the decision, informing of the reasons why and that the decision can be appealed through the Federal Bureau of Prisons' Administrative Remedy Program.  An inmate denied placement in a double occupancy cell will be reviewed at least monthly.

e.  Inmates will be unrestrained when out of their cells.  The use of restraints is not required during the escort of inmates to various programming areas.

f.  Inmates will consume their meals on the range with their assigned group.

g.  Showers are located on the ranges.  Inmates may shower at any time they are on the range.

h.  Inmates will recreate with their assigned group.  The inmates' out-of-cell recreation will include recreation in the unit and in the outdoor group recreation area.  Recreation periods missed due to visits (legal or social), medical call-outs, and religious services will not be rescheduled.  Ordinarily, inmates will receive 35½ hours of recreation per week.

i.  Ordinarily, inmates will be employed as orderlies, tutors, maintenance workers, barbers, laundry workers, and recreation/wellness workers in the unit.  Assignments will made by the Unit Manager.

j.  Barbering facilities will be made available.  Social and attorney calls will be conducted as established in the Institution Supplement on Telephone Regulations.  Each unit contains an electronic law library, which inmates may sign-up to utilize.  The majority of programming, including Drug Abuse, Education, Recreation, and Religious Services, are

     available via closed circuit television, which is located in the unit.

    k. Inmates will be escorted to commissary once a week.

  D. **CANCELLATION OF OUT-OF-CELL RECREATION** - On those rare occasions when institution emergencies or adverse weather interferes with the recreation schedule, the following procedures will apply:

    1. The Operations Lieutenant has the authority to cancel recreation due to an institution emergency or adverse weather.

    2. Unit officers will ensure any lost recreation time is clearly noted in the unit log, and this information is relayed to the Unit Manager for monitoring.

    3. The Captain and Unit Manager must confer with the appropriate Associate Warden concerning canceled recreation.

5. **STEP-DOWN PROGRAM (PROGRAM)**

  A. **PURPOSE & SCOPE**

    1. The procedures for the Program do not affect the Federal Bureau of Prisons' authority – pursuant to 18 U.S.C. § 3621(b) and as delegated by the Attorney General under 28 C.F.R. § 0.96(c) – to designate an inmate to a different facility, or transfer an inmate between different facilities.

    2. The Program utilizes a stratified system of less-restrictive housing to provide inmates with incentives to adhere to the standards of conduct associated with a maximum security custody program. Ordinarily, as inmates at the ADX demonstrate periods of clear conduct and positive institution adjustment, it is possible for the inmate to progress from the General Population Units, through the Intermediate, Transitional, and Pre-Transfer Units, with increasing degrees of personal freedom and privileges at each stage, and be transferred out of the Program to an open population institution. An inmate's placement in, advancement through, and transfer out of, the Program is a classification decision as to whether the inmate can safely function in a less-restrictive unit without posing a risk to institutional security and good order; posing a risk to the safety and security of staff, inmates or others, including the inmate himself; and/or posing a risk to public safety.

    3. Every inmate has the opportunity to demonstrate he may be housed in a less-restrictive unit.

---

FLM 5321.07(1)B   General Population and   Page 7
        Step Down Unit Operations

Chesser v. BOP,      BOP005477
15-cv-01939-NYW

4. Ordinarily, the Program consists of four steps, differentiated by the conditions of confinement and the minimum time frames for completion. Ordinarily, the minimum time period to complete the program is 36 months. Ordinarily, the minimum stay in a General Population Unit is 12 months, the Intermediate Unit (J/A-Unit) is 6 months, the Transitional Unit (B/B Phase I) is 6 months, and the Pre-Transfer Unit (B/B Phase II) is 12 months. There is no minimum or maximum time period for completion of the Program.

5. Staff must assess whether the inmate has actually demonstrated he can function in a less-restrictive environment through his meeting of the eligibility requirements.

6. In assessing an inmate's compliant behavior for placement into the Intermediate Unit, the Step-Down Screening Committee may determine that while he has demonstrated that he can function in a less restrictive environment without posing a risk to institution security and good order; posing a risk to the safety and security of staff, inmates or others, including himself; and/or posing a risk to public safety, he has not demonstrated that he can function in the Intermediate Unit and may decide to place the inmate in the Pre-Intermediate Unit. An inmate's placement in, and advancement through the Pre-Intermediate Unit into the Intermediate Unit is a classification decision as to whether the inmate can safely function in a less-restrictive unit without posing a risk to institutional security and good order; posing a risk to the safety and security of staff, inmates or others, including the inmate himself; and/or posing a risk to public safety. Ordinarily, the minimum stay in the Pre-Intermediate Unit is 90 days. An inmate's placement into the Pre-Intermediate Unit does not alter the inmate's progression through the Intermediate, Transitional, and Pre-Transfer steps of the Program.

7. If the Step-Down Program Screening Committee determines additional time is needed to assess an inmate's compliant behavior to ensure that when placed in, advanced through, or transferred out of the program the inmate will not: pose a risk to institution security and good order; pose a risk to the safety and security of staff, inmates or others, including the inmate himself; and/or pose a risk to public safety with the additional privileges, the inmate's placement in, advancement through, or transfer out of the program may be deferred.

8. All steps of the program, including the Transitional Unit (B/B Phase I) and the Pre-Transfer Unit (B/B Phase II), are considered part of the ADX.

B. **REFERRAL & ELIGIBILITY FACTORS** - The unit team will review each inmate to determine eligibility for consideration for placement in,

---

advancement through, and/or transfer out of, the Program. Ordinarily, the review will be conducted in connection with regularly scheduled Program Reviews. The inmates are provided a minimum of 48 hours prior notice of scheduled Program Reviews, are expected to attend, and can personally raise questions and concerns about his placement in, advancement through, or transfer out of the program. These meetings are held at least once every six months. Program Reviews give staff and inmates the opportunity to discuss issues in an open forum.

1. **Eligibility for Placement** - Ordinarily, an inmate must meet the following factors to be eligible for consideration for placement in the Step-Down Program, (Intermediate Unit (J/A-Unit)):

    a.  A minimum of 12 months clear conduct, from the date of the incident, while housed in one of the General Population Units;

    b.  Active participation in and completion of all programs recommended by the unit team;

    c.  Positive behavior and respectful conduct towards staff and other inmates; and

    d.  Positive overall institution adjustment to include, but not limited to, personal hygiene, cell sanitation, etc.

    The inmates who the unit team determines are eligible for consideration for placement into the Program will be referred to the Step-Down Program Screening Committee for consideration.

2. **Eligibility for Advancement** - Ordinarily, an inmate must meet the following factors to be eligible for consideration for advancement to the next step (Transitional (B/B Phase I) or Pre-Transfer (B/B Phase II) of the program:

    a.  A minimum of 6 months clear conduct, from the date of the incident, while housed in the respective Intermediate (J/A-Unit) and Transitional Unit (B/B Phase I);

    b.  Active participation in and completion of all programs recommended by the unit team;

    c.  Positive behavior, including respectful and appropriate conduct towards staff and other inmates; and

    d.  Positive overall institution adjustment to include, but not limited to, personal hygiene, cell sanitation, etc.