Inmates who the unit team determines are eligible for consideration for advancement to the next step of the Program will be referred to the Step-Down Program Screening Committee for consideration.

3. **Eligibility for Referral for Transfer Out of the Program -** Ordinarily, an inmate must meet the following factors to be eligible for consideration for transfer out of the program to the general population of a high security institution:

   a. A minimum of 12 months clear conduct, from the date of the incident while housed in the Pre-Transfer Unit (B/B Phase II);

   b. A minimum of 3 months being housed in a double-occupancy cell with another inmate;

   c. Active participation in and completion of all programs recommended by the unit team;

   d. Positive behavior, including respectful and appropriate conduct towards staff and other inmates; and

   e. Positive overall institution adjustment to include, but not limited to, personal hygiene, cell sanitation, etc.

   Inmates who the unit team determines are eligible for transfer out of the program will be recommended for transfer to the Regional Director, North Central Region, from the Warden, ADX Florence.

C. **REVIEW PROCEDURE**

   1. Placement/Advancement

      a. A multi-discipline Step-Down Program Screening Committee (Committee) will review each inmate referred by the unit team to determine whether the inmate can safely function in a less-restrictive unit without posing a risk to institutional security and good order; posing a risk to the safety and security of staff, inmates or others, including the inmate himself; and/or posing a risk to public safety.

      b. The composition of the Committee will ordinarily consist of the Warden of the ADX, Associate Warden with daily oversight of ADX Unit Management, ADX Captain, Special Investigative Agent, Case Management Coordinator, Unit Managers (General Population, Pre-Intermediate (K/A-Unit), Intermediate (J/A-Unit), Transitional (B/B Phase I), & Pre-Transfer (B/B Phase II)), Psychology, and Supervisory Attorney.

c. The determinations made by the Committee are made on a case-by-case basis.

d. Eligibility for consideration does not equate to appropriateness for placement into or advancement to the next step of the program.

e. The factors the Committee may consider when determining whether the inmate can safely function in a less-restrictive unit without posing a risk to institutional security and good order; posing a risk to the safety and security of staff, inmates or others, including the inmate himself; and/or posing a risk to public safety, include, but are not limited to:

  i. The inmate's conduct while housed at the ADX, the Transitional Unit (B/B Phase I), and/or the Pre-Transfer Unit (B/B Phase II) physically located at the USP;

  ii. The inmate's participation in and completion of programs recommended by the unit team while housed at the ADX, the Transitional Unit (B/B Phase I), and/or the Pre-Transfer Unit (B/B Phase II) physically located at the USP;

  iii. The inmate's behavior and conduct towards, and interaction with, staff and other inmates while at the ADX, the Transitional Unit (B/B Phase I), and/or the Pre-Transfer Unit (B/B Phase II) physically located at the USP;

  iv. The inmate's overall institution adjustment, personal hygiene, and cell sanitation while at the ADX, the Transitional Unit (B/B Phase I), and/or the Pre-Transfer Unit (B/B Phase II) physically located at the USP;

  v. The reason(s) the inmate was designated to the ADX;

  vi. The inmate's criminal history;

  vii. The inmate's involvement with criminal organizations, if any, and the potential safety and security threat(s) implicated by such involvement;

  viii. The inmate's overall adjustment during his history of confinement;

