**Attachment 3**
**Declaration of David Christensen**

**B/B Weekly Activities Schedule**

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

## B/B WEEKLY ACTIVITIES SCHEDULE (WEEK #1)

|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| 6:30 AM to 7:00 AM<br>Breakfast | Range #6 | Range #8 | Range #6 | Lockdown | Range #6 | Range #8 | Range #6 |
| 7:00 AM to 8:00 AM<br>Breakfast | Range #8 | Range #6 | Range #8 | Lockdown | Range #8 | Range #6 | Range #8 |
| 8:00 AM to 11:00 AM<br>Outside Rec<br>Weekdays |  | Range #6 | Range #7 | 8 to 9<br>Medical<br>Callouts | Range #5 | Range #6 |  |
| 8:00 AM to 9:30 AM<br>Outside Rec<br>Weekends | Range #5 |  |  |  |  |  | Range #7 |
| 8:00 AM to 11:00 AM<br>Indoor Activities<br>Weekdays |  | Range #8 | Range #5 | Range #7 9 to 10<br>Range #5 10 to<br>11 AM | Range #7 | Range #8 |  |
| 8:00 AM to 9:30 AM<br>Indoor Activities<br>Weekends | Range #7 |  |  |  |  |  | Range #5 |
| 9:30 AM to 9:55 AM<br>Indoor Activities /<br>Showers Weekends | Range #5 |  |  |  |  |  | Range #7 |
| 11:00 AM to 11:25 AM<br>Indoor Activities /<br>Showers<br>Weekdays |  | Range #6 | Range #7 | Lockdown | Range #5 | Range #6 |  |
| 11:30 AM to 12:00 PM<br>Noon Meal | In Cell<br>Feeding | In Cell<br>Feeding | In Cell<br>Feeding | In Cell<br>Feeding | In Cell<br>Feeding | In Cell<br>Feeding | In Cell<br>Feeding |
| 12:00 PM to 3:00 PM<br>Outside Rec | Range #8 | Range #7 | Range #6 | Lockdown | Range #8 | Range #7 | Range #6 |
| 12:00 PM to 3:00 PM<br>Indoor Activities | Range #6 | Range #5 | Range #8 | Lockdown | Range #6 | Range #5 | Range #8 |

BOP001098

| 3:00 PM to 4:00 PM<br>Indoor Activities /<br>Showers | Range #8 | Range #7 | Range #6 | Lockdown | Range #8 | Range #7 | Range #6 |
|---|---|---|---|---|---|---|---|
| 4:30 PM to 5:30 PM<br>Evening Meal | In Cell<br>Feeding | In Cell<br>Feeding | In Cell<br>Feeding | In Cell<br>Feeding | In Cell<br>Feeding | In Cell<br>Feeding | In Cell<br>Feeding |
| 5:30 PM to 8:00 PM<br>Evening Activities | Weekends 5:30 pm<br>to 8:55 pm<br>Range #5 | Range #6 | Range #7 | Range #6 5:30 to<br>6:30<br>Range #8 6:30 to<br>7:30 | Range #5 | Range #6 | Weekends 5:30 pm<br>to 8:55 pm<br>Range #7 |
| 5:30 PM to 8:00 PM<br>Outside Rec<br>Weekdays | | Range #8 | Range #5 | Lockdown | Range #7 | Range #8 | |
| 8:00 PM to 8:55 PM<br>Evening Activities /<br>Showers | | Range #8 | Range #5 | Lockdown | Range #7 | Range #8 | |

