# Attachment 4
# Declaration of David Christensen

# August 22, 2017, Memorandum re: Religious Activities Procedures Bravo-Bravo

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW



**U.S. Department of Justice**
Federal Bureau of Prisons
United States Penitentiary
Florence, Colorado 81226

August 22, 2017

MEMORANDUM FOR: **ALL STAFF**

FROM: E.A. Earwin, Captain

SUBJECT: Religious Activities Procedures Bravo-Bravo

Effective immediately with the issuance of this memorandum, the following procedures will be implemented in reference to religious activities/adherence within the Bravo-Bravo (BB) Housing Unit.

A. Inmates are allowed to utilize Television Room #4 for their religious activities in addition to its current uses. The maximum number of inmates allowed in the room at any time is (8) eight, consistent with range and established security procedures.

B. Television Room #4 must be search prior to, and after inmate use. Additionally, inmates will be randomly pat searched, and metal detected, upon their entrance and departure from the room/area.

C. Only the range schedule for recreation/indoor activities will be able to utilize Television Room #4. <u>There will be no mixing of ranges or security levels/phases, due to separation and security concerns</u>.

D. There will be no exceptions to these procedures without prior written approval from the Captain and notification to the Unit Manager.

E. Inmates utilizing Television Room #4 must adhere to all Bureau of Prisons and institutional policies, procedures, and established rules.

Please contact me if there are any questions or concerns.