# Attachment 1
# Declaration of Jason Henderson

# Inmate History Quarters

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

```
   FLMCJ  531.01 *              INMATE HISTORY              *     02-08-2018
   PAGE 001       *                 QUARTERS                *       11:12:36

    REG NO..: 76715-083 NAME....: CHESSER, ZACHARY ADAM
    CATEGORY: QTR        FUNCTION: PRT       FORMAT:

 FCL   ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
 FLP   B07-208L   HOUSE B/RANGE 07/BED 208L    11-09-2017 1025 CURRENT
 FLP   B07-208L   HOUSE B/RANGE 07/BED 208L    08-17-2017 1457 11-09-2017 0650
 FLP   R01-001L   HOUSE R/RANGE 01/BED 001L    08-17-2017 1259 08-17-2017 1457
 FLM   J01-110L   HOUSE J/RANGE 01/BED 110L    01-24-2017 1539 08-17-2017 1209
 FLM   J01-110L   HOUSE J/RANGE 01/BED 110L    01-17-2017 1445 01-24-2017 0957
 FLM   F05-103L   HOUSE F/RANGE 05/BED 103L    10-25-2016 1008 01-17-2017 1445
 FLM   F05-104L   HOUSE F/RANGE 05/BED 104L    07-06-2016 1849 10-25-2016 1008
 FLM   F01-104L   HOUSE F/RANGE 01/BED 104L    07-02-2016 0815 07-06-2016 1849
 FLM   F01-105L   HOUSE F/RANGE 01/BED 105L    07-02-2016 0815 07-02-2016 0815
 FLM   F01-104L   HOUSE F/RANGE 01/BED 104L    07-02-2016 0815 07-02-2016 0815
 FLM   F01-105L   HOUSE F/RANGE 01/BED 105L    07-02-2016 0814 07-02-2016 0815
 FLM   F01-104L   HOUSE F/RANGE 01/BED 104L    07-02-2016 0814 07-02-2016 0814
 FLM   F01-105L   HOUSE F/RANGE 01/BED 105L    07-02-2016 0814 07-02-2016 0814
 FLM   F01-104L   HOUSE F/RANGE 01/BED 104L    04-11-2016 0844 07-02-2016 0814
 FLM   F01-110L   HOUSE F/RANGE 01/BED 110L    01-05-2016 1015 04-11-2016 0844
 FLM   F01-111L   HOUSE F/RANGE 01/BED 111L    11-12-2015 0825 01-05-2016 1015
 FLM   F01-111L   HOUSE F/RANGE 01/BED 111L    09-02-2015 0958 11-12-2015 0630
 FLM   F01-101L   HOUSE F/RANGE 01/BED 101L    06-25-2015 0909 09-02-2015 0958
 FLM   F01-102L   HOUSE F/RANGE 01/BED 102L    03-05-2015 0930 06-25-2015 0909
 FLM   F01-104L   HOUSE F/RANGE 01/BED 104L    12-03-2014 1138 03-05-2015 0930
 FLM   F01-105L   HOUSE F/RANGE 01/BED 105L    08-13-2014 0952 12-03-2014 1138
 FLM   F01-106L   HOUSE F/RANGE 01/BED 106L    06-23-2014 1439 08-13-2014 0952
 FLM   Z03-202LAD HOUSE Z/RANGE 03/BED 202L AD 06-12-2014 1625 06-23-2014 1439
 OKL   Z03-724LDS HOUSE Z/RANGE 03/BED 724L DS 06-02-2014 1851 06-12-2014 0800
 OKL   R01-001L   HOUSE R/RANGE 01/BED 001L    06-02-2014 1750 06-02-2014 1851
 MAR   I02-010LAD HOUSE I/RANGE 02/BED 010L AD 05-19-2014 0941 06-02-2014 0730
 MAR   I02-013LAD HOUSE I/RANGE 02/BED 013L AD 04-28-2014 0814 05-19-2014 0941
 MAR   I02-012LAD HOUSE I/RANGE 02/BED 012L AD 04-08-2014 0824 04-28-2014 0814
 MAR   I02-011LAD HOUSE I/RANGE 02/BED 011L AD 03-18-2014 0843 04-08-2014 0824
 MAR   I02-012LAD HOUSE I/RANGE 02/BED 012L AD 02-26-2014 0925 03-18-2014 0843
