# Attachment 2
# Declaration of Jason Henderson

# ADX Admission and Orientation Handbook

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

# ADMISSION AND ORIENTATION

# HANDBOOK



**UNITED STATES PENITENTIARY**

**ADMINISTRATIVE MAXIMUM FACILITY**

**FLORENCE, COLORADO**

**June 1, 2012**

Chesser v. BOP,
15-cv-01939-NYW

BOP005489

in place of group counseling.  These programs will include Stress Management, Drug Abuse Programming (40-Hour Drug Education Program), Anger Management, and various other topics.  If you successfully complete a formal program, you will receive a certificate.  Copies of these certificates will also be sent to your unit team and be placed in your psychology file.  If you need to speak with a Psychologist before or after your intake screening you may send an Inmate Request to Staff Member (Cop-Out) form to Psychology Services.  When we receive the cop-out, you will be seen as soon as possible.

For psychiatric care, we have the services of a complex psychiatrist who typically sees inmates at the ADX one day per week. If you believe you need psychotropic medication, first send a copout to Psychology Services explaining why you believe you need it. If appropriate, Psychology staff will make a referral to the Psychiatrist.

If your issue is an emergency, please notify either your unit team or the unit officers.  They will contact Psychology, and you will be seen as soon as possible.  No problem is too small to bring up, and no problem is too big to be resolved.

Should you feel suicidal or know of another inmate who you believe could be suicidal, it is very important that you contact staff immediately so Psychology can do an assessment.

## RELIGIOUS SERVICES

The Religious Services Department provides pastoral care and assists in meeting the spiritual needs of all inmates.  The staff of Religious Services is comprised of one Chaplain and one Religious Services Counselor, and one Religious Services Secretary. Religious Services personnel are in each unit regularly to visit with you.

A wide variety of religious services and programs are made available to you on the closed circuit television.  The closed circuit television will also broadcast religious movies, studies, documentaries, and musical specials.  There are a large variety of religious books available for you to check out from the Chapel Library.  Please send a request to the Chaplain's Office to check out books.  The Chaplaincy staff is dedicated to ministering to you at your level of need.  The staff is interested in helping you to understand and work through any issues or problem that you may have.  You are encouraged to get

involved with the Religious Services department and all that it has to offer you.

## EDUCATION

A variety of educational programs and opportunities are offered at ADX Florence.  These programs include Adult Basic Education, General Equivalency Diploma, Adult Continuing Education, Post-Secondary Education, and English as a Second Language.  The Leisure and Law Libraries are also available through the Education Department.

All education programming and unofficial testing is individual based and completed within the inmate's cell.  Most instruction is given through the closed circuit television system, coupled with printed materials. Any official testing will be completed on the unit in a secure area as prescribed by the test administrator.

Inmates eligible will be allowed to enroll in one approved correspondence college program at a time, taking up to two classes per semester.  All colleges programs are paid for by the inmate.

Leisure material is available for checkout weekly from the Education Department.  Booklist are distributed quarterly to each unit.  Booklist will vary from unit to unit.

Electronic Law Library (ELL) systems are placed on each range in the housing units for inmates' accessibility to legal materials.

## RECREATION

The Recreation Department will provide a variety of approved organized and free form activities.  Some of these activities are basketball, handball, and special holiday activities. Holiday activities will include:  table games, tournaments, and contests.

## HEALTH SERVICES

**PURPOSE:**

To acquaint newly arrived inmates with the appropriate information concerning infectious diseases, health care procedures, co-pay and other related issues.