# Attachment 3
# Declaration of Jason Henderson

# Chesser ADX Copouts to Chaplaincy

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

MWismw

Cop-out

To: Religious Services

From: Zachary Chesser

# :76715-083

Cell (FOI-110L)

Date : 2/23/16

Please put me on common fare / certified diet

—Thank you

BOP005393

Cop-out

To: Religious Services        From: Zachary Chesser
                              #   : 76715-083
                              Cell : J01-110
                              Date : 3/7/17

Please put me on common fare.

Cop-out

To: Religious Services

From: Zachary Chesser

# : 76715-083

Cell: FC1-104L

Date: 3/1/15

Please switch me to a certified diet.

—Thank you

BOP005395

Cop-out

To: Food Services

From: Zachary Chesser

# : 76715-083

Cell: F01-102C

Date: 5/5/15

Please switch me to a no-meat tray.

If it is possible to do a no-pork and no-beef tray for me, I would actually prefer that, because I can eat poultry and seafood, but I cannot eat beef or pork. Otherwise, just do a no-meat tray.

— Thank you

BOP005396

Muslim 2011

Copout

To: Religious Services

from: Zachary A. Chesser

#: 76716-083

Unit: C (Hu)

Cell: B309

1: 2/13/14

Please bring me an all Arabic copy of the Quran, Prayer schedule for Islamic prayer times, a list of all items books available (Arabic and English), a prayer rug, an English translation of the Quran (if I must choose between the Arabic and English, I prefer an all-Arabic copy to either one with both English and Arabic), and any other items or information which might be useful to a Sunni Muslim who speaks Arabic and English who just arrived at ADX Florence.

Thank you.





6/2/2014 7:48 AM

BOP005398

## A NOTE FROM THE CHAPLAINS OFFICE
June 16, 2014

Religious Services does not have prayer rugs to provide to inmates any longer. Per FCC 5390.09C (9) which reads in part "All items purchased with appropriated funds remain the property of Religious Services Department and may not be given to inmates as personal property." If you want a prayer rug you must purchase one through commissary. Enclosed is the English book list. The Arabic booklist is being revised with help from the Imam. Once it is updated, a copy will be provided to you.

Religious Services

Copout

To: Religious Services

From: Zachary Chessor
# : 76715-083
Cell : F01-1021
Date: 3/30/15

Please send me that packet you guys have for programming.

- Thank you

## A NOTE FROM THE CHAPLAINS OFFICE
April 20, 2015

Religious Services has received your request to participate in the Threshold program.  The program is designed for a group setting but at the ADX must be completed on your own.  There are a total of four books you will receive.  You can write your answers in the books.  The first two books are Daily Journaling and Orientation book Phase 1.  When you finish the Phase 1 book, return it to me in religious services.  The Chaplain will review it.  The Phase 2 book will be sent to you to complete.  There are a total of 3 phases to complete.  The course is at your own pace, usually no longer than six months.  At the end of the course you will be listed as a Threshold graduate and presented with a certificate and two copies.  You can turn one copy of the certificate to your unit team.  If you have any questions feel free to contact religious services staff.


Counselor Knox
Religious Services

Copout

To: Religious Services

From: Zachary A. Chesser

\#     : 76715-083

Cell : F01-111L

Date : 12/14/15

Please send me:

1. The Arabic Islamic booklist for GP

2. Three SPO forms for buying religious items

— Thank you —



BOP005407

## A NOTE FROM THE CHAPLAINS OFFICE
December 21, 2015

Religious Services has received your request and attached is the Islamic Book list and three SPO forms.

RSA Rall
Religious Services

CHESSER, Z.
76715-083

Religious Services has received your Cop-out in regards to the time you receive your medication. The national guidance memo states, "Ingesting anything from dawn to sunset, including medicine, invalidates the day of fasting during Ramadan; receiving medication through injection does not."

RSA Ram
6/16/16



BOP005410

# Cop-out

To: Religious Services        From: Zachary A. Chesser

                                  # : 76715-083

                                  Cell : F01-104L

                                  Date : 6/14/16

I could not fast today because medical brought me my medication at about 4:10 a.m. which was five or so minutes after the time at which we have to start fasting (4:04 a.m.). When I mentioned this to the nurse, he said Religious Services told medical they only had to arrive before sunrise (~5:37 a.m.). The fast for Ramadan begins at the time of "Fajr" (the crack of dawn), not sunrise. The nurse said he would not bring our medication before Fajr unless Religious services told him to.

Ramadan's fasts are an integral part of my religion so please correct this ASAP. _No_ Muslim sect says "sunrise" is the time. _Everyone_ says it's Fajr

A group of inmates already has a lawsuit against you guys over this, so this is sort of ridiculous. Please correct it

                            — Thank you

Copout

To: Religious Services

From: Zachary Chessor

\# : 76715-083

Cell : F01-102L

Date: 3/30/15

Please send me that packet you guys have
for programming.

— Thank you

## A NOTE FROM THE CHAPLAINS OFFICE
April 20, 2015

Religious Services has received your request to participate in the Threshold program. The program is designed for a group setting but at the ADX must be completed on your own. There are a total of four books you will receive. You can write your answers in the books. The first two books are Daily Journaling and Orientation book Phase 1. When you finish the Phase 1 book, return it to me in religious services. The Chaplain will review it. The Phase 2 book will be sent to you to complete. There are a total of 3 phases to complete. The course is at your own pace, usually no longer than six months. At the end of the course you will be listed as a Threshold graduate and presented with a certificate and two copies. You can turn one copy of the certificate to your unit team. If you have any questions feel free to contact religious services staff.

Counselor Knox
Religious Services

BOP005413

Copout

To: Religious Services   From: Zachary A. Chesser

\# : 76715-083

Cell : F01-111L

Date : 12/14/15

Please send me:

1. The Arabic Islamic booklist for GP

2. Three SPO forms for buying religious items

— Thank you

Chesser v. BOP,
15-cv-01939-NYW                           BOP005417

## <u>A NOTE FROM THE CHAPLAINS OFFICE</u>
December 21, 2015

Religious Services has received your request and attached is the Islamic Book list and three SPO
forms.

RSA Rall
Religious Services