# Attachment 4
# Declaration of Jason Henderson

# Chesser USP Florence Copouts to Chaplaincy

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

**From:**      ^!"CHESSER,  ^!ZACHARY ADAM" <76715083@inmatemessage.com>
**To:**
**Date:**      9/4/2017 5:51 PM
**Subject:**   ***Request to Staff*** CHESSER, ZACHARY, Reg# 76715083, FLP-B-B

To: Chaplain
Inmate Work Assignment: n/a

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
17f4372d-032d-4522-aff2-adc007f05634
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


For some reason we did not get our 'Iid meal in B/B Unit. Please correct this mistake. Also please send me a prayer schedule, the Islamic book list, and where I can buy a kurta shirt from.

**From:**     ^!"CHESSER,  ^!ZACHARY ADAM" <76715083@inmatemessage.com>
**To:**
**Date:**     9/10/2017 5:07 PM
**Subject:**  ***Request to Staff*** CHESSER, ZACHARY, Reg# 76715083, FLP-B-B

To: Chaplain
Inmate Work Assignment: n/a

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
dba06345-7acf-4763-bb4c-f09622aa5186
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


Please send me Islamic Creed Series Vols. 6, 7 and/or 8 (my priority being that order). Thank you.

**From:** ^!"CHESSER, ^!ZACHARY ADAM" <76715083@inmatemessage.com>
**To:**
**Date:** 9/12/2017 6:19 PM
**Subject:** ***Request to Staff*** CHESSER, ZACHARY, Reg# 76715083, FLP-B-B

To: Chaplain
Inmate Work Assignment: n/a

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
101c4ffb-01f2-4f9b-88ed-40c5e5ef6dd1
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


This is the USP book list
-----USP Religious Services on 9/10/2017 5:22 PM wrote:

>
Is this request from the USP or ADX book list?

JH

>>> ~^!"CHESSER, ~^!ZACHARY ADAM" <76715083@inmatemessage.com> 9/10/2017 4:03 PM >>>
To: Chaplain
Inmate Work Assignment: n/a

Please send me Islamic Creed Series Vols. 6, 7 and/or 8 (my priority being that order). Thank you.

| | |
|---|---|
| **From:** | ^!"CHESSER, ^!ZACHARY ADAM" <76715083@inmatemessage.com> |
| **To:** | |
| **Date:** | 9/26/2017 8:50 AM |
| **Subject:** | ***Request to Staff*** CHESSER, ZACHARY, Reg# 76715083, FLP-B-B |

To: Chaplain
Inmate Work Assignment: n/a

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
2b9240fc-9b38-46bb-bee2-d77f56dca87c
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


Please send me books IM 78, 79 and/or 80 from the USP Islamic book list.

Thank you.

**From:** ^!"CHESSER, ^!ZACHARY ADAM" <76715083@inmatemessage.com>
**To:**
**Date:** 11/21/2017 8:35 AM
**Subject:** ***Request to Staff*** CHESSER, ZACHARY, Reg# 76715083, FLP-B-B

To: Reddick
Inmate Work Assignment: n/a

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
6990523d-922a-45e4-8a3f-69032d42310c
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


For whatever money you have to order Islaamic books for the library, could you try to get As-Sharh Al-Mumti' `ala Zaad al-Mustaqni` by Muhammad ibn Saalih al-`Uthaymeen? It should be about 5-6 volumes and is in Arabic. It is available from Jarir Bookstore (CA) and from Riwayah Market (NJ).

Thank you

| | |
|---|---|
| **From:** | ^!"CHESSER, ^!ZACHARY ADAM" <76715083@inmatemessage.com> |
| **To:** | |
| **Date:** | 12/30/2017 2:50 PM |
| **Subject:** | ***Request to Staff*** CHESSER, ZACHARY, Reg# 76715083, FLP-B-B |

To:
Inmate Work Assignment: n/a

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
5067d56d-3fb4-4054-bc10-f846139dd3f3
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


PRAYER SCHEDULE

Please send me a copy of the Islamic prayer schedule for the next year. If possible could you send me one with the Islamic dates on it.

Thank you