# Attachment 5
# Declaration of Jason Henderson

# 2/14/2018 Administrative Remedy
# Generalized Retrieval Index

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

```
    FLMCJ        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2018
    PAGE 001 OF                                                      13:41:06
        FUNCTION: L-P SCOPE: REG   EQ 76715-083   OUTPUT FORMAT: FULL
    -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
    DT RCV: FROM _____  THRU _____  DT STS: FROM _____  THRU _____
    DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
    DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
    STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____
    SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____
    EXTENDED: _ REMEDY LEVEL: _ _        RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
    RCV  OFC : EQ BOP        ____        ____        ____        ____        ____
    TRACK:  DEPT: _____ _____ _____ _____ _____ _____ _____
           PERSON: _____ ____    ____      ____       ____       ____       ____
            TYPE: ____        ____    ____      ____       ____       ____
    EVNT FACL: EQ ____        ____    ____      ____       ____       ____
    RCV FACL.: EQ ____        ____    ____      ____       ____       ____
    RCV UN/LC: EQ _____ _____ _____ _____ _____ _____ _____
    RCV QTR..: EQ _____ _____ _____ _____ _____ _____ _____
    ORIG FACL: EQ ____        ____    ____      ____       ____       ____
    ORG UN/LC: EQ _____ _____ _____ _____ _____ _____ _____
    ORIG QTR.: EQ _____ _____ _____ _____ _____ _____ _____


    G0002     MORE PAGES TO FOLLOW . . .
```

Chesser v. BOP,
15-cv-01939-NYW                                                    BOP005565

```
FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-14-2018
PAGE 002 OF      *            FULL SCREEN FORMAT              *     13:41:06


REGNO: 76715-083 NAME: CHESSER, ZACHARY
RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L  RCV OFC: BOP
REMEDY ID: 640573-A1     SUB1: 15HM SUB2: 15BM DATE RCV:   07-27-2011
UNT  RCV..:I          QTR RCV.: I04-016L      FACL RCV: MAR
UNT  ORG..:I          QTR ORG.: I04-016L      FACL ORG: MAR
EVT FACL.: MAR   ACC LEV: MAR  1 NCR  2 BOP  2  RESP DUE:
ABSTRACT.: CLAIMS BEING DENIED 5 DAILY PRAYERS
STATUS DT: 08-11-2011  STATUS CODE: REJ STATUS REASON: WRL
INCRPTNO.:          RCT:  EXT:  DATE ENTD: 08-11-2011
REMARKS..:




REGNO: 76715-083 NAME: CHESSER, ZACHARY
RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L  RCV OFC: BOP
REMEDY ID: 640573-A2     SUB1: 15HM SUB2: 15BM DATE RCV:   10-24-2011
UNT  RCV..:I          QTR RCV.: I03-002L      FACL RCV: MAR
UNT  ORG..:I          QTR ORG.: I04-016L      FACL ORG: MAR
EVT FACL.: MAR   ACC LEV: MAR  1 NCR  2 BOP  2  RESP DUE: FRI 12-23-2011
ABSTRACT.: CLAIMS BEING DENIED 5 DAILY PRAYERS
STATUS DT: 05-03-2012  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: N EXT: N DATE ENTD: 11-01-2011
REMARKS..:












G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-14-2018
   PAGE 003 OF       *             FULL SCREEN FORMAT           *     13:41:06


   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1            QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 655396-A1      SUB1: 15HM SUB2: 16GM DATE RCV:   01-09-2012
   UNT  RCV..:I           QTR RCV.: I03-002L       FACL RCV: MAR
   UNT  ORG..:I           QTR ORG.: I03-005L       FACL ORG: MAR
   EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1  RESP DUE: FRI  03-09-2012
   ABSTRACT.: CLAIMS E-MAILS ARE BEING UNJUSTLY DELAYED
   STATUS DT: 08-03-2012  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:            RCT: P EXT: P DATE ENTD: 02-01-2012
   REMARKS..:




   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1            QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 696998-A1      SUB1: 15HM SUB2: 33ZM DATE RCV:   10-26-2012
   UNT  RCV..:I           QTR RCV.: I01-001L       FACL RCV: MAR
   UNT  ORG..:I           QTR ORG.: I01-001L       FACL ORG: MAR
   EVT FACL.: MAR    ACC LEV: MAR  1 NCR  2 BOP  2  RESP DUE:
   ABSTRACT.: REQUESTS LEGAL CD'S BE APPROVED
   STATUS DT: 12-03-2012  STATUS CODE: REJ STATUS REASON: OTH RSA
   INCRPTNO.:            RCT:    EXT:    DATE ENTD: 12-03-2012
   REMARKS..: ALL 4 PAGES OF BP-11 MUST BE LEGIBLE AND WORDED THE
               SAME. PROVIDE LEGIBLE COPY OF BP-10 APPEAL.
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

Chesser v. BOP,
15-cv-01939-NYW                                        BOP005567

```
   FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-14-2018
   PAGE 004 OF      *              FULL SCREEN FORMAT            *     13:41:06


