# Attachment 6
# Declaration of Jason Henderson

# Administrative Remedy Packet No. 810333-A1

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

**Administrative Remedy Number 810333-A1**
**B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which request for the Muslim inmates at ADX Florence to be afforded the opportunity to participate in religious classes as well as congregant prayers five times per day.

We have reviewed the documentation related to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns at the time of your Request for Administrative Remedy and subsequent appeal.  As explained in your lower level appeal, group prayers cannot be accommodated at the ADX due to security concerns associated with the security level of the institution. However, the institution is providing religious classes to the inmate population via the inmate TV channels.

Accordingly, this response is for informational purposes only.

_____9/8/15_____
Date

_____
Ian Connors, Administrator
National Inmate Appeals

```
 BOP5B          *      ADMINISTRATIVE REMEDY UPDATE      *        09-08-2015
PAGE 001 OF 001                                                  17:25:29

REGNO: 76715-083 NAME: CHESSER                  FNAM: ZACHARY        FUNC: REP
RSP OF...: FLM UNT/LOC/DST: F                    QTR.: F01-111L   RCV OFC: BOP
REMEDY ID: 810333-A1    SUB1: 15BM SUB2:         DATE RCV: 06-08-2015
UNT RCV.:  F            QTR RCV.: F01-102L        FACL RCV: FLM
UNT ORG.:  F            QTR ORG.: F01-104L        FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1    RESP DUE: FRI  08-07-2015
ABSTRACT.: REQUESTING GROUP PRAYER
STATUS DT: 09-08-2015  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          EXT Y/N: Y  RCT: P  EXT: P   DATE ENTD: 06-23-2015
REMARKS..:


                        CURRENT TRACKING DATA
DATE DUE              DEPARTMENT    TO   DATE ASSN     TRK TYPE    DATE RETURNED
FRI  09-04-2015      ADMIN REM     RT   09-04-2015    INV         09-08-2015
TUE  09-08-2015      ADMIN REM     IC   09-08-2015    SIG         09-08-2015




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

Chesser v. BOP,
15-cv-01939-NYW                              BOP005593

                                                              9/8/2015

```
  BOPGX            *        ADMINISTRATIVE REMEDY UPDATE        *        06-23-2015
PAGE 001 OF 001                                                         07:07:11

REGNO: 76715-083 NAME: CHESSER                    FNAM: ZACHARY        FUNC: ADD
RSP OF...: FLM UNT/LOC/DST: F                      QTR.: F01-102L   RCV OFC: BOP
REMEDY ID: 810333-A1   SUB1: 15BM SUB2:           DATE RCV: 06-08-2015
UNT RCV.:  F             QTR RCV.: F01-102L        FACL RCV: FLM
UNT ORG.:  F             QTR ORG.: F01-104L        FACL ORG: FLM
EVT FACL.: FLM   ACC LEV: FLM  1 NCR  1 BOP  1     RESP DUE: FRI  08-07-2015
ABSTRACT.: REQUESTING GROUP PRAYER
STATUS DT: 06-23-2015  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:          EXT Y/N: Y   RCT: N  EXT: N   DATE ENTD: 06-23-2015
REMARKS..:



                        CURRENT TRACKING DATA
DATE DUE           DEPARTMENT    TO    DATE ASSN      TRK TYPE      DATE RETURNED
WED 07-22-2015     ADMIN REM           06-23-2015      INV




  G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

Chesser v. BOP,
15-cv-01939-NYW                                    BOP005594
                                                   6/23/2015

**U.S. Department of Justice**

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

810333-R1

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: _Chesser  Zachary  A__ _767/5-083_ _FOI-102L_ _ADX Florence_
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

**Part A - REASON FOR APPEAL** As a Muslim, I sincerely believe a number of group activities such as five-times daily group prayer, classes and other activities are recommended and/or obligated by my faith. Long-term solitary confinement substantially burdens my ability to engage in these activities. I request this policy be amended to allow me to practice my religion. By "classes," I mean religious classes. The Regional Director's response fails to address my concerns.

_5/29/15_　　　sent 6/1/15　　　　　　　　(S)
　　DATE　　　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED JUN 08 2015 Administrative Remedy Office Federal Bureau of Prisons

RECEIVED JUN 08 2015 Administrative Remedy Office Federal Bureau of Prisons

_____　　　　　　GENERAL COUNSEL
　　DATE

FIRST COPY: WASHINGTON FILE COPY　　　CASE NUMBER: _810333_

**Part C - RECEIPT**

　　　　　　　　　　　　　　　　　CASE NUMBER: _____

Return to: _____
　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　UNIT　　INSTITUTION
SUBJECT: _____

_____　　　　　　_____
　　DATE　　　　　　　SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BOP005595

UPN LVN　　　　　　　　　　　　　　　　　　　　　BP-231(13)
　　　　　　　　　　　　　　　　　　　　　　　JUNE 2002

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Chesser Zachary A.__ __76715-083__ __FOH/D2L__ __ADX Florence__
    LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** As a Muslim, I sincerely believe a number of group activities such as five-times daily group prayer, classes and other activities are recommended and/or obligated by my faith. Long-term solitary confinement substantially burdens my ability to engage in these activities. I request this policy be amended to allow me to practice my religion. By "classes" I mean religious classes. The Warden's response fails to address my concerns.

__3/10/15__
DATE

_____
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____
DATE

_____
REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE

CASE NUMBER: __810333-R1__

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____
DATE

_____
SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Chesser v. BOP
15-cv-01939-NYW
BOP005596

BP-230(13)
JUNE 2002

UPN LVN

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:**  810333-R1

This is in response to your Regional Administrative Remedy Appeal received on March 16, 2015.  You are appealing the Warden's response and request all Muslim inmates at the ADX be afforded the opportunity to have five daily congregant prayers and religious classes.

A review of your appeal was performed and it found the Warden appropriately responded to your Request for Administrative Remedy.   The security measures employed at the ADX do not afford congregant services.   Furthermore, the Religious Services Department currently accommodates religious educational programing opportunities through the in cell television channel.

Based on these findings, this response to your Regional Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

_5/20/15_
Date

_Paul M. Laird, Regional Director_

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Chesser, Zachary A · 76715-083   FOI-104L   Florence Admax USP
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A– INMATE REQUEST**   As a Muslim, I sincerely believe a number of group activities such as five-times daily group prayer, classes and other activities are recommended and/or obligated by my faith. Long-term solitary confinement substantially burdens my ability to engage in these activities. I request this policy be amended to allow me to practice my religion.

1/28/15
DATE

LS
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**

CASE NUMBER: 810333F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

DATE   RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN   PRINTED ON RECYCLED PAPER

Chesser v. BOP
15-cv-01939-NYW

BOP005598

BP-229(13)
APRIL 1982

**BP-229 Response**          **Case Number: 810333-F1**

Your Request for Administrative Remedy dated January 28, 2015, and received in this office February 2, 2015, has been reviewed. Specifically, you state as a Muslim you should be allowed to participate in group prayer and classes.

A review of the issues raised in your Request for Administrative Remedy has been conducted. The results of the review revealed according to Institutional Supplement 5360.09D, Religious Beliefs and Practices, no congregate services will be conducted at the ADX. Due to the security level at this institution, group prayer is not authorized. Classes are provided via the inmate TV channels, through Religious Services, Psychology and Education Departments. This practice does not prohibit you from practicing your religion.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.


_____          ___3/9/15___
J. Oliver, Warden                          Date

BOP005599