**Attachment 7**
**Declaration of Jason Henderson**

**Administrative Remedy Packet No. 874193-A1**

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

**Administrative Remedy No. 874193-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy
Appeal where you challenge your referral for ADX/GP placement.
You claim the written justification for your referral violates
your protected First Amendment rights. You request an
investigation of your ADX referral and your personal views not
be used against you for programming and classification matters.

Records indicate you filed an appeal regarding your initial
ADX/GP referral in April 2014. Your appeal, 766113-A1, was
closed and denied on October 28, 2014. You were advised that
your ADX/GP referral and placement was in compliance with
Program Statement 5100.08 <u>Security Designation and Custody
Classification Manual</u>. The reason for your placement was also
explained to you in detail at that time. Therefore, your
referral and June 2014 designation to the ADX/GP will not be
addressed again in this response.

If you feel there is improper information in your files that is
adversely affecting your classification, you must present this
matter to your Unit Team for review and consideration.

This response is provided for informational purposes.

_____
Date

Ian Connors, Administrator
National Inmate Appeals _RMS_

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Chesser, Zachary A     76715-083   F01-503L   ADX Florence

      LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** This is appealed for all reasons in my institutional and regional remedies. The region also erred in its rejection, because I hadn't filed with them yet.

___11/25/16___
DATE

_____
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

DEC 06 2016

Administrative Remedy Section
Federal Bureau of Prisons

_____
DATE

FIRST COPY: WASHINGTON FILE COPY

GENERAL COUNSEL

CASE NUMBER: ___874193-A1___

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____
DATE

_____
SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN

Chesser v. BOP
15-cv-01939-NYW
BOP005601

BP-231(13)
JUNE 2002

Chesser v. BOP,
15-cv-01939-NYW

BOP005602

```
  BOP12          *        ADMINISTRATIVE REMEDY UPDATE      *      01-06-2017
  PAGE 001 OF 001                                                  09:46:42


  REGNO: 76715-083 NAME: CHESSER              FNAM: ZACHARY    FUNC: REP
  RSP OF...: FLM UNT/LOC/DST: F               QTR.: F05-103L   RCV OFC: BOP
  REMEDY ID: 874193-A1    SUB1: 14GM SUB2: 13ZM  DATE RCV: 12-06-2016
  UNT RCV.:  F            QTR RCV.: F05-103L   FACL RCV: FLM
  UNT ORG.:  F            QTR ORG.: F05-104L   FACL ORG: FLM
  EVT FACL.: FLM   ACC LEV: FLM  1 BOP  1         RESP DUE: SAT  02-04-2017
  ABSTRACT.: CLAIMS REFERRAL FOR ADX DUE TO JIHAD VIEWS AND ADVOC
  STATUS DT: 01-06-2017  STATUS CODE: CLO STATUS REASON: XPL
  INCRPTNO.:          EXT Y/N: Y   RCT: P  EXT: P   DATE ENTD: 12-21-2016
  REMARKS..:


                       CURRENT TRACKING DATA
  DATE DUE          DEPARTMENT   TO   DATE ASSN    TRK TYPE    DATE RETURNED
  THU 01-19-2017    ADMIN REM    RME  12-21-2016   INV         01-06-2017
  FRI 01-06-2017    ADMIN REM    IC   01-06-2017   SIG         01-06-2017


  G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
   BOP12          *           CLEARANCE DATA          *        01-04-2017
 PAGE 001 OF 001                                               13:26:01


 REGISTER NO...: 76715-083
 NAME..........: CHESSER              ZACHARY      ADAM
 RSP OF........: FLM-FLORENCE ADMAX USP


 02 REMARKS: 4-8-11 DSC/TEL INITIAL DESIG MAR CMU.
 02 REMARKS: 11.12.13 MAR/MN APV WRIT AD PROS BENTON,IL 11.19.13 RTN/MAR
 02 REMARKS: 5-06-14 DSC/FS/CLH APV 307 TRF FM MAR CMU TO FLM GP. ***DO NOT
 02 REMARKS: 11/09/15 FLM/DM ESCRT MEDTRP CANONCITY,CO 11/12/15 RTN FLM SAM




 G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
   BOP12  600.00 *              SECURITY/DESIGNATION          *   01-05-2017
 PAGE 001          *                    DATA                  *   09:16:36
      REGNO: 76715-083   NAME: CHESSER, ZACHARY ADAM                ORG: DSC
RC/SEX/AGE: W/M/27  FORM D/T: 04-06-2011/0638   RES: BRISTOW, VA 20136
