# Attachment 8
# Declaration of Jason Henderson

# June 22, 2017, Plaintiff's Responses to Defendant's First Set of Interrogatories (excerpt)

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 15-cv-1939-NYW

ZACHARY A. CHESSER,
  Plaintiff,

v.

DIRECTOR, FEDERAL BUREAU OF PRISONS,
  Defendant.

PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

Pursuant to Fed. R. Civ. P. 33 and 34, the Plaintiff hereby responds to Defendant's First Set of Interrogatories and Requests for Production of Documents to Plaintiff

DEFINITIONS

"Document" or "documents" — I object to

1

someone else a congregation when they can't find one.

III. Classes

   A. General Description

I believe I should participate in Islamic classes both as a teacher and as a student, depending on my circumstances. I believe the teacher-student relationship is an essential element of this belief, so self-study and distribution of informative materials is not sufficient.

I believe these classes should cover the following subjects:

31

1. The Qur-ān
   a. Its explanation (Tafsīr)
   b. The principles of Tafsīr (Uṣūl Al-Tafsīr / 'Ulūm Al-Qur-ān)
   c. The rules of reciting it (Tajwīd)
   d. The different methods of recitation (Al-Qirā-āt)

2. The Hadīth (reports on the life of the Prophet Muhammad (peace be upon him))
   a. Their explanation
   b. The principles of authenticating them (Uṣūl Al-Hadīth / Muṣṭalaḥ Al-Hadīth)

3. Fiqh (Islamic jurisprudence)
   a. The general body of fiqh
   b. The principles of fiqh (Uṣūl Al-Fiqh)

4. Al-Farā-id (Inheritance law)

5. Sīrah and Islamic History (Sīrah is the Prophet Muhammad's (peace be upon him) biography)

6. 'Aqīdah (creed)

7. Arabic

32

    a. Naḥw (grammar)
    b. Taṣrif (morphology)
    c. Balāghah (eloquence)
    d. Shi'r (poetry)

I believe that due to the lack of access Muslims in the BOP have to Islamic scholars, I am obligated to study until I become a scholar in these subjects and that I should spend about 10 to 14 hours per day studying in classes until I achieve this.

I also believe that I should teach Muslims what I know when they do not have the ability to learn these subjects from people with more knowledge than

33

me, and that even when they do, it is good for me to teach them what I can anyway as long as it does not interfere with my other obligations. The closer I am to being a scholar and the higher my relative level of Islamic knowledge is within a community, the more I believe I should teach, up to about 10 hours per day. My experience is that I have always been in environments in the BOP where I believed I should teach other Muslims. I believe that right now I have a greater obligation

34

to study.

B. Number of Inmates

1. Teaching

I believe I should teach as many Muslims as I can.

2. Studying

I believe I should have however many teachers it takes to allow me to study all of the above subjects to the point of becoming a scholar in them on a full-time basis. This depends on the knowledge and ability of the teachers I have access to.

35

The minimum number is entirely situational, but I'd estimate the lowest plausible minimum would be three, if all were Islamic scholars.

C. Specific Inmates

1. Teaching

Any Muslim is compatible with my need to teach.

2. ~~Studying~~

With respect to learning, I believe I must learn from Islamic scholars. A person close to this level could meaningfully fill in for an actual scholar at

36

my current level in most subjects, but I still need access to a scholar to adequately study. Any person with more knowledge than me in a particular subject could partially address the burden to my religious exercise, but there is a major difference in the level of relief from someone who is fairly close to my level of learning and a scholar or person close to that level — this is the result of both specific Islamic obligations and my experience with the different types of people.

    I have no need to specifically

learn from other inmates. A solution which involved non-inmate Islamic scholars could easily be as effective as ones involving inmate scholars.

To an extent, the teacher would have to be from a sect of Islam which I do not consider extremely heretical in the particular subjects they are teaching. (E.g., I wouldn't want to study creed from an Ash'ari but I'd study fiqh with them, because I don't believe Ash'aris have a legitimate interpretation of many issues of creed). In general, I'd find any Salafi beneficial

38

on any subject they are a scholar in, even if they are not Jihadi.

Among BOP inmates, I am aware of the following as being Islamic scholars or close to that level: (1) Mostafa Kemal Mostafa, (2) Mamdouh Salim, (3) Sulayman Abu Ghayth (phonetic — this refers to the ADX inmate who has a name or alias along these lines and was formerly imprisoned in Iran), (4) Ali Al-Timimi, (5) Ahmed Abu Ali, and (6) Mohamed Rashed Al-Owhali. The latter two, as far as I know, are not yet scholars. I am not sure if Al-Timimi

39

is a scholar, but I know that prior to his arrest he was close to that level, so I believe it is highly likely he is a scholar by now.

For clarification, I am using the rank of "mufti" as the minimum for a "scholar." My understanding is that the first three I listed are muftis. A mufti is someone who can issue a "fatwa," which is essentially a declaration of what Islamic law says regarding a situation based on their own knowledge.

By listing these six individuals, I am