# Attachment 9
# Declaration of Jason Henderson

# Deposition of Zachary Chesser (excerpt)

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

```
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 15-CV-01939-NYW
 3   _____

 4   DEPOSITION OF ZACHARY CHESSER
     January 16, 2018
 5   _____

 6   ZACHARY A. CHESSER,

 7   Plaintiff,

 8   v.

 9   DIRECTOR, BUREAU OF PRISONS,

10   Defendant.
     _____
11
                       A P P E A R A N C E S
12
     For the Plaintiff:         ZACHARY A. CHESSER, Pro Se
13                              Reg. No. 76715-083
                                USP Florence - High
14                              U.S. Penitentiary
                                P.O. Box 7500
15                              Florence, Colorado   81226

16   For the Defendant:         SUSAN PROSE, ESQ.
                                U.S. Attorney's Office
17                              1801 California Street
                                Suite 1600
18                              Denver, Colorado   80202

19   Also Present:              J. Wiencek, Esq.
                                B. Shelton
20

21

22

23

24

25
```

1    Because usually if you go to get a fatwa, a
2 lot of times the person that -- even if the person is
3 qualified, they'll just point you to what somebody else
4 already said about this issue, so -- who's, you know, a
5 bigger scholar than they are and --
6    Q    Okay.
7    A    -- things like this.  So I don't know exactly,
8 but, you know, the -- probably, yeah.  But --
9    Q    Okay.
10    A    -- assuming that they are willing to give
11 fatwa, yeah, probably I'd ask them.  But I'd ask anybody
12 that's a -- even right now I send e-mails trying to get
13 fatwas on random issues.
14    Q    I see that.
15    A    Yeah.
16    Q    And I've also seen that -- that -- it seems
17 like you -- you, perhaps, would like to get yourself to a
18 position where you also could give fatwas.  Is that -- is
19 that fair?
20    A    Yeah.  I think at the very least in the prison
21 system that's important, because the people that are able
22 to give fatwas don't really do their duty to the
23 prisoners.  And so a lot of prisoners don't have access
24 to somebody that can give them a qualified religious
25 answer to something --

```
 1        Q    Okay.
 2        A    -- and cause a lot of problems.  There's a lot
 3   of, like, weird misunderstandings you see among prisoners
 4   about Islam and different things like mixing gang
 5   ideology with Islam rulings and stuff like this.
 6   That's --
 7        Q    Okay.
 8        A    You know, so, yes --
 9        Q    Have you given any fatwas yet, Mr. Chesser?
10        A    No, I've never given a fatwa.  I'm not
11   qualified to give a fatwa.  I'm not even close to being
12   qualified.  That's why I need to be around the scholars
13   so I can --
14        Q    Yeah.
15        A    -- can study.
16        Q    When -- when do you think you would be
17   qualified assuming you could study with a scholar?  Are
18   you years away from that?
19        A    Yeah, yeah, years.  Probably --
20        Q    Okay.
21        A    -- nine --
22        Q    We talked a bit about --
23        A    -- maybe a decade.
24        Q    A decade?
25        A    Maybe more than a decade.  I don't know.
```