# Attachment 10
# Declaration of Jason Henderson

# USP Chapel Library Muslim Materials Lists

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

# USP Chapel Library

## Muslim Books

| CODE # IM | TITLE | AUTHOR/ARTIST |
|---|---|---|
| 1 | Sunan Ibn-e-Majah Vol. I | M. Tufali |
| 2 | Sunan Ibn-e-Majah Vol. III | M. Tufali |
| 3 | Sunan Ibn-e-Majah Vol. IV | M. Tufali |
| 4 | Sunan Ibn-e-Majah Vol. V | M. Tufali |
| 5 | Sahih Muslim Vol. I | Siddiqi |
| 6 | Sahih Muslim Vol. II | Siddiqi |
| 7 | Sahih Muslim Vol. III | Siddiqi |
| 8 | Sahih Albukhari Vol. 6 | Muhammad |
| 9 | Sahih Albukhari Vol. 7 | Muhammad |
| 10 | Sahih Albukhari Vol. 9 | Muhammad |
| 11 | The Bistinguishe Jurists Primer Vol. 1 | Ibn Rushd |
| 12 | The Bistinguishe Jurists Primer Vol. 2 | Ibn Rushd |
| 13 | The Bistinguishe Jurists Primer Vol. 3 | Ibn Rushd |
| 14 | The Bistinguishe Jurists Primer Vol. 4 | Ibn Rushd |
| 15 | Ibn Kathir Vol. 2 | Mubarakpuri |
| 16 | Ibn Kathir Vol. 3 | Mubarakpuri |
| 17 | Ibn Kathir Vol. 4 | Mubarakpuri |
| 18 | Ibn Kathir Vol. 5 | Mubarakpuri |
| 19 | Ibn Kathir Vol. 6 | Mubarakpuri |
| 20 | Ibn Kathir Vol. 7 | Mubarakpuri |
| 21 | Ibn Kathir Vol. 8 | Mubarakpuri |
| 22 | Ibn Kathir Vol. 9 | Mubarakpuri |
| 23 | Ibn Kathir Vol. 10 | Mubarakpuri |
| 24 | Sahih Al-Bukhari Vol. 1 | Khan |
| 25 | Sahih Al-Bukhari Vol. 1 | Khan |
| 26 | Sahih Al-Bukhari Vol. 1 | Khan |
| 27 | Sahih Al-Bukhari Vol. 1 | Khan |
| 28 | Sahih Al-Bukhari Vol. 1 | Khan |
| 29 | Sahih Al-Bukhari Vol. 1 | Khan |
| 30 | Sahih Al-Bukhari Vol. 1 | Khan |

# USP Chapel Library

## Muslim Books

| CODE # IM | TITLE | AUTHOR/ARTIST |
|---|---|---|
| 31 | Sahih Al-Bukhari Vol. 1 | Khan |
| 32 | Sahih Al-Bukhari Vol. 1 | Khan |
| 33 | The History of Al-Tabari Vol. 1 | Rosenthal |
| 34 | The History of Al-Tabari Vol. 2 | Rosenthal |
| 35 | The History of Al-Tabari Vol. 3 | Rosenthal |
| 36 | The History of Al-Tabari Vol. 4 | Rosenthal |
| 37 | The History of Al-Tabari Vol. 5 | Rosenthal |
| 38 | The History of Al-Tabari Vol. 6 | Rosenthal |
| 39 | The History of Al-Tabari Vol. 7 | Rosenthal |
| 40 | The History of Al-Tabari Vol. 8 | Rosenthal |
| 41 | The History of Al-Tabari Vol. 9 | Rosenthal |
| 42 | The History of Al-Tabari Vol. 10 | Rosenthal |
| 43 | The History of Al-Tabari Vol. 11 | Rosenthal |
| 44 | The History of Al-Tabari Vol. 12 | Rosenthal |
| 45 | The History of Al-Tabari Vol. 13 | Rosenthal |
| 46 | The History of Al-Tabari Vol. 14 | Rosenthal |
| 47 | The History of Al-Tabari Vol. 15 | Rosenthal |
| 48 | The History of Al-Tabari Vol. 16 | Rosenthal |
| 49 | The History of Al-Tabari Vol. 17 | Rosenthal |
| 50 | The History of Al-Tabari Vol. 18 | Rosenthal |
| 51 | The History of Al-Tabari Vol. 19 | Rosenthal |
| 52 | The History of Al-Tabari Vol. 20 | Rosenthal |
| 53 | The History of Al-Tabari Vol. 21 | Rosenthal |
| 54 | The History of Al-Tabari Vol. 22 | Rosenthal |
| 55 | The History of Al-Tabari Vol. 23 | Rosenthal |
| 56 | The History of Al-Tabari Vol. 24 | Rosenthal |
| 57 | The History of Al-Tabari Vol. 25 | Rosenthal |
| 58 | The History of Al-Tabari Vol. 26 | Rosenthal |
| 59 | The History of Al-Tabari Vol. 27 | Rosenthal |
| 60 | The History of Al-Tabari Vol. 28 | Rosenthal |

