# Attachment 11
# Declaration of Jason Henderson

# FCC Institution Supplement 5360.09f,
# *Religious Beliefs and Practices*

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW



U. S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Complex
Florence, Colorado  81226

**COMPLEX SUPPLEMENT**

OPI: Religious Services
NUMBER: FCC 5360.09f
DATE: November 2, 2016

# Religious Beliefs and Practices

Approved:  //s//
Jack Fox, Complex Warden
Administrative Maximum Security Institution

//s//
Joe Moorhead, Warden
High Security Institution

//s//
C. R. Goetz, Warden
Medium Security Institution

1. **PURPOSE AND SCOPE:** To provide guidance to inmates, employees, and contractors for the implementation of Federal Bureau of Prisons' Program Statement 5360.09, Religious Beliefs and Practices.

2. **PROGRAM OBJECTIVES:** The expected results of this program are:

    A. Equity to inmates in matters of religion within the parameters of the secure and orderly running of the institutions.

    B. Availability to inmates of programs regarding authorized religious personal property, scheduling, emergency notifications, commemorative meals, Religious Diet Program, and Outdoor Worship Areas.

    C. Provision of pastoral care to inmates and staff.

    D. Answers to questions concerning religious matters in the institutions supported by the Religious Services Department.

3. **DIRECTIVES AFFECTED:**

    A. **Directives Rescinded:**
    FCC 5360.09e, Religious Beliefs and Practices, dated August 28, 2015.

Chesser v. BOP,
15-cv-01939-NYW

BOP005650

B. **Directives Referenced:**
Program Statement 5360.09, <u>Religious Beliefs and Practices</u>, dated 12/31/04.
Program Statement 1350.02, <u>Donations, Acceptance of</u>, dated 6/29/98.
Program Statement 4761.04, <u>Special Food/Meals from Outside Sources Introduced into Institutions</u>, dated 4/22/96.
Program Statement 5580.08<u>, Personal Property, Inmate</u>, dated 08/22/11.
Program Statement 5266.11<u>, Incoming Publications</u>, dated 11/09/11.
Program Statement 5326.05, <u>Marriages of Inmates</u>, dated 09/22/11.
Program Statement 5267.08, <u>Visiting Regulations</u>, dated 5/11/06.
Program Statement 5300.20, <u>Volunteers and Citizen Participation in Programs</u>, dated 6/01/99.
Program Statement 5370.11, <u>Recreation Programs, Inmate</u>, dated 6/28/08.

C. **Standards Referenced:**
American Correctional Association 4th Edition Standards for Adult Correctional Institution:  4-4273, 4-4277, 4-4319, 4-4512, 4-4521.

4. **RELIGIOUS OPPORTUNITIES AND LIMITATIONS:**

A.  It is the policy of this Complex to extend to inmates the greatest amount of freedom and opportunity for pursuing individual religious beliefs and practices, as is consistent with the maintenance of security and good order of the institution.  All services, activities, and group meetings must comply with institution schedules and guidelines, keeping in mind that attendance may be restricted when justified by considerations of safety, security, or the general good order of the institution.  Attendance may also be restricted when the nature of the activity suggests restriction to members of that faith group.

B.  The institution Chaplains provide pastoral care, counseling, and religious instruction; they administer sacraments, rites, and rituals to inmates and institution staff without regard to race, religion, sex, or national origin.  The Supervisory Chaplain will coordinate and implement all religious services, institution programs, and activities giving due consideration to the availability of supervision, equitable use of time and space, finances, and the security and good order of the institution under the general supervision of the respective Associate Warden.

C.  Any inmate led-religious programs will have constant visual and audio supervision by staff.  The Religious Services activities schedule will be organized and maintained to ensure this type of supervision can be accomplished.  ADX programming will be by closed circuit television or ministerial visitation at the inmate's cell.  All program activities will be conducted in English, except for formulaic prayers in the language required by the particular religion, and Spanish services are conducted by a supervised religious contractor, or volunteer.  The Supervisory Chaplain is responsible for regularly reviewing the content of religious services to ensure appropriateness for a correctional environment.  Radical, inflammatory, or hostile language toward the United States Government will not be tolerated.  Suitability, validity, and appropriateness of these services and programs will be determined by the Supervisory Chaplain with the guidance of the respective Associate Warden.  While guarding belief systems of all faiths, the Chaplain has the responsibility of ensuring no faith, race, gender, nationality, or creed is maligned by any individual or group in the Chapel areas.

D. All inmates in general population (except for the ADX) are eligible to attend religious programs/services in the institution. No congregate services will be conducted at the ADX. Efforts will be made by detail supervisors to allow inmates to attend their primary or essential religious services, e.g., Jumah prayer for Muslims, Sunday worship for Christians, etc. Inmates will ordinarily not be called out of their weekly worship. Scheduled times of worship will not be used for non-religious purposes. Upon written request, inmates in the Special Housing Units (SHU) may receive sacraments or sacred ordinances. If necessary, and after careful consideration of the overall effective use of resources, staff, and budget funds, badged contractors may be escorted to the SHU to administer religious rites or counseling.

E. The Religious Services Department will make periodic evaluations of all programs, contractors, and volunteers. Reviews are made with respect to the continuation of programs, change of time, place of meeting, number of participants, and the need for outside volunteer or contract personnel. Such changes will be made by the Supervisory Chaplain upon approval of the respective Associate Warden.

F. Religious programs and/or special activities will be held in the Chapel or the Outdoor Worship Area (OWA), except at the ADX. Commemorative meals will be conducted in Food Service. Religious rites and ceremonies that require outdoor accommodation will be conducted at the OWA.

G. Chaplains are responsible for the reviewing of religious material (videos, DVDs, books, magazines, etc.) regularly to ensure appropriateness for a correctional environment. Radical or inflammatory religious materials will not be distributed through the Chapel, nor will materials hostile toward the United States Government. Suitability, validity, and appropriateness of these items will be determined by the Chaplain. While guarding belief systems of all faiths, the Chaplain has the responsibility of ensuring no faith, race, gender, nationality, or creed is maligned by these materials.

H. Only required sacramental or ritual food provided or authorized by a Chaplain is allowed in the Chapel or OWA.

I. FCC Florence is "Smoke-Free" for inmates, except for "Sacred Smoke" authorized for religious practice only. Tobacco products are not allowed in inmate property. Ceremonial tobacco is strictly controlled by the Chaplain, and is only issued immediately prior to religious consumption during approved scheduled activities in the Chapel or OWA. Ceremonial tobacco is procured through normal credit card procedures utilizing budgetary funds, and is doubly secured in the Chapel areas with a bin card to insure proper accountability. Only inmates with a religious preference listed in SENTRY as "American Indian" are authorized to utilize ceremonial tobacco under close supervision. Tobacco prayer ties may be made and utilized under the direct strict supervision of a Chaplain.

J. Inmates will be dressed in the appropriate uniform, Monday through Friday 8:00 a.m.-4:00 p.m., while attending services in the Chapel. No cameras to take photographs will be allowed in the Chapel, unless authorized by the Supervisory Chaplain.