# Attachment 12
# Declaration of Jason Henderson

# Federal Bureau of Prisons
# Intake Screening Form for Chesser

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

```
FLMLQ  535*08  *           FEDERAL BUREAU OF PRISONS        *   06-12-2014
PAGE 001       *             INTAKE SCREENING FORM          *   16:27:38

NAME.......: CHESSER, ZACHARY ADAM          UNIT......: I
REGISTER NO: 76715-083                      DOB (AGE).:            (24)
RACE / SEX.: WHITE / MALE                   ETHNIC....: OTHER THAN HISP
RESIDENCE..: BRISTOW, VA 20136              RSP OF....: FLM A-DES
```

****************   I N M A T E   I N T E R V I E W   ****************

DATE && TIME ARRIVED: 6-12-14  4:10 pm        TIME INTERVIEWED: 4:45 pm

1) DO YOU KNOW OF ANY REASON THAT YOU SHOULD NOT BE
   PLACED IN GENERAL POPULATION ?

2) HAVE YOU ASSISTED LAW ENFORCEMENT AGENTS IN ANY WAY ?

3) ARE YOU A CIM CASE ?

4) HAVE YOU TESTIFIED AGAINST ANYONE IN COURT ?

5) ARE YOU A MEMBER/ASSOCIATE OF ANY GANG ?

6A) HAVE YOU EVER BEEN SEXUALLY ASSAULTED ?

6B) HAVE YOU RECENTLY BEEN SEXUALLY ASSAULTED ?

INTERVIEWER COMMENTS: _____

CIRCLE ONE:
   I (HAVE) / HAVE NOT   RECEIVED A BUREAU OF PRISON "ADMISSIONS &&
   ORIENTATION BOOKLET" DEFINING MY "RIGHTS && RESPONSIBILITIES" AND
   THE "PROHIBITED ACTS AND DISCIPLINARY SEVERITY SCALE".

INMATE SIGNATURE: [signature]                    DATE: 6-12-14
INTERVIEWER: S. Scarbrough [signature]  TITLE: LT   DATE: 6-12-14

****************   S T A F F   C H E C K L I S T   ****************

PSI REVIEWED..............: YES ___ NO ___
CENTRAL FILE REVIEWED.....: YES ___ NO ___
IS THERE A HISTORY OF SEXUALLY AGGRESSIVE BEHAVIOR?
COMMENTS: _____

IF GENERAL PHYSICAL APPEARANCE IS NOT GOOD, EXPLAIN: Appearance Good

PSYCH ALERT (YES/NO).....: NO            (IF YES, DO NOT RELEASE TO GENERAL
                                          POPULATION, NOTIFY PSYCHOLOGY)
OK FOR GENERAL POPULATION: YES ✓  NO ___  (IF NO, EXPLAIN)

BOP000303

Chesser v. BOP,
15-cv-01939-NYW