# Attachment 12
# Declaration of David Jones

# Email re: For Immunity, Not Qualified

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

Translation Tracking Number: 13-76715083-1031-EO-A

From: 76715083 CHESSER, ZACHARY ADAM
To: "Proscovia Nzabanita" <surat_an_nisa_74_100@yahoo.com>
Subject: For Immunity, Not Qualified
Message Date: 31/10/2013 09:02 AM

BismIllaah ir-Rahmaan ir-Rahiim,

26 Dhul-Hijjah, 1434

As-salaamu 'alaykum wa rahmatUllaahi wa barakaatuh,

Habiibati, in the odd event that the prison approves this e-mail, go ahead and post it on the website. However, I would seriously doubt that they are going to approve it, and I am interested to see if they do anything else out of retaliation or something else along those lines.

It has become a strange thing writing to you, because I am often writing words which I know will not reach you. Sometimes, though, I do not even know when they will not reach you, because even my letters describing, for example, how I cut up candy in the morning as a part of a celebration get rejected. Perhaps I should stop beginning my letters with "Intelligence Analyst X," instead of "Habiibati." For, I know it reaches them, but I do not know if it reaches you.

By the way, if this reaches you and the language seems odd, it is only because I recently read some older court cases and the language being used has rubbed off on me and has yet to disappear, lol.

====
For Immunity, Not Qualified
by Abu Talhah al-Amriiki

As a Muslim, I advocate, teach the duty, necessity and propriety of violence as a means of accomplishing reform. We are not a vengeful people, but if this country continues to suppress the Muslim people, it is possible that there might have to be some vengeance taken. Should this practice continue, we shall be forced to don the shroud of mortality and march before this nation's capitol to demand its end and express ourselves.

Of course, the vast majority of the citizenry of this nation believe our ideas to be false and fraught with evil consequence, but we shall forever stand as beacons of truth in this quagmire of injustice, advocating the use of force and violence, despite its being unpopular, as a means of repelling tyranny.

That being said, we will not direct our advocacy toward the production of imminent delinquency under the law, nor shall we incite such activity. Nevertheless, this government of pagan immorality shall ever restrict our expression because of its message, its ideas, its subject matter and its content - unless our great Lord wills contrary.

Indeed, the overbearing hands of this cursed agency shall even censor this very communication; and they will claim that it endangers the public safety, because I am advocating violence. Thus, I will inform them that even under their own laws -- Ashcroft v. ACLU, Whitney v. California, Collin v. Smith, Bradenburg v. Ohio, United States v. White -- their deplorable campaign of censorship and repression is illegal and unjustified. Yet, in their stoic apathy, they shall fail to take heed.

So let the record forever hold that I advocate violence; I advocate terrorism; I believe they are necessary to achieve reform; I believe they are morally justified; I hate America; I hate its people; I beg my Lord to kill them; I shall forever fight them within the bounds of the law; I shall ever stand against them.

I fear not the oppression of the tyrants, nor the retaliation of the American censors, nor the brutality of their police. I fear my Lord alone, and to Him I stand accountable.