# Exhibit 4
# Chesser Letter to Peter Bergen
# (excerpts)

*Chesser v. Bureau of Prisons*, No. 15-cv-01939-NYW

بسم الله الرحمن الرحيم

Peter Bergen,

28 Rajab, 1435 H.
27 May, 2014 CE

Please find enclosed my responses to your questions. I have tried to be as candid as possible, so I would hope that the ones in charge of approving my mail will recognize that you are a counterterrorism expert and not a member of Al-Qaeda.

I tried to answer each of your questions as fully as possible. I also let my thoughts, reflections and analysis slip in, because I would assume that helps one build a better understanding.

It came out a bit lengthy, but hopefully it is all relevant. There are some gaps in my story which I think I have filled in to a great degree. Also, you should be able to better understand certain events which might not fit with ~~~ the rest of my story.

One thing to keep in mind with all of this is that all of these events took place between the ages of 18 to 20. I might not have been a typical 18-to-20-year-old, but the brain works differently at that age, no matter who you are. There are plenty of things I would do differently today. I do not mean I would come out, hold hands and sing about peace and love. I am not much different in that regard. However, I would probably put a bit more thought and planning into everything. For all of that writing I did, I never once engaged in pre-writing, and I very rarely read a ~~~

## 19. Plans for trip to Somalia

19. The first time I tried to go to Somalia, I was planning on just showing up in a boat or on foot and hoping Al-Shabaab or Hizbul Islam, which was active at the time, found me first and not some bandits. That was in 2009.

By the time I tried again, I was pretty well-connected to Al-Shabaab's online organization from top to bottom. I guess you could say I was the bottom, as I was sort of the last little link involved in their unofficial projects. For example, I made the video "First Stop Addis" which gained headlines in 2010. That was another one of Omar Hamammi's raps.

I was not really in direct contact with anybody, but I was one degree away from just about everybody, due to my contact's role with the organization. This included all of the top leadership, a number of American fighters including a white American from Seattle who was in charge of all Al-Shabaab foreign fighters (which further included Omar Hamammi), their logistics, their smuggling network, and so on. My contact was basically their guy in the West.

I know my internet activities are what became famous, but I believe this was the FBI's main concern. They had been investigating my contact for a long time, but for some reason they were unable to arrest him.

19-1

Here I am, the number-one or number-two out of all you other internet mujāhidīn: You all know me. You know that if anyone has an excuse not to act, because his online jihad is really achieving something, it is me. We both know I am probably not going to make it, but I am less worried about standing before some worldly judge to decide my case than standing before the One Who created him to have Him decide it. What about you?

I was really done with the sensationalism. I know the public documents all talk about me supposedly ^(intending to) join Al-Shabaab's media branch, but anyone who read my journal knows I only intended to make one more video.

Out of everything you read about me, every influence on my path, nothing affected me as profoundly as Abū Dujānah al-Khurasānī, the man who became a triple agent and carried out the martyrdom operation which killed a number of CIA agents in Afghanistan. He was basically my counterpart in the Arab world. He was a major figure on the Arabic Jihadi sites, while I was influential on the English ones.

He was extraordinarily brilliant, charismatic, cunning and brave. Here he was, someone who should be a general in any movement he was a part of. His talents were to be cherished.

20-4

the internet. I am a doctor. I am very talented. I could do anything I wanted to. Look, I just went and single-handedly duped the world's greatest intelligence agency in a way which you could not even find in a James Bond movie. I am now going to go and detonate myself and turn my teeth and bones into shrapnel to show you that none of that means anything if you do not take action."

I resolved to do the same. I knew who I was. I knew what my name means to others — Muslims and non-Muslims. I know what my nationality means to people, what my skin color means, what growing up in Fairfax County, Virginia means, and all of these other things. I knew how the media would take it, and I knew how the Jihadis would receive it. I knew what words to say to make them get out of their seats and go to hardware stores or to buy plane tickets.

Allah might have blessed me with certain talents, but I was tired of the intangible side of things. I was even tired of people knowing who I was. Everything was about action in the end and that was the best way to encourage it. You can probably see this theme in many of my postings, even before the Abū Dujānah event.

If I get arrested, it is just a lesser

20-6

version of all that. Out of all the work I did, if you combine it all together, nothing I ever did was as influential as my arrest.

For one, every arrest creates dozens of new Jihadis and it inspires one or two existing Jihadis to try something. I was high-profile, so this would have been greater. You also have to keep in mind that we all have friends, students, and associates for whom an arrest is a deeply personal matter. It shames people not to act.

Second, every arrest creates a hero. Our prisoners are very special to us. Go to Saudi Arabia and listen to the speeches of the scholars who are Al-Qaeda's biggest opponents. They pray for us. Prisoners are a different class. Muslims almost universally look up to them and love them, regardless of their differences.

For Jihadis, prisoners have an extra-special status akin to their martyrs. Their words mean more. Right now, if I write an article about pushups, a few dozen or even a few hundred people are going to go do some pushups. Before my arrest, I do not think that if one million people read the same thing, a single one would have done it.

I do not know if anything is still being circulated, but my arrest had a profound impact on some of my more important

20-7