## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01939-NYW

ZACHARY A. CHESSER,

    Plaintiff,

v.

DIRECTOR, BUREAU OF PRISONS,

    Defendant.

---

**FEDERAL BUREAU OF PRISONS' MOTION FOR ORDER TO RESTRICT ACCESS TO CERTAIN LIMITED INFORMATION IN THE BOP'S FILINGS**

---

    The Federal Bureau of Prisons ("BOP") respectfully requests that the Court retain a Level 1 restriction on access on three docket entries filed by the BOP on May 2, 2018: Docket 199, Docket 199-1, and Docket 199-2. The BOP further requests that the Court accept the public filings of these same documents, which contain extremely minimal redactions. The publicly filed versions of these documents are found at Docket 198, Docket 198-1, and Docket 198-2. Because Mr. Chesser is an inmate in federal custody who is representing himself, the BOP did not consult with him before filing this motion. *See* D.C.COLO.LCivR 7.1(b)(1).

    The redacted information is of the same type for which this Court has previously approved a Level 1 restriction in this case. *See* Doc. 202 at 1-2. The first category of redacted information is information that contains Mr. Chesser's statements about other inmates which, in the judgment of the BOP, could compromise his safety if publicly revealed. This information is found at Docket 198 at 7 n.3, Docket 198 at 19, and Docket 198-2 at 5. The second category of

redacted information is information about other inmates who are not parties to this case. This information is found at Docket 198-1 at 15-16 and Docket 198-1 at 17.

As with the BOP's prior requests to limit public access to information, the BOP has endeavored to minimize the restrictions and the redactions it has requested, thereby maximizing public access in a manner that is consistent with important national security, institutional security, and privacy interests. For these reasons, the BOP respectfully requests that the Court direct the Clerk to retain the redactions on docket entries 198, 198-1, and 198-2, and to retain the Level 1 restriction on docket entries 199, 199-1, and 199-2.

Respectfully submitted on May 16, 2018.

> ROBERT C. TROYER
> United States Attorney
>
> s/ *Susan Prose*
> Susan Prose, Assistant U.S. Attorney
> 1801 California Street, Suite 1600
> Denver, CO 80202
> Tel: 303-454-0100
> Fax: 303-454-0404
> E-mail: susan.prose@usdoj.gov
>
> Counsel for the Federal Bureau of Prisons

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

   I hereby certify that on May 16, 2018, I directed that the foregoing document be placed in the United States mail addressed to the following non-CM/ECF participant:

Zachary A. Chesser
Reg. No. 76715-083
USP Florence – High
U.S. Penitentiary
P.O. Box 7500
Florence, CO   81226

           s/ *Susan Prose*
           Susan Prose
           United States Attorney's Office