# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01939-NYW

ZACHARY A. CHESSER,

    Plaintiff,

v.

DIRECTOR FEDERAL BUREAU OF PRISONS,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Memorandum Opinion and Order [#208] of Magistrate Judge Nina Y. Wang, Defendant Director of Federal Bureau of Prisons' Motion for Summary Judgment [#180] and denying Plaintiff Zachary Chesser's Second Motion for Partial Summary Judgment [#193], entered on August 6, 2018 it is

ORDERED that summary judgment is hereby entered in favor of Defendant Director of Federal Bureau of Prisons and against Plaintiff Zachary Chesser, and Plaintiff Zachary Chesser's claims and Third Amended Complaint [#58] are DISMISSED with prejudice; and

It is FURTHER ORDERED that Plaintiff ZACHARY A. CHESSER, recovers nothing, the action is dismissed on the merits, and Defendant DIRECTOR FEDERAL BUREAU OF PRISONS, is **AWARDED** his/her/its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 7th day of August, 2018.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By: s/ B. Wilkins
                B. Wilkins
                Deputy Clerk