***NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.**

AO 133(Rev. 12/09) Bill of Costs
USDC Colo. Version – (Further Rev. (12/01/2013)

# BILL OF COSTS

**United States District Court**

DISTRICT: **DISTRICT OF COLORADO**

Zachary Chesser
v.
Director, Bureau of Prisons

DOCKET NO. 1:15cv01939-NYW
MAGISTRATE CASE NO.

Judgment having been entered in the above entitled action on **August 7, 2018** against **Plaintiff Zachary Chesser** the clerk is requested to tax the following as costs:

## BILL OF COSTS

| Item | Amount |
|---|---|
| Fees of the clerk | $ |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ 78.60 |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ 2,252.20 |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |

**Please review and comply with D.C.COLO.LCivR .54.1**

**(See Notice section on reverse side)**

TOTAL $ **2,330.80**

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney: /s/ Susan Prose
Print Name: Susan Prose
Phone Number: 303-454-0100
For: Director, Bureau of Prisons (Name of Claiming Party)
Date: 8/10/2018

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:
Date and Time: **September 18, 2018 at 9:00am**

Costs are hereby taxed in the following amount and included in the judgment:
Amount Taxed $

CLERK OF COURT
JEFFREY P. COLWELL

(BY) DEPUTY CLERK
DATE:

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01939-NYW

ZACHARY A. CHESSER,

      Plaintiff,

v.

DIRECTOR, BUREAU OF PRISONS,

      Defendant.

---

**DEFENDANT'S EXPLANATION OF COSTS**

---

**I.**    **Explanation for seeking costs for copies**

*Amount per copy*

Defendant seeks $.10 per page for copies. Defendant notes that the Court charges $.50 per page for copies. *See* http://www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule.

*Copies for service copies under Fed. R. Civ. P. 5*

Defendant served Mr. Chesser with copies of filings under Federal Rule of Civil Procedure 5. Costs for service of copies under Rule 5 are taxable as costs. *See, e.g., Smith v. Sec'y, Florida Dep't of Corr.*, 598 F. App'x 738, 739 (11th Cir. 2015)

Defendant does not seek costs for every service copy sent to Mr. Chesser, but only for key filings totaling 786 pages, totaling $78.60 in costs. The following table sets forth these pages:

| Doc. | Document | Pages |
|---|---|---|
| 42 | Defendant's Motion to Dismiss Second Amended Complaint and Exhibits | 71 |
| 44 | Defendant's Motion to Stay Discovery | 13 |
| 67 | Defendant's Motion to Dismiss Third Amended Complaint and Exhibits | 194 |
| 73 | Defendant's Reply in Support of Motion to Dismiss | 11 |
| 85 | Defendant's Response to Plaintiff's Motion for TRO and Preliminary Injunction | 108 |
| 145 | Defendant's Answer | 11 |
| 181 | Defendant's Motion for Summary Judgment | 307 |
| 198 | Defendant's Response to Plaintiff's Motion for Summary Judgment | 60 |
| 200 | Defendant's Reply in Support of Motion for Summary Judgment | 11 |
|  | TOTAL | 786 |

**II.     Explanation for seeking deposition costs**

Defendant incurred deposition costs relating to the deposition of Mr. Chesser. Defendant utilized this transcript in its motion for summary judgment. The invoice for this deposition in the amount of $2,252.20 is attached.

Respectfully submitted on August 10, 2018.

                                                  ROBERT C. TROYER
                                                  United States Attorney

                                                  s/ *Susan Prose*
                                                  Susan Prose
                                                  Assistant United States Attorney
                                                  1801 California Street, Suite 1600
                                                  Denver, CO 80202
                                                  Telephone: 303-454-0100
                                                  Fax:  303-454-0404
                                                  E-mail: susan.prose@usdoj.gov

                                                  Counsel for the Federal Bureau of Prisons



**JAVERNICK & STENSTROM, LLC**
*certified shorthand reporters*

3131 South Vaughn Way, Suite 224
Aurora, Colorado 80014

(720) 449-0329  FEIN 84-1566167

# INVOICE

| DATE | INVOICE # |
|---|---|
| 2/12/2018 | 20704 |

**BILL TO:**
SUSAN PROSE, ESQ.
U.S. Attorney's Office
1801 California Street
Suite 1600
Denver, Colorado 80202

**RE:**
Chesser v. Director, BOP
United States District Court
District of Colorado
Civil Action No. 15-CV-01939-NYW

| DUE DATE | REPORTER | SHIP DATE | SHIP VIA |
|---|---|---|---|
| 3/12/2018 | EJ | 2/7/2018 | UPS |

| QUANTITY | ITEM | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 373 | FDepo | Deposition of ZACHARY A. CHESSER Original Transcript Preparation January 16, 2018 | 3.55 | 1,324.15 |
| 1 | Fe-Transcript | e-Transcript - final | 5.00 | 5.00 |
| 585 | Exhibits Sca... | Exhibits Scanned | 1.00 | 585.00 |
| 12 | Index Tabs | Index Tabs | 0.15 | 1.80 |
| 8 | AF-GOV | Appearance Fee-Government | 25.00 | 200.00 |
| 250 | FMileage | Federal Mileage Florence, CO | 0.545 | 136.25 |
| 348 | Rough Draft | Rough Draft Transcript - No Charge | 0.00 | 0.00 |
| 1 | Fe-Transcript | e-Transcript - rough draft - No Charge | 0.00 | 0.00 |

SIGNATURE FOR SERVICES RECEIVED & DATE  2/12/18

Interest will be charged at the rate of 1.5% per month on any amount not paid within 30 days.

**Total** $2,252.20

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

   I hereby certify that on August 10, 2018, I directed BOP personnel to hand deliver the foregoing document to the following non-CM/ECF participant:

Zachary A. Chesser
Reg. No. 76715-083
USP Florence – High
U.S. Penitentiary
P.O. Box 7500
Florence, CO  81226

            s/ *Susan Prose*
            Susan Prose
            United States Attorney's Office