*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133(Rev. 12/09) Bill of Costs
USDC Colo. Version – (Further Rev. (12/01/2013)

# BILL OF COSTS

**United States District Court**

DISTRICT: **DISTRICT OF COLORADO**

Zachary Chesser
v.
Director, Bureau of Prisons

DOCKET NO. 1:15cv01939-NYW
MAGISTRATE CASE NO.

Judgment having been entered in the above entitled action on **August 7, 2018** against **Plaintiff Zachary Chesser** the clerk is requested to tax the following as costs:

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
Oct. 2, 2018
JEFFREY P. COLWELL, CLERK

## BILL OF COSTS

| Item | Amount |
|---|---|
| Fees of the clerk | $ |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ 78.60 ✓ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ 2,252.20 ✓ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |

**Please review and comply with D.C.COLO.LCivR .54.1**

**(See Notice section on reverse side)**

TOTAL  $ 2,330.80 ✓

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney: /s/ Susan Prose
Print Name: Susan Prose
Phone Number: 303-454-0100
For: Director, Bureau of Prisons
Date: 8/10/2018
Name of Claiming Party

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: **Appearance by defense counsel in person, appearance by telephone by Plaintiff, through Case Manager.**

Date and Time: ~~September 18, 2018 at 9:00am~~ **October 2, 2018 at 8:40 a.m.**

Costs are hereby taxed in the following amount and included in the judgment:

Amount Taxed $ **2,330.80**

CLERK OF COURT
JEFFREY P. COLWELL

(BY) DEPUTY CLERK **s/ Edward P. Butler**
DATE: **Oct. 2, 2018**

**Please note: The clerk's notes are in red.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01939-NYW

ZACHARY A. CHESSER,

      Plaintiff,

v.

DIRECTOR, BUREAU OF PRISONS,

      Defendant.

---

**~~DEFENDANT'S~~ EXPLANATION OF COSTS**

---

**I.    Explanation for seeking costs for copies**

*Amount per copy*

Defendant seeks $.10 per page for copies. Defendant notes that the Court charges $.50 per page for copies. *See* http://www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule.

*Copies for service copies under Fed. R. Civ. P. 5*

Defendant served Mr. Chesser with copies of filings under Federal Rule of Civil Procedure 5. Costs for service of copies under Rule 5 are taxable as costs. *See, e.g., Smith v. Sec'y, Florida Dep't of Corr.*, 598 F. App'x 738, 739 (11th Cir. 2015)

Defendant does not seek costs for every service copy sent to Mr. Chesser, but only for key filings totaling 786 pages, totaling $78.60 in costs. The following table sets forth these pages:

**Plaintiff stated the following general objections:**

- **Reasonableness (lack thereof) regarding the number and per-page cost of photocopies,**
- **Reasonableness (lack thereof) re: the overall cost of the deposition, esp. in comparison with depositions taken in other cases,**
- **Plaintiff's ability to pay a judgment for costs, and**
- **Improper conduct by Defendant over the course of the case.**

| Doc. | Document | Pages |
|---|---|---|
| 42 | Defendant's Motion to Dismiss Second Amended Complaint and Exhibits | 71 |
| 44 | Defendant's Motion to Stay Discovery | 13 |
| 67 | Defendant's Motion to Dismiss Third Amended Complaint and Exhibits | 194 |
| 73 | Defendant's Reply in Support of Motion to Dismiss | 11 |
| 85 | Defendant's Response to Plaintiff's Motion for TRO and Preliminary Injunction | 108 |
| 145 | Defendant's Answer | 11 |
| 181 | Defendant's Motion for Summary Judgment | 307 |
| 198 | Defendant's Response to Plaintiff's Motion for Summary Judgment | 60 |
| 200 | Defendant's Reply in Support of Motion for Summary Judgment | 11 |
| | TOTAL | 786 |

**Regarding the costs incurred for photocopying, the clerk verified the page numbering as being accurate; Defense counsel verified that $.10/page is a reduction from its standard internal charge of $.20/page. The clerk finds the charge to be reasonable, and necessity to send paper copies to an unrepresented litigant as its obligation under Fed. R. Civ. P. 5(b)(2)(C) and District of Colo. Local Rule D.C.COLO.LCivR 5.1.**

**Regarding the inability or difficulty of Plaintiff to pay a costs award, the Clerk does not and cannot take that factor into account, is a matter for the discretionary authority of the court, and costs are specifically awardable by statute against in forma pauperis prisoner parties - 28 U.S.C. § 1915(f)(1). See also Olsen v. Coleman, 997 F.2d 726, 728 (10th Cir. 1993).**

## II. Explanation for seeking deposition costs

Defendant incurred deposition costs relating to the deposition of Mr. Chesser. Defendant utilized this transcript in its motion for summary judgment. The invoice for this deposition in the amount of $2,252.20 is attached.