|     |     |       |                                                                                                                                                                                                                                                                                                                                                         |
| --- | --- | ----- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     |     | ix.   | The institution's safety and security needs, including the safety and security of staff;                                                                                                                                                                                                                                                                |
|     |     | x.    | The safety and security needs of the inmate;                                                                                                                                                                                                                                                                                                            |
|     |     | xi.   | The safety and security needs of other inmates;                                                                                                                                                                                                                                                                                                         |
|     |     | xii.  | The safety and security needs of the public;                                                                                                                                                                                                                                                                                                            |
|     |     | xiii. | Any other relevant factor(s).                                                                                                                                                                                                                                                                                                                           |
|     | f.  |       | The review by the Committee is not a hearing. The inmate is not entitled to be present, to have counsel, or to call witnesses.  As mentioned, the inmate may present issues concerning his advancement during his Program Reviews. The inmate is notified at least 48 hours before his scheduled Program Review.  This is the inmate's opportunity for individual attention and he is encouraged to ask questions and discuss concerns. |
|     | g.  |       | The final decision regarding placement in, or advancement to the next step of the program, is made by the   Warden of the ADX.                                                                                                                                                                                                                          |
| 2.  |     |       | Recommendation for Transfer Out of the Program                                                                                                                                                                                                                                                                                                          |
|     | a.  |       | The determinations to transfer inmates out of the program are made on a case-by-case or inmate-by-inmate basis.                                                                                                                                                                                                                                         |
|     | b.  |       | Eligibility for consideration to be transferred out of the program does not equate to appropriateness for transfer out of the program.                                                                                                                                                                                                                  |
|     | c.  |       | The recommendation for transfer out of the Program is made by the Warden of the ADX to the Regional Director.                                                                                                                                                                                                                                           |
|     | d.  |       | The factors the Regional Director may consider include, but are not limited to, those factors set forth in Part C 1(e), above.                                                                                                                                                                                                                          |
|     | e.  |       | The review by the Regional Director is not a hearing.  The inmate is not entitled to be present, to have counsel, or to call witnesses.  As mentioned, the inmate may present issues concerning his transfer out of the program during his Program Reviews.  The inmate is notified at least 48 hours before his scheduled Program Review.  This is the inmate's opportunity for individual attention and he is encouraged to ask questions and discuss concerns. |

---

    f. The final decision regarding transfer out of the program is made by the Regional Director, North Central Region.

 3. Notification

    a. Each inmate will receive written notification of the decision from the appropriate Associate Warden.

    b. If the inmate is denied placement into, advancement to the next step of, or transfer out of the Program, the Associate Warden's written notification will include the following:

      i. The reason(s) for the denial, unless it is determined the release of this information could pose a threat to individual safety or institutional security, in which case that limited information may be withheld.

      ii. The inmate may appeal the decision through the Administrative Remedy Program.

    c. If the notification concerns the denial of a recommendation for transfer out of the program, the notice will also include the Regional Director's direction as to when the inmate should next be recommended for transfer.

 4. The denial of an inmate for placement in, advancement to the next step of, or transfer out of the program does not preclude the Committee and/or Regional Director from exercising their discretion to reach a different conclusion at a future review.

 5. Provided the inmate who was denied continues to meet the eligibility factors for placement in or advancement to the next step of the program, the inmate will continue to be reviewed at least every six months.

D. **REMOVAL**

 1. Inmates may be removed from any step of the program for the following reasons:

    a. If the inmate is found guilty of committing prohibited acts by the UDC or DHO;

    b. If the inmate can no longer safely function in a less-restrictive unit without posing a risk to institutional security and good order; posing a risk to the safety and security of staff, inmates or others, including the inmate himself; and/or posing a risk to

---

FLM 5321.07(1)B     General Population and Step Down Unit Operations     Page 13

        public safety, based on the factors set forth in Part C.1(e), above.

2. The circumstances warranting consideration for removal (e.g., threatening, safety, and security) may require the inmate to be immediately removed from the program.

3. The final decision regarding removal of an inmate from any step of the program is made by the Associate Warden responsible for the daily oversight of Unit Management.

4. If an inmate is removed from any step of the program as a program failure, a recommendation will be made by the Step-Down Unit Team as to whether the inmate should be placed in the Intermediate Unit (J/A-Unit), Transitional Unit (B/B Phase I), or a General Population Unit (D, E, F, & G). The determination will be made on a case-by-case basis. However, inmates who are removed from the program and found guilty by the DHO for greatest severity level incident reports (100 series) or high severity level incident reports (200 series) will be placed in the Special Housing Unit and subsequently assigned to an ADX General Population Unit.