**BOP001099**

## B/B WEEKLY ACTIVITIES SCHEDULE (WEEK #2)

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| 6:30 AM to 7:00 AM Breakfast | Range #8 | Range #6 | Range #8 | Lockdown | Range #8 | Range #6 | Range #8 |
| 7:00 PM to 8:00 AM Breakfast | Range #6 | Range #8 | Range #6 | Lockdown | Range #6 | Range #8 | Range #6 |
| 8:00 AM to 11:00 AM Outside Rec Weekdays | | Range #5 | Range #6 | 8 to 9 Medical Callouts | Range #8 | Range #5 | |
| 8:00 AM to 9:30 AM Outside Rec Weekends | Range #8 | | | | | | Range #6 |
| 8:00 AM to 11:00 AM Indoor Activities Weekdays | | Range #7 | Range #8 | Range #6 9 to 10 Range #8 10 to 11 AM | Range #6 | Range #7 | |
| 8:00 AM to 9:30 AM Indoor Activities Weekends | Range #6 | | | | | | Range #8 |
| 9:30 AM to 9:55 AM Indoor Activities / Showers Weekends | Range #8 | | | | | | Range #6 |
| 11:00 AM to 11:25 AM Indoor Activities / Showers Weekdays | | Range #5 | Range #6 | Lockdown | Range #8 | Range #5 | |
| 11:30 AM to 12:00 PM Noon Meal | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding |
| 12:00 PM to 3:00 PM Outside Rec | Range #5 | Range #8 | Range #7 | Lockdown | Range #5 | Range #8 | Range #7 |
| 12:00 PM to 3:00 PM Indoor Activities | Range #7 | Range #6 | Range #5 | Lockdown | Range #7 | Range #6 | Range #5 |

BOP001100

| 3:00 PM to 4:00 PM Indoor Activities / Showers | Range #5 | Range #8 | Range #7 | Lockdown | Range #5 | Range #8 | Range #7 |
|---|---|---|---|---|---|---|---|
| 4:30 PM to 5:30 PM Evening Meal | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding |
| 5:30 PM to 8:00 PM Evening Activities | Weekends 5:30 pm to 8:55 pm Range #8 | Range #5 | Range #6 | Range #5 5:30 to 6:30 Range #7 6:30 to 7:30 | Range #8 | Range #5 | Weekends 5:30 pm to 8:55 pm Range #6 |
| 5:30 PM to 8:00 PM Outside Rec Weekdays | | Range #7 | Range #8 | Lockdown | Range #6 | Range #7 | |
| 8:00 PM to 8:55 PM Evening Activities / Showers | | Range #7 | Range #8 | Lockdown | Range #6 | Range #7 | |

**BOP001101**

## B/B WEEKLY ACTIVITIES SCHEDULE (WEEK #3)

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| 6:30 AM to 7:00 AM<br>Breakfast | Range #6 | Range #8 | Range #6 | Lockdown | Range #6 | Range #8 | Range #6 |
| 7:00 PM to 8:00 AM<br>Breakfast | Range #8 | Range #6 | Range #8 | Lockdown | Range #8 | Range #6 | Range #8 |
| 8:00 AM to 11:00 AM<br>Outside Rec<br>Weekdays | | Range #8 | Range #5 | 8 to 9<br>Medical<br>Callouts | Range #7 | Range #8 | |
| 8:00 AM to 9:30 AM<br>Outside Rec<br>Weekends | Range #7 | | | | | | Range #5 |
| 8:00 AM to 11:00 AM<br>Indoor Activities<br>Weekdays | | Range #6 | Range #7 | Range #7 9 to 10<br>Range #5 10 to<br>11 AM | Range #5 | Range #6 | |
| 8:00 AM to 9:30 AM<br>Indoor Activities<br>Weekends | Range #5 | | | | | | Range #7 |
| 9:30 AM to 9:55 AM<br>Indoor Activities/<br>Showers Weekends | Range #7 | | | | | | Range #5 |
| 11:00 AM to 11:25 AM<br>Indoor Activities /<br>Showers<br>Weekdays | | Range #8 | Range #5 | Lockdown | Range #7 | Range #8 | |
| 11:30 AM to 12:00 PM<br>Noon Meal | In Cell<br>Feeding | In Cell<br>Feeding | In Cell<br>Feeding | In Cell<br>Feeding | In Cell<br>Feeding | In Cell<br>Feeding | In Cell<br>Feeding |
| 12:00 PM to 3:00 PM<br>Outside Rec | Range #6 | Range #5 | Range #8 | Lockdown | Range #6 | Range #5 | Range #8 |
| 12:00 PM to 3:00 PM<br>Indoor Activities | Range #8 | Range #7 | Range #6 | Lockdown | Range #8 | Range #7 | Range #6 |