 MAR   I02-011LAD HOUSE I/RANGE 02/BED 011L AD 02-06-2014 1214 02-26-2014 0925
 MAR   I02-012LAD HOUSE I/RANGE 02/BED 012L AD 01-17-2014 1226 02-06-2014 1214
 MAR   I02-013LAD HOUSE I/RANGE 02/BED 013L AD 01-07-2014 1054 01-17-2014 1226
 MAR   I02-012LAD HOUSE I/RANGE 02/BED 012L AD 12-23-2013 1158 01-07-2014 1054
 MAR   I02-014LAD HOUSE I/RANGE 02/BED 014L AD 12-04-2013 1442 12-23-2013 1158
 MAR   I01-016L   HOUSE I/RANGE 01/BED 016L    11-19-2013 1508 12-04-2013 1442
 MAR   I01-016L   HOUSE I/RANGE 01/BED 016L    09-18-2013 1447 11-19-2013 0730
 MAR   I02-014LAD HOUSE I/RANGE 02/BED 014L AD 08-14-2013 2140 09-18-2013 1447
 MAR   I01-006L   HOUSE I/RANGE 01/BED 006L    02-12-2013 1513 08-14-2013 2140
 MAR   I01-001L   HOUSE I/RANGE 01/BED 001L    06-13-2012 0931 02-12-2013 1513
 MAR   I03-011L   HOUSE I/RANGE 03/BED 011L    05-31-2012 0910 06-13-2012 0931


    G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLMCJ   531.01 *                INMATE HISTORY                 *    02-08-2018
  PAGE 002 OF 002 *                   QUARTERS                    *    11:12:36

  REG NO..: 76715-083 NAME....: CHESSER, ZACHARY ADAM
  CATEGORY: QTR         FUNCTION: PRT           FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME  STOP  DATE/TIME
 MAR    I03-004L   HOUSE I/RANGE 03/BED 004L    05-22-2012 1235 05-31-2012 0910
 MAR    I03-007L   HOUSE I/RANGE 03/BED 007L    05-21-2012 0910 05-22-2012 1235
 MAR    I02-010LAD HOUSE I/RANGE 02/BED 010L AD 05-17-2012 1510 05-21-2012 0910
 MAR    I02-011LAD HOUSE I/RANGE 02/BED 011L AD 05-02-2012 1414 05-17-2012 1510
 MAR    I03-012L   HOUSE I/RANGE 03/BED 012L    04-10-2012 1446 05-02-2012 1414
 MAR    I03-002L   HOUSE I/RANGE 03/BED 002L    04-09-2012 1423 04-10-2012 1446
 MAR    I03-011L   HOUSE I/RANGE 03/BED 011L    03-15-2012 1638 04-09-2012 1423
 MAR    I02-014LAD HOUSE I/RANGE 02/BED 014L AD 02-27-2012 1331 03-15-2012 1638
 MAR    I03-011L   HOUSE I/RANGE 03/BED 011L    01-20-2012 0845 02-27-2012 1331
 MAR    I03-002L   HOUSE I/RANGE 03/BED 002L    01-09-2012 1455 01-20-2012 0845
 MAR    I02-015LDS HOUSE I/RANGE 02/BED 015L DS 11-30-2011 0939 01-09-2012 1455
 MAR    I03-002L   HOUSE I/RANGE 03/BED 002L    10-20-2011 2027 11-30-2011 0939
 MAR    I03-005L   HOUSE I/RANGE 03/BED 005L    08-19-2011 2108 10-20-2011 2027
 MAR    I04-016L   HOUSE I/RANGE 04/BED 016L    05-05-2011 0614 08-19-2011 2108
 MAR    I03-017L   HOUSE I/RANGE 03/BED 017L    05-04-2011 0629 05-05-2011 0614
 MAR    I03-016L   HOUSE I/RANGE 03/BED 016L    05-02-2011 1730 05-04-2011 0629
 MAR    I04-005L   HOUSE I/RANGE 04/BED 005L    05-02-2011 1344 05-02-2011 1730
 OKL    Z02-715UAD HOUSE Z/RANGE 02/BED 715U AD 04-18-2011 2057 05-02-2011 0925
 OKL    R01-001L   HOUSE R/RANGE 01/BED 001L    04-18-2011 1725 04-18-2011 2057




 G0000         TRANSACTION SUCCESSFULLY COMPLETED
```