   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 696998-A2     SUB1: 15HM SUB2: 33ZM DATE RCV:   12-18-2012
   UNT  RCV..:I           QTR RCV.: I01-001L     FACL RCV: MAR
   UNT  ORG..:I           QTR ORG.: I01-001L     FACL ORG: MAR
   EVT FACL.: MAR   ACC LEV: MAR  1 NCR  2 BOP  2  RESP DUE: SAT 02-16-2013
   ABSTRACT.: REQUESTS LEGAL CD'S BE APPROVED
   STATUS DT: 07-18-2013  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:           RCT: P EXT: P DATE ENTD: 12-31-2012
   REMARKS..:




   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 707177-A1     SUB1: 15HM SUB2: 21AM DATE RCV:   01-07-2013
   UNT  RCV..:I           QTR RCV.: I01-001L     FACL RCV: MAR
   UNT  ORG..:I           QTR ORG.: I01-001L     FACL ORG: MAR
   EVT FACL.: MAR   ACC LEV: MAR  1 NCR  1 BOP  1  RESP DUE: FRI 03-08-2013
   ABSTRACT.: UDC APPEAL
   STATUS DT: 02-19-2014  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.: 2352522  RCT: P EXT: P DATE ENTD: 01-10-2013
   REMARKS..: REOPENED FOR FURTHER INVESTIGATION, TLA










   G0002      MORE PAGES TO FOLLOW . . .
```

Chesser v. BOP,
15-cv-01939-NYW                                              BOP005568

```
  FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-14-2018
  PAGE 005 OF      *            FULL SCREEN FORMAT            *    13:41:06


  REGNO: 76715-083 NAME: CHESSER, ZACHARY
  RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
  REMEDY ID: 710866-A1      SUB1: 15HM SUB2: 34BM DATE RCV:   01-14-2013
  UNT  RCV..:I            QTR RCV.: I01-001L     FACL RCV: MAR
  UNT  ORG..:I            QTR ORG.: I01-001L     FACL ORG: MAR
  EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE: FRI  03-15-2013
  ABSTRACT.: CLAIMS HARASSMENT BY STAFF
  STATUS DT: 08-09-2013  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:           RCT: P EXT: P DATE ENTD: 01-16-2013
  REMARKS..:




  REGNO: 76715-083 NAME: CHESSER, ZACHARY
  RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
  REMEDY ID: 715312-A1      SUB1: 33IM SUB2: 15HM DATE RCV:   02-07-2013
  UNT  RCV..:I            QTR RCV.: I01-001L     FACL RCV: MAR
  UNT  ORG..:I            QTR ORG.: I01-001L     FACL ORG: MAR
  EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE: MON  04-08-2013
  ABSTRACT.: LACK OF STATE LAW MATERIAL
  STATUS DT: 07-19-2013  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:           RCT: P EXT: P DATE ENTD: 02-13-2013
  REMARKS..:
```

```
  G0002      MORE PAGES TO FOLLOW . . .
```

```
FLMCJ            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2018
PAGE 006 OF      *               FULL SCREEN FORMAT            *      13:41:06


REGNO: 76715-083 NAME: CHESSER, ZACHARY
RSP OF...: FLP UNT/LOC/DST: BB/1                QTR.: B07-208L   RCV OFC: BOP
REMEDY ID: 713577-A1      SUB1: 15HM SUB2: 17ZM DATE RCV:    02-07-2013
UNT  RCV..:I           QTR RCV.: I01-001L      FACL RCV: MAR
UNT  ORG..:I           QTR ORG.: I01-001L      FACL ORG: MAR
EVT FACL.: MAR   ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE:  MON 04-08-2013
ABSTRACT.: REQS INFO REGARDING WHY OTHER PHONE SERVICE NOT ALLD
STATUS DT: 07-22-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 02-13-2013
REMARKS..:




REGNO: 76715-083 NAME: CHESSER, ZACHARY
RSP OF...: FLP UNT/LOC/DST: BB/1                QTR.: B07-208L   RCV OFC: BOP
REMEDY ID: 714242-A1      SUB1: 15HM SUB2: 34ZM DATE RCV:    02-12-2013
UNT  RCV..:I           QTR RCV.: I01-006L      FACL RCV: MAR
UNT  ORG..:I           QTR ORG.: I01-001L      FACL ORG: MAR
EVT FACL.: MAR   ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE:  SAT 04-13-2013
ABSTRACT.: COMPLAINT AGAINST STAFF
STATUS DT: 08-06-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 02-21-2013
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