OFFN/CHG..: COMMUNICATE THREATS,SOLICIT OTHERS FOR VIOLENCE, PROVIDE
            SUPPORT TO TERRORISTS/300MOS/3 YRS SRT/ DKT#1:10CR00395-001
CUSTODY..: MAX          BIL:            CITIZENSHP: UNITED STATES OF AMERICA
CIM CONS.:                                   USM: FVAE (ALX)
JUDGE....: O'GRADY      RECFACL/PGM: NONE/NONE              VOLSUR: NO
VS DT/LOC:                          MOS REL: 247   SEVERITY: GREATEST
CHP/CHS/S: 000/00/PSI   VIOLENCE: NONE          ESCAPES.: NONE
DETAINER.: NONE         AGE: < 25   EDUC LV: HS/GED VERIFIED      HGC: 12
DRUG/ALC.: > 5YRS/NVR   TOTAL: 15    SEC LVL: MEDIUM
PUB SAFTY: GRT SRV,SENTLEN        CAR MD/MH: SCRN1/SCRN1-MH    OMDT REF: NO
CCM RMKS.: F/RPH.OFF INV MATERIAL SUPPORT TO TERRORISM,PERSUADE,ENCOURAGE
           OTHERS;DISTR INFO RE:MANUF EXPLOSIVES W/I TO BE USED;POSTED
           INFO ON YOU TUBE,THREATENING.NO PEND.NO PRS.NO HX ALC/SUBST
           ABUSE.
DESIG: MARION USP-CMU          DSC TEL 04-08-2011 RSN: LEVEL  MSL:
MGTV/MVED.:
DESIG RMKS: CASE CAREFULLY REVIEWED FOR DST. OMDT CLR.


 G0002     MORE PAGES TO FOLLOW . . .
```

```
   BOP12  531.01 *              INMATE HISTORY          *     01-05-2017
 PAGE 001          *                ADM-REL             *     08:58:41


 REG NO..: 76715-083 NAME....: CHESSER, ZACHARY ADAM
 CATEGORY: ARS       FUNCTION: DIS      FORMAT:


FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL  11-12-2015 0825 CURRENT
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  11-12-2015 0630 11-12-2015 0825
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL  06-12-2014 1625 11-12-2015 0630
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL  06-12-2014 1825 06-12-2014 1825
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-12-2014 0900 06-12-2014 1825
OKL    HLD REMOVE HOLDOVER REMOVED               06-12-2014 0800 06-12-2014 0800
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  06-02-2014 1750 06-12-2014 0800
3-M    RELEASE    RELEASED FROM IN-TRANSIT FACL  06-02-2014 1850 06-02-2014 1850
3-M    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-02-2014 0830 06-02-2014 1850
MAR    TRANSFER   TRANSFER                       06-02-2014 0730 06-02-2014 0730
MAR    A-DES      DESIGNATED, AT ASSIGNED FACIL  11-19-2013 1508 06-02-2014 0730
3-M    RELEASE    RELEASED FROM IN-TRANSIT FACL  11-19-2013 1608 11-19-2013 1608
3-M    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-19-2013 0830 11-19-2013 1608
MAR    FED WRIT   RELEASE ON FEDERAL WRIT        11-19-2013 0730 11-19-2013 1508


G0002      MORE PAGES TO FOLLOW . . .
```

Chesser v. BOP,
15-cv-01939-NYW
BOP005606
1/5/2017

BOP12           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        01-06-2017
PAGE 004 OF 004 *            FULL SCREEN FORMAT              *        09:18:34

REGNO: 76715-083 NAME: CHESSER, ZACHARY
RSP OF...: FLM UNT/LOC/DST: F                    QTR.: F05-103L   RCV OFC: BOP
REMEDY ID: 766113-A1       SUB1: 34AM SUB2:      DATE RCV:   04-16-2014
UNT  RCV..:I            QTR RCV.: I02-012LAD     FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I02-012LAD     FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE:  SUN  06-15-2014
ABSTRACT.: STATES TRANSFER REQUEST TO ADX/GP IS RETALIATION
STATUS DT: 10-28-2014  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 05-14-2014
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT   TO   DATE ASSN   TRK TYPE    DATE RETURNED
MON 10-27-2014     ADMIN REM    RME  10-27-2014    INV       10-28-2014
TUE 10-28-2014     ADMIN REM    RR   10-28-2014    SIG       10-28-2014



              3 REMEDY SUBMISSION(S) SELECTED
G0000       TRANSACTION SUCCESSFULLY COMPLETED

Chesser v. BOP,
15-cv-01939-NYW
BOP005607
1/6/2017

Chesser v. BOP,
15-cv-01939-NYW

BOP005608

Administrative Remedy No. 766113-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal where you challenge the referral for your transfer to the general population at ADX Florence. You argue this transfer request is unjustified and in retaliation for congregate prayer. You also state other inmates with more serious backgrounds and disciplinary histories have not been transferred to the ADX. You request your transfer be canceled.