# USP Chapel Library

## Muslim Books

| CODE # IM | TITLE | AUTHOR/ARTIST |
|---|---|---|
| 61 | The History of Al-Tabari Vol. 29 | Rosenthal |
| 62 | The History of Al-Tabari Vol. 30 | Rosenthal |
| 63 | The History of Al-Tabari Vol. 31 | Rosenthal |
| 64 | The History of Al-Tabari Vol. 32 | Rosenthal |
| 65 | The History of Al-Tabari Vol. 33 | Rosenthal |
| 66 | The History of Al-Tabari Vol. 34 | Rosenthal |
| 67 | The History of Al-Tabari Vol. 35 | Rosenthal |
| 68 | The History of Al-Tabari Vol. 36 | Rosenthal |
| 69 | The History of Al-Tabari Vol. 37 | Rosenthal |
| 70 | The History of Al-Tabari Vol. 38 | Rosenthal |
| 71 | The History of Al-Tabari Vol. 39 | Rosenthal |
| 72 | The History of Al-Tabari Vol. 40 | Rosenthal |
| 73 | Islamic Creed Series Vol. 1 | al-Ashgar |
| 74 | Islamic Creed Series Vol. 2 | al-Ashgar |
| 75 | Islamic Creed Series Vol. 3 | al-Ashgar |
| 76 | Islamic Creed Series Vol. 4 | al-Ashgar |
| 77 | Islamic Creed Series Vol. 5 | al-Ashgar |
| 78 | Islamic Creed Series Vol. 6 | al-Ashgar |
| 79 | Islamic Creed Series Vol. 7 | al-Ashgar |
| 80 | Islamic Creed Series Vol. 8 | al-Ashgar |
| 81 | The Men of Madina Vol. 1 | Ibn Sa'd |
| 82 | The Men of Madina Vol. 2 | Ibn Sa'd |
| 83 | The History of Islam Vol. 1 | Hasan |
| 84 | The History of Islam Vol. 2 | Hasan |
| 85 | The History of Islam Vol. 3 | Hasan |
| 86 | Sunan Abu Bawad Vol. 1 | Hasan |
| 87 | unan Abu Bawad Vol. 2 | Hasan |
| 88 | unan Abu Bawad Vol. 3 | Hasan |
| 89 | Meaning of the Quran Vol. 2 | Mothar Ali |
| 90 | Meaning of the Quran Vol. 2 | Mothar Ali |

BOP005622

Chesser v. BOP,
15-cv-01939-NYW

BOP005622

# USP Chapel Library

## Muslim Books

| CODE # IM | TITLE | AUTHOR/ARTIST |
|---|---|---|
| 91 | Criminal Law of Islam Vol. 1 | Oudah |
| 92 | Criminal Law of Islam Vol. 2 | Oudah |
| 93 | Criminal Law of Islam Vol. 3 | Oudah |
| 94 | Criminal Law of Islam Vol. 4 | Oudah |
| 95 | Mawatta' Imam Malik | Rahimuddin |
| 96 | Al-Qira'ah al-Arabigah "The Arabic Reader" | Rummuny Ennami |
| 97 | Al-Lu-'lu'wal-Marjan Vol. 2 (Baqi) | Ibrahim Ali |
| 98 | Muhammad Ibn Abdual Wahhab | Abualrub |
| 99 | Al-Muwatta The First Formulation of Islamic Law | Bewleg |
| 100 | Provisions for the Hereafter | Abualrub |
| 101 | Women of Madina | Ibn Sa'ad |
| 102 | Companions of the Prophet 2 | Hamid |
| 103 | The Lawful and the Prohibited in Islam | Bewleg |
| 104 | Help Yourself | Abdus-Salam |
| 105 | Easy Tajwid | Khadri, Khan |
| 106 | Arabic course Vol. 3 | Rahim |
| 107 | Miracles of the Messenger | Darussalam Research Div. |
| 108 | Community on the Forty Hadith Vol. 5 | Zarabozo |
| 109 | Sharh-us Sunnah | Imam Baghwi |
| 110 | Don't be Sad | Dr. Aid Al-Qarni |
| 111 | Shafiis Risala | Khadduri |
| 112 | Mushaf | Quran |
| 113 | Muhammed the Messenge rof Allah | Al-Sheha |
| 114 | All arabic (Esmatul Aribia 4) | Muhammad Hijaaza |
| 115 | Terreekh Bait Al MAQDIS | IBN Al Jawzi |
| 116 | Quran | |
| 117 | Book of the End | Dimashqi |
| 118 | All Arabic | |
| 119 | The Sealed Necter | Makhtum |
| 120 | The Explanation of the Six Foundations | Abdual Wahhab |