Respectfully submitted on August 10, 2018.

**Regarding the costs incurred for the $2,252.20 deposition of Plaintiff, the cost exceeds a usual one-day deposition, but two factors increased the amount:**

**- a high number (585) pages of exhibits. The clerk finds the exhibits to be necessary in light of the need to verify authenticity of documents by a witness in the course of a deposition, and the subject matter of the underlying case required extensive use of documents.**

**- the cost of travel of the court reporting service from Denver metro area to Florence, CO. Defense counsel explained, to the clerk's satisfaction, that bidding procedures are necessary for the U.S. Attorney's office to contract with a court reporting service, and the bid award and contract was made with the Javernick & Stenstrom company based in Aurora, Colorado.**

**The clerk finds the deposition charges to be necessary and reasonable. No video deposition was taken, the per/page rate of $3.55/page is lower than the U.S. District Court's authorized rate of $3.65/page for its staff court reporters (see http://www.cod.uscourts.gov/Portals/0/Documents/Orders/Max_Transcript_Rates_2018.pdf), and the deposition itself was necessary in that the deposition of the principal party-litigant and was used extensively in the dispositive Motion for Summary Judgment of the defendant.**

ROBERT C. TROYER
United States Attorney

s/ *Susan Prose*
Susan Prose
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0404
E-mail: susan.prose@usdoj.gov

Counsel for the Federal Bureau of Prisons

**Finally, regarding Plaintiff's objection to Defendant's improper conduct during the course of the case, that is a matter reserved for the Court's decision and discretion.**

**JAVERNICK & STENSTROM, LLC**
*certified shorthand reporters*

3131 South Vaughn Way, Suite 224
Aurora, Colorado 80014
(720) 449-0329   FEIN 84-1566167

**Clerk: Authorized bidder of U.S. Attorney's Office for certified reporting services.**

# INVOICE

| DATE | INVOICE # |
|---|---|
| 2/12/2018 | 20704 |

**BILL TO:**
SUSAN PROSE, ESQ.
U.S. Attorney's Office
1801 California Street
Suite 1600
Denver, Colorado 80202

**RE:**
Chesser v. Director, BOP
United States District Court
District of Colorado
Civil Action No. 15-CV-01939-NYW

| DUE DATE | REPORTER | SHIP DATE | SHIP VIA |
|---|---|---|---|
| 3/12/2018 | EJ | 2/7/2018 | UPS |

| QUANTITY | ITEM | DESCRIPTION | RATE | AMOUNT |  |
|---|---|---|---|---|---|
| 373 | FDepo | Deposition of ZACHARY A. CHESSER Original Transcript Preparation January 16, 2018 | 3.55 | 1,324.15 | OK |
| 1 | Fe-Transcript | e-Transcript - final | 5.00 | 5.00 | |
| 585 | Exhibits Sca... | Exhibits Scanned | 1.00 | 585.00 | OK |
| 12 | Index Tabs | Index Tabs | 0.15 | 1.80 | |
| 8 | AF-GOV | Appearance Fee-Government | 25.00 | 200.00 | |
| 250 | FMileage | Federal Mileage Florence, CO  OK | 0.545 | 136.25 | |
| 348 | Rough Draft | Rough Draft Transcript - No Charge | 0.00 | 0.00 | |
| 1 | Fe-Transcript | e-Transcript - rough draft - No Charge | 0.00 | 0.00 | |

SIGNATURE FOR SERVICES RECEIVED & DATE
*[signature]* 2/12/18

Interest will be charged at the rate of 1.5% per month on any amount not paid within 30 days.

**Total**   $2,252.20 ✓

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Civil Action No. 15-cv-01939-NYW
*ZACHARY A. CHESSER v. DIRECTOR FEDERAL BUREAU OF PRISONS*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 2, 2018, I electronically filed the Taxation of Costs document in this case through the U.S. District Court's Case Management / Electronic Case Filing (CM/ECF) system, which will send notification of such filing to the following e-mail addresses of CM/ECF registrants:

David Z. Moskowitz
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0328
Email: david.moskowitz@usdoj.gov

James Peter Wiencek , III
Federal Correctional Complex-Florence
Legal Services
P.O. Box 8500
5880 State Highway 67 South
Florence, CO 81226
719-784-5218
Fax: 719-784-5285
Email: jwiencek@bop.gov

Susan Begesse Prose
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Fax: 303-454-0407
Email: susan.prose@usdoj.gov

      I also hereby certify that this document has been sent by U.S. Mail to the following **non-CM/ECF participant**:

Zachary A. Chesser
#76715-083
FLORENCE HIGH
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 7000
FLORENCE, CO 81226

      Dated this  2nd  day of October, 2018 in Denver, Colorado.

                                  s/ Edward Butler
                                  Deputy Clerk