5. The inmate will receive written notice that he is being considered for removal from the program. The notice will contain the reasons for removal from the program, unless it is determined that the release of this information could pose a threat to individual safety or institutional security, in which case that limited information may be withheld. The written notice may be made through the Administrative Detention Order form (BP-308(52)). The inmate may submit a written statement for consideration, regarding whether removal from the Program is warranted.

6. The inmate will receive written notice of the decision. The written notice will include the reasons for the decision, unless it is determined the release of this information could pose a threat to individual safety or institutional security, in which case that limited information may be withheld. The notice will also notify the inmate that he may appeal the decision through the Federal Bureau of Prisons' Administrative Remedy Program.

6. **Privilege Incentive Program (PIP)**

   A. The PIP is offered to all inmates in the General Population and Step-Down units who are on prolonged disciplinary telephone, visiting, and/or commissary restriction. By demonstrating positive programming for 3 consecutive months, these inmates may be considered for an exception to their disciplinary sanction.

---

B.  In order to be considered for the PIP, inmates must submit a written request to their respective Unit Manager.

C.  The purpose of the PIP is provide incentives for inmates who are on prolonged disciplinary restrictions to participate in available programs and maintain clear conduct, furthering the mission of the General Population and Step-Down Program.  As inmates participate in programs, it is possible for inmates to have certain privileges restored that were suspended through the discipline process.  A goal of the PIP is to assist inmates by enhancing and promoting the Federal Bureau of Prisons' reentry initiative, which encourages them to build better community ties with other individuals.

D.  Inmates must demonstrate positive programming by meeting the following requirements:

1.  Paying all disciplinary fines;

2.  Maintaining clear disciplinary conduct;

3.  Participating in the Inmate Financial Responsibility Program, and/or encumbrance (50/50) program;

4.  Maintaining a job with satisfactory work performance, if applicable;

5.  Active participation in and satisfactory completion of all programs recommended by the Unit Team;

6.  Completion of all ABE/GED, or satisfactory progress towards obtaining a GED as determined by Education staff, or be exempt from the Literacy Program;

7.  Obtaining at least one form of identification;

8.  Positive overall institution adjustment to include, but not limited to, personal hygiene,   cell sanitation with established standards;

9.  Positive behavior and respectful conduct towards staff and other inmates.

10. Attendance at all Program Reviews

11. Enrollment and active participation in the Doing Time with the Right Mind program administred through the Unit Team, and Non-Residential Drug and Alcohol Program

E. The PIP is a four-level program. The types of incentives are determined by the level. The privileges will be awarded as follows:

| Level | Time Period | Telephone Incentive |
|---|---|---|
| 1 | 3 months meeting requirements<br><br>Incentives are for the next six months, or expiration of sanctions | 1 15 minute phone call per month<br>$40 commissary purchase per month<br>1 social visit per month |
| 2 | 6 months meeting requirements<br><br>Incentives are for the next six months, or expiration of sanctions | 1 15 minute phone call per monthl<br>$80 commissary purchase per month<br>2 social visit per month |
| 3 | 9 months meeting requirements<br><br>Incentives are for the next six months, or expiration of sanctions | 1 15 minute phone call per month<br>$120 commissary purchase per month<br>3 social visit per month |
| 4 | 12 months meeting requirements<br><br>Incentives continue as long as inmate meets eligibility criteria, or expiration of sanctions | 2 15 minute phone calls per month<br>$160 commissary purchase per month<br>4 social visit per month |

F. Inmates will be reviewed by their Unit Team every 3 months to determine their appropriateness for additional telephone calls. Inmates who fail to meet the eligibility criteria at this review will return to Level 1. An inmate's failure to maintain clear conduct between 3 months reviews will result in the inmate returning to Level 1.

**DISTRIBUTION:**

**Directives Libraries**
**Correctional Programs Administrator, NCRO**
**AFGE**
**Inmate Law Library**