BOP001102

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3:00 PM to 4:00 PM Evening Activities / Showers | Range #6 | Range #5 | Range #8 | Lockdown | Range #6 | Range #5 | Range #8 |
| 4:30 PM to 5:30 PM Evening Meal | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding |
| 5:30 PM to 8:00 PM Evening Activities | Weekends 5:30 pm to 8:55 pm Range #7 | Range #8 | Range #5 | Range #6 5:30 to 6:30 Range #8 6:30 to 7:30 | Range #7 | Range #8 | Weekends 5:30 pm to 8:55 pm Range #5 |
| 5:30 PM to 8:00 PM Outside Rec Weekdays | | Range #6 | Range #7 | Lockdown | Range #5 | Range #6 | |
| 8:00 PM to 8:55 PM Evening Activities / Showers | | Range #6 | Range #7 | Lockdown | Range #5 | Range #6 | |

**BOP001103**

## B/B WEEKLY ACTIVITIES SCHEDULE (WEEK #4)

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| 6:30 AM to 7:00 AM Breakfast | Range #8 | Range #6 | Range #8 | Lockdown | Range #8 | Range #6 | Range #8 |
| 7:00 PM to 8:00 AM Breakfast | Range #6 | Range #8 | Range #6 | Lockdown | Range #6 | Range #8 | Range #6 |
| 8:00 AM to 11:00 AM Outside Rec Weekdays | | Range #7 | Range #8 | 8 to 9 Medical Callouts | Range #6 | Range #7 | |
| 8:00 AM to 9:30 AM Outside Rec Weekends | Range #6 | | | | | | Range #8 |
| 8:00 AM to 11:00 AM Indoor Activities Weekdays | | Range #5 | Range #6 | Range #6 9 to 10 Range #8 10 to 11 AM | Range #8 | Range #5 | |
| 8:00 AM to 9:30 AM Indoor Activities Weekends | Range #8 | | | | | | Range #6 |
| 9:30 AM to 9:55 AM Indoor Activities/ Showers Weekends | Range #6 | | | | | | Range #8 |
| 11:00 AM to 11:25 AM Indoor Activities / Showers Weekdays | | Range #7 | Range #8 | Lockdown | Range #6 | Range #7 | |
| 11:30 AM to 12:00 PM Noon Meal | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding |
| 12:00 PM to 3:00 PM Outside Rec | Range #7 | Range #6 | Range #5 | Lockdown | Range #7 | Range #6 | Range #5 |
| 12:00 PM to 3:00 PM Indoor Activities | Range #5 | Range #8 | Range #7 | Lockdown | Range #5 | Range #8 | Range #7 |

BOP001104

| 3:00 PM to 4:00 PM Indoor Activities / Showers | Range #7 | Range #6 | Range #5 | Lockdown | Range #7 | Range #6 | Range #5 |
|---|---|---|---|---|---|---|---|
| 4:30 PM to 5:30 PM Evening Meal | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding | In Cell Feeding |
| 5:30 PM to 8:00 PM Evening Activities | Weekends 5:30 pm to 8:55 pm Range #6 | Range #7 | Range #8 | Range #5 5:30 to 6:30 Range #7 6:30 to 7:30 | Range #6 | Range #7 | Weekends 5:30 pm to 8:55 pm Range #8 |
| 5:30 PM to 8:00 PM Outside Rec Weekdays | | Range #5 | Range #6 | Lockdown | Range #8 | Range #5 | |
| 8:00 PM to 8:55 PM Evening Activities / Showers | | Range #5 | Range #6 | Lockdown | Range #8 | Range #5 | |

**BOP001105**

Chesser v. BOP,
15-cv-01939-NYW