Chesser v. BOP,
15-cv-01939-NYW

BOP005570

```
   FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2018
   PAGE 007 OF       *            FULL SCREEN FORMAT            *      13:41:06


   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 708647-A1      SUB1: 15HM SUB2: 11ZM DATE RCV:   02-19-2013
   UNT  RCV..:I          QTR RCV.: I01-006L      FACL RCV: MAR
   UNT  ORG..:I          QTR ORG.: I01-001L      FACL ORG: MAR
   EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE: SAT  04-20-2013
   ABSTRACT.: REQS MATERIALS TO LEARN ARABIC/FOREIGN LANG
   STATUS DT: 07-23-2013  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:            RCT: P EXT: P DATE ENTD: 02-21-2013
   REMARKS..:




   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 716635-A1      SUB1: 15HM SUB2: 17AM DATE RCV:   03-05-2013
   UNT  RCV..:I          QTR RCV.: I01-006L      FACL RCV: MAR
   UNT  ORG..:I          QTR ORG.: I01-001L      FACL ORG: MAR
   EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE: SAT  05-04-2013
   ABSTRACT.: LIMITED COMMUNICATIONS-PHONE CALLS,ETC
   STATUS DT: 07-23-2013  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:            RCT: P EXT: P DATE ENTD: 03-11-2013
   REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2018
  PAGE 008 OF       *              FULL SCREEN FORMAT            *    13:41:06


  REGNO: 76715-083 NAME: CHESSER, ZACHARY
  RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
  REMEDY ID: 717373-A1      SUB1: 15HM SUB2: 13HM DATE RCV:   03-05-2013
  UNT  RCV..:I            QTR RCV.: I01-006L      FACL RCV: MAR
  UNT  ORG..:I            QTR ORG.: I01-001L      FACL ORG: MAR
  EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1  RESP DUE: SAT  05-04-2013
  ABSTRACT.: REQS TO MOVE TO DIFFERENT CELL
  STATUS DT: 07-22-2013  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-11-2013
  REMARKS..:




  REGNO: 76715-083 NAME: CHESSER, ZACHARY
  RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
  REMEDY ID: 715232-A1      SUB1: 15HM SUB2: 34ZM DATE RCV:   03-05-2013
  UNT  RCV..:I            QTR RCV.: I01-006L      FACL RCV: MAR
  UNT  ORG..:I            QTR ORG.: I01-001L      FACL ORG: MAR
  EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1  RESP DUE: SAT  05-04-2013
  ABSTRACT.: COMPLAINT AGAINST STAFF-RE:REL SVCS ISSUES
  STATUS DT: 08-06-2013  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-11-2013
  REMARKS..:
```

```
  G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2018
   PAGE 009 OF        *            FULL SCREEN FORMAT           *      13:41:06


   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 717917-A1      SUB1: 15HM SUB2: 33FM DATE RCV:   04-01-2013
   UNT  RCV..:I             QTR RCV.: I01-006L     FACL RCV: MAR
   UNT  ORG..:I             QTR ORG.: I01-001L     FACL ORG: MAR
   EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  FRI  05-31-2013
   ABSTRACT.: CLAIMS DELAY IN OUTGOING/INCOMING LEGAL MAIL
   STATUS DT: 07-23-2013  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 04-02-2013
   REMARKS..:




   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 719097-A1      SUB1: 15HM SUB2: 15ZM DATE RCV:   04-01-2013
   UNT  RCV..:I             QTR RCV.: I01-006L     FACL RCV: MAR
   UNT  ORG..:I             QTR ORG.: I01-001L     FACL ORG: MAR
   EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  FRI  05-31-2013
   ABSTRACT.: REQS DUE PROCESS HEARING/REMOVE RESTRICTIONS
   STATUS DT: 07-26-2013  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 04-02-2013
   REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2018
   PAGE 010 OF        *            FULL SCREEN FORMAT           *      13:41:06


   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1                QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 721780-A1       SUB1: 15HM SUB2: 34ZM DATE RCV:   04-18-2013
   UNT  RCV..:I            QTR RCV.: I01-006L     FACL RCV: MAR
   UNT  ORG..:I            QTR ORG.: I01-001L     FACL ORG: MAR
   EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE: MON 06-17-2013
   ABSTRACT.: COMPLAINT AGAINST STAFF-RE:AUDIO AND VIDEO RECORDING
   STATUS DT: 08-02-2013  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:            RCT: P EXT: P DATE ENTD: 04-22-2013
   REMARKS..:




   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1                QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 719589-A1      SUB1: 15HM SUB2: 34CM DATE RCV:   05-01-2013
   UNT  RCV..:I            QTR RCV.: I01-006L     FACL RCV: MAR
   UNT  ORG..:I            QTR ORG.: I01-001L     FACL ORG: MAR
   EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  2   RESP DUE:
   ABSTRACT.: CLAIMS DISCRIMINATION BY STAFF
   STATUS DT: 05-07-2013  STATUS CODE: REJ STATUS REASON: OTH RSA
   INCRPTNO.:            RCT:   EXT:  DATE ENTD: 05-07-2013
   REMARKS..: COMPLETE THE TOP PORTION OF YOUR BP-11 FORM.
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

Chesser v. BOP,
15-cv-01939-NYW

BOP005574

```
FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-14-2018
PAGE 011 OF      *              FULL SCREEN FORMAT            *     13:41:06