Program Statement 5100.00 Security Designation and Custody Classification Manual, provides policy and procedure regarding the Bureau of Prisons (BOP) inmate classification system. The classification of inmates is necessary to place each inmate in the most appropriate security level institution that also meets their program needs and is consistent with the BOP's mission to protect society. The above policy provides procedures and criteria for ADX referrals, hearings and transfers. The BOP designates inmates to an ADX when they have demonstrated an inability to function in a less restrictive environment without being a threat to others or the secure and orderly operation of an institution. This enhances the BOP's ability to manage some of the most disruptive and problematic inmates in the system.

The Warden and Regional Director adequately addressed your complaint and we concur with the responses provided. As indicated, you were referred for ADX placement based on your disciplinary history. On May 6, 2014, you were approved for transfer and on June 12, 2014, you were designated to USP Florence ADX. You have since appealed your transfer and placement in administrative remedy number 780153-A2. You were advised of the reasons for your ADX referral and subsequent placement. We concur with this decision as you met the eligibility criteria for ADX/GP placement. You have been afforded the opportunity to appeal this placement and no credible evidence has been presented that you were subjected to retaliation. Accordingly, your appeal is denied.

_____10/28/2014_____
Date

_PeRodger_
Acting Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Chesser, Zachary A.        76715-083        I        USP Marion
_____  _____  _____  _____
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** This is appealed for initially and subsequently raised in this remedy process (see Administrative Remedies 766113-F1 and 766113-R1). Additionally, the Region is wrong that I did not request relief. I requested relief by reincorporating all information in my institutional administrative remedy into my regional appeal. Further, both levels have ignored the obvious fact that more than a dozen (12) inmates, some of whom have more serious charges than I do, have worse disciplinary histories than I do. Also, both levels ignored my RFRA argument. Honestly, a six year old could tell you that sending someone to ADX for praying in congregation is wrong. If the law does not move you, go ask some child whose heart has not been clouded by politics and bureaucracy whether this is right or wrong. Emiliy transfer.

4/4/14
_____        _____
DATE                   SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

APR 1 6 2014

Administrative Remedy Office
Federal Bureau of Prisons

_____                    GENERAL COUNSEL
DATE

FIRST COPY: WASHINGTON FILE COPY        CASE NUMBER: 766113

**Part C - RECEIPT**
                                        CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                _____
DATE                           SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN                                                      BP-231(13)
                                                            JUNE 2002

```
  BOPLM          *      ADMINISTRATIVE REMEDY UPDATE       *      12-21-2016
 PAGE 001 OF 001                                                 10:57:22


 REGNO: 76715-083 NAME: CHESSER           FNAM: ZACHARY        FUNC: ADD
 RSP OF...: FLM UNT/LOC/DST: F             QTR.: F05-103L   RCV OFC: BOP
 REMEDY ID: 874193-A1   SUB1: 33ZM SUB2:       DATE RCV: 12-06-2016
 UNT RCV.:  F           QTR RCV.: F05-103L   FACL RCV: FLM
 UNT ORG.:  F           QTR ORG.: F05-104L   FACL ORG: FLM
 EVT FACL.: FLM   ACC LEV: FLM  1 BOP  1           RESP DUE: SAT 02-04-2017
 ABSTRACT.: CLAIMS REFERRAL FOR ADX DUE TO JIHAD VIEWS AND ADVOC
 STATUS DT: 12-21-2016  STATUS CODE: ACC STATUS REASON:
 INCRPTNO.:        EXT Y/N: Y   RCT: N   EXT: N   DATE ENTD: 12-21-2016
 REMARKS..:


                       CURRENT TRACKING DATA
 DATE DUE        DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
 THU 01-19-2017  ADMIN REM          12-21-2016   INV



 G0000    TRANSACTION SUCCESSFULLY COMPLETED
```

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 9, 2016



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : ZACHARY ADAM CHESSER, 76715-083
      FLORENCE ADMAX USP    UNT: F   QTR: F05-103L
      PO BOX 8500
      FLORENCE,  CO 81226


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 874193-R2      REGIONAL APPEAL
DATE RECEIVED  : OCTOBER 17, 2016
SUBJECT 1      : OTHER LEGAL
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL. YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,  REGIONAL OFFICE, OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS        : FILE APPEAL APPEAL TO CENTRAL OFFICE AS INSTRUCTED.