BOP005623

Chesser v. BOP,
15-cv-01939-NYW

BOP005623

# USP Chapel Library

## Muslim Books

| CODE # IM | TITLE | AUTHOR/ARTIST |
|---|---|---|
| 121 | Stories of the Quran | IBN Katheer |
| 122 | 40 Ahadeeth on the Excellence of the Quran | |
| 123 | Foremost Obligatory Duties | Al-Wahhab |
| 124 | Studies in the Usul Ul Tigh | Hilal |
| 125 | The Qur'an with Refernces to the Bbile | Kaskas and Hungerford |
| 126 | The Study Quran | Seyyed Hossein Nasr |
| 127 | Hadith: Muhammad's Legacy in the Medieval & Modern | Jonathan A.C. Brown |
| 128 | Fascinating Discourses of Fourteen Infallibles | Qazilbash |
| 129 | | |
| 130 | | |
| 131 | | |
| 132 | | |
| 133 | | |
| 134 | | |
| 135 | | |
| 136 | | |
| 137 | | |
| 138 | | |
| 139 | | |
| 140 | | |
| 141 | | |
| 142 | | |
| 143 | | |
| 144 | | |
| 145 | | |
| 146 | | |
| 147 | | |
| 148 | | |
| 149 | | |
| 150 | | |

BOP005624

Chesser v. BOP,
15-cv-01939-NYW

BOP005624

# USP Chapel Library

## Muslim Videos

| CODE # IM | TITLE | DVD/VHS | AUTHOR/ARTIST |
|---|---|---|---|
| 1 | Islam: A Pictorial Essay | VHS | |
| 2 | Recitation of the Holy Qur'an | VHS | |
| 3 | The Miracle in the Cell | VHS | |
| 4 | Architects in Nature | VHS | |
| 5 | For Men of Understanding (vol 1) | VHS | |
| 6 | For Men of Understanding (vol 2) | VHS | |
| 7 | For Men of Understanding (vol 3) | VHS | |
| 8 | The Disasters Darwinsm Brought to Humanity | VHS | |
| 9 | The Fact of Creation | VHS | |
| 10 | Spanish Muslims | VHS | |
| 11 | Muhammad: The Last Messenger | VHS | |
| 12 | Islam | VHS | |
| 13 | Recapturing the Spirit of Islam | VHS | Jamal Badawi |
| 14 | Muslim Contribution to Science | VHS | Siddaqi |
| 15 | Islam: Empire of Faith | VHS | PBS |
| 16 | The 50 Year War | VHS | PBS |
| 17 | Misconceptions About Islam | VHS | Badawi |
| 18 | Islam and Sciences | VHS | Badawi |
| 19 | Islam and Christianity | VHS | Deedat |
| 20 | Holy Qur'an | VHS | |
| 21 | the Guests of God | VHS | |
| 22 | Easy Arabic | VHS | |
| 23 | The Call of Islam in America | VHS | |
| 24 | Islam: A Way of Life | VHS | |
| 25 | The Dome of the Rock | VHS | |
| 26 | Unkown | VHS | |
| 27 | Short Surahs and Va Sin | VHS | |
| 28 | Choosing Islam | VHS | |
| 29 | Islamic Brotherhood/Islamic Social | VHS | Siraj Wahhaj |
| 30 | Islam in America | VHS | |