REGNO: 76715-083 NAME: CHESSER, ZACHARY
RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
REMEDY ID: 721161-A1      SUB1: 15HM SUB2: 23BM DATE RCV:   05-01-2013
UNT  RCV..:I           QTR RCV.: I01-006L     FACL RCV: MAR
UNT  ORG..:I           QTR ORG.: I01-001L     FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1  RESP DUE: SUN 06-30-2013
ABSTRACT.: STRIP SEARCHES
STATUS DT: 07-22-2013  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 05-07-2013
REMARKS..:




REGNO: 76715-083 NAME: CHESSER, ZACHARY
RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
REMEDY ID: 729716-A1      SUB1: 15HM SUB2: 26DM DATE RCV:   06-03-2013
UNT  RCV..:I           QTR RCV.: I01-006L     FACL RCV: MAR
UNT  ORG..:I           QTR ORG.: I01-006L     FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1  RESP DUE: FRI 08-02-2013
ABSTRACT.: REQS ALLERGY MEDS BE MADE AVAILABLE
STATUS DT: 04-01-2014  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 06-11-2013
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

Chesser v. BOP,
15-cv-01939-NYW                                        BOP005575

```
    FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2018
    PAGE 012 OF       *              FULL SCREEN FORMAT         *      13:41:06


    REGNO: 76715-083 NAME: CHESSER, ZACHARY
    RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L  RCV OFC: BOP
    REMEDY ID: 719589-A2      SUB1: 15HM SUB2: 34CM DATE RCV:   06-03-2013
    UNT  RCV..:I           QTR RCV.: I01-006L     FACL RCV: MAR
    UNT  ORG..:I           QTR ORG.: I01-001L     FACL ORG: MAR
    EVT FACL.: MAR   ACC LEV: MAR  1 NCR  1 BOP  2  RESP DUE: FRI  08-02-2013
    ABSTRACT.: CLAIMS DISCRIMINATION BY STAFF
    STATUS DT: 02-03-2014  STATUS CODE: CLO STATUS REASON: XPL
    INCRPTNO.:           RCT: P EXT: P DATE ENTD: 06-11-2013
    REMARKS..: FURTHER INVESTIGATION NEEDED



    REGNO: 76715-083 NAME: CHESSER, ZACHARY
    RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L  RCV OFC: BOP
    REMEDY ID: 728804-A1      SUB1: 15HM SUB2: 16BM DATE RCV:   06-11-2013
    UNT  RCV..:I           QTR RCV.: I01-006L     FACL RCV: MAR
    UNT  ORG..:I           QTR ORG.: I01-006L     FACL ORG: MAR
    EVT FACL.: MAR   ACC LEV: MAR  1 NCR  1 BOP  1  RESP DUE: SAT  08-10-2013
    ABSTRACT.: REQS EMAIL NOT BE REJECTED
    STATUS DT: 07-24-2013  STATUS CODE: CLO STATUS REASON: XPL
    INCRPTNO.:           RCT: P EXT: P DATE ENTD: 06-17-2013
    REMARKS..:
```

```
    G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2018
   PAGE 013 OF       *            FULL SCREEN FORMAT              *    13:41:06


   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1               QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 730963-A1      SUB1: 15HM SUB2: 16BM DATE RCV:   07-08-2013
   UNT  RCV..:I           QTR RCV.: I01-006L     FACL RCV: MAR
   UNT  ORG..:I           QTR ORG.: I01-006L     FACL ORG: MAR
   EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1  RESP DUE: FRI  09-06-2013
   ABSTRACT.: REQS EMAIL BE APPROVED
   STATUS DT: 07-23-2013  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:           RCT: P EXT: P DATE ENTD: 07-11-2013
   REMARKS..:




   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1               QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 732949-A1      SUB1: 15HM SUB2: 16BM DATE RCV:   07-08-2013
   UNT  RCV..:I           QTR RCV.: I01-006L     FACL RCV: MAR
   UNT  ORG..:I           QTR ORG.: I01-006L     FACL ORG: MAR
   EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1  RESP DUE: FRI  09-06-2013
   ABSTRACT.: REQS EMAIL BE APPROVED OR EXPLAIN WHY REJECTED
   STATUS DT: 07-22-2013  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:           RCT: P EXT: P DATE ENTD: 07-11-2013
   REMARKS..:
```

```
   G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       02-14-2018
   PAGE 014 OF        *           FULL SCREEN FORMAT             *       13:41:06


   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1                QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 727482-A1      SUB1: 15HM SUB2: 13ZM DATE RCV:   07-08-2013
   UNT  RCV..:I            QTR RCV.: I01-006L      FACL RCV: MAR
   UNT  ORG..:I            QTR ORG.: I01-006L      FACL ORG: MAR
   EVT FACL.: MAR    ACC LEV: MAR  2 NCR  1 BOP  1   RESP DUE: FRI  09-06-2013
   ABSTRACT.: REQS PSF BE REMOVED
   STATUS DT: 07-23-2013  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:             RCT: P EXT: P DATE ENTD: 07-11-2013
   REMARKS..:




   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1                QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 737830-A1      SUB1: 15HM SUB2: 17CM DATE RCV:   07-16-2013