BOP005612

Chesser v. BOP,
15-cv-01939-NYW

BOP005613

**U.S. Department of Justice** 4/28/16 *pp*

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: <u>Chesser   Zachary A.</u>        <u>76715-083</u>    <u>FO1-504</u>    <u>ADX Florence</u>
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　　　REG. NO.　　　　UNIT　　　　INSTITUTION

**Part A - REASON FOR APPEAL** This is appealed for every reason in my BP 209 (13). N 874183. While I appreciate the "pretend assurance" that the warden who referred me to ADX will be investigated, it doesn't address my concerns about how the BOP has used and is using my views to subject me to harsher conditions of confinement. The referral used in my ADX transfer and other BOP justifications of my continued ADX placement cite my views as a Jihadist and "advocacy of violence." Both activities/statuses are protected by the First Amendment. Views are absolutely protected. Advocacy is not ~~the only~~ ~~~~ ~~concept but~~ ~~There is a difference between saying~~, "This is justified." and "My homies need to do this." The former is protected unless directed toward producing imminent violence and likely to produce it. I still request the BOP stop using this against me period and that Jeffrey Walton be disciplined for doing this.

<u>10/9/16</u>
DATE　　　　　　　　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B - RESPONSE**

---

DATE　　　　　　　　　　　　　　　　　　　　　　REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY　　　　　　　　CASE NUMBER: 8 1 4 1 9 3 - R₂

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION
SUBJECT: _____

DATE　　　　　　　　　　SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BOP005614

UPN LVN　　　　　　　　　　　　　　　　　　　　　　BP-230(13)
　　　　　　　　　　　　　　　　　　　　　　　　　　JUNE 2002

Chesser v. BOP,
15-cv-01939-NYW

BOP005615

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Chesser, Zachary A.    76715/063  FOL SCH  ADX F_____
_____
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST**

I just got the warden's actual referral for my ADX transfer in a lawsuit. It contains different justifications than my hearing mentioned. It shows I was sent to ADX for having Jihadist views and advocating Jihadist views. The BOP should not be regulating the views of inmates. I request this practice be stopped, that Joffrey Walton be disciplined and that my views and any alleged advocacy of them no longer be used against me at my program reviews.

8/23/16
_____          _____
     DATE                              SIGNATURE OF REQUESTER

**Part B– RESPONSE**




_____          _____
     DATE                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

THIRD COPY: RETURN TO INMATE                    CASE NUMBER: 874193-A
_____
                                                CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____          _____
     DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN    PRINTED ON RECYCLED PAPER

Chesser v. BOP
15-cv-01939-NYW                    BOP005616

BP–229(13)
APRIL 1982

**Requirement for submission of this request directly to the Regional Director, Bureau of Prisons.**

When the inmate believes that he may be adversely affected by submission of this request at the institution level because of the sensitive nature of the complaint, he may address his complaint to the Regional Director. He must clearly indicate a valid reason for not initially bringing his complaint to the attention of the institution staff.

If the inmate does not provide a reason, or if the Regional Director or his designee believes that the reason supplied is not adequate,   the inmate will be notified that the complaint has not been accepted. The form sent to the Regional Director will not be returned. However, the inmate may prepare a new request and submit it at the institution if he wishes.

**BP-229 RESPONSE**                              **Case Number:   874193-F1**

Your Request for Administrative Remedy, dated August 23, 2016, and received in this office on the same day, has been reviewed.   Specifically, you allege that a memorandum from a Bureau of Prisons Warden contains different justifications for your referral to ADX Florence than were listed in your ADX General Population Hearing Administrator's Report.   You claim this memorandum shows that you were referred and transferred to ADX Florence for holding and advocating jihadist views.   You request that such practice be stopped; that the Warden be disciplined; and that your views or advocacy not be used against you during program reviews.

A review of the issues raised in your Request for Administrative Remedy has been conducted.   All staff are held to a high standard of treating inmates fairly, impartially, and humanely.   Mistreatment of inmates is not tolerated.   Therefore, this matter will be thoroughly reviewed and if it is determined staff acted inappropriately, this issue will be forwarded to the proper investigative authority.   Inmates are not entitled, however, to receive information regarding the outcome of the investigation.

As summarized in the various responses to your Administrative Remedy No. 766113, you were referred for and transferred to ADX Florence for reasons consistent with Bureau Program Statement 5100.08, Security Designation and Custody Classification Manual, and attendant federal regulation.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.   In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                              _9/27/16_
Jack Fox, Complex Warden                              Date

BOP005618