# USP Chapel Library

## Muslim Videos

| CODE # IM | TITLE | DVD/VHS | AUTHOR/ARTIST |
|---|---|---|---|
| 31 | Religions of the World (Africa) | VHS | |
| 32 | Religions of the World (Islam) | VHS | |
| 33 | The Holy Qur'an | VHS | |
| 34 | The Quran | DVD | |
| 35 | Preservation of the Quran | DVD | Badawi |
| 36 | The Dome of the Rock | DVD | |
| 37 | Crime and Punishment in the Quran | DVD | Badawi |
| 38 | Polgamy and the Wives of the Prophet | DVD | Salazar |
| 39 | The Last Day | DVD | |
| 40 | Muslim/Non-Muslim | DVD | Badawi |
| 41 | Al-Ghazali (The Alchemist of Happiness) | DVD | |
| 42 | Al-Bukhari | DVD | |
| 43 | The Message (The Story of Islam) | DVD | |
| 44 | Pray | DVD | |
| 45 | Muslim: Spain | DVD | Zahir Ahmed |
| 46 | Impact of Western Evolution | DVD | Victor Danner |
| 47 | Preservation of the Quran | DVD | Baduwi |
| 48 | Islam in Tibet | DVD | Lhasa |
| 49 | The Correct Islamic Creed (class 1) | DVD | Karim AbuZaid |
| 50 | The Correct Islamic Creed (class 2) | DVD | Karim AbuZaid |
| 51 | The Correct Islamic Creed (class 3) | DVD | Karim AbuZaid |
| 52 | The Correct Islamic Creed (class 4) | DVD | Karim AbuZaid |
| 53 | The Correct Islamic Creed (class 5) | DVD | Karim AbuZaid |
| 54 | The Correct Islamic Creed (class 6) | DVD | Karim AbuZaid |
| 55 | The Correct Islamic Creed (class 7) | DVD | Karim AbuZaid |
| 56 | The Correct Islamic Creed (class 8) | DVD | Karim AbuZaid |
| 57 | The Correct Islamic Creed (class 9) | DVD | Karim AbuZaid |
| 58 | The Correct Islamic Creed (class 10) | DVD | Karim AbuZaid |
| 59 | The Correct Islamic Creed (class 11) | DVD | Karim AbuZaid |
| 60 | The Correct Islamic Creed (class 12) | DVD | Karim AbuZaid |

# USP Chapel Library

## Muslim Videos

| CODE # IM | TITLE | DVD/VHS | AUTHOR/ARTIST |
|---|---|---|---|
| 61 | The Correct Islamic Creed (class 13) | DVD | Karim AbuZaid |
| 62 | The Correct Islamic Creed (class 14) | DVD | Karim AbuZaid |
| 63 | The Correct Islamic Creed (class 15) | DVD | Karim AbuZaid |
| 64 | The Correct Islamic Creed (class 16) | DVD | Karim AbuZaid |
| 65 | The Correct Islamic Creed (class 17) | DVD | Karim AbuZaid |
| 66 | The Correct Islamic Creed (class 18) | DVD | Karim AbuZaid |
| 67 | The Correct Islamic Creed (class 19) | DVD | Karim AbuZaid |
| 68 | Cities of Light: The Rise and Fall of Islamic Spain | DVD | |
| 69 | Lion of the Desert | DVD | |
| 70 | Preservation of the Holy Quran | VHS | |
| 71 | QT - 1 | VHS | |
| 72 | QT - 2 | | |
| 73 | QT - 3 | | |
| 74 | The Inner Struggle of the Self | VHS | Mokhtar Maghraoui |
| 75 | 10 Great Challenges Facing Every Muslim | VHS | Abdullah Hakim Quick |
| 76 | The Holy Qur'an 2 of 3 | VHS | |
| 77 | Islamic Teaching Lessons #1 thru # 8 | VHS | |
| 78 | Yassarnal Quran: Quran Made Easy | DVD | Yassarnal Quran |
| 79 | The Life of Muhammad | DVD | PBS |
| 80 | Understanding Islam | DVD | Michael Bogart |
| 81 | Koran by Heart | DVD | HBO |
| 82 | Inside Islam | DVD | UPF |
| 83 | American Ramadan | DVD | |
| 84 | Before the Light | DVD | |
| 85 | What Does the Bible say about Muhammad? | DVD | |
| 86 | Character of a Muslim | DVD | |
| 87 | Seven Wonders of the Muslim World | DVD | |
| 88 | MP3 | DVD | |
| 89 | | | |
| 90 | | | |

BOP005643

Chesser v. BOP,
15-cv-01939-NYW

BOP005643

# USP Chapel Library

## Muslim CD/Cassettes

| CODE # IM | TITLE | AUTHOR/ARTIST |
|---|---|---|
| 1 | The Noble Qur'an | Al-Minshaawy |
| 2 | Speeches of Abu-Ameenah  (vol 2) | Bilal Phillips |
| 3 | Tafseer of Sooratul Baqarah | Shaykh Al-Hussary |
| 4 | The Pennsynlvania Conference | Muhammad Adly |
| 5 | Nawaaqid | Al-Islam |
| 6 | At Montreal, Canada | Muhammad Adly |
| 7 | Explanation of Saheah Al-Saaliheen | Abu Thahabi |
| 8 | America Arab Message | Muhammad Karoub |
| 9 | Explanation of Saheah Al-Bukhaaree | Abu Thahabi |
| 10 | Chicago Visit | Muhammad Adly |
| 11 | Purification of the Heart | Hamza Yusuf |
| 12 | The Life of the Prophet Muhammad | Hamza Yusuf |
| 13 | Amer Khaled | Amer Khaled |
| 14 | Amer Khaled | Amer Khaled |
| 15 | Amer Khaled | Amer Khaled |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |

BOP005647

Chesser v. BOP, 15-cv-01939-NYW

BOP005647