   UNT  RCV..:I            QTR RCV.: I01-006L      FACL RCV: MAR
   UNT  ORG..:I            QTR ORG.: I01-006L      FACL ORG: MAR
   EVT FACL.: MAR    ACC LEV:                         RESP DUE:
   ABSTRACT.: REQS TO CORRESPOND WITH NEWS MEDIA
   STATUS DT: 07-23-2013  STATUS CODE: REJ STATUS REASON: WRL OTH
   INCRPTNO.:             RCT:    EXT:  DATE ENTD: 07-23-2013
   REMARKS..: CONCUR WITH REGIONS RATIONALE FOR REJECTION. YOU
              MUST FOLLOW THE DIRECTIONS PROVIDED ON THE PREVIOUS
              REJECTION NOTICE.










   G0002      MORE PAGES TO FOLLOW . . .
```

```
    FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-14-2018
    PAGE 015 OF      *            FULL SCREEN FORMAT            *      13:41:06


    REGNO: 76715-083 NAME: CHESSER, ZACHARY
    RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
    REMEDY ID: 739157-A1      SUB1: 15HM SUB2: 34ZM DATE RCV:    09-16-2013
    UNT  RCV..:I           QTR RCV.: I02-014LAD    FACL RCV: MAR
    UNT  ORG..:I           QTR ORG.: I01-006L      FACL ORG: MAR
    EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE: FRI  11-15-2013
    ABSTRACT.: COMPLAINT AGAINST STAFF; RE: THREATENING
    STATUS DT: 12-03-2013  STATUS CODE: CLO STATUS REASON: XPL
    INCRPTNO.:            RCT: P EXT: P DATE ENTD: 09-24-2013
    REMARKS..:




    REGNO: 76715-083 NAME: CHESSER, ZACHARY
    RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
    REMEDY ID: 746370-A1      SUB1: 15HM SUB2: 16BM DATE RCV:    10-17-2013
    UNT  RCV..:I           QTR RCV.: I01-016L      FACL RCV: MAR
    UNT  ORG..:I           QTR ORG.: I02-014LAD    FACL ORG: MAR
    EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  2   RESP DUE:
    ABSTRACT.: REQUEST EMAILS BE APPROVED
    STATUS DT: 10-22-2013  STATUS CODE: REJ STATUS REASON: OTH RSA
    INCRPTNO.:            RCT:   EXT: DATE ENTD: 10-22-2013
    REMARKS..: YOU DID NOT COMPLETE THE TOP PORTION OF YOUR BP-11
              FORM.












    G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2018
   PAGE 016 OF      *            FULL SCREEN FORMAT            *      13:41:06


   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 744435-A1      SUB1: 15HM SUB2: 16BM DATE RCV:   10-17-2013
   UNT  RCV..:I            QTR RCV.: I01-016L    FACL RCV: MAR
   UNT  ORG..:I            QTR ORG.: I01-006L    FACL ORG: MAR
   EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1  RESP DUE: MON 12-16-2013
   ABSTRACT.: REQUEST EMAILS BE ACCEPTED
   STATUS DT: 04-17-2014  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 10-24-2013
   REMARKS..:




   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 744013-A1      SUB1: 15HM SUB2: 16BM DATE RCV:   10-17-2013
   UNT  RCV..:I            QTR RCV.: I01-016L    FACL RCV: MAR
   UNT  ORG..:I            QTR ORG.: I01-006L    FACL ORG: MAR
   EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1  RESP DUE: MON 12-16-2013
   ABSTRACT.: REQUEST EMAILS NOT BE REJECTED
   STATUS DT: 04-17-2014  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 10-24-2013
   REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2018
   PAGE 017 OF        *              FULL SCREEN FORMAT           *      13:41:06


   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1                QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 748051-A1      SUB1: 16ZM SUB2: 16AM DATE RCV:   11-13-2013
   UNT  RCV..:I            QTR RCV.: I01-016L      FACL RCV: MAR
   UNT  ORG..:I            QTR ORG.: I02-014LAD    FACL ORG: MAR
   EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  SUN  01-12-2014
   ABSTRACT.: REQS EMAIL APPROVAL AND EXPLANTION FOR REJECTION
   STATUS DT: 01-09-2014  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 11-21-2013
   REMARKS..:




   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1                QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 746370-A2      SUB1: 15HM SUB2: 16BM DATE RCV:   11-13-2013
   UNT  RCV..:I            QTR RCV.: I01-016L      FACL RCV: MAR
   UNT  ORG..:I            QTR ORG.: I02-014LAD    FACL ORG: MAR
   EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  2   RESP DUE:  SUN  01-12-2014
   ABSTRACT.: REQUEST EMAILS BE APPROVED
   STATUS DT: 01-06-2014  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:              RCT: P EXT: P DATE ENTD: 11-21-2013
   REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-14-2018
PAGE 018 OF        *            FULL SCREEN FORMAT            *     13:41:06


REGNO: 76715-083 NAME: CHESSER, ZACHARY
RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L  RCV OFC: BOP
REMEDY ID: 755257-A1     SUB1: 20AM SUB2:    DATE RCV:  01-22-2014
UNT  RCV..:I           QTR RCV.: I02-012LAD   FACL RCV: MAR
UNT  ORG..:I           QTR ORG.: I01-016L     FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: NCR  1 BOP  1          RESP DUE: SUN 03-23-2014
ABSTRACT.: APPEALS DHO REPORT
STATUS DT: 04-23-2015  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2480658   RCT: P EXT: P DATE ENTD: 02-12-2014
REMARKS..:



REGNO: 76715-083 NAME: CHESSER, ZACHARY
RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L  RCV OFC: BOP
REMEDY ID: 760722-A1     SUB1: 20ZM SUB2: 15FM DATE RCV:  01-22-2014
UNT  RCV..:I           QTR RCV.: I02-012LAD   FACL RCV: MAR
UNT  ORG..:I           QTR ORG.: I02-014LAD   FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                     RESP DUE:
ABSTRACT.: REQS EXPUNGEMENT OF I/R AND RELEASE FROM SHU
STATUS DT: 02-19-2014  STATUS CODE: REJ STATUS REASON: WRL INS
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 02-19-2014
REMARKS..: CONCUR WITH THE REGIONS RATIONALE FOR REJECTION.
           FOLLOW THE DIRECTIONS PROVIDED ON THE REGIONS
           REJECTION NOTICE.




G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-14-2018
   PAGE 019 OF       *            FULL SCREEN FORMAT            *     13:41:06


   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 760718-A1      SUB1: 21AM SUB2:       DATE RCV:   03-18-2014
   UNT  RCV..:I            QTR RCV.: I02-011LAD    FACL RCV: MAR
   UNT  ORG..:I            QTR ORG.: I02-014LAD    FACL ORG: MAR
   EVT FACL.: MAR   ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE: SAT  05-17-2014
   ABSTRACT.: REQS INCIDENT REPORT BE EXPUNGED
   STATUS DT: 05-30-2014  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.: 2523351   RCT: P EXT: P DATE ENTD: 04-10-2014
   REMARKS..:




   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 764319-A1      SUB1: 34AM SUB2: 15HM DATE RCV:   03-18-2014
   UNT  RCV..:I            QTR RCV.: I02-011LAD    FACL RCV: MAR
   UNT  ORG..:I            QTR ORG.: I02-013LAD    FACL ORG: MAR
   EVT FACL.: MAR   ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE: SAT  05-17-2014
   ABSTRACT.: REQUESTS STAFF INVESTIGATION
   STATUS DT: 05-15-2014  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:          RCT: P EXT: P DATE ENTD: 04-10-2014
   REMARKS..:




   G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2018
   PAGE 020 OF        *            FULL SCREEN FORMAT           *      13:41:06


   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1               QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 763106-A1      SUB1: 20AM SUB2:      DATE RCV:   03-18-2014
   UNT  RCV..:I            QTR RCV.: I02-011LAD   FACL RCV: MAR
   UNT  ORG..:I            QTR ORG.: I02-012LAD   FACL ORG: MAR
   EVT FACL.: MAR    ACC LEV: NCR  1 BOP  1         RESP DUE: SAT  05-17-2014
   ABSTRACT.: APPEALS DHO REPORT
   STATUS DT: 05-08-2014  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.: 2523214   RCT: P EXT: P DATE ENTD: 04-10-2014
   REMARKS..:




   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1               QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 766113-A1      SUB1: 34AM SUB2:      DATE RCV:   04-16-2014
   UNT  RCV..:I            QTR RCV.: I02-012LAD   FACL RCV: MAR
   UNT  ORG..:I            QTR ORG.: I02-012LAD   FACL ORG: MAR
   EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1  RESP DUE: SUN  06-15-2014
   ABSTRACT.: STATES TRANSFER REQUEST TO ADX/GP IS RETALIATION
   STATUS DT: 10-28-2014  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:           RCT: P EXT: P DATE ENTD: 05-14-2014
   REMARKS..:












   G0002      MORE PAGES TO FOLLOW . . .
```

```
FLMCJ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2018
PAGE 021 OF       *              FULL SCREEN FORMAT          *      13:41:06


REGNO: 76715-083 NAME: CHESSER, ZACHARY
RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
REMEDY ID: 768569-A1      SUB1: 10ZM SUB2: 34AM DATE RCV:   04-16-2014
UNT  RCV..:I           QTR RCV.: I02-012LAD   FACL RCV: MAR
UNT  ORG..:I           QTR ORG.: I02-011LAD   FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE: SUN  06-15-2014
ABSTRACT.: ALLEGES ADX TRANSFER REFERRAL IN RETALIATION
STATUS DT: 10-29-2014  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 05-14-2014
REMARKS..:




REGNO: 76715-083 NAME: CHESSER, ZACHARY
RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
REMEDY ID: 770554-A1      SUB1: 10ZM SUB2:      DATE RCV:   05-05-2014
UNT  RCV..:I           QTR RCV.: I02-013LAD   FACL RCV: MAR
UNT  ORG..:I           QTR ORG.: I02-012LAD   FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE: FRI  07-04-2014
ABSTRACT.: REQS ADX REFERRAL BE CANCELED / DISCRIMINATION
STATUS DT: 10-29-2014  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 06-03-2014
REMARKS..:










G0002      MORE PAGES TO FOLLOW . . .
```

```
  FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-14-2018
  PAGE 022 OF       *              FULL SCREEN FORMAT          *     13:41:06


  REGNO: 76715-083 NAME: CHESSER, ZACHARY
  RSP OF...: FLP UNT/LOC/DST: BB/1                QTR.: B07-208L   RCV OFC: BOP
  REMEDY ID: 780153-A1      SUB1: 13ZM SUB2: 10ZM DATE RCV:   06-30-2014
  UNT  RCV..:F          QTR RCV.: F01-106L      FACL RCV: FLM
  UNT  ORG..:I          QTR ORG.: I02-013LAD    FACL ORG: MAR
  EVT FACL.: MAR   ACC LEV: DSC  1 BOP  2          RESP DUE:
  ABSTRACT.: OBJECTS TO ADX PLACEMENT/SEEKS TRANSFER
  STATUS DT: 08-01-2014  STATUS CODE: VOD STATUS REASON:
  INCRPTNO.:          RCT:   EXT:  DATE ENTD: 08-01-2014
  REMARKS..: REJECTED IN ERROR. SEE 780153-A2.




  REGNO: 76715-083 NAME: CHESSER, ZACHARY
  RSP OF...: FLP UNT/LOC/DST: BB/1                QTR.: B07-208L   RCV OFC: BOP
  REMEDY ID: 780153-A2      SUB1: 13ZM SUB2: 10ZM DATE RCV:   06-30-2014
  UNT  RCV..:F          QTR RCV.: F01-106L      FACL RCV: FLM
  UNT  ORG..:I          QTR ORG.: I02-013LAD    FACL ORG: MAR
  EVT FACL.: MAR   ACC LEV: DSC  1 BOP  2          RESP DUE:  FRI  08-29-2014
  ABSTRACT.: OBJECTS TO ADX PLACEMENT/SEEKS TRANSFER
  STATUS DT: 08-13-2014  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:          RCT: P EXT: P DATE ENTD: 08-04-2014
  REMARKS..:
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
   FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-14-2018
   PAGE 023 OF        *              FULL SCREEN FORMAT          *      13:41:06


   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1                  QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 804063-A1       SUB1: 14GM SUB2:       DATE RCV:  11-12-2014
   UNT  RCV..:F           QTR RCV.: F01-105L      FACL RCV: FLM
   UNT  ORG..:F           QTR ORG.: F01-105L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:                         RESP DUE:
   ABSTRACT.: CHALLENGE DUE PROCESS HEARING FOR ADX PLACEMENT
   STATUS DT: 12-17-2014  STATUS CODE: REJ STATUS REASON: DIR UTF MEM
   INCRPTNO.:           RCT:  EXT:  DATE ENTD: 12-17-2014
   REMARKS..:




   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1                  QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 796698-A1      SUB1: 15BM SUB2: 25ZM DATE RCV:  12-02-2014
   UNT  RCV..:F           QTR RCV.: F01-105L      FACL RCV: FLM
   UNT  ORG..:F           QTR ORG.: F01-105L      FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:                         RESP DUE:
   ABSTRACT.: RELIGIOUS ISSUE; CHALLENGE SECURITY OPERATIONS
   STATUS DT: 01-15-2015  STATUS CODE: REJ STATUS REASON: DIR WRL INS
   INCRPTNO.:           RCT:  EXT:  DATE ENTD: 01-15-2015
   REMARKS..: RESPONSE AND RESUBMIT APPEAL IN A TIMELY MANNER.










   G0002       MORE PAGES TO FOLLOW . . .
```

```
  FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-14-2018
  PAGE 024 OF        *            FULL SCREEN FORMAT          *     13:41:06


  REGNO: 76715-083 NAME: CHESSER, ZACHARY
  RSP OF...: FLP UNT/LOC/DST: BB/1                QTR.: B07-208L  RCV OFC: BOP
  REMEDY ID: 806081-A1       SUB1: 15BM SUB2:     DATE RCV:   02-20-2015
  UNT  RCV..:F           QTR RCV.: F01-104L       FACL RCV: FLM
  UNT  ORG..:F           QTR ORG.: F01-104L       FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:                          RESP DUE:
  ABSTRACT.: FILING ON BEHALF OF ALL MUSLIMS: WANTS GROUP PRAYER
  STATUS DT: 04-21-2015  STATUS CODE: REJ STATUS REASON: WRL DIR MLT OTH
  INCRPTNO.:          RCT:    EXT:   DATE ENTD: 04-21-2015
  REMARKS..: YOU MUST HAVE INSTITUTION DENIAL PRIOR TO SUBMITTING
             TO REGIONAL LEVEL.  YOU MUST HAVE REGIONAL DENIAL
             PRIOR TO SUBMITTING APPEAL TO C.O.  FOLLOW DIRECTION


  REGNO: 76715-083 NAME: CHESSER, ZACHARY
  RSP OF...: FLP UNT/LOC/DST: BB/1                QTR.: B07-208L  RCV OFC: BOP
  REMEDY ID: 810333-A1     SUB1: 15BM SUB2:       DATE RCV:   06-08-2015
  UNT  RCV..:F           QTR RCV.: F01-102L       FACL RCV: FLM
  UNT  ORG..:F           QTR ORG.: F01-104L       FACL ORG: FLM
  EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  08-07-2015
  ABSTRACT.: REQUESTING GROUP PRAYER
  STATUS DT: 09-08-2015  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:          RCT: P EXT: P DATE ENTD: 06-23-2015
  REMARKS..:
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

Chesser v. BOP,
15-cv-01939-NYW

BOP005588

```
FLMCJ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-14-2018
PAGE 025 OF      *              FULL SCREEN FORMAT           *     13:41:06


REGNO: 76715-083 NAME: CHESSER, ZACHARY
RSP OF...: FLP UNT/LOC/DST: BB/1                QTR.: B07-208L   RCV OFC: BOP
REMEDY ID: 830297-A1      SUB1: 15ZM SUB2:       DATE RCV:  09-28-2015
UNT  RCV..:F             QTR RCV.: F01-111L     FACL RCV: FLM
UNT  ORG..:F             QTR ORG.: F01-101L     FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM 1 NCR  1 BOP  1  RESP DUE:  FRI  11-27-2015
ABSTRACT.: CHALLENGE STEP-DOWN PROGRAM DENIAL
STATUS DT: 09-07-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 10-22-2015
REMARKS..:




REGNO: 76715-083 NAME: CHESSER, ZACHARY
RSP OF...: FLP UNT/LOC/DST: BB/1                QTR.: B07-208L   RCV OFC: BOP
REMEDY ID: 835829-A1     SUB1: 33ZM SUB2:       DATE RCV:  12-07-2015
UNT  RCV..:F             QTR RCV.: F01-111L     FACL RCV: FLM
UNT  ORG..:F             QTR ORG.: F01-111L     FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM 1 NCR  1 BOP  1  RESP DUE:  FRI  02-05-2016
ABSTRACT.: REQUESTED COPIES OF DOCUMENTS FROM DISCOVERY CD
STATUS DT: 12-21-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 12-11-2015
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
   FLMCJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-14-2018
   PAGE 026 OF       *            FULL SCREEN FORMAT            *     13:41:06


   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 874193-A1     SUB1: 14GM SUB2: 13ZM DATE RCV:   12-06-2016
   UNT  RCV..:F            QTR RCV.: F05-103L    FACL RCV: FLM
   UNT  ORG..:F            QTR ORG.: F05-104L    FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 BOP  1        RESP DUE:  SAT 02-04-2017
   ABSTRACT.: CLAIMS REFERRAL FOR ADX DUE TO JIHAD VIEWS AND ADVOC
   STATUS DT: 01-06-2017  STATUS CODE: CLO STATUS REASON: XPL
   INCRPTNO.:           RCT: P EXT: P DATE ENTD: 12-21-2016
   REMARKS..:




   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1              QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 870347-A1     SUB1: 15ZM SUB2: 34CM DATE RCV:   01-30-2017
   UNT  RCV..:J/A         QTR RCV.: J01-110L    FACL RCV: FLM
   UNT  ORG..:F           QTR ORG.: F05-104L    FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1        RESP DUE:
   ABSTRACT.: CLAIMS RELIG. DESCRIM. DUE TO DENIAL OF STEP-DOWN.
   STATUS DT: 02-13-2017  STATUS CODE: REJ STATUS REASON: LEG IRQ RSA
   INCRPTNO.:           RCT:   EXT:  DATE ENTD: 02-13-2017
   REMARKS..:














   G0002       MORE PAGES TO FOLLOW . . .
```

BOP005590

```
   FLMCJ        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-14-2018
   PAGE 027 OF 027 *            FULL SCREEN FORMAT            *     13:41:06


   REGNO: 76715-083 NAME: CHESSER, ZACHARY
   RSP OF...: FLP UNT/LOC/DST: BB/1            QTR.: B07-208L   RCV OFC: BOP
   REMEDY ID: 905802-A1      SUB1: 15BM SUB2:      DATE RCV:   06-12-2017
   UNT  RCV..:J/A        QTR RCV.: J01-110L    FACL RCV: FLM
   UNT  ORG..:J/A        QTR ORG.: J01-110L    FACL ORG: FLM
   EVT FACL.: FLM    ACC LEV:                    RESP DUE:
   ABSTRACT.: RELIGIOUS PROGRAMS (JIHADISM)
   STATUS DT: 06-19-2017  STATUS CODE: REJ STATUS REASON: WRL
   INCRPTNO.:            RCT:   EXT:   DATE ENTD: 06-19-2017
   REMARKS..: YOU MUST FILE AT THE INSTITUTIONAL LEVEL FIRST.
```

```
         51 REMEDY SUBMISSION(S) SELECTED
   G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

Chesser v. BOP,
15-cv-01939-NYW